IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)<br>)<br>)<br>)<br>) |

## AVENTIS'S RULE 7.1 DISCLOSURE STATEMENT

Aventis Pharmaceuticals Inc. is a wholly-owned subsidiary of Aventis Holdings Inc., which is a wholly-owned subsidiary of Aventis Inc., which is a subsidiary of sanofi-aventis Amerique du Nord, which is directly or indirectly owned by sanofi-aventis S.A., which is a publicly held corporation.

Sanofi-aventis US LLC is a wholly-owned subsidiary of Sanofi-Synthelabo Inc., which is a wholly-owned subsidiary of sanofi-aventis Amerique du Nord, which is directly or indirectly owned by sanofi-aventis S.A., which is a publicly held corporation.

The publicly held corporations Total S.A. and L'Oreal each own 10% or more of the stock of sanofi-aventis S.A.

ASHBY & GEDDES

*/s/ Steven J. Balick*
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
Paul S. Tully, PhD
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: May 2, 2006

169092.1