SAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      **DELAWARE**

AVENTIS PHARMACEUTICALS INC. and
SANOFI-AVENTIS US LLC,

          Plaintiffs,

     V.

BARR LABORATORIES, INC.,

         Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

0 6 - 2 8 6

TO: (Name and address of Defendant)

     Barr Laboratories, Inc.
     c/o Corporation Service Company (registered agent)
     2711 Centerville Road, Suite 400
     Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Steven J. Balick
     Ashbh & Geddes
     222 Delaware Avenue, 17th Floor
     P.O. Box 1150
     Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

| | |
|---|---|
| CLERK | DATE |
| | May 2, 2006 |

_Bet D_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | **DATE** | May 2, 2006 |
| **NAME OF SERVER** *(PRINT)*  Chris Hazewski | **TITLE** | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Personally served Barr Laboratories, Inc. by serving its registered agent at the address indicated on the front of this summons.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2006
　　　　　　　*Date*　　　　　　　*Signature of Server*

　　　　　　　*Address of Server*
　　　　　　　Parcels, Inc.
　　　　　　　230 N. Market Street
　　　　　　　Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.