IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>BARR LABORATORIES, INC.<br><br>      Defendant. | C.A. No. 06-286 (GMS) |

## BARR LABORATORIES, INC'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) and (b)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for Barr Laboratories, Inc. certifies that Barr Laboratories, Inc., a Delaware corporation with a principal place of business in Pomona, New York, is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc., a Delaware corporation.

Dated: May 22, 2006

BARR LABORATORIES, INC.

By: _____
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
jingersoll@ycst.com
Tele: (302) 571-6672

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on May 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on May 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS

> Paul H. Berghoff, Esquire
> Joshua R. Rich, Esquire
> Jeremy E. Noe, Esquire
> Paul S. Tully, Esquire
> MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)