IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

　　Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of George C. Lombardi, Maureen L. Rurka and Julia M. Mano to represent Barr Laboratories, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated:　May 23, 2006

　　　　　　　　　　　　　　　　　　　　BARR LABORATORIES, INC.

　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　Josy W. Ingersoll (#1088)
　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　jingersoll@ycst.com
　　　　　　　　　　　　　　　　Tele: (302) 571-6672
　　　　　　　　　　　　　　　　Attorneys for Defendant Barr Laboratories, Inc.

**ORDER GRANTING MOTION**

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

                                                              WINSTON & STRAWN LLP

                                                              George C. Lombardi
                                                              35 W. Wacker Drive
                                                              Chicago, IL 60601-9703
                                                              (312) 558-5600

Date: May 22, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

_____
Maureen L. Rurka
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: May 22, 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

*Julia M. Mano*
Julia M. Mano
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: May 22, 2006

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on May 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

I further certify that on May 23, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Paul H. Berghoff, Esquire
>Joshua R. Rich, Esquire
>Jeremy E. Noe, Esquire
>Paul S. Tully, Esquire
>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606

/s/ Josy W. Ingersoll (#1088)