IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC )<br><br>Plaintiffs, )<br><br>v. )<br><br>BARR LABORATORIES, INC. )<br><br>Defendants. ) | C.A. No. 06-286-GMS |

**STIPULATION SEEKING AN ORDER EXTENDING DEADLINE FOR
OPPOSITION TO BARR'S MAY 31, 2006 MOTION TO DISMISS
OR BIFURCATE DISCOVERY ON WILLFUL INFRINGEMENT CLAIMS**

WHEREAS defendant Barr Laboratories, Inc. ("Barr") filed a motion to dismiss or bifurcate discovery on plaintiffs' willful infringement claims on May 31, 2006 and, under the Local Rules, plaintiffs' opposition to Barr's motion would be due on June 14, 2006; and

WHEREAS, due to counsel's travel and other pending matters in concurrent litigation, plaintiffs have requested a one-week extension of time in which to prepare and file a response to Barr's motion;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that plaintiffs shall file and serve a response to Barr's motion by June 21, 2006.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen L. Pascale (#2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (#4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-654-1888 | 302-571-6672 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

170401.1