## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2006, copies of *Barr Laboratories, Inc.'s*

*Rule 26(a)(1) Initial Disclosures* were served upon the following counsel of record in the

manner indicated:

<table>
<tr><td><strong><em>By Federal Express</em></strong></td><td><strong><em>By Hand Delivery</em></strong></td></tr>
<tr><td>
Steven J. Balick, Esquire<br>
John G. Day, Esquire<br>
Tiffany Geyer Lydon, Esquire<br>
ASHBY & GEDDES<br>
222 Delaware Avenue, 17th Floor<br>
Wilmington, DE 19801
</td><td>
Paul H. Berghoff, Esquire<br>
Joshua R. Rich, Esquire<br>
Jeremy E. Noe , Esquire<br>
Paul S. Tully, Ph.D.<br>
McDONNELL BOEHNEN HULBERT<br>
  & BERGHOFF LLP<br>
300 South Wacker Drive<br>
Chicago, Illinois 60606
</td></tr>
</table>

Additionally, the undersigned hereby certifies that on August 16, 2006, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel of record in the manner indicated:

063987.1003

**_By Hand Delivery_**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**_By E-Mail_**

Paul H. Berghoff, Esquire [berghoff@mbhb.com]
Joshua R. Rich, Esquire [rich@mbhb.com]
Jeremy E. Noe , Esquire [noe@mbhb.com]
Paul S. Tully, Ph.D. [tully@mbhb.com]
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

August 16, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

_Karen L. Pascale_

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

_Of Counsel:_

WINSTON & STRAWN LLP
George C. Lombardi
Maureen L. Rurka
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

_Attorneys for Defendant Barr Laboratories, Inc._