IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-286-GMS ) |
| BARR LABORATORIES, INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2006, **PLAINTIFFS' RESPONSE TO BARR LABORATORIES, INC. FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

George C. Lombardi, Esquire                                    VIA FEDERAL EXPRESS
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D.#2403)
John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Plaintiff*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: September 1, 2006
172717.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day