IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert C. Millonig, Eldora L. Ellison and Laura A. Vogel to represent Barr Laboratories, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated:   September 5, 2006

                                    BARR LABORATORIES, INC.

                          By: _____
                                    Josy W. Ingersoll (#1088)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware  19801
                                    jingersoll@ycst.com
                                    Tele: (302) 571-6672
                                    Attorneys for Defendant Barr Laboratories, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2006      _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted √ to the Clerk's Office upon the filing of this motion.

STERNE KESSLER GOLDSTEIN & FOX PLLC

Robert C. Millonig
1100 New York Ave, NW
Washington D.C. 20005
(202) 371-2600

Date: Aug 29, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

STERNE KESSLER GOLDSTEIN & FOX PLLC

_____
Eldora L. Ellison
1100 New York Ave, NW
Washington D.C. 20005
(202) 371-2600

Date: Aug. 29, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted √ to the Clerk's Office upon the filing of this motion.

STERNE KESSLER GOLDSTEIN & FOX PLLC

*Laura Vogel* (signature)

Laura A. Vogel
1100 New York Ave, NW
Washington D.C. 20005
(202) 371-2600

Date: Aug. 29, 2006

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on September 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on September 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Paul H. Berghoff, Esquire | berghoff@mbhb.com |
| Joshua R. Rich, Esquire | rich@mbhb.com |
| Jeremy E. Noe, Esquire | noe@mbhb.com |
| Paul S. Tully, PhD. | tully@mbhb.com |

MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
jingersoll@ycst.com