IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-286 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 6, 2006, copies of 1) Barr Laboratories Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories, and 2) Barr Laboratories Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things were served upon the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**

Paul H. Berghoff, Esquire
Joshua R. Rich, Esquire
Jeremy E. Noe , Esquire
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

Additionally, I hereby certify that on October 6, 2006, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

Paul H. Berghoff, Esquire          berghoff@mbhb.com
Joshua R. Rich, Esquire            rich@mbhb.com
Jeremy E. Noe , Esquire            noe@mbhb.com
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: October 6, 2006