IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS, INC. and SANOFI-AVENTIS US LLC, | : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 06-286-GMS |
| BARR LABORATORIES, INC., | : : : |
| Defendant. | : |

### ORDER

At Wilmington this **19th** day of **October, 2006**.

IT IS ORDERED that a follow-up teleconference has been scheduled for **Thursday, May 10, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE