IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-286-GMS ) |
| BARR LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2006, **SYNNESTVEDT & LECHNER LLP'S OBJECTIONS AND RESPONSES TO BARR LABORATORIES INC.'S SUBPOENA** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | VIA FEDERAL EXPRESS |
| Robert C. Millonig, Esquire<br>Sterne Kessler Goldstein & Fox PLLC<br>1100 New York Avenue, NW<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |

                                                  ASHBY & GEDDES

                                                  /s/ *Tiffany Geyer Lydon*
                                                  _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

*Attorneys for Synnestvedt & Lechner LLP*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated:  November 20, 2006
172717.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA FEDERAL EXPRESS |
| Robert C. Millonig, Esquire<br>Sterne Kessler Goldstein & Fox PLLC<br>1100 New York Avenue, NW<br>Washington, DC  20005 | VIA FEDERAL EXPRESS |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon