IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-286 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 4, 2006, copies of:

    *Barr Laboratories Inc.'s Second Set of Rule 33 Interrogatories to Plaintiffs*; and

    *Barr Laboratories Inc.'s Second Set of Rule 34 Requests to Plaintiffs*,

were served upon the following counsel of record in the manner indicated:

*By Hand Delivery and E-mail*

Steven J. Balick, Esquire
   [sbalick@ashby-geddes.com]
John G. Day, Esquire
   [jday@ashby-geddes.com]
Tiffany Geyer Lydon, Esquire
   [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

*By FedEx and E-mail*

Paul H. Berghoff, Esquire
   [berghoff@mbhb.com]
Joshua R. Rich, Esquire [rich@mbhb.com]
Jeremy E. Noe, Esquire [noe@mbhb.com]
Paul S. Tully, Ph.D. [tully@mbhb.com]
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001

    Additionally, the undersigned hereby certifies that on December 4, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| ***By Hand Delivery and E-mail*** | ***By FedEx and E-Mail*** |
| Steven J. Balick, Esquire [sbalick@ashby-geddes.com] | Paul H. Berghoff, Esquire [berghoff@mbhb.com] |
| John G. Day, Esquire [jday@ashby-geddes.com] | Joshua R. Rich, Esquire [rich@mbhb.com] |
| Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com] | Jeremy E. Noe, Esquire [noe@mbhb.com] |
| ASHBY & GEDDES | Paul S. Tully, Ph.D. [tully@mbhb.com] |
| 222 Delaware Avenue, 17th Floor | MCDONNELL BOEHNEN HULBERT |
| Wilmington, DE 19801 | & BERGHOFF LLP |
| | 300 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 913-0001 |

December 4, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Fax: 302-571-1253

*Of Counsel:*

**WINSTON & STRAWN LLP**
George C. Lombardi
Maureen L. Rurka
Julia M. Mano
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendant Barr Laboratories, Inc.*