## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AVENTIS PHARMACEUTICALS INC. and  )
SANOFI-AVENTIS US LLC,  )
    )
    Plaintiffs,  )
    )   **C.A. No. 06-286 (GMS)**
    v.  )
    )
BARR LABORATORIES, INC.  )
    )
    Defendant.  )
    )

## STIPULATION AND PROTECTIVE ORDER
## REGARDING WRITTEN DISCOVERY OF EXPERTS

WHEREAS the Scheduling Order entered by the Court provides that expert discovery shall be initiated so that it will be completed on or before March 7, 2008; and

WHEREAS, the parties are willing to agree to certain limitations on the scope of written discovery of experts in order to avoid consuming the parties' and Court's time and resources in relation to potential discovery issues relating to experts;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the following shall apply to expert discovery.

1.    With regard to disclosures of expert testimony pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, only the final written report prepared by and signed by the witness shall be subject to discovery under Rules 33 and 34; draft reports, notes, and other documents prepared by the witness in relation to the report shall not be discoverable.

2.      Information, documents, or other facts considered by or relied upon by an expert in formulating the opinions set forth in those expert reports shall be subject to discovery under Rules 33 and 34.

3.      Communications between an expert and counsel, other than information, documents, or other facts considered or relied upon by the expert, shall not be subject to discovery under Rules 33 and 34.

4.      Documents relating to compensation of the expert shall be subject to discovery under Rules 33 and 34.

5.      Nothing in this stipulation shall limit discovery (whether under Rules 33 and 34 or otherwise) of factual information known to a witness or documents that are in the possession, custody, or control of a witness in any capacity other than in relation to the presentation of Rules 702, 703, or 705 of the Federal Rules of Evidence.

6.      During depositions of experts, the parties shall be allowed to obtain discovery of relevant information beyond the opinions and underlying bases expressed in the expert reports, including but not limited to discovery that would be relevant to establishing bias, competence, and identification of issues on which an expert will not be testifying.

ASHBY & GEDDES

/s/ John G. Day

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com


*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen L. Pascale

_____
Josy W. Ingersoll (I.D. #1088)
Karen L. Pascale (I.D. #2903)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
jingersoll@ycst.com
kpascale@ycst.com
kkeller@ycst.com


*Attorneys for Defendant Barr*
*Laboratories, Inc.*


SO ORDERED this _____ day of _____, 2007.



_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on January 12, 2007, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on January 12, 2007, I caused a copy of the foregoing document to

be served by e-mail on the above-listed counsel and on the following non-registered participants

in the manner indicated:

> ### *By E-Mail*
>
> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe , Esquire [noe@mbhb.com]
> Paul S. Tully, PhD. [tully@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> Email: kpascale@ycst.com
>   *Attorneys for Defendant, Barr Laboratories, Inc.*

063987.1003