IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-286 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2007, copies of Barr Laboratories Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for the Production of Documents and Things (Nos. 92-95) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Paul H. Berghoff, Esquire
Joshua R. Rich, Esquire
Jeremy E. Noe , Esquire
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

Additionally, I hereby certify that on February 9, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Paul H. Berghoff, Esquire | berghoff@mbhb.com |
| Joshua R. Rich, Esquire | rich@mbhb.com |
| Jeremy E. Noe , Esquire | noe@mbhb.com |

MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

                    YOUNG CONAWAY STARGATT &
                    TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated:  February 9, 2007