## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

## BARR LABORATORIES INC.'S NOTICE OF DEPOSITION
## OF PLAINTIFFS PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that on June 1, 2007, commencing at 9:30 a.m. at the offices of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois, 60601, attorneys for Defendant Barr Laboratories, Inc. ("Barr") will take the deposition upon oral examination of Plaintiffs Aventis Pharmaceuticals, Inc. and Sanofi-Aventis US LLC (collectively, "Plaintiffs") in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, to elicit testimony from Plaintiffs on the matters described below.

No later than five business days prior to the scheduled deposition date, Plaintiffs are requested to designate in writing to Barr the names of the persons who will testify on their behalf, specifying the matters as to which that person will testify.

The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

063987.1003

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions set forth in Barr's First and Second Sets of Interrogatories and Document Requests shall apply and are incorporated herein by reference.

## TOPICS FOR EXAMINATION

1.    The facts and circumstances related to the decision to file the applications from which the '573 and '329 patents issued.

2.    The research and development (including, but not limited to, the design, formulation, evaluation, in vivo, in vitro, or clinical testing, or modification) of Nasacort® AQ and the invention(s) allegedly disclosed in the '573 and '329 patents.

3.    The facts and circumstances relating to the clinical trials described in the article Kobayashi, *et. al.*, *Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinitis:  A Multicenter, Randomized, Double-Blind Placebo-Controlled Study*, Clinical Therapeutics 17:503-513 (1995).

4.    The facts and circumstances relating to the clinical trials described in the article Settipane, *et. al.*, *Triamcinolone Acetonide Aqueous Nasal Spray in Patients with Seasonal Ragweed Allergic Rhinitis:  A Placebo-Controlled, Double-Blind Study,* Clinical Therapeutics 17:252-263 (1995).

5.    The positron emission tomography testing of the two volunteers described in the specifications of the '573 and '329 patents.

6.    Testing of Nasacort® AQ and/or any other nasal spray relating to nasal deposition and/or nasal clearance of administered product, including, but not limited to, PET scanning, gamma scintigraphy, any process for imaging the nasal cavity and/or any simulation or modeling of nasal anatomy or clearance.

7.    The historical, current and future market for the field of nasal sprays for the treatment of rhinitis, including, but not limited to, Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler.

8.    Any analyses, forecasts or projections, including market size, prescriptions, demand, competition, market participants, market share, sales, prices and profits, relating to the market for nasal sprays for the treatment of rhinitis, including, but not limited to, Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler.

9.    The unit sales of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler and all revenues from the sale of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler from the time they were first marketed to the present.

10.    The gross and net profit margins for the sale of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler from the time they were first marketed to the present.

11.    The pricing of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler, and Plaintiffs' pricing policies and discounting practices for Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler from the time they were first marketed to the present.

12.    Factors, concerns and trends affecting sales of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler.

13.    Marketing of Nasacort® AQ, Nasacort® Nasal Inhaler, and Nasacort® HFA Nasal Inhaler.

14.    The facts and circumstances related to the decision to discontinue manufacturing and/or marketing Nasacort® Nasal Inhaler.

15.    The facts and circumstances related to the decision to develop and/or market Nasacort® HFA Nasal Inhaler.

16.    The facts and circumstances relating to the decision to file NDA 20-468.

Dated: April 25, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
Tele:  (302) 571-6672
Fax:  (302) 571-1253
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele:  (312) 558-5600
Fax:  (312) 558-5700

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C.  20005
Tele:  (202) 371-2600
Fax:  (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on April 25, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Paul H. Berghoff, Esquire        berghoff@mbhb.com
> Joshua R. Rich, Esquire          rich@mbhb.com
> Jeremy E. Noe, Esquire           noe@mbhb.com
> MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19899
> (302) 571-6600
> kkeller@ycst.com