IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## BARR LABORATORIES INC.'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take depositions upon oral examination of each of the following persons:

| **Deponent** | **Deposition Date** | **Deposition Location** |
|---|---|---|
| Alex Bell | June 7, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |
| Christine Zak | June 11, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |
| Donald Heald | June 15, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |
| Greg Alcorn | June 21, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |
| Brandon Simpson | June 25, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |

| | | |
|---|---|---|
| Soo Il-Kim | June 29, 2007 | Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601 |

      The oral examinations will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: April 25, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tele: (302) 571-6672
Fax: (302) 571-1253
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005
Tele: (202) 371-2600
Fax: (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on April 25, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Paul H. Berghoff, Esquire      berghoff@mbhb.com
> Joshua R. Rich, Esquire         rich@mbhb.com
> Jeremy E. Noe, Esquire         noe@mbhb.com
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600
> kkeller@ycst.com