IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-286-GMS ) |
| BARR LABORATORIES, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Andrew W. Williams, Alison J. Baldwin, and Aaron F. Barkoff to represent Aventis Pharmaceuticals Inc. and Sanofi-Aventis US LLC in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated: May 1, 2007
180126.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286-GMS |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Andrew W. Williams, Alison J. Baldwin, and Aaron F. Barkoff to represent Aventis Pharmaceuticals Inc. and Sanofi-Aventis US LLC in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing *as a* member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Andrew W. Williams
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Dated: April 30, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing *as a* member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Alison J. Baldwin<br>
McDONNELL BOEHNEN<br>
HULBERT & BERGHOFF LLP<br>
300 South Wacker Drive<br>
Chicago, IL 60606<br>
Telephone: (312) 913-0001<br>
Facsimile: (312) 913-0002

Dated: April 30, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing *as a* member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                           Aaron F. Barkoff
                                                           McDONNELL BOEHNEN
                                                           HULBERT & BERGHOFF LLP
                                                           300 South Wacker Drive
                                                           Chicago, IL 60606
                                                           Telephone: (312) 913-0001
                                                           Facsimile: (312) 913-0002

Dated: 4/30/07