IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-286-GMS |

## STIPULATED ORDER

WHEREAS Aventis Pharmaceuticals Inc. and Sanofi-Aventis US LLC ("Aventis") and Barr Laboratories, Inc. ("Barr") are the parties to Civil Action No. 06-286 (GMS) (the "action" or "litigation"),

WHEREAS Barr has requested that Aventis produce for inspection and copying IMS Health Incorporated's ("IMS") confidential physician-level Xponent$^{TM}$ information which must be protected in order to preserve IMS's legitimate business interests,

WHEREAS IMS seeks certain protections to prevent unnecessary dissemination or disclosure of IMS's confidential physician-level Xponent$^{TM}$ information, and

WHEREAS, the parties have agreed, subject to the approval and order of the Court, to entry of this Stipulated Order;

IT IS HEREBY ORDERED that:

Aventis's production of IMS's physician-level Xponent$^{TM}$ information will be subject to the terms of the Stipulated Protective Order entered by the Court on August 22, 2006 (D.I. 29)

*except that* physician-level Xponent[TM] information shall be considered "Highly Confidential" Information and access to it shall be limited to those persons identified in Paragraphs 6(a)(i), (iii), (iv), (v), (vi), (vii), (viii), (ix), (x), (xi), (xii), and (xiii). Further, IMS's physician-level Xponent[TM] information shall not be used for the purpose of proving that the listed prescribers prescribed what is in the data. These limits on the accessibility of IMS's physician-level Xponent[TM] information will be preserved throughout any court proceeding. Accordingly, the parties will provide IMS with reasonable notice, and an opportunity to object, if any of IMS's physician-level Xponent[TM] information is to be used in open proceedings.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen L. Pascale (I.D. #2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| 302-654-1888 | Wilmington, DE 19899 |
| sbalick@ashby-geddes.com | (302) 571-6600 |
| jday@ashby-geddes.com | jingersoll@ycst.com |
| tlydon@ashby-geddes.com | kpascale@ycst.com |
|  | kkeller@ycst.com |
| *Attorneys for Plaintiffs Aventis Pharmaceuticals, Inc. and Sanofi-Aventis US LLC* | *Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

180197.1