IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-286-GMS |

## NOTICE OF DEPOSITION OF SHARON KOCHAN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and agreement of the Parties, Plaintiffs Aventis Pharmaceuticals, Inc. and Sanofi-Aventis US LLC (collectively "Aventis" or "Plaintiffs"), shall take the deposition upon oral examination of Sharon Kochan. The deposition will commence at 9:00 am on Friday, June 8, 2007, at the offices of Ashby & Geddes, 500 Delaware Ave., 8th Floor, Wilmington DE 19899, or at another date or location agreed upon by the parties, such as Winston & Strawn LLP, 99 Gresham Street, London EC2V 7NG.

The deposition will be recorded by stenographic means, may be videotaped, and will take place before a Notary Public or other officer duly authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at any hearing in this matter, and for any other purpose permitted under the Local Rule of the District Court for the District of Delaware and the Federal Rules of Civil Procedure. You are invited to attend and examine.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: May 11, 2007

180474.1