**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendant Barr Laboratories, Inc., by its counsel, will take the deposition upon oral

examination of Dr. Marc S. Berridge.

The deposition will take place at the offices of Mitchell Williams Selig Gates &

Woodyard PLLC, Metropolitan Bank Building, 425 West Capitol Avenue, Suite 1800, Little

Rock, Arkansas 72201-3525 commencing on June 8, 2007 at 9:00 a.m, or at such other time and

place as may be agreed to by counsel.  The deposition will be taken before a Notary Public or

other person authorized to administer oaths by the laws of the United States, and will be recorded

by stenographic and/or videographic means.  The deposition will continue from day-to-day until

completed.

All counsel are invited to attend and cross-examine.

Dated:  May 21, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
Tele:  (302) 571-6600
Fax:  (302) 571-3467
kkeller@ycst.com


George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele:  (312) 558-5600
Fax:  (312) 558-5700

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C.  20005
Tele:  (202) 371-2600
Fax:  (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on May 21, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail and Federal Express***
>
> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe , Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*
_____
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kkeller@ycst.com
*Attorneys for Defendant, Barr Laboratories, Inc.*