UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER**

WHEREAS Aventis Pharmaceuticals, Inc., Sanofi-Aventis US LLC, and Barr Laboratories, Inc. are the parties to Civil Action No. 06-286 (GMS) (the "action" or "litigation"),

WHEREAS fact discovery is currently set to close on July 6, 2007;

WHEREAS the parties and third parties have produced a large number of documents in this action, many of which have been produced within the last two months due to unforeseen impediments;

WHEREAS the parties have noticed a number fact depositions that must be scheduled before the close of fact discovery, several of which are to take place in the United Kingdom;

WHEREAS a limited extension of fact discovery solely in order to complete fact depositions would not otherwise affect the Court's existing schedule;

WHEREAS good cause exists to modify the Court's July 26, 2006 Scheduling Order in order to complete fact depositions in this action;

IT IS HEREBY ORDERED that:

The Court's July 26, 2006 Scheduling Order is modified as follows: Fact discovery will be extended to August 6, 2007, in order to complete fact depositions. The parties shall not serve

any additional discovery requests pursuant to Fed. R. Civ. P. 33, 34 or 36 on any party or third party to which responses would be due after the original July 6, 2007 fact discovery deadline, except that the parties shall have the ability to seek further discovery to the extent that materials sought in such discovery are revealed in depositions occurring after the original July 6, 2007 fact discovery deadline and the parties shall supplement their responses to all contention interrogatories, specifically Plaintiffs' Interrogatory Nos. 5 and 6 and Defendants' Interrogatory Nos. 1, 2, 3 and 13, no later than August 6, 2007. The remainder of the Court's July 26, 2006 Scheduling Order shall remain unchanged.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ John G. Day | /s/ Karen E. Keller |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen L. Pascale (I.D. #2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| (302) 654-1888 | Wilmington, DE 19899 |
| sbalick@ashby-geddes.com | (302) 571-6600 |
| jday@ashby-geddes.com | jingersoll@ycst.com |
| tlydon@ashby-geddes.com | kpascale@ycst.com |
| | kkeller@ycst.com |
| *Attorneys for Plaintiffs Aventis Pharmaceuticals, Inc. and Sanofi-Aventis US LLC* | *Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this ___ day of ___, 2007

_____
United States District Judge