IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, </br></br>        Plaintiffs,</br></br>v.</br></br>BARR LABORATORIES, INC.,</br></br>        Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)  C.A. No. 06-286-GMS</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of June, 2007, **PLAINTIFFS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT BARR LABORATORIES, INC. (No. 101)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire</br>Young Conaway Stargatt & Taylor, LLP</br>The Brandywine Building</br>1000 West Street, 17th Floor</br>Wilmington, DE 19801 | HAND DELIVERY |
| George C. Lombardi, Esquire</br>Winston & Strawn LLP</br>35 West Wacker Drive</br>Chicago, IL 60601-9703 | VIA ELECTRONIC MAIL |
| Robert C. Millonig, Esquire</br>Sterne Kessler Goldstein & Fox PLLC</br>1100 New York Avenue, NW</br>Washington, DC 20005 | VIA ELECTRONIC MAIL |

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: June 4, 2007
169790.1

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*