IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARR LABORATORIES, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc., by its counsel, will take the deposition upon oral examination of FMC BioPolymer.

The deposition will take place at Esquire Philadelphia, 1600 JFK Boulevard, Suite 1210, Philadelphia, Pennsylvania 19103 commencing on July 6, 2007 at 9:00 a.m, or at such other time and place as may be agreed to by counsel. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The deposition will continue from day-to-day until completed.

All counsel are invited to attend and cross-examine.

Pursuant to Rule 30(b)(6), FMC BioPolymer shall designate in writing to Barr the names of the persons with knowledge or information reasonably available to FMC BioPolymer on the matters set forth in Exhibit A attached hereto (subject to the Definition and Instructions

indicated) who will testify on its behalf with respect to those matters, specifying the matters as to which that person will testify.

Dated: June 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tele: (302) 571-6600
Fax: (302) 571-3467
kkeller@ycst.com


George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005
Tele: (202) 371-2600
Fax: (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*

## EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions set forth in the subpoena served on FMC BioPolymer on January 19, 2007 in the above-captioned case shall apply and are incorporated herein by reference.

## TOPICS FOR DEPOSITION

1. Documents produced in response to the subpoena served on FMC BioPolymer on January 19, 2007 in the above-captioned case.

2. Marketing materials for the Avicel® family of products that were publicly accessible during the 1994-1995 time period.

3. Information regarding the physical compositions, characteristics and properties of the Avicel® family of products that was publicly accessible during the 1994-1995 time period.

4. Information regarding the viscosity of the Avicel® family of products that was publicly accessible during the 1994-1995 time period.

5. Information regarding the thixotropic properties of the Avicel® family of products that was publicly accessible during the 1994-1995 time period.

6. Information regarding use of the Avicel® family of products in pharmaceutical products, including but not limited to nasal products, that was publicly accessible during the 1994-1995 time period.

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on June 15, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Paul H. Berghoff, Esquire        berghoff@mbhb.com
> Joshua R. Rich, Esquire          rich@mbhb.com
> Jeremy E. Noe, Esquire           noe@mbhb.com
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600
> kkeller@ycst.com