**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, </br></br> Plaintiffs, </br></br> v. </br></br> BARR LABORATORIES, INC., </br></br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-286 (GMS) ) ) ) ) ) ) |

**BARR LABORATORIES INC.'S NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take a deposition upon oral examination of the following person:

| **Deponent** | **Deposition Date** | **Deposition Location** |
|---|---|---|
| Judy Plon | July 3, 2007, 9:00 a.m. | Bridgewater Marriott </br> 700 Commons Way </br> Bridgewater, NJ 08807 |

The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent in accordance with the Rules.

Dated: June 27, 2007

BARR LABORATORIES, INC.

By: /s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on June 27, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Paul H. Berghoff, Esquire         berghoff@mbhb.com
> Joshua R. Rich, Esquire           rich@mbhb.com
> Jeremy E. Noe, Esquire            noe@mbhb.com
> MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com