IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>BARR LABORATORIES, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-286-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### BARR LABORATORIES, INC.'S NOTICE
### OF WITHDRAWAL OF SUBPOENA FOR DEPOSITION

PLEASE TAKE NOTICE that Defendant Barr Laboratories, Inc. ("Barr") has withdrawn its subpoena for deposition of Schering Corp. dated June 14, 2007.

Dated: June 28, 2007

BARR LABORATORIES, INC.

By: /s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on June 28, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Paul H. Berghoff, Esquire          berghoff@mbhb.com
> Joshua R. Rich, Esquire            rich@mbhb.com
> Jeremy E. Noe, Esquire             noe@mbhb.com
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600
> kkeller@ycst.com