IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC. | ) ) ) | |
| Defendant. | ) ) | |

**BARR LABORATORIES, INC.'S NOTICE
OF WITHDRAWAL OF SUBPOENA FOR DEPOSITION**

PLEASE TAKE NOTICE that Defendant Barr Laboratories, Inc. has withdrawn its subpoena for the deposition of GlaxoSmithKline dated June 14, 2007.

Dated:   June 29, 2007

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on June 29, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Paul H. Berghoff, Esquire         berghoff@mbhb.com
>Joshua R. Rich, Esquire           rich@mbhb.com
>Jeremy E. Noe, Esquire            noe@mbhb.com
>MCDONNELL BOEHNEN HULBERT
>  & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>Josy W. Ingersoll (#1088)
>Karen L. Pascale (#2903)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19899
>(302) 571-6600
>kkeller@ycst.com