IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-286 (GMS) ) ) ) ) ) ) |

## BARR LABORATORIES, INC.'S NOTICE OF WITHDRAWAL OF SUBPOENA FOR DEPOSITION

PLEASE TAKE NOTICE that Defendant Barr Laboratories, Inc. ("Barr") has withdrawn its subpoena for deposition of FMC BioPolymer dated June 14, 2007.

Dated: July 5, 2007

BARR LABORATORIES, INC.

_/s/ Karen E. Keller_
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com

George C. Lombardi
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

DB02:6102154.1                                                                                        063987.1003

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on July 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on July 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Paul H. Berghoff, Esquire        berghoff@mbhb.com
>Joshua R. Rich, Esquire          rich@mbhb.com
>Jeremy E. Noe, Esquire           noe@mbhb.com
>MCDONNELL BOEHNEN HULBERT
>  & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com