IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, the Defendant, Barr Laboratories, Inc. ("Barr"), has filed a "Motion to Seal Transcript of July 5, 2007 Discovery Teleconference" (the "Motion"), and good cause having been shown;

IT IS HEREBY ORDERED this 9th day of July, 2007, that Barr's motion is GRANTED, as follows:

1. The Court Reporter is hereby directed immediately to seal the transcript of the July 5, 2007 Discovery Teleconference (the "Transcript");

2. Within three (3) business days of the date of this Order, Barr shall serve upon Plaintiffs the designations of the portions of the Transcript that Barr believes should be redacted from the public version of the Transcript;

3. Within three (3) business days after receiving Barr's designations, Plaintiffs shall serve upon Barr any objections to Barr's designations;

4.    If there are no objections to Barr's designations, Barr shall promptly inform the Court Reporter of its designations, and those portions of the Transcript shall be redacted from the public version of the Transcript;

5.    If Plaintiffs object to Barr's designations, the parties shall submit Barr's designations and Plaintiffs' objections to the Court under seal within three (3) business days after service of Plaintiffs' objections, and the Court shall determine by further Order which portions of the Transcript, if any, shall be redacted from the public version of the Transcript.

_____
UNITED STATES DISTRICT JUDGE

FILED

JUL - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE