# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 3, 2007

**REDACTED
PUBLIC VERSION**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Aventis Pharmaceuticals Inc., et al. v. Barr Laboratories, Inc.,*
C. A. No. 06-286-GMS

Dear Chief Judge Sleet:

In anticipation of the discovery teleconference scheduled for July 5, 2007 at 2:00 p.m. EDT in the above-captioned matter, the parties respectfully submit this joint agenda letter concerning the dispute they wish to address.

Specifically, defendant produced during discovery the documents attached hereto as Exhibits 1 and 2, and subsequently has requested the return of those documents as inadvertently produced under Paragraph 21 of the Protective Order on the ground that they are protected by the attorney-client privilege and the attorney work product-doctrine. Plaintiff disputes the applicability of the attorney-client privilege and/or work-product immunity to these documents, and therefore objects to defendant's demand that they be returned.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB/dmf
Attachments
181945.1

c:  Josy W. Ingersoll, Esquire (by hand and via electronic mail; w/attachments)
    George C. Lombardi, Esquire (via electronic mail; w/attachments)
    Robert C. Millonig, Esquire (via electronic mail; w/attachments)
    Paul H. Berghoff, Esquire (via electronic mail; w/attachments)

# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

**REDACTED**