## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER
## TO SEAL TRANSCRIPT OF JULY 23, 2007 DISCOVERY TELECONFERENCE

WHEREAS, a telephonic discovery conference was held with counsel for the parties on July 23, 2007, which was a follow-up to the July 5, 2007 teleconference;

WHEREAS, the transcript of the July 5, 2007 teleconference was sealed (see D.I. 102, 104), and a redacted version prepared for public inspection (see D.I. 105);

WHEREAS, the Defendant, Barr Laboratories, Inc. ("Barr"), desires that the transcript of the July 23, 2007 Discovery Teleconference (the "Transcript") also be sealed on the ground that the Transcript contains or reflects certain information which Barr maintains is confidential;

WHEREAS, Barr has already served upon Plaintiffs the designations of the portions of the Transcript that Barr believes should be redacted from the public version of the Transcript;

WHEREAS, although Plaintiffs do not agree that all of Barr's proposed redactions are warranted, in order to spare the Court the burden of dealing with a dispute over the Transcript, Plaintiffs will consent to Barr's proposal;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The Court Reporter is hereby directed immediately to seal the transcript of the July 23, 2007 Discovery Teleconference (the "Transcript");

2. Barr shall promptly inform the Court Reporter of its designations, in the form which Barr has already served upon Plaintiffs, and those portions of the Transcript shall be redacted from the public version of the Transcript.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Karen L. Pascale |
| Steven J. Balick (#2114) | Josy W. Ingersoll (#1088) |
| John G. Day (#2403) | Karen L. Pascale (#2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 571-6600 |
| tlydon@ashby-geddes.com | kpascale@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on August 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on August 22, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe, Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>     & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
>
> /s/ Karen L. Pascale
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> Email: kpascale@ycst.com
>     *Attorneys for Defendant, Barr Laboratories, Inc.*