IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) | |

## STIPULATED ORDER

WHEREAS, the Scheduling Order in this action (D.I. 23, entered July 26, 2006) provides that the parties' opening claim construction briefs are due on September 7, 2007 and answering briefs are due on September 28, 2007;

WHEREAS, the parties agreed to propose those dates to the Court in order to ensure that the Court would receive full claim construction briefing at least 30 days prior to the scheduled *Markman* hearing on October 31, 2007;

WHEREAS, the parties will need to assemble the appendix for the opening briefs prior to the filing in order to provide citations to the appendix in the opening briefs;

WHEREAS, the opening briefs are due a few days following a Federal holiday;

WHEREAS, a limited extension of time to file the opening briefs to September 10, 2007 and a corresponding extension of time to file the answering briefs to October 1, 2007 would not otherwise affect the Court's existing schedule and would still ensure that the Court receives full briefing at least 30 days prior to the October 31, 2007 *Markman* hearing;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

Paragraph 3 of the Scheduling Order is hereby modified as follows: The parties shall serve and file opening claim construction briefs on September 10, 2007, and answering claim construction briefs on October 1, 2007.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Karen L. Pascale* |
| Steven J. Balick (#2114) | Josy W. Ingersoll (#1088) |
| John G. Day (#2403) | Karen L. Pascale (#2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 571-6600 |
| *Attorneys for Plaintiffs, Aventis Pharmaceuticals, Inc. and Sanofi-Aventis US LLC* | *Attorneys for Defendant, Barr Laboratories, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
CHIEF JUDGE