## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BARR LABORATORIES, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**Joint Appendix Of Intrinsic And Extrinsic Evidence
Relied Upon In Claim Construction Briefing**

The original document is maintained in the case file in the Clerk's Office.

October 1, 2007

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
Fax:  302-571-1253

**WINSTON & STRAWN LLP**
George C. Lombardi
Maureen L. Rurka
Julia M. Mano
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

**STERNE KESSLER GOLDSTEIN & FOX PLLC**
Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
1100 New York Avenue, NW
Washington, D.C. 20005

*Attorneys for Defendant, Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on October 1, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel and on the following non-registered participants in the manner indicated:

>*__By E-Mail__*
>
>Paul H. Berghoff, Esquire [berghoff@mbhb.com]
>Joshua R. Rich, Esquire [rich@mbhb.com]
>Jeremy E. Noe, Esquire [noe@mbhb.com]
>MCDONNELL BOEHNEN HULBERT
>  & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen L. Pascale
>_____
>Josy W. Ingersoll (#1088)
>Karen L. Pascale (#2903)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>Email: kpascale@ycst.com
>  *Attorneys for Defendant, Barr Laboratories, Inc.*