IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-286-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the defendant, Barr Laboratories, Inc., in this matter:

> Taras A. Gracey
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601
> Telephone: 312-558-5600

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 has been paid to the Clerk's office.

October 24, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Defendant Barr Laboratories, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Taras A. Gracey is GRANTED.

Date: October _____, 2007        _____
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: October 23, 2007

Taras A. Gracey
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on October 24, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on October 24, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe, Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Karen L. Pascale*
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> Email: kpascale@ycst.com
>    *Attorneys for Defendant, Barr Laboratories, Inc.*