# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 30, 2007

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

<u>VIA ELECTRONIC FILING</u>

Re:  *Aventis Pharmaceuticals Inc. and Sanofi-Aventis US LLC v. Barr Laboratories, Inc.*, C.A. No. 06-286-GMS

Dear Chief Judge Sleet:

We represent the plaintiffs in the captioned matter. We write in advance of tomorrow morning's claim construction hearing in an attempt to narrow the issues that need to be addressed at the hearing, and to avoid unnecessary preparation by the Court. Specifically, Aventis will not contest Barr's construction of the claim terms "relatively high" and "relatively low," as follows:

| Claim Term | Unopposed Construction |
|---|---|
| "Relatively high" | The viscosity of the composition in unsheared form is "higher than the shear viscosity." |
| "Relatively low" | The viscosity of the composition in sheared form is "lower than the unsheared viscosity." |

We look forward to the opportunity to discuss the disputed claim construction issues with Your Honor at tomorrow's hearing.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB/dmf
185436.1

The Honorable Gregory M. Sleet
October 30, 2007
Page 2

c:    Josy W. Ingersoll, Esquire (by hand and via electronic mail)
      George C. Lombardi, Esquire (via electronic mail)
      Robert C. Millonig, Esquire (via electronic mail)
      Paul H. Berghoff, Esquire (via electronic mail)