IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-286 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 9, 2007, copies of:

*Barr Laboratories Inc.'s Second Supplemental Objections and Responses to Plaintiffs' Interrogatory Nos. 5 and 6,*

were served upon the following counsel of record in the manner indicated:

**By Hand Delivery and E-mail**

Steven J. Balick, Esquire
 [sbalick@ashby-geddes.com]
John G. Day, Esquire
 [jday@ashby-geddes.com]
Tiffany Geyer Lydon, Esquire
 [tlydon@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**By FedEx and E-mail**

Paul H. Berghoff, Esquire
 [berghoff@mbhb.com]
Joshua R. Rich, Esquire [rich@mbhb.com]
Jeremy E. Noe, Esquire [noe@mbhb.com]
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001

Additionally, the undersigned hereby certifies that on November 9, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

November 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Fax: 302-571-1253

WINSTON & STRAWN LLP
George C. Lombardi
Maureen L. Rurka
Julia M. Mano
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

STERNE KESSLER GOLDSTEIN & FOX PLLC
Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
1100 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 371-2600
Fax: (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*