IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC., )<br>)<br>Defendant. ) | C.A. No. 06-286-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of January, 2008, **EXPERT REPORT OF MARC S. BERRIDGE** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Maureen L. Rurka, Esquire                                  <u>VIA ELECTRONIC MAIL</u>
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: January 8, 2008
169790.1