IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-286-GMS ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of January, 2008, **EXPERT REPORT OF ELI O. MELTZER** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| Maureen L. Rurka, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | **VIA ELECTRONIC MAIL** |

                    ASHBY & GEDDES

                    */s/ John G. Day*
                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    Lauren E. Maguire (I.D. #4261)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19801
                    302-654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com
                    lmaguire@ashby-geddes.com

                    ***Attorneys for Plaintiffs***

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: January 8, 2008
169790.1