IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-286-GMS ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 7, 2008, copies of:

1) Expert Report of Thomas E. Needham, Ph.D.;

2) Expert Report of Maureen D. Donovan, Ph.D.;

3) Expert Report of Dr. Daniel J. Klingenberg; and

4) Expert Report of Barry A. Siegel, M.D.

were served upon the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**

Jeremy E. Noe , Esquire
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

Additionally, I hereby certify that on January 8, 2008, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

| | |
|---|---|
| Paul H. Berghoff, Esquire | berghoff@mbhb.com |
| Joshua R. Rich, Esquire | rich@mbhb.com |
| Jeremy E. Noe , Esquire | noe@mbhb.com |

MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

3

| | |
|---|---|
| DATED: January 8, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Karen E. Keller* |
| | Josy W. Ingersoll (#1088) |
| | Karen L. Pascale (#2903) |
| | Karen E. Keller (#4489) |
| | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, Delaware  19899 |
| | (302) 571-6600 |
| | kkeller@ycst.com |

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C.  20005
(202) 371-2600

*Attorneys for Defendant Barr Laboratories, Inc.*