## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 25, 2008, copies of:

*Barr Laboratories, Inc.'s Third Supplemental Objections and Responses to Plaintiffs' Interrogatory Nos. 5 and 6*; and

*Barr Laboratories, Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admission*,

were served upon the following counsel of record in the manner indicated:

| *By Hand Delivery and E-mail* | *By E-mail* |
|---|---|
| Steven J. Balick, Esquire [sbalick@ashby-geddes.com] | Paul H. Berghoff, Esquire [berghoff@mbhb.com] |
| John G. Day, Esquire [jday@ashby-geddes.com] | Joshua R. Rich, Esquire [rich@mbhb.com] |
| Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com] | Jeremy E. Noe , Esquire [noe@mbhb.com] |
| ASHBY & GEDDES | MCDONNELL BOEHNEN HULBERT |
| 500 Delaware Avenue, 8th Floor | & BERGHOFF LLP |
| Wilmington, DE 19801 | 300 South Wacker Drive |
| Telephone: (302) 654-1888 | Chicago, Illinois 60606 |
| | Telephone: (312) 913-0001 |

Additionally, the undersigned hereby certifies that on January 25, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale

January 25, 2008

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
Fax:  302-571-1253

WINSTON & STRAWN LLP
George C. Lombardi
Maureen L. Rurka
Julia M. Mano
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600
Fax:  (312) 558-5700

STERNE KESSLER GOLDSTEIN & FOX PLLC
Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
1100 New York Avenue, NW
Washington, D.C.  20005
Telephone:  (202) 371-2600
Fax:  (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*