IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2008, copies of: (1) *Second Expert*

*Report of Maureen D. Donovan, Ph.D.*; (2) *Responsive Expert Report of Dr. Daniel J.*

*Klingenberg*; (3) *Expert Report of Dr. Ian S. MacKay*; and (4) *Responsive Expert Report of*

*Barry A. Siegel, M.D.* were served upon the following counsel of record in the manner indicated:

### BY E-MAIL

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL AND HAND DELIVERY**

Paul H. Berghoff, Esquire                  berghoff@mbhb.com
Joshua R. Rich, Esquire                    rich@mbhb.com
Jeremy E. Noe , Esquire                    noe@mbhb.com
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

Additionally, I hereby certify that on January 31, 2008, I caused this Notice of

Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel in the manner indicated:

**BY CM/ECF AND E-MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Paul H. Berghoff, Esquire                  berghoff@mbhb.com
Joshua R. Rich, Esquire                    rich@mbhb.com
Jeremy E. Noe , Esquire                    noe@mbhb.com
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

DATED: January 31, 2008

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

_____

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C.  20005
(202) 371-2600

*Attorneys for Defendant Barr Laboratories, Inc.*