# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 6, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Aventis Pharmaceuticals Inc., et al. v. Barr Laboratories, Inc.,*
            C. A. No. 06-286-GMS

Dear Chief Judge Sleet:

      Following up on the telephone call with chambers this morning, the parties are pleased to report that they have resolved all of the issues that were to be discussed during the discovery teleconference previously scheduled for today at 2:00 p.m. EDT. We understand that the Court will remove the teleconference from the Court's calendar.

                                    Respectfully,

                                      */s/ Tiffany Geyer Lydon*

                                      Tiffany Geyer Lydon

187950.1

c:    Josy W. Ingersoll, Esquire (by hand and via electronic mail)
      George C. Lombardi, Esquire (via electronic mail)
      Robert C. Millonig, Esquire (via electronic mail)
      Paul H. Berghoff, Esquire (via electronic mail)