IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-286-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2008, **PLAINTIFFS' THIRD SUPPLEMENTAL RESPONSES TO BARR LABORATORIES INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-70)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | VIA ELECTRONIC MAIL |
| Robert C. Millonig, Esquire<br>Sterne Kessler Goldstein & Fox PLLC<br>1100 New York Avenue, NW<br>Washington, DC 20005 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: February 7, 2008