IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>BARR LABORATORIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-286-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 21, 2008, copies of: (1) *Expert Report of Harry C. Boghigian*; (2) *Reply Report of James Morrison*; (3) *Responsive Expert Report of Dr. Ian S. MacKay*; and (4) *Reply Expert Report of Barry A. Siegel, M.D.* were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Jeremy E. Noe , Esquire [noe@mbhb.com]
Andrew W. Williams, Ph.D. [williams@mbhb.com]
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

Additionally, I hereby certify that on February 22, 2008, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND E-MAIL**

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Paul H. Berghoff, Esquire [berghoff@mbhb.com]
Joshua R. Rich, Esquire [rich@mbhb.com]
Jeremy E. Noe , Esquire [noe@mbhb.com]
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

| | |
|---|---|
| DATED: February 22, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ Karen E. Keller |
| | Josy W. Ingersoll (#1088) |
| | Karen L. Pascale (#2903) |
| | Karen E. Keller (#4489) |
| | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, Delaware 19899 |
| | (302) 571-6600 |
| | kkeller@ycst.com |

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Defendant Barr Laboratories, Inc.*