IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, <br><br>      Plaintiffs, <br><br>v. <br><br>BARR LABORATORIES, INC., <br><br>      Defendant. | C.A. No. 06-286 (GMS) |

### BARR LABORATORIES INC.'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take a deposition upon oral examination of the following persons:

| Deponent | Deposition Date/Time | Deposition Location |
|---|---|---|
| Dr. Marc S. Berridge | February 21, 2008 at 9:00 a.m. | Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 |
| Dr. Eli O. Meltzer | February 27, 2008 at 8:30 a.m. | Marriott Del Mar<br>11966 El Camino Real<br>San Diego, CA 92130 |
| Dr. Gregory K. Bell | February 29, 2008 at 9:00 a.m. | Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 |
| Donald O. Beers | March 5, 2008 at 9:00 a.m. | Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 |
| Dr. Michael A. Kaliner | March 7, 2008 at 8:30 a.m. | Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006 |

| | | |
|---|---|---|
| Dr. Robert Y. Lochhead | March 11, 2008 at 9:00 a.m. | Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 |
| Dr. Robert K. Prud'homme | March 13, 2008 at 9:00 a.m. | Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 |

The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent in accordance with the Rules.

Dated: February 22, 2008

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

George C. Lombardi
James F. Hurst
Taras A. Gracey
Maureen L. Rurka
Julia M. Mano
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on February 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on February 22, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe, Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>    & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

>> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>>
>> /s/ Karen E. Keller
>> Josy W. Ingersoll (#1088)
>> Karen L. Pascale (#2903)
>> Karen E. Keller (#4489)
>> The Brandywine Building
>> 1000 West Street, 17th Floor
>> Wilmington, Delaware  19801
>> (302) 571-6600
>> kkeller@ycst.com
>> *Attorneys for Defendant, Barr Laboratories, Inc.*