IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-286-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## AVENTIS PHARMACEUTICALS, INC.'S NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Aventis Pharmaceuticals, Inc. ("Aventis") will take a deposition upon oral examination of the following persons:

| **Deponent** | **Deposition Date/Time** | **Deposition Location** |
|---|---|---|
| Dr. Maureen Donovan | March 4, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |
| Harry C. Boghigian | March 11, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |
| Dr. Ian S. MacKay | March 14, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |
| Dr. Barry A. Siegel | March 17, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |
| Dr. Thomas E. Needham | March 19, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |

| | | |
|---|---|---|
| James C. Morrison | March 19, 2008 at 1:00 pm | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |
| Dr. Daniel Klingenberg | March 21, 2008 at 9:00 am | MBHB LLP<br>300 South Wacker Drive<br>Chicago, IL 60606 |

      The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent in accordance with the Rules.

                                                                               ASHBY & GEDDES

                                                                               */s/ Tiffany Geyer Lydon*

                                                                               Steven J. Balick (I.D. #2403)
                                                                               John G. Day (I.D. #2114)
                                                                               Tiffany Geyer Lydon (I.D. #3950)
                                                                               500 Delaware Avenue, 8th Floor
                                                                               P.O. Box 1150

*Of Counsel:*                                             Wilmington, DE 19899
                                                                               (302) 654-1888
Paul H. Berghoff                             sbalick@ashby-geddes.com
Joshua R. Rich                                jday@ashby-geddes.com
Jeremy E. Noe                                 tlydon@ashby-geddes.com
McDONNELL BOEHNEN
    HULBERT & BERGHOFF LLP          *Attorneys for Plaintiffs*
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: February 25, 2008
188574.1