# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286 (GMS) |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 5, 2008, copies of:

*Supplemental Expert Report of Barry A. Siegel, M.D. on Behalf of Barr Laboratories Inc. [HIGHLY CONFIDENTIAL],*

were served upon the following counsel of record in the manner indicated:

| *By E-mail* | *By Hand Delivery and E-mail* |
|---|---|
| Steven J. Balick, Esquire <br> [sbalick@ashby-geddes.com] <br> John G. Day, Esquire <br> [jday@ashby-geddes.com] <br> Tiffany Geyer Lydon, Esquire <br> [tlydon@ashby-geddes.com] <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 654-1888 | Jeremy E. Noe , Esquire <br> [noe@mbhb.com] <br> MCDONNELL BOEHNEN HULBERT <br> & BERGHOFF LLP <br> 300 South Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: (312) 913-0001 |

Additionally, the undersigned hereby certifies that on March 5, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner listed below.

<u>*By E-mail*</u>

Steven J. Balick, Esquire
  [sbalick@ashby-geddes.com]
John G. Day, Esquire
  [jday@ashby-geddes.com]
Tiffany Geyer Lydon, Esquire
  [tlydon@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888

March 5, 2008

<u>*By E-mail*</u>

Paul H. Berghoff, Esquire
  [berghoff@mbhb.com]
Joshua R. Rich, Esquire
  [rich@mbhb.com]
Jeremy E. Noe , Esquire
  [noe@mbhb.com]
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Fax: 302-571-1253

**WINSTON & STRAWN LLP**
George C. Lombardi
Maureen L. Rurka
Julia M. Mano
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

**STERNE KESSLER GOLDSTEIN & FOX PLLC**
Robert C. Millonig
Eldora L. Ellison
Laura A. Vogel
1100 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 371-2600
Fax: (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*