IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286-GMS |
| v. | ) ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER

Barr Laboratories, Inc. having moved *in limine* to exclude evidence relating to Barr's ANDA or to the development of Barr's ANDA product to prove copying, and the Court having considered the parties' submissions thereon,

IT IS HEREBY ORDERED this ____ day of _____ 2008, that Barr's Motion is hereby GRANTED.

_____
Honorable Gregory M. Sleet, U.S.D.J.