# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 10, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

BY E-FILING AND
HAND DELIVERY

Re: *Aventis Pharmaceuticals Inc., et al. v. Barr Laboratories, Inc.*,
C. A. No. 06-286-GMS

Dear Chief Judge Sleet:

Yesterday, Your Honor issued an Oral Order rescheduling the Pretrial Conference in the above-captioned matter from Monday, April 28, 2008 at 9:30 a.m. to Thursday, April 24, 2008 at 9:30 a.m.

The new date of April 24 presents an irreconcilable conflict for Barr's lead trial counsel, James F. Hurst of Winston & Strawn LLP. Mr. Hurst is scheduled to be in California that day, arguing a summary judgment motion before Judge Claudia Wilken in the matter of *In re Abbott Labs. Norvir Antitrust Litig.*, N.D. Cal., Case No. C-04-1511 CW.

If Your Honor sees fit to entertain the possibility of re-scheduling the Pretrial Conference, please be advised that Mr. Hurst could be present in Delaware on April 25 (afternoon only), and May 8 or 9. I have shared those dates with plaintiff's counsel, and they have confirmed their availability on the afternoon of April 25 and on May 8, but are only available during the morning of May 9. Certainly, if Your Honor would consider re-scheduling, I would be pleased to clear any other prospective dates and times with plaintiff's counsel.

If re-scheduling is not feasible, Barr respectfully requests that Mr. Hurst be excused from attending the April 24 Pretrial Conference, notwithstanding that he will act as Barr's lead counsel at the 4-day bench trial scheduled to commence on May 19, 2008.

Respectfully,

*Karen L. Pascale*

Karen L. Pascale

cc: Steven J. Balick, Esquire (by CM/ECF and e-mail)
John G. Day, Esquire (by CM/ECF and e-mail)
Tiffany Geyer Lydon, Esquire (by CM/ECF and e-mail)
Paul H. Berghoff, Esquire (by e-mail)
Joshua R. Rich, Esquire (by e-mail)
Jeremy E. Noe, Esquire (by e-mail)

DB02:6732448.1

063987.1003