# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AVENTIS PHARMACEUTICALS INC. and )
SANOFI-AVENTIS US LLC, )
            )
        Plaintiffs, )     C.A. No. 06-286 (GMS)
            )
      v. )     **REDACTED – PUBLIC VERSION**
            )
BARR LABORATORIES, INC., )
            )
        Defendant. )

## APPENDIX OF EXHIBITS REFERENCED IN BARR LABORATORIES'
## THREE RESPONSES TO PLAINTIFFS' MOTIONS *IN LIMINE*

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Tel:  (302) 571-6600

George C. Lombardi
James F. Hurst
Taras A. Gracey
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel:  (312) 558-5600

*Attorneys for Defendant Barr Laboratories, Inc.*

April 7, 2008

## TABLE OF CONTENTS

EXHIBIT A...................................................Dr. Marc Berridge's Opening Expert Report

EXHIBIT B.......................................Excerpts From Dr. Marc Berridge's Rebuttal Report

EXHIBIT C.....................Excerpts From Dr. Marc Berridge's 2/21/08 Deposition Transcript

EXHIBIT D...................................Excerpts From Dr. Barry Siegel's Deposition Transcript

EXHIBIT E......................................Excerpts From Dr. Eli Meltzer's Deposition Transcript

EXHIBIT F.................................Excerpts From Mr. Donald Beers' Deposition Transcript

EXHIBIT G.......................................2/1/08 Letter From Maureen Rurka To Jeremy Noe

EXHIBIT H......................................2/21/08 Letter From Maureen Rurka To Jeremy Noe

EXHIBIT I..........................Excerpts From Dr. Robert Lochhead's Opening Expert Report

EXHIBIT J.......................Excerpts From Dr. Robert Prud'homme's Opening Expert Report

EXHIBIT K.......................................2/1/08 Letter From Jeremy Noe To Maureen Rurka

EXHIBIT L...........................Excerpts From Dr. Michael Kaliner's Rebuttal Expert Report

EXHIBIT M...............................Excerpts From Dr. Eli Meltzer's Rebuttal Expert Report

EXHIBIT N..........................Excerpts From Dr. Robert Lochhead's Rebuttal Expert Report

EXHIBIT O.......................Excerpts From Dr. Robert Prud'homme's Rebuttal Expert Report

EXHIBIT P.....................................Excerpts From Dr. Ian Mackay's Deposition Transcript

EXHIBIT Q.........................3/26/08 Letter From Julia Mano Johnson To Andrew Williams

EXHIBIT R.....................Plaintiffs' Fifth Supplemental Response To Interrogatory Nos. 8
                            And 13 Of Barr Laboratories, Inc.'s Interrogatories

EXHIBIT S...................................3/7/08 Letter From Andrew Williams To Maureen Rurka

EXHIBIT T.......................................3/19/08 Letter From Maureen Rurka To Joshua Rich

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing public version document, ***Appendix of Exhibits Referenced in Barr Laboratories' Three Responses to Plaintiffs' Motions in Limine***, with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on April 14, 2008, I caused a copy of the foregoing sealed document to be served by e-mail and hand delivery on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail and FedEx***
>
> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe , Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903) [kpascale@ycst.com]
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
>   *Attorneys for Defendant, Barr Laboratories, Inc.*

# EXHIBITS A-F
# REDACTED
# IN ITS ENTIRETY

# EXHIBIT G

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | (312) 558-5600 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL NUMBER

(312) 558-7936
mrurka@winston.com

February 1, 2008

**VIA FACSIMILE AND EMAIL**

Jeremy E. Noe
McDONNELL BOEHNEN HULBERT
    & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

            Re:    *Aventis Pharms., Inc., et al. v. Barr Labs., Inc.,*
                      No. 06-286 (GMS) (D. Del.)

Dear Jeremy:

        We write to inform you of the experts that Barr intends to use at trial to testify to the various aspects of obviousness (level of ordinary skill in the art, scope and content of the prior art, the disclosures of the prior art and obviousness).

        Dr. Maureen Donovan will testify regarding the level of ordinary skill in the art. Dr. Thomas Needham will testify regarding the scope and content of the prior art, the prior art disclosures and obviousness.

        As we stated, we do not intend to present more than one Barr expert on any one subject at trial.

                  Very truly yours,

                  *Maureen L. Rurka*

                  Maureen L. Rurka

cc:    Steven J. Balick (via email)
       Josy W. Ingersoll (via email)

# EXHIBIT H

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | (312) 558-5600 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL NUMBER

(312) 558-7936
mrurka@winston.com

February 21, 2008

**VIA HAND DELIVERY**
Jeremy E. Noe
McDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

         **Re:**    *Aventis Pharms., Inc., et al. v. Barr Labs., Inc.,*
                 **No. 06-286 (GMS) (D. Del.)**

Dear Jeremy:

        Enclosed are the following expert reports, served on behalf of Barr Laboratories, Inc.:

    1)  Reply Report of James Morrison;

    2)  Expert Report of Harry C. Boghigian;

    3)  Reply Expert Report of Barry A. Siegel, M.D.; and

    4)  Responsive Report of Dr. Ian S. MacKay.

        Please be aware that we will offer at trial the testimony of only one expert witness on each subject, in accordance with the Court's rules. Please contact me if you have any questions.

        Very truly yours,

        Maureen L. Rurka

cc:   Steven J. Balick (via Federal Express, with enclosures)
      Josy W. Ingersoll (via Federal Express, with enclosures)

# EXHIBITS I-J
# REDACTED
# IN ITS ENTIRETY

# EXHIBIT K

 **McDonnell Boehnen Hulbert & Berghoff** LLP

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

February 1, 2008

**VIA E-MAIL (mrurka@winston.com)**

Ms. Maureen Rurka
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

Re:    Aventis Pharmaceuticals, Inc.  v. Barr Laboratories, Inc.
       Civil Action No. 06cv286 (GMS)
       U.S. District Court for the District of Delaware

Dear Maureen,

Further to our teleconference of earlier this afternoon, we write to inform you of the
experts that Aventis intends to use at trial to testify to infringement and the various
aspects of non-obviousness.

Infringement - Dr. Meltzer will testify to the ultimate conclusion on infringement,
relying on the opinions of Drs. Berridge, Lochhead, and Prud'homme for subsidiary
issues related thereto.

Level of Ordinary Skill in the Art - Dr. Meltzer.

Non-obviousness - Dr. Lochhead will testify to the ultimate conclusion on non-
obviousness, relying in part on the opinions of other experts' for subsidiary issues
related thereto.

Scope and content of alleged prior art asserted by Barr - Dr. Lochhead, Dr.
Meltzer, and Dr. Kaliner will testify on different aspects of the scope and content of
the alleged prior art.

Differences between the prior art asserted by Barr and the claims at issue - Dr.
Lochhead, Dr. Meltzer, and Dr. Kaliner will testify.

Anticipation - Dr. Kaliner will testify to the ultimate conclusion on anticipation, relying in part on the opinion of Dr. Lochhead for subsidiary issues related thereto.

Written Description – Dr. Kaliner will testify.

Enablement – Dr. Berridge will testify.

In response to your particularized request for clarification regarding the alleged overlap in Dr. Lochhead's and Dr. Prud'homme's opinions based on paragraphs 21-24, 29 and 30 of Dr. Prud'homme's report, and paragraphs 5-9 and 14-15 of Dr. Lochhead's report, respectively, we respond as follows:

Dr. Lochhead will testify on the issues discussed in paragraphs 5-9 in his opening report; Dr. Prud'homme will not testify on paragraphs 21-24.

Dr. Prud'homme will testify on the issues discussed in paragraphs 29-30 in his opening report; Dr. Lochhead will not testify on paragraphs 14-15.

Please feel free to contact us directly if you have any questions.

Sincerely,

*Jeremy E. Noe / (aww)*

Jeremy E. Noe
(312) 935-2370
noe@mbhb.com

c:    John G. Day – JDay@ashby-geddes.com – Via E-mail
      Steven J. Balick – SBalick@ashby-geddes.com – Via E-mail
      Tiffany Geyer Lydon – TLydon@ashby-geddes.com – Via E-mail
      Josy W. Ingersoll – jingersoll@ycst.com – Via E-mail

# EXHIBITS L-P
# REDACTED
# IN ITS ENTIRETY

# EXHIBIT Q

# WINSTON & STRAWN LLP

<table>
<tr><td>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND</td><td rowspan="4">35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703<br><br>(312) 558-5600<br><br>FACSIMILE (312) 558-5700<br><br>www.winston.com</td><td>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193</td></tr>
<tr><td>99 GRESHAM STREET<br>LONDON EC2V 7NG</td><td>25 AVENUE MARCEAU<br>75116 PARIS, FRANCE</td></tr>
<tr><td>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543</td><td>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894</td></tr>
<tr><td>WRITER'S DIRECT DIAL NUMBER</td><td>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817</td></tr>
</table>

312-558-7243
jmjohnson@winston.com

March 26, 2008

**BY EMAIL**

Andrew W. Williams
McDonnell Boehnen Hulbert
    & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606

Re:    *Aventis Pharms., Inc., et al. v. Barr Labs., Inc.*, No. 06-286 (D. Del.)

Dear Andrew:

Although, as the deposition transcript of Dr. Mackay makes clear, we were under no obligation to produce this document, enclosed is a document bearing bates numbers BARR-MACKAY-000257 – BARR-MACKAY-000267. As an additional courtesy which we were under no obligation to provide, the website that Dr. Mackay mentioned can be found at http://www.hhs.gov/asl/testify/t980402a.html.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Julia Johnson

Julia Mano Johnson

Enclosure

# EXHIBIT R

# REDACTED

# IN ITS ENTIRETY

# EXHIBIT S

 **mbhb**  McDonnell Boehnen Hulbert & Berghoff LLP

300 South Wacker Drive    312 913 0001  phone
Chicago, Illinois 60606-6709    312 913 0002  fax
www.mbhb.com

March 7, 2008

**VIA E-MAIL (mrurka@winston.com)**

Ms. Maureen Rurka
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

Re:    Aventis Pharmaceuticals, Inc.  v. Barr Laboratories, Inc.
       Civil Action No. 06cv286 (GMS)
       U.S. District Court for the District of Delaware

Dear Maureen,

We write in response to your letter of March 6th, 2008 regarding certain aspects of Dr. Meltzer's rebuttal of Drs. Donovan and Needham's opinions regarding "odorlessness."

In response to your inquiry regarding the bases for Dr. Meltzer's "odorlessness" opinion, we confirm that we intend to present Dr. Meltzer for testimony based on all supporting evidence.

Further, we are disappointed by the accusations found in your letter, and we note that we have already responded to all of the points you have raised.  Not only did Dr. Meltzer identify early in the deposition the article he was adding in support of his already-existing rebuttal of the opinions expressed by Drs. Donovan and Needham, copies of the article were provided to you early in the deposition.  Thus, the arguments contained in your letter are simply wrong factually.

Sincerely,

Andrew W. Williams
312 913 3301
williams@mbhb.com

c:     John G. Day – JDay@ashby-geddes.com – Via E-mail
       Steven J. Balick – SBalick@ashby-geddes.com – Via E-mail
       Tiffany Geyer Lydon – TLydon@ashby-geddes.com – Via E-mail
       Josy W. Ingersoll – jingersoll@ycst.com – Via E-mail

# EXHIBIT T

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | (312) 558-5600 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| WRITER'S DIRECT DIAL NUMBER | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

312-558-7936

March 19, 2008

**VIA EMAIL**

Joshua R. Rich
McDONNELL BOEHNEN HULBERT
    & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

> Re:    *Aventis Pharms., Inc., et al. v. Barr Labs., Inc.,*
>        **No. 06-286 (GMS) (D. Del.)**

Dear Josh:

We write in response to your letter of yesterday purporting to memorialize our telephone conference yesterday.

First, we completely disagree with your assertions that we were supposed to offer Dr. Mackay's response to Dr. Meltzer's opinions relating to secondary considerations of non-obviousness before the parties agreed-upon date of February 21, 2008. As we have repeatedly explained, and you have yet to refute, his reply report is directed to secondary considerations of non-obviousness. Furthermore, as we have repeatedly represented, we do not intend to offer more than one expert opinion on any subject at trial. Your complaint that it is "patently unfair" that we will not accede to your brand new demand that we identify who will be testifying at trial on odorlessness is undermined by your own conduct in this case. Plaintiffs have offered significant overlapping testimony from a number of experts on a number of issues, including viscosity testing, potency of steroids, odorlessness, and scope and content of prior art, just to name a few. Unlike us, Plaintiffs have not stated that they will not offer more than one expert on any subject. Your complaint is without merit.

Second, your attempt to recharacterize Dr. Meltzer's additional opinion on odorlessness as only an "additional basis" for his opinion is also without merit. Whatever you want to call it, he was required under Fed. R. Civ. P. 26 to put it in his expert report. He did not. Moreover, you still have not agreed to withdraw the additional opinion of Mr. Beers, raised at

**WINSTON & STRAWN** LLP

Joshua R. Rich
March 19, 2008
Page 2

the end of his deposition on redirect questioning from Aaron Barkoff. As you have refused to withdraw either of these additional opinions, you, yet again, have no basis to complain.

Third, you attempted during the telephone conference to create a brand new "meet and confer" on the topic of Dr. Mackay's deposition – an issue that you, until yesterday, had not raised. A demand for documents during a deposition, documents to which you are not entitled, does not constitute a properly raised issue that we can fully address during a meet and confer on a completely different topic. We never received any letter following his deposition that identified either what you sought or your basis for seeking it. Neither party ever discussed or agreed to a telephonic meet and confer on this topic. Yet in the middle of our telephone conference on an entirely different issue, you attempted to raise this issue, demanding, without stating a single basis, an additional deposition of Dr. Mackay or the withdrawal of some unidentified portion of his report. At the time, we had not yet reviewed Dr. Mackay's deposition transcript and you had not yet specifically identified what documents you sought. Moreover, you still have not identified what portion of Dr. Mackay's report you want us to withdraw or your basis for that demand. Therefore, we did not refuse any meet and confer, notwithstanding your current attempt to manufacture a record to the contrary.

Having now reviewed his deposition transcript, it is clear that he was not required to produce or identify documents "related to the deposition pattern of sprays in the nasal cavity." He plainly stated that he did not consider those documents in preparing his opinions:

> 7      Q.   I'm not asking whether you relied or
> 8   not. I'm -- I'm asking whether you considered it
> 9   in forming your opinion.
>
> 10     MS. JOHNSON:  Same objection, asked and
> 11   answered, beyond the scope of the expert reports.
>
> 12  BY THE WITNESS:
> 13     A.   I think the bottom line probably is no.
>
> \*      \*      \*
>
> 6      Q.   Okay. And did you have that research in
> 7   mind in any way when you were forming your
> 8   opinions?
>
> 9      MS. JOHNSON:  Objection; vague.
>
> 10  BY THE WITNESS:
> 11     A.   Not that specific reading, no.

**WINSTON & STRAWN** LLP

Joshua R. Rich
March 19, 2008
Page 3

Accordingly, you have no basis for your demand that we produce the references, nor do you have any basis to demand that we withdraw whatever portion of his expert report you have yet to identify as requiring withdrawal. Nevertheless, despite the fact that we have no obligation whatsoever to produce the references, when we have had an opportunity to review those references (assuming Dr. Mackay is able to identify them), we will make a determination of whether we will produce them in the spirit of cooperation. We have taken under consideration your demand that we produce the websites regarding CFCs, but we will not be prepared to have a meet and confer on either of these topics until Monday morning. As you know, there are three depositions of Barr's experts that have yet to be completed this week, motions in limine due tomorrow, and our responsive draft to the PTO due Monday. We are occupied with preparing for those deadlines.

We are not obligated to, nor will we, accede to your unreasonable demands for an immediate meet and confer, before we have had time to fully consider the brand new issues you have raised simply because you have created your own emergency by failing to raise these new issues in sufficient time for us to fully examine and address them. We will be available Monday for a meet and confer.

Very truly yours,

Maureen L. Rurka

cc:     Steven J. Balick (via email)
        Josy W. Ingersoll (via email)