IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

## FINAL PRETRIAL ORDER

ASHBY & GEDDES
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
kpascale@ycst.com
kkeller@ycst.com

*Attorneys for Defendant*

Dated:  April 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC., | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) | |

**FINAL PRETRIAL ORDER**

This matter having come before the court at a pretrial conference held pursuant to Fed. R. Civ. P. ("Rule") 16, and Steven J. Balick, John G. Day, and Tiffany Geyer Lydon, Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, Delaware, 19801, 302-654-1888, Paul H. Berghoff, Joshua R. Rich, and Jeremy E. Noe, McDonnell Boehnen Hulbert & Berghoff LLP, 300 South Wacker Drive, Chicago, Illinois 60606, 312-913-0001 having appeared as counsel for plaintiffs and Josy W. Ingersoll, Karen L. Pascale and Karen E. Keller, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801, 302-571-6600 and James F. Hurst, Taras A. Gracey, Maureen L. Rurka, and Julia M. Johnson, Winston & Strawn, LLP, 35 West Wacker Drive, Chicago, Illinois, 60601, 312-558-5600 having appeared as counsel for defendant, the following actions were taken:

(1)     This is an action for patent infringement and the jurisdiction of the court is

involved under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202. Jurisdiction is not

disputed as to Plaintiff Aventis Pharmaceuticals Inc.'s patent infringement claims

and Defendant Barr Laboratories Inc.'s counterclaims.  Barr disputes Article III subject matter jurisdiction as to Plaintiff Sanofi-Aventis US LLC's patent infringement claims on the ground that Sanofi-Aventis is not the patentee as required under 35 U.S.C. § 281.

(2)   The following stipulations and statements were submitted and are attached to and made a part of this Order.

    (a)   A comprehensive statement of all uncontested facts, which will become a part of the evidentiary record in this case, attached hereto as Appendix A;

    (b)   An agreed statement by the parties of the contested issues of fact and law, attached hereto as Appendix B; Plaintiffs' statement of contested issues of fact and law not agreed to, attached hereto as Appendix C; and Defendant's statement of contested issues of fact and law not agreed to, attached hereto as Appendix D;

    (c)   Except for rebuttal exhibits, schedules of all exhibits expected to be offered into evidence and all demonstrative evidence and experiments to be offered during trial are set forth as follows:

        (1)   Exhibits offered by Plaintiffs received in evidence, attached as Schedule (c)(1);

        (2)   Exhibits offered by Plaintiffs and objected to by Defendant, attached as Schedule (c)(2);

        (3)   Exhibits offered by Defendant received in evidence, attached as Schedule (c)(3);

        (4)      Exhibits offered by Defendant and objected to by Plaintiffs, attached as Schedule (c)(4);

(d)     A list of the potential witnesses to be called by Plaintiffs, attached as Appendix E; and a list of the potential witnesses to be called by Defendant, attached as Appendix F; the parties having agreed to reserve until trial the right to object to certain uses of the witnesses identified in Appendices E and F;

(e)     Statements setting forth the qualifications of each of Plaintiffs' expert witnesses, attached as Appendix G; Statements setting forth the qualifications of each of Defendant's expert witnesses, attached as Appendix H;

(f)     List of all depositions, or portions thereof, to be read into evidence on behalf of Plaintiffs, attached as Appendix I; list of all depositions, or portions thereof, to be read into evidence on behalf of Defendant, attached as Appendix J;

(g)     Not applicable in this case;

(h)     Not applicable in this case;

(i)     Not applicable in this case;

(j)     Plaintiffs' proposed *Findings of Fact and Conclusions of Law* are being filed separately by Plaintiffs under seal, duplicate hard copies to be delivered to the Court; and Defendant's proposed *Findings of Fact and Conclusions of Law* are being filed separately under seal, duplicate hard copies to be delivered to the Court.

(k)    Pursuant to this Court's Order dated June 30, 2006, prior to the Scheduling Conference held on July 18, 2006 in this case, the parties, after discussion, determined that this matter could not be resolved by settlement at that juncture.  Pursuant to Court Order dated August 21, 2006, the parties engaged in a settlement conference with Magistrate Judge Thynge on October 16, 2006 during which, after discussion, the parties indicated to Magistrate Judge Thynge that this matter could not be resolved by settlement at that juncture.  Pursuant to Court Order dated October 19, 2006, the parties engaged in a follow-up settlement conference with Magistrate Judge Thynge on May 10, 2007 during which, after discussion, the parties indicated to Magistrate Judge Thynge that the possibility of settlement in this litigation was remote and that further negotiations were unlikely to be productive.

(l)    The parties have completed all fact and expert discovery.

(m)    motions *in limine*:  The parties have filed the following motions *in limine*:

By Plaintiffs:

(1)    Plaintiffs' First Motion *in Limine* (Concerning the Supplemental Expert Report of Barry A. Siegel, M.D.)

(2)    Plaintiffs' Second Motion *in Limine* (Concerning the Expert Report of Dr. Ian S. Mackay)

(3)    Plaintiffs' Third Motion *in Limine* (Concerning the Responsive Expert Report of Dr. Ian S. Mackay)

By Defendant:

(1)    Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Any Documents Related to Barr's ANDA to Show Proof of Copying

The parties have agreed to forego Reply Briefs in support of motions *in limine*, *i.e.*, briefing for motions *in limine* shall comprise only an Opening Brief and an Answering Brief. The parties will deliver to the Court an original and two (2) hard copies of each brief, excluding appendices, declarations, affidavits and exhibits.

(3)     Trial of this case is expected to take four (4) days.

(4)     [Indicate the type of trial by placing an X in the appropriate box]

Jury     ☐                    Non-jury     ☒

(5)     Not applicable for this case.

(6)     This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

(7)     Possibility of settlement of this case was considered by the parties.

 

 

_____
Chief Judge

Date: _____

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

---

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Karen L. Pascale

---

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
kpascale@ycst.com
kkeller@ycst.com

*Attorneys for Defendant*

# APPENDIX A

## PARTIES' STATEMENT OF UNCONTESTED FACTS

### The Parties

1.      Plaintiff Aventis Pharmaceuticals Inc. ("Aventis"), a subsidiary of Sanofi-Aventis SA, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 55 Corporate Drive, Bridgewater, New Jersey 08807.

2.      Plaintiff Sanofi-Aventis US LLC ("Sanofi-Aventis"), a subsidiary of Sanofi-Aventis SA, is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 55 Corporate Drive, Bridgewater, New Jersey 08807.

3.      Defendant Barr Laboratories, Inc. ("Barr") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 223 Quaker Road, Pomona, New York 10970.

### Allergic Rhinitis

4.      Allergic rhinitis is the consequence of an exaggerated reaction by the body's immune system as a response to foreign substances (antigens) in the nasal cavity.

5.      Seasonal and perennial allergic rhinitis are associated with sneezing, nasal drainage, itching and congestion.

6.      Seasonal allergic rhinitis, sometimes known as hay fever, results from foreign substances (antigens) found in pollen from trees, grasses, and weeds and occurs during certain times of the year.

7.      Perennial allergic rhinitis may occur year-round and results from antigens such as animal dander, mold spores, and dust mites that are present in the environment

independent of the time of year. Perennial allergic rhinitis can coexist with seasonal exacerbations of the symptoms.

**The Patents**

8.     U.S. Application Number 08/678,465, from which United States Patent No. 5,976,573 ("the '573 patent") issued, was filed on July 3, 1996. The '573 patent issued on November 2, 1999, to Soo-Il Kim. The USPTO shows that the '573 patent was assigned to Rôrer Pharmaceutical Products Inc. ("RPR"), a predecessor-in-interest to Aventis. The USPTO shows that by assignment, through a chain of predecessors-in-interest, Aventis is the present owner of the '573 patent.

9.     The '573 patent is set to expire on July 3, 2016.

10.     U.S. Application Number 09/315,454, from which United States Patent No. 6,143,329 ("the '329 patent") issued, was filed on May 20, 1999. The '329 patent issued on November 7, 2000, to Soo-Il Kim. The USPTO shows that the '329 patent was assigned to RPR. The USPTO shows that by assignment, through a chain of predecessors-in-interest, Aventis is the present owner of the '329 patent.

11.     The '329 patent claims priority to the parent application of the '573 patent, which was filed on July 3, 1996.

12.     The '329 patent is set to expire on July 3, 2016.

13.     Other than the claim of priority set forth in col. 1, lines 4-10 of the '329 patent, the '573 patent and the '329 patent share a common specification that is substantively the same for both patents.

14.     Aventis is the manufacturer of Nasacort® AQ.

15.     Sanofi-Aventis is the owner of NDA 20-468.

**Asserted Claims**

16.    Plaintiffs are asserting claims 5, 6, 7, 8, 21, 22, 23, 24, 26, 27, 28, 34, and 35 of the '573 patent against Barr in this case.

17.    Plaintiffs are asserting claims 13, 14, 15, 16, 23, 24, 25, and 26 of the '329 patent against Barr in this case.

**NDA 20-468**

18.    NDA 20-468 was approved on May 20, 1996.

19.    The FDA's Orange Book lists the '573 patent and the '329 patent in connection with NDA 20-468.

**ANDA 78-104**

20.

**REDACTED**

21.    By letter dated March 20, 2006, and received March 23, 2006, Barr notified Plaintiffs of the filing of ANDA 78-104 with the Paragraph IV certification.

**Barr's ANDA product**

22.

**REDACTED**

23.

24.

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

**REDACTED**

**REDACTED**

<u>**Prior Art**</u>

**A.    Prior Art Products**

89.    Some formulation of each of the products sold using the trademarks
Beconase AQ®, Vancenase AQ®, Flonase®, Nasalide® and Nasacort® Nasal Inhaler was
introduced in the United States more than one year before July 3, 1996.

90.    Limited information for each of the products sold using the trademarks
Beconase AQ®, Vancenase AQ®, Nasalide® and Nasacort® Nasal Inhaler is included in
the 1995 Physician's Desk Reference ("'95 PDR").

91.    Limited information for a product sold using the trademark Flonase® is
included in the 1995 Physician's Desk Reference Supplement A ("'95 PDR Supplement
A").

92.    The '95 PDR and '95 PDR Supplement A were publicly available and
publicly accessible more than one year before July 3, 1996.

93.    The '95 PDR qualifies as a printed publication under 35 U.S.C. § 102(b).

94.    The '95 PDR Supplement A qualifies as a printed publication under 35 U.S.C. § 102(b).

95.    The active ingredient in Flonase® is fluticasone propionate.

96.    The active ingredient in Beconase AQ® and Vancenase AQ® was beclomethasone dipropionate.

97.    The active ingredient in Nasalide® is flunisolide.

98.    The active ingredient in Nasacort® Nasal Inhaler was triamcinolone acetonide.

99.    Fluticasone propionate, beclomethasone dipropionate, flunisolide and triamcinolone acetonide are glucocorticosteroids.

100.    Vancenase AQ® has been discontinued.

101.    As of July 3, 1995, each of Flonase®, Beconase AQ® and Vancenase AQ® was an aqueous pharmaceutical composition.

102.    Each of Flonase® and Beconase AQ® is an aqueous pharmaceutical composition.

103.    As of July 3, 1995, each of Flonase®, Beconase AQ®, Vancenase AQ® and Nasalide was capable of being sprayed into the nasal cavity of an individual.

104.    Each of Flonase® and Beconase AQ® is capable of being sprayed into the nasal cavity of an individual.

105.    As of July 3, 1995, each of Beconase AQ®, Vancenase AQ®, Flonase® and Nasalide® was propellant-free.

106.    Each of Flonase® and Beconase AQ® is propellant-free.

REDACTED

**REDACTED**

**REDACTED**

129.    The entry for Nasalide® in the 1994 PDR indicates that Nasalide® contained edetate disodium.

130.    The entry for Nasalide® in the 1995 PDR indicates that Nasalide® contained edetate disodium.

131.    The entry for Nasalide® in the 1994 PDR indicates that Nasalide® contained benzalkonium chloride.

132.    The entry for Nasalide® in the 1995 PDR indicates that Nasalide® contained benzalkonium chloride.

**REDACTED**

**REDACTED**

137.    As of July 3, 1995, the Flonase® entry in the 1995 PDR Supplement A indicated that Flonase® had a recommended starting dosage in adults of two sprays, 50 mcg of fluticasone propionate each, in each nostril once a day for a total daily dose of 200 mcg.

138.    Flonase® is marketed for the once-daily treatment of seasonal and perennial allergic rhinitis at a starting dosage in adults of two sprays, 50 mcg of fluticasone propionate each, in each nostril once a day for a total daily dose of 200 mcg.

139.    As of July 3, 1995, Nasacort® Nasal Inhaler was marketed for a once-daily treatment of seasonal and perennial allergic rhinitis at a starting dosage in adults of two sprays, 55 mcg of triamcinolone acetonide per spray, in each nostril once a day for a total daily dose of 220 mcg.

140.    As of July 3, 1995, Beconase AQ and Vancenase AQ were marketed to treat seasonal and perennial allergic rhinitis.

141.    Beconase AQ® is marketed to treat seasonal and perennial allergic rhinitis.

142.    As of July 3, 1995, Nasalide was marketed to treat seasonal and perennial allergic rhinitis.

143.    As of July 3, 1995, each product sold using the trademarks Beconase AQ®, Vancenase AQ®, Flonase®, Nasalide® and Nasacort® Nasal Inhaler was an article of manufacture.

144.    As of July 3, 1995, each product sold using the trademarks Beconase AQ®, Vancenase AQ®, Flonase®, Nasacort® Nasal Inhaler and Nasalide® used a vessel to contain the composition.

145.    As of July 3, 1995, each of Beconase AQ®, Vancenase AQ®, Flonase®, Nasalide®, and Nasacort® Nasal Inhaler used a vessel that contains greater than two full doses of the composition.

**REDACTED**

148.    The documents bearing bates numbers SP00001 through SP02097, produced by third party Schering Corp. and/or Schering-Plough Corp., include true and correct copies of portions of New Drug Application Nos. 19-589 and 20-469 for Vancenase AQ®, filed with the U.S. Food and Drug Administration.

149.    The documents bearing bates numbers SP00001 through SP02097, produced by third party Schering Corp. and/or Schering-Plough Corp., were kept in the course of the regularly conducted activity of Schering and were made by the regularly conducted activity of Schering as a regular practice.

150.    The document bearing bates number SP01613, produced by third party Schering Corp., sets forth the formulation for Vancenase AQ® as approved by the FDA on or about December 23, 1987.

151.    The documents bearing bates numbers GLAXA1001 through GLAXA1083, produced by third party GlaxoSmithKline Corp., include true and correct copies of portions of New Drug Application No. 19-389 for Beconase AQ®.

152.    The documents bearing bates numbers GLAXA1001 through GLAXA1083, produced by third party GlaxoSmithKline Corp., were kept in the course of the regularly conducted activity of GlaxoSmithKline and were made by the regularly conducted activity of GlaxoSmithKline as a regular practice.

**REDACTED**

154.    The document bearing bates number GLAXA1078, produced by third party GlaxoSmithKline Corp., sets forth the formulation for Beconase AQ® as approved by the FDA on or about July 27, 1987.

155.    The documents bearing bates numbers GLAXA1001 through GLAXA1083, produced by third party GlaxoSmithKline Corp., include true and correct copies of portions of New Drug Application No. 20-121 for Flonase®.

156.    The document bearing bates number GLAXA1079, produced by third party GlaxoSmithKline Corp., sets forth the formulation for Flonase® as approved by the FDA on or about October 19, 1994.

**REDACTED**

158.    The prescribing information for Vancenase® AQ does not contain the word "thixotropic."

159.    The package insert for Vancenase® AQ does not contain the word "thixotropic."

160.    Schering Corp. and/or Schering Plough Corp. was the manufacturer of Vancenase® AQ.

**REDACTED**

162.    GlaxoSmithKline is the manufacturer of Beconase® AQ and Flonase®.

163.    The prescribing information for Beconase® AQ does not contain the word "thixotropic."

164.    The package insert for Beconase® AQ does not contain the word "thixotropic."

165.    The prescribing information for Flonase® does not contain the word "thixotropic."

166.    The package insert for Flonase® does not contain the word "thixotropic."

**REDACTED**

**B.    Settipane and Kobayashi References**

168.    *Settipane*, et al., *Triamcinolone Acetonide Aqueous Nasal Spray in Patients with Seasonal Ragweed Allergic Rhinits: A Placebo-Controlled, Double-Blind Study*, Clinical Therapeutics 17:252-263 (1995) ("Settipane") was publicly available and accessible prior to July 3, 1995.

169.     *Kobayashi*, et al., *Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinits: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study*, Clinical Therapeutics 17:503-513 (1995) ("Kobayashi") was publicly available and accessible prior to July 3, 1995.

170.     The Settipane, et al. article does not contain the phrases "propellant-free," "pH of about 4.5 to about 7.5," "a mixture of microcrystalline cellulose and carboxymethylcellulose sodium," "polysorbate 80," "disodium ethylenediamine tetraacetate," "benzalkonium chloride," and "dextrose."

171.     The Settipane et al. article does not contain the phrase "Nasacort AQ."

172.     The Kobayashi, et al. article does not contain the phrases "propellant-free," "pH of about 4.5 to about 7.5," "a mixture of microcrystalline cellulose and carboxymethylcellulose sodium," "polysorbate 80," "disodium ethylenediamine tetraacetate," "benzalkonium chloride," and "dextrose."

173.     The Kobayashi et al. article does not contain the phrase "Nasacort AQ."

**C.     Avicel®**

174.     The documents bearing bates numbers FMC000001 through FMC000652 are true and correct copies of documents produced by FMC Corporation.

175.     The documents bearing bates numbers FMC000001 through FMC000652 were kept and maintained in the course of the regularly conducted activity of FMC.

176.     Avicel® RC-591 was commercially available prior to July 3, 1995.

177.     Avicel® CL-611 was commercially available prior to July 3, 1995.

**D.     U.S. Patent No. 4,767,612**

178.     U.S. patent No. 4,767,612 ("the '612 patent") was publicly available and publicly accessible more than one year before July 3, 1996.

179.    The '612 patent qualifies as prior art to the '573 and '329 patents under 35 U.S.C. § 102(b).

180.    No composition discussed in U.S. Patent No. 4,767,612 ("the '612 patent") is described therein as being a thixotropic aqueous pharmaceutical composition.

181.    The '612 patent does not describe a thixotropic aqueous nasal spray that is propellant-free.

182.    The '612 patent does not state that a nasal spray has a pH of about 4.5 to 7.5.

183.    The '612 patent does not describe a thixotropic aqueous nasal spray that is propellant-free.

184.    The '612 patent does not describe a thixotropic aqueous nasal spray that includes a mixture of microcrystalline cellulose and carboxymethylcellulose sodium, Polysorbate 80, disodium ethylenediamine tetraacetate, benzalkonium chloride, dextrose, and purified water.

### E.    Physicians' Desk Reference

185.    The 1995 Physicians' Desk Reference Supplement A was published on a different date from the 1995 Physicians' Desk Reference.

186.    The 1995 Physicians' Desk Reference is a compendium of official, FDA-approved prescription drug labeling.

187.    In the entries for Beconase AQ, the '94 PDR and '95 PDR state: "Beconase AQ Nasal Spray is a metered-dose, manual pump spray unit containing a microcrystalline suspension of beclomethasone dipropionate, monohydrate equivalent to 0.042% w/w beclomethasone dipropionate, calculated on the dried basis, in an aqueous

medium containing microcrystalline cellulose, carboxymethyl cellulose sodium, dextrose, benzalkonium chloride, polysorbate 80, and 0.25% v/w phenylethyl alcohol."

188.    In the entries for Beconase AQ, the '94 PDR and '95 PDR state that Beconase AQ® is "for intranasal use only."

189.    In the entries for Vancenase AQ, the '94 PDR and '95 PDR state: "Vancenase AQ Nasal Spray is a metered-dose, manual pump spray unit containing a microcrystalline suspension of beclomethasone dipropionate, monohydrate equivalent to 0.042% w/w beclomethasone dipropionate calculated on the dried basis in an aqueous medium containing microcrystalline cellulose and carboxymethyl cellulose sodium, dextrose, benzalkonium chloride, polysorbate 80, and 0.25% v/w phenylethyl alcohol; hydrochloric acid may be added to adjust pH."

190.    In the entries for Vancenase AQ, the '94 PDR and '95 PDR state that Vancenase AQ® is "for intranasal use only."

191.    With respect to Nasalide®, the '94 PDR and '95 PDR entries state: "Each 25 mL spray bottle contains flunisolide 6.25 mg (0.25 mg/mL) in a solution of propylene glycol, polyethylene glycol 3350, citric acid, sodium citrate, butylated hydroxyanisole, edetate disodium, benzalkonium chloride, and purified water, with NaOH and/or HCl added to adjust the pH to approximately 5.3."

192.    With respect to Nasalide®, the '94 PDR and '95 PDR entries further state that Nasalide® is "for nasal use only."

193.    In the entry for Flonase, the '95 PDR Supplement A states: "Flonase Nasal Spray (0.05% w/w) is an aqueous suspension of microfine fluticasone propionate

for topical administration to the nasal mucosa by means of a metering, atomizing spray pump."

194.    In the entry for Flonase, the '95 PDR Supplement A also states that Flonase™ is "for intranasal use only."

195.    No single aqueous nasal spray disclosed the '95 PDR is described therein as being a thixotropic aqueous pharmaceutical composition which (i) is capable of being sprayed into the nasal cavity of an individual, (ii) is propellant-free, (iii) has a pH of about 4.5 to 7.5, and (iv) includes triamcinolone acetonide.

196.    No single aqueous nasal spray disclosed the '95 PDR is described therein as being a thixotropic aqueous pharmaceutical composition which (i) is capable of being sprayed into the nasal cavity of an individual, (ii) is propellant-free, (iii) has a pH of about 4.5 to 7.5, and (iv) includes (a) a mixture of microcrystalline cellulose and carboxymethylcellulose sodium; (b) polysorbate 80; (c) disodium ethylenediamine tetraacetate; (d) benzalkonium chloride; (e) dextrose; and (f) purified water.

197.    No single aqueous nasal spray disclosed the '95 PDR is described therein as being a thixotropic aqueous pharmaceutical composition which (i) is capable of being sprayed into the nasal cavity of an individual, (ii) is propellant-free, (iii) has a pH of about 4.5 to 7.5, and (iv) includes (a) triamcinolone acetonide; (b) a mixture of microcrystalline cellulose and carboxymethylcellulose sodium; (c) polysorbate 80; (d) disodium ethylenediamine tetraacetate; (e) benzalkonium chloride; (f) dextrose; and (g) purified water.

198.    No single aqueous nasal spray disclosed the '96 PDR is described therein as being a thixotropic aqueous pharmaceutical composition which (i) is capable of being

sprayed into the nasal cavity of an individual, (ii) is propellant-free, (iii) has a pH of

about 4.5 to 7.5, and (iv) includes triamcinolone acetonide.

199.    No single aqueous nasal spray disclosed the '96 PDR is described therein

as being a thixotropic aqueous pharmaceutical composition which (i) is capable of being

sprayed into the nasal cavity of an individual, (ii) is propellant-free, (iii) has a pH of

about 4.5 to 7.5, and (iv) includes (a) a mixture of microcrystalline cellulose and

carboxymethylcellulose sodium; (b) polysorbate 80; (c) disodium ethylenediamine

tetraacetate; (d) benzalkonium chloride; (e) dextrose; and (f) purified water.

**F.      PCT Application Nos. WO 92/14473, WO 94/05330 and WO 92/04365**

200.    PCT Application Nos. WO 92/14473 ("the '473 application"), WO

94/05330 ("the '330 application") and WO 92/04365 ("the '365 application") were

publicly available and publicly accessible more than one year before July 3, 1996.

201.    The '473 application, the '330 application and the '365 application qualify

as printed publications under 35 U.S.C. § 102(b).

202.    None of the pharmaceutical compositions disclosed in the '473 application

is described therein as including a chelating agent.

203.    The '473 application does not contain the words "mucociliary clearance."

204.    The '365 application does not contain the phrase "time dependent

viscosity recovery."

205.    The '365 application does not contain the phrase "mucociliary clearance."

206.    The '365 application does not contain the words "once daily dosing."

207.    The '330 application does not refer to once-daily dosing of any

pharmaceutical composition disclosed therein.

**PTO Examination**

208.    Settipane, *et al.*, *Triamcinolone Acetonide Aqueous Nasal Spray in Patients with Seasonal Ragweed Allergic Rhinitis: A Placebo-Controlled, Double-Blind Study*, Clinical Therapeutics 17:252-263, 253 (1995), was before the PTO examiner when examining the applications from which the '573 and '329 patents issued.

209.    Kobayashi, *et al.*, *Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinitis: A Multicenter, Randomized, Double- Blind, Placebo-Controlled Study*, Clinical Therapeutics 17:503-513, 504 (1995), was before the PTO examiner when examining the applications from which the '573 and '329 patents issued.

210.    The PTO Examiner's conclusion in favor of patentability was made in part based on his belief that the claimed composition comprised "unique thixotropic properties, with specific viscosity traits (sheared and/or unsheared), and further comprising triamcinolone acetonide as medicant."

**Clinical Trials**

**REDACTED**

**REDACTED**

REDACTED

**FDA**

224.    The 1999 Guidance on "Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action" contains recommendations.

225.    The 2003 Guidance on "Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action" contains recommendations.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

**APPENDIX B**

**AGREED STATEMENT OF CONTESTED ISSUES OF FACT AND LAW**

I.    Plaintiffs' Claim of Infringement

    A.    U.S. Patent No. 5,976,573 (the "'573 Patent")

        1.    Whether Barr's submission of Abbreviated New Drug Application ("ANDA") No. 78-104 infringes claims 5, 6, 7, 8, 21, 22, 23, 24, 26, 27, 28, 34 and 35 of the '573 patent under 35 U.S.C. § 271(e)(2).

    B.    U.S. Patent No. 6,143,329 (the "'329 Patent")

        1.    Whether Barr's submission of ANDA No. 78-104 infringes claims 13, 14, 15, 16, 23, 24, 25 and 26 of the '329 patent under 35 U.S.C. § 271(e)(2).

II.    Defendant's Claims of Invalidity

    A.    35 U.S.C. § 102(b)

        1.    Whether the phase III clinical trials for which results were reported in Settipane et al. (1995) Clinical Therapeutics 17:252-63 and Kobayashi et al. (1995) Clinical Therapeutics 17:503-13 were an experimental use or a public use.

B.    35 U.S.C. § 103: Whether the asserted claims of the '573 and '329 patents are invalid as obvious

    1.    What is the scope and content of the prior art?

    2.    What was the level of ordinary skill in the art at the time of invention?

    3.    What are the differences between the prior art and the claimed invention?

    4.    Whether there are secondary considerations of nonobviousness

        a.    Whether Nasacort AQ was "commercially successful" within the meaning of the patent law.

        b.    Whether there was a long felt need for the claimed invention

        c.    Whether the claimed invention was copied.

        d.    Whether the claimed invention exhibits unexpected results.

        e.    Whether there is evidence of failure of others.

C.    35 U.S.C. § 112

    1.    Whether the specifications of the '573 and '329 patents enable a person of ordinary skill in the art to make a nasal spray formulation that deposits on all of the regions of the nasal cavity, including specifically the frontal sinuses, recited in the asserted claims.

    2.    Whether the specification of the '573 and '329 patents enables a person of ordinary skill in the art to make a nasal spray formulation that, following administration, is retained on all of the regions of the nasal cavity, including specifically the frontal sinus, for at least about one hour.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BARR LABORATORIES, INC., | ) ) |
| Defendant. | ) ) |

C.A. No. 06-286-GMS

**APPENDIX C**

**PLAINTIFFS' STATEMENT OF CONTESTED ISSUES OF FACT AND LAW**

The following is Plaintiffs Aventis Pharmaceuticals Inc. and Sanofi-Aventis US LLC's Statement of Contested Issues of Fact and Law as of April 7, 2008. Plaintiffs reserve the right to submit revisions to this statement after receiving the Court's rulings on the parties respective motions *in limine*.

I.    **CONTESTED ISSUES OF LAW AND FACT ON JURISDICTION**

A.    Whether Barr's challenge to Plaintiff Sanofi-Aventis US LLC's patent infringement claims is on the basis of failure to state a claim, rather than lack of subject matter jurisdiction.

B.    Whether Barr waived any challenge to Plaintiff Sanofi-Aventis US LLC's patent infringement claims by failing to timely challenge them under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

C.    Whether Barr has failed to provide a sufficient basis on which the Court could find that Plaintiff Sanofi-Aventis US LLC's patent infringement claims are barred.

## II.     CONTESTED ISSUES OF LAW AND FACT ON INFRINGEMENT

### A.     U.S. Patent No. 5,976,573 (the "'573 Patent")

1.     Whether Barr infringed claims 5, 6, 7, and 8 of the '573 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA, for the purpose of marketing a drug before the expiration of the patent, for a drug product that meets each and every limitation of these claims.

a.

b.

c.

**REDACTED**

d.

e.

f.

2

**REDACTED**

     2.      Whether Barr infringed claims 21, 22, 23, 24, 26, 27, and 28 of the '573 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using the drug product that meets each and every limitation of these claims.

          a.

          b.

          c.

**REDACTED**

          d.

          e.

          f.

g.

**REDACTED**

h.

3.    Whether Barr infringed claim 34 of the '573 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using the drug product that meets each and every limitation of these claims.

a.    Whether, for claim 34 of the '573 patent, the term "thixotropic" means: (i) the viscosity of the composition in unsheared form is relatively high, with the composition being in a gel-like form; (ii) as the composition is subjected to shear (shaken) in preparation for spraying, the viscosity of the composition becomes relatively low and such that the composition in the form of a mist flows readily into the nasal passages for deposit on the mucosal surfaces of the nasal cavity; and (iii) in deposited form on the mucosal surfaces, the viscosity of the composition is relatively high and such that it resists being cleared from the mucosal surfaces by the inherent mucociliary forces which are present in the nasal cavity.

b.                        **REDACTED**

c.                                        **REDACTED**


d.


    4.      Whether Barr infringed claim 35 of the '573 patent under 35 U.S.C. §
271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using
the drug product that meets each and every limitation of these claims.

        a.      Whether, for claim 35 of the '573 patent, the term "thixotropic"
means: (i) the viscosity of the composition in unsheared form is about 400 to about 1000
centipoises and (ii) the viscosity of the composition when shaken is about 50 to about 200
centipoises.

        b.


**REDACTED**

c.

d.

**REDACTED**

e.

B.     U.S. Patent No. 6,143,329 (the "'329 Patent")

1.     Whether Barr infringed claim 13 of the '329 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA, for the purpose of marketing a drug before the expiration of the patent, for a drug that meets each and every limitation of these claims.

a.     Whether, for claim 13 of the '329 patent, the term "thixotropic" means: (i) the viscosity of the composition in unsheared form is relatively high, with the composition being in a gel-like form; (ii) as the composition is subjected to shear (shaken) in preparation for spraying, the viscosity of the composition becomes relatively low and such that the composition in the form of a mist flows readily into the nasal passages for deposit on the mucosal surfaces of the nasal cavity; and (iii) in deposited form on the mucosal surfaces, the viscosity of the composition is relatively high and such that it resists being cleared from the mucosal surfaces by the inherent mucociliary forces which are present in the nasal cavity.

b.

**REDACTED**

c.

**REDACTED**

2.     Whether Barr infringed claims 14, 15, 16, 23, and 24 of the '329 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using the drug product that meets each and every limitation of these claims.

a.     Whether, for claims 14, 15, 16, 23, and 24 of the '329 patent, the term "thixotropic" means: (i) the viscosity of the composition in unsheared form is relatively high, with the composition being in a gel-like form; (ii) as the composition is subjected to shear (shaken) in preparation for spraying, the viscosity of the composition becomes relatively low and such that the composition in the form of a mist flows readily into the nasal passages for deposit on the mucosal surfaces of the nasal cavity; and (iii) in deposited form on the mucosal surfaces, the viscosity of the composition is relatively high and such that it resists being cleared from the mucosal surfaces by the inherent mucociliary forces which are present in the nasal cavity.

b.

**REDACTED**

c.

3.      Whether Barr infringed claim 25 of the '329 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using the drug Product that meets each and every limitation of these claims.

a.      Whether, for claim 25 of the '329 patent, the term "thixotropic" means: (i) the viscosity of the composition in unsheared form is relatively high, with the composition being in a gel-like form; (ii) as the composition is subjected to shear (shaken) in preparation for spraying, the viscosity of the composition becomes relatively low and such that the composition in the form of a mist flows readily into the nasal passages for deposit on the mucosal surfaces of the nasal cavity; and (iii) in deposited form on the mucosal surfaces, the viscosity of the composition is relatively high and such that it resists being cleared from the mucosal surfaces by the inherent mucociliary forces which are present in the nasal cavity.

b.

c.

**REDACTED**

d.

4.      Whether Barr infringed claim 26 of the '329 patent under 35 U.S.C. § 271(e)(2) by filing an ANDA for a drug with instructions for physicians and patients for using the drug product that meets each and every limitation of these claims.

8

      a.      Whether, for claim 26 of the '329 patent, the term "thixotropic" means: (i) the viscosity of the composition in unsheared form is about 400 to about 800 centipoise; (ii) as the composition is subjected to shear (shaken) in preparation for spraying, the viscosity of the composition is about 50 to about 200 centipoise.

      b.

      c.

**REDACTED**

      d.

      e.

## IV.   CONTESTED ISSUES OF LAW AND FACT ON VALIDITY

   A.    35 U.S.C. § 102(b)

     1.    Whether Rhône-Poulenc Rorer's Phase 3 clinical trials on an aqueous triamcinolone acetonide nasal spray, seeking to determine whether that spray was safe and

effective in humans, were not an invalidating public use of the aqueous triamcinolone acetonide nasal spray.

        a.      Whether Barr has failed to provide clear and convincing evidence that Rhône-Poulenc Rorer's Phase 3 clinical trials were a public use of the patented invention.

        b.      If Barr has provided clear and convincing evidence that Rhône-Poulenc Rorer's Phase 3 clinical trials were a public use, whether that public use is negated by it being an experimental use of the patented invention.

           i.

           ii.

           iii.

           iv.

           v.

**REDACTED**

           vi.

           vii.

           viii.

           ix.

x.

xi.

**REDACTED**

xii.

xiii.

B.    35 U.S.C. § 103

    1.    What is the scope and content of the prior art?

    2.    What are the differences between the prior art and the claimed invention?

        a.    Whether the invention described and claimed in the '573 and the '329 patents demonstrates surprising potency.

        b.    Whether the invention described and claimed in the '573 and the '329 patents has fewer harmful side effects than prior art aqueous inhaled nasal steroids.

        c.    Whether it would have been surprising that a difference in viscosity of potentially as small as 200 cp between the low end of the range for unsheared and the high end of the range for sheared, as required by some of the claims of the '573 and '329 patents, would provide a product that exhibits long-term stability at rest and desirable sprayability characteristics in sheared form.

    3.    What is the level of ordinary skill in the art?

11

a.     Whether the person having ordinary skill in the art at the time of invention for the '573 and the '329 patents would have been a team of persons, one member of which would have experience in formulation of aqueous pharmaceutical compositions and one member of which would have been trained medically in the treatment of rhinitis and the use of intranasal steroids.

b.     Whether a person of ordinary skill in the art would be required to have experience with the Brookfield LVT Viscometer identified as the device for testing viscosity in the specifications of the '573 and '329 patents.

4.     Whether there is objective evidence of nonobviousness.

a.     Whether Nasacort AQ was "commercially successful" within the meaning of the patent law.

i.     Whether there was a nexus between any commercial success of Nasacort AQ and the benefits of the patented invention.

b.     Whether there was a long-felt but unmet need for an aqueous nasal spray that resolved a persistent problem of patient compliance and dissatisfaction with INS-based nasal sprays.

c.     Whether there was a long-felt need for an aqueous nasal spray that had the combination of properties of being odorless, resisting clearance to the throat and/or mouth, having uniform dosing through a pre-compression pump, and being safe and effective for adults and children via once-daily dosing administration.

d.     Whether others tried but failed to create an aqueous INS nasal spray for the treatment of rhinitis that was odorless, resisted clearance to the throat and/or mouth, and was safe and effective for adults and children via once-daily dosing administration.

e.        Whether others tried but failed to create an aqueous triamcinolone acetonide INS nasal spray for the treatment of rhinitis that was odorless, resisted clearance to the throat and/or mouth, and was safe and effective for adults and children via once-daily dosing administration.

f.

**REDACTED**

g.        Whether a composition within the scope of the claims of the '573 and '329 patents provides unexpected benefits not present in prior art products.

C.        35 U.S.C. § 112

1.        Whether the specifications of the '573 and '329 patents enable a person of ordinary skill in the art to make a nasal spray formulation that deposits on all of the regions of the nasal cavity recited in the asserted claims, including specifically the frontal sinus.

2.        Whether the specification of the '573 and '329 patents enables a person of ordinary skill in the art to make a nasal spray formulation that, following administration, is retained on all of the regions of the nasal cavity recited in the asserted claims for at least about one hour.

## APPENDIX D

## Barr Laboratories' Statement of Contested Issues of Fact and Law

I.  **Infringement (As stated in Appendix B, with the following additions)**.

    A.    Whether Plaintiffs have proved by a preponderance of the evidence that Barr's ANDA product meets every limitation of the asserted patent claims.

    B.

    C.                   **REDACTED**

    D.

II.  **Invalidity (As stated in Appendix B with the following additions)**.

    A.    Obviousness

        1.    Level of ordinary skill:

            a)    Whether the level of ordinary skill in the art is a pharmaceutical formulator of nasal dosage forms.

            b)    Whether the level of ordinary skill in the art must include a person trained medically in the treatment of allergic rhinitis.

            c)    Whether the level of ordinary skill in the art must include a person with an understanding of and experience with thixotropic aqueous compositions and viscosity testing using a Brookfield LVT viscometer.

        2.    Prior art disclosures:

            a)    Whether the use of EDTA in the claimed invention is obvious to a person of ordinary skill in the art.

            b)    Whether a thixotropic aqueous nasal spray composition with a shear viscosity of about 50 to about 200 centipoise would be obvious to a person of ordinary skill in the art.

        c)      Whether it would be obvious to substitute triamcinolone acetonide into a prior art nasal spray formulation.

    4.      Secondary Considerations (As stated in Appendix B):

B.    Enablement (As stated in Appendix B).

C.    Public Use. (As stated in Appendix B, with the following additions)

    1.

**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-286-GMS |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

## SCHEDULE C(1)

## PLAINTIFF'S LIST OF TRIAL EXHIBITS WITHOUT OBJECTIONS

| PTX | Description | Bates No. |
|---|---|---|
| 1 | Certified copy of U.S. Patent No. 5,976,573 | |
| 2 | Certified copy of file history for U.S. Patent No. 5,976,573 | |
| 3 | Certified copy of U.S. Patent No. 6,143,329 | |
| 4 | Certified copy of file history U.S. Patent No. 6,143,329 | |
| 5 | Triamcinolone Acetonide Nasal Spray Presentation. | PERR00010630 - PERR00010657 |
| 6 | | PERR00010825 - PERR00010832 |
| 7 | | PERR00010730 |
| 8 | REDACTED | PERR00011624 |
| 9 | | PERR00011625 |
| 10 | | PERR00010846 - PERR00010849 |
| 11 | | PERR00000781 |
| 14 | Table regarding Triamcinolone Acetonide NS. | PERR00003212 |
| 15 | Part of an ANDA regarding Triamcinolone Acetonide Nasal Spray, 0.055 mg/spray, Chemistry, Manufacturing and Controls: Drug Subtance. | BARR-TAA-000101 - BARR-TAA-000192 |
| 18 | Part of an ANDA regarding Triamcinolone Acetonide Nasal Spray, 0.055 mg/spray, Chemistry, Manufacturing and Controls: Drug Product. Specifications and Methods for Drug Product Inactive Ingredients. | BARR-TAA-000232 - BARR-TAA-000404 |
| 21 | REDACTED | PERR00011465 - PERR00011468 |
| 22 | | PERR0001097 - PERR0001100 |

| PTX | Description | Bates No. |
|---|---|---|
| 28 | | PERR00014668 - PERR00014678 |
| 30 | **REDACTED** | BARR-TAA-016898 - BARR-TAA-016899 |
| 32 | | PERR00014679 - PERR00014680 |
| 36 | Certificate of analysis for Triamcinolone Acetonide Nasal Spray. | PERR00008368 |
| 38 | **REDACTED** | PERR00012273 |
| 39 | | PERR00000749 - PERR00000760 |
| 48 | Barr ANDA Components and Composition Statements; ANDA for Triamcinolone Acetonide Nasal Spray regarding qualitative and quantitative list of components. | BARR-TAA-000226 - BARR-TAA-000231 |
| 49 | ANDA for Triamcinolone Acetonide Nasal Spray regarding specifications and methods for drug product inactive ingredients. | BARR-TAA-000232 - BARR-TAA-000234 |
| 50 | ANDA for Triamcinolone Acetonide Nasal Spray regarding method of manufacturing and packaging. | BARR-TAA-000412 - BARR-TAA-000418 |
| 51 | ANDA for Triamcinolone Acetonide Nasal Spray regarding in process controls and tests. | BARR-TAA-000845 - BARR-TAA-000866 |
| 52 | ANDA for Triamcinolone Acetonide Nasal Spray regarding packaging materials controls: container / closure system.  Summary of packaging system. | BARR-TAA-001309 - BARR-TAA-001311 |
| 53 | ANDA for Triamcinolone Acetonide Nasal Spray regarding packaging materials controls: container / closure system. Components Specification and Test Data. | BARR-TAA-001369 - BARR-TAA-001400 |
| 59 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for product Triamcinolone Acetonide. | BARR-TAA-049965 - BARR-TAA-050059 |
| 60 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for product Triamcinolone Acetonide. | BARR-TAA-050060 - BARR-TAA-050197 |
| 61 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for product Triamcinolone Acetonide. | BARR-TAA-050543 - BARR-TAA-050554 |
| 62 | Guidance for Industry. Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action. | BARR-TAA-017829 - BARR-TAA-017865 |
| 74 | | PERR00004289 - PERR00004302 |
| 75 | **REDACTED** | PERR00000786 - PERR00000789 |
| 76 | | PERR00003449 - PERR00003450 |
| 77 | | PERR00010833 - PERR00010835 |
| 78 | | PERR00010836 - PERR00010845 |
| 79 | Alliance and Integration Management Plan Agis/Triamcinolone Acetonide | BARR-TAA-032016 - BARR-TAA-032028 |

| PTX | Description | Bates No. |
|---|---|---|
| 94 | ANDA for Triamcinolone Acetonide Nasal Spray regarding Chemistry, Manufacturing and Controls for Drug Substance. | BARR-TAA-012143 - BARR-TAA-012709 |
| 95 | **REDACTED** | BARR-TAA-050198 - BARR-TAA-050432 |
| 97 | Letter regarding information on NDA 20468/S002. | BARR-TAA-022418 - BARR-TAA-022419 |
| 102 | **REDACTED** | BARR-TAA-014028 - BARR-TAA-014030 |
| 103 | Bulk Product Monograph regarding Triamcinolone Acetonide Nasal Spray. | BARR-TAA-000819 - BARR-TAA-000844 |
| 107 | Analytical responses regarding Triamcinolone Acetonide Nasal Spray. | BARR-TAA-017674 - BARR-TAA-017679 |
| 108 | Pharmaceutical R&D formulations for Q&Q approval. | BARR-TAA-017671 |
| 110 | Controlled correspondence regarding Triamcinolone Acetonide Nasal Spray, 0.055 mg/spray. Request for Guidance Regarding a Proposed Quantitative Composition. | BARR-TAA-017177 - BARR-TAA-017178 |
| 114 | Controlled correspondence 04-053 regarding Triamcinolone Acetonide Nasal Spray, 0.055 mg/spray. Request for Guidance Regarding a Proposed Quantitative Composition. | BARR-TAA-013973 - BARR-TAA-013974 |
| 115 | Email regarding nasal sprays and FDA reponse. | BARR-TAA-017176 |
| 116 | Letter regarding ANDA Triamcinolone Acetonide Nasal Spray, 0.055 mg/spray. | BARR-TAA-000001 - BARR-TAA-000002 |
| 118 | Facsimile regarding ANDA #78-104. | BARR-TAA-018376 - BARR-TAA-018378 |
| 119 | Electronic Labeling Amendment for ANDA 78-104, Triamcinolone Acetonide Nasal Spray 0.055 mg/spray. | PERR00005078 - PERR00005079 |
| 121 | Facsimile regarding Barr's abbreviated new drug application 78-104 submitted pursuant to Section 505(j) of the Federal Food, Drug and Cosmetic Act for Triamcinolone Acetonide Nasal Spray 0.055 mg/spray. | BARR-TAA-018354 - BARR-TAA-018356 |
| 136 | Email regarding Triamcinolone Acetonide Nasal Spray. | BARR-TAA-018681 - BARR-TAA-018682 |
| 137 | **REDACTED** | BARR-TAA-050651 - BARR-TAA-50653 |
| 138 | Email regarding nasal sprays | BARR-TAA-050650 |
| 139 | | BARR-TAA-050654 |
| 140 | **REDACTED** | BARR-TAA-050649 |
| 141 | | BARR-TAA-016665 - BARR-TAA-016666 |
| 143 | Email regarding external projects update | BARR-TAA-034029 - BARR-TAA-034032 |
| 144 | Email regarding external project update | BARR-TAA-034033 - BARR-TAA-034036 |
| 145 | **REDACTED** | BARR-TAA-034070 - BARR-TAA-034073 |
| 149 | Email regarding nasal sprays. | BARR-TAA-050556 - BARR-TAA-050557 |

| PTX | Description | Bates No. |
|---|---|---|
| 150 | Email regarding nasal sprays. | BARR-TAA-050555 |
| 154 | Letter regarding attached submission for IND #39,306. | NAQ0217808 - NAQ0217854 |
| 158 | Berridge et al., The Journal of Nuclear Medicine, Vol. 39, No. 11, November 1998, pp. 1972 - 1977, entitled Biodistribution and Kinetics of Nasal Carbon-11-Triamcinolone Acetonide. | NAQ0473310 - NAQ0473315 |
| 159 | Presentation entitled Biodistribution and Kinetics of Nasal 11C Triamcinolone Acetonide (TAA AQ). | NAQ0734944 - NAQ0734956 |
| 162 | Letter regarding additional research study of Nasacort AQ at University Hospitals of Cleveland. | NAQ0311828 - NAQ0311829 |
| 163 | **REDACTED** | NAQ0275644 - NAQ0275645 |
| 164 | Interoffice correspondence regarding Nasacort project team meeting. | NAQ0140643 - NAQ0140650 |
| 165 | Flovent v. Nasacort AQ, 2002 study and Flonase v. Nasacort AQ, 2002 study. | NAQ0920071 - NAQ0920093 |
| 166 | Final Report of PET Study of the Biodistribution and Kinetics of Nasacort AQ and Flonase [AV-PET-0001]. | NAQ0372549 - NAQ0372595 |
| 167 | Nasacort AQ v. Flonase study, 2002. | NAQ0915185 - NAQ0915186 |
| 168 | Nasal Delivery and Kinetics of Fluticasone Propionate Using Positron Tomography (PET). | NAQ0485918 - NAQ0485919 |
| 169 | Presentation entitled How Can Equivalence of Inhaled Drugs Be Demonstrated? | NAQ0485949 - NAQ00485983 |
| 170 | Presentation entitled How Can Equivalence of Inhaled Drugs Be Demonstrated? | NAQ0485920 - NAQ0485948 |
| 171 | Presentation entitled Movie Loops of 2001-2002 Nasacort-Flonase Study | NAQ0486017 - NAQ0486024 |
| 173 | Letter regarding Nasacort - NCST studies. | NAQ0272955 |
| 174 | TAA-AQ Study/Publication Grid | NAQ0521302 - NAQ0521305 |
| 179 | Brandon E. Simpson Curriculum Vitae | NAQ0121160 - NAQ0121164 |
| 180 | Letter regarding submission for new studies in accordance with Protocol No. RG 5029Y-304 and RG 5029Y-305. | NAQ0319690 - NAQ0319691 |
| 181 | Clinical Study Medication Form for Protocol No. RG5029Y-101 | NAQ0129062 |
| 182 | Letter regarding RG 5029Y-102. | NAQ0185425 |
| 183 | Interoffice correspondence regarding Nasacort project team activity report, June 6, 1995. | NAQ0246328 - NAQ0246331 |
| 184 | NDA #20-468, Form FDA 356h, Item 8 | NAQ0135986 - NAQ0136154 |
| 185 | Settipane et al., Clinical Therapeutics, Vol. 17, No. 2, 1995, pp. 252 - 263, entitled Triamcinolone Acetonide Aqueous Nasal Spray in Patients with Seasonal Ragweed Allergic Rhinitis: A Placebo-Controlled, Double-Blind Study. | BARR-TAA-012838 - BARR-TAA-012850 |

| PTX | Description | Bates No. |
|---|---|---|
| 186 | Orgel, et al., The Journal of Allergy and Clinical Immunology, Vol. 77, No. 6, June, 1986, entitled Clinical, rhinomanometric, and cytologic evaluation of seasonal allergic rhinitis treated with beclomethasone dipropionate as aqueous nasal spray or pressurized aerosol. | BARR-TAA-050626 - BARR-TAA-050634 |
| 189 | Kobayashi et al., Clinical Therapeutics, Vol. 17, No. 3, 1995, pp. 503 - 513, entitled Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinitis: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study. | BARR-TAA-012793 - BARR-TAA-012805 |
| 190 | **REDACTED** | NAQ0282344 - NAQ0282345 |
| 191 | Confidential Disclosure Agreement between Roger H. Kobayashi, M.D. and Rhone Poulenc Rorer Pharmaceutical, Inc. | NAQ0305357 - NAQ0305359 |
| 192 | Rhone Poulenc Rorer Central Research Comprehensive Medical Report for RG 5029Y. | NAQ0034059 - NAQ0034409 |
| 193 | Interoffice correspondence regarding RG 5029Y-305 Protocol Approval. | NAQ0248227 |
| 194 | Monitor's Site Visit Log regarding RG 5029Y-305. | NAQ0251709 |
| 195 | Monitoring Report regarding RG5029Y-305. | NAQ0251704 |
| 196 | Declaration of Brandon Simpson Under 37 CFR section 1.132 | BARR-TAA-012851 - BARR-TAA-012855 |
| 197 | **REDACTED** | NAQ0277307 - NAQ0277308 |
| 198 | | NAQ0277288 - NAQ0277294 |
| 199 | Interoffice correpondence regarding RG5029Y-305 Unblinding. | NAQ0257628 - NAQ0257629 |
| 200 | Koepke et al., Allergy and Asthma Proc., 1997, pp. 33 - 37, entitled Long Term Safety and Efficacy of Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Perennial Allergic Rhinitis. | NAQ0252570 - NAQ0252575 |
| 202 | Investigational New Drug Application, Form FDA 1571, Item 2, 4, & 5, RG 5029Y, Nasacort AQ (triamcinolone acetonide) | NAQ0244608 - NAQ0244667 |
| 206 | Case report regarding Rhone Poulenc Rorer Central Research for RG 5029Y-309, A Placebo Controlled Double Blind Study of the Safety and Efficacy of RG 5029Y Aqueous Nasal Spray in Adult Patients with Ragweed Allergic Rhinitis. | NAQ0056182 - NAQ0056243 |
| 212 | Comparative PET studies for Nasacort. | NAQ0515025 - NAQ0515026 |
| 230 | Meltzer et al., Otolaryngology Head and Neck Surgery, February 2005, pp. 197 - 207, entitled Development of questionnaires to measure patient preferences for intranasal corticosteroids in patients with allergic rhinitis. | NAQ0490680 - NAQ0490690 |
| 231 | Interoffice Memorandum regarding Nasacort Project Team Activity Report, May 13, 1994. | NAQ0299256 - NAQ0299265 |
| 232 | Interoffice Memorandum regarding October 13, 1994 Event. | SL001107 |
| 233 | Interoffice Memorandum Project Activity Report for Nasacort Aqueous Nasal Spray. | NAQ0299243 - NAQ0299252 |
| 238 | Letter regarding Original New Drug Application #20-468, Nasacort AQ (triamcinolone acetonide) Nasal Spray. | NAQ0019648 - NAQ0019650 |
| 239 | Application To Market A New Drug For Human Use Or An Antibiotic Drug For Human Use relating to Nasacort AQ Nasal Spray. | NAQ0019651 - NAQ0019652 |

| PTX | Description | Bates No. |
|-----|-------------|-----------|
| 243 | Interoffice Correspondence regarding Nasacort AQ Project Plan. | NAQ0163205 - NAQ0163210 |
| 245 | Interoffice Correspondence regarding Triamcinolone Acetonide (TAA) Project Team Meeting April 6, 1993. | NAQ0140892 - NAQ0140901 |
| 246 | Interoffice Correspondence regarding Aqueous Nasacort Dose Selection. | NAQ0123140 |
| 248 | Interoffice Correspondence regarding Nasacort AQ Study Summaries, FDA Format (Dr. Love). | NAQ0175031 |
| 249 | Interoffice Correspondence regarding Triamcinolone Acetonide (Nasacort AQ) Project Team Meeting November 15, 1993. | NAQ0140925 - NAQ0140929 |
| 251 | Letter with attached IND 39,306, RG 5029Y, Nasacort AQ, Serial No. 016, Protocol Amendment, New Protocol, New Investigators. | NAQ0320117 - NAQ0320225 |
| 253 | Interoffice Correspondence regarding Nasacort Approvals. | NAQ0140136 - NAQ0140141 |
| 256 | Rhone-Poulenc Rorer Interoffice Correspondence regarding Nasacort Aqueous (AQ): Development Plan | NAQ 0163124 |
| 257 | Interoffice Memorandum regarding Nasacort AQ | NAQ0123147 |
| 260 | **REDACTED** | NAQ0123149 |
| 261 | Triamcinolone Acetonide Aqueous Nasal Spray Product and Process Information Summary (PPIS) Volume I of IV | NAQ0009427 - NAQ0009714 |
| 262 | Handbook of Pharmaceutical Excipients | BARR-TAA-012773 - BARR-TAA-012792 |
| 263 | Interoffice Memorandum regarding Nasacort AQ | NAQ0123161 |
| 264 | **REDACTED** | NAQ0163285 |
| 266 | Triamcinolone Acetonide Aqueous Nasal Spray Product and Process Information Summary (PPIS) Volume III of IV | NAQ0010026 - NAQ0010219 |
| 269 | Memo regarding Triamcinolone Acetonide Aqueous Nasal Spray Formulation Development Report | NAQ0010944 - NAQ0010958 |
| 273 | Triamcinolone Acetonide Aqueous Nasal Spray Product and Process Information Summary (PPIS) Volume IV of IV | NAQ0010220 - NAQ0010685 |
| 275 | Memo regarding Patient Instructions for Use | NAQ0277225 - NAQ0277226 |
| 276 | Interoffice Memo regarding Nasacort AQ | NAQ0123165 - NAQ0123166 |
| 277 | Anita Quinn Lab Notebook No. 3438 | NAQ0018943 - NAQ0019070 |
| 278 | Anita Quinn Lab Notebook No. 3667 | NAQ0015445 - NAQ0015580 |
| 279 | Anita Quinn Lab Notebook No. 4156 | NAQ0017136 - NAQ0017180 |
| 280 | Timothy Laverty Lab Notebook No. 4196 | NAQ0017803 - NAQ0017935 |
| 285 | Nasacort AQ: Rheological Evaluation | NAQ0011044 |
| 286 | Letter regarding response to FDA request for additional information for NDA #20-468 | NAQ0396270 - NAQ0396281 |
| 290 | Letter regarding NDA 20-468 and Amendment to Annual Report dated July 22, 2003 | NAQ0173954 - NAQ0173966 |

| PTX | Description | Bates No. |
|---|---|---|
| 296 | Aventis Report of the Investigation study of RPR107971 level/Particle size in investigational batches of Nasacort AQ | NAQ0064774 - NAQ0064783 |
| 297 | Nasacort 1996 Brand Plan | NAQ0480621 - NAQ0480953 |
| 298 | Sanofi-Aventis presentation entitled US Planning Udate - 2006 Tactical Brand Planning Process T3 2005 Update & 2006 Budget | NAQ0488512 - NAQ-488537 |
| 303 | Product information regarding Nasacort Nasal Inhaler and Nasacort AQ Nasal Spray | NAQ0250093 |
| 307 | **REDACTED** | NAQ0250206 |
| 311 | Nasacort advertisement entitled Patients prefer once daily Nasacort AQ Nasal Spray | NAQ0340750 - NAQ0340752 |
| 312 | NDA Application No. 20468 entitled Nasacort AQ Nasal Spray (Triamcinolone Acetonide). | NAQ0409867 - NAQ0409950 |
| 313 | Aventis product information regarding Nasacort AQ. | NAQ0475910 - NAQ0475933 |
| 314 | Facsimile regarding NDA Application No. 20-468 entitled Nasacort AQ (triamcinolone acetonide) Nasal Spray. | NAQ0410531 - NAQ0410533 |
| 315 | Document entitled Nasacort and Nasacort AQ Combined P&L. | NAQ0318628 |
| 317 | Rhone Poulenc Rorer Interoffice Correspondence regarding Nasacort Support Activities. | NAQ0477532 - NAQ0477537 |
| 320 | Document regarding Nasacort Sales for 2005 Brand Plan - 10 Year P&L, Nasacort Income Statement for total year 2005 in MUSD, and Business Plan 2002 - 2006. | NAQ0933408 - NAQ0933420 |
| 322 | Presentation entitled Nasacort AQ: Sales Force Study Executive Summary, October - January, 2005. | NAQ0525171 - NAQ0525201 |
| 323 | Presentation entitled 2006 Nasacort Call Plan. | NAQ0907509 - NAQ0907523 |
| 327 | Business Plan for Nasacort Aerosol and Nasacort AQ. | NAQ0478907 - NAQ0478924 |
| 329 | Presentation entitled Nasacort AQ, MF3 2004 Proposed Sales Forecast. | NAQ0524583 - NAQ0524589 |
| 330 | Presentation entitled Nasacort Double Play. | NAQ0275722 - NAQ0275739 |
| 333 | Sanofi Aventis US Pharmaceuticals 2006 January Net Sales. | NAQ0908516 - NAQ0908525 |
| 336 | **REDACTED** | NAQ0617347 |
| 339 | Barr Laboratories Inc.'s Notice of Deposition. | |
| 342 | Timothy Laverty's Lab Notebook No. 4309 | NAQ0015929 - NAQ0016048 |
| 343 | Timothy Laverty's Lab Notebook No. 4415 | NAQ0016259 - NAQ0016392 |
| 345 | Interoffice Memorandum regarding Nasacort AQ answers to Tim's questions. | NAQ0123154 |
| 346 | Suponea to Marc S. Berridge | |
| 347 | **REDACTED** | NAQ0217840 - NAQ0217849 |

| PTX | Description | Bates No. |
|---|---|---|
| 348 | **REDACTED** | NAQ0210932 - NAQ0210935 |
| 349 | Poster presented at the International Society for Aerosol Medicine | NAQ0486010 |
| 350 | **REDACTED** | NAQ0486011 - NAQ0486016 |
| 351 | PET Study of the Biodistribution and Kinetics of Nasacort AQ and Flonase [AV-PET-001] Final Report. | BERRIDGE000007 - BERRIDGE000053 |
| 354 | Michael A. Kaliner, M.D. Curriculum Vitae | |
| 359 | Robert Y. Lochhead, Ph.D. Curriculum Vitae | |
| 360 | Order Construing the Terms of U.S. Patent Nos. 5,976,573 and 6,143,329 | |
| 361 | Joint Claim Construction Chart | |
| 362 | Package Insert for Proposed Barr Product (Barr Package Insert) | BARR-TAA-000045 - BARR-TAA-000062 |
| 363 | A Brookfield Publication included with the Brookfield LVT Viscometer: "Brookfield Dial Reading Viscometer with Electric Drive Operating Instructions, Manual No. M/00151-B0704" ("Brookfield Operating Instructions") | NAQ0956550 - NAQ0956578 |
| 364 | A Brookfield Publication included with the Brookfield LVT Viscometer: "More Solutions to Sticky Problems. A Guide to Getting More From Your Brookfield Viscometer" ("Brookfield Guide") | NAQ0956523 - NAQ0956549 |
| 365 | **REDACTED** | BARR-TAA-050570 - BARR-TAA-050576 |
| 369 | Eli O. Meltzer, MD Curriculum Vitae | |
| 370 | Claim Charts | |
| 371 | Nasacort AQ NDA Chemistry, Manufacturing and Controls Summary | NAQ0019699 - NAQ0019705 |
| 372 | Title: Drug Product - Method of Manufacturing and Packaging | NAQ0020004 - NAQ0020019 |
| 373 | Nasacort AQ Nasal Spray Information for the Patient, IN-6361B Rev. 10/97 | NAQ0474037 - NAQ0474041 |
| 374 | Nasacort AQ Package Insert | NAQ0482241 |
| 377 | Robert K. Prud'Homme Curriculum Vitae | |
| 378 | October 30, 2007 letter from Steven J. Balick to Chief Judge Gregory M. Sleet | |
| 379 | Draft Container Label for Proposed Barr Product | BARR-TAA-000027 |
| 380 | FMC letter dated November 13, 1998 and accompanying attachment (FMC Letter) | SL001319 - SL001325 |
| 381 | H.A. Barnes et al., An Introduction to Rheology (Elsevier 1989) | A450 - A454 |
| 383 | FMC - Avicel RC/CL Mirocrystalline Cellulose and Carboxymethylcellulose Sodium, NF | FMC000217; FMC 000389; FMC000652 |
| 384 | Kim-Chheng Ly Laboratory Notebook 8247 ("Kim Chheng Ly Notebook) | NAQ0014696 - NAQ0014707 |
| 385 | Nasacort AQ NDA, Drug Subtance Specifications ("TAA Specifications") | NAQ0019798 - NAQ0019801 |
| 386 | Comparative Study of Micronized and Unmicronized Triamcinolone Acetonide Bulk Drug Substance as Supplied by Upjohn Co. ("TAA Bulk Study") | NAQ0060568 - NAQ0060577 |

| PTX | Description | Bates No. |
|---|---|---|
| 388 | Kobayashi, et al., Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinitis: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study, 17 Clinical Therapeutics 503- 513 (1995) | NAQ0271080 - NAQ0271090 |
| 389 | Beconase AQ Prescribing Information | GSK000027 - GSK000037 |
| 390 | Flonase Prescribing Information | GSK000005 - GSK000017 |
| 393 | Gerson, et al., Patient Preference and Sensory Comparisons of Nasal Spray Allergy Medications, 14 Journal of Sensory Studies 491-496 (1999) | NAQ0476110 - NAQ0476117 |
| 395 | Nasacort Nasal Inhaler Prescribing Information | NAQ0450545 |
| 397 | **REDACTED** | NAQ0308857 - NAQ0308864 |
| 402 | FDA Enforcement Report, June 26, 2002 | NAQ0639360 |
| 404 | Nasacort AQ Prescribing Information | NAQ0250357 |
| 409 | Bachert & El-Akkad, Patient Preferences and Sensory Comparisons of Three Intranasal Corticosteroids for the Treatment of Allergic Rhinitis, 89 Annals of Allergy, Asthma & Immunology 292 - 297 (2002) | NAQ0476683 - NAQ0476690 |
| 412 | Patient Information for Nasonex, http://www.nasonex.com/nasx/application?namespace=main&event=content_display&event_input=isitright | NAQ0957683-4 |
| 413 | Patient Information for Veramyst Nasal Spray, http://us.gsk.com/products/assets/us_veramyst_pil.pdf | NAQ0957565-69; NAQ0957570-89; NAQ0957505-509 |
| 414 | Flonase Prescribing Information http://us.gsk.com/products/assets/us_flonase.pdf | NAQ0957670-82 |
| 419 | Barr Laboratories, Inc.'s Third Supplemental Objections and Responses to Plaintiffs' Interrogatory Nos. 5 & 6 | |
| 422 | Rhone Poulenc Rorer Central Research Comprehensive Medical Report for Protocol No. RG 5029Y-305 | NAQ0034059 - NAQ0034408 |
| 423 | Rhone Poulenc Rorer Central Research Comprehensive Medical Report for Protocol No. RG 5029Y-305LT | NAQ0186202 - NAQ0186524 |
| 424 | Investigator Manual, Rhone Poulenc Rorer Protocol RG 5029Y-305 | NAQ0282454 - NAQ0282493 |
| 425 | A Study of the Safety and Efficacy of RG 5029Y Aqueous Nasal Spray in Patients with Perennial Allergic Rhinitis | NAQ0302926 - NAQ0302979 |
| 426 | Patient Information and Consent Form for RG 5029Y-305 | NAQ0251446 - NAQ0251453 |
| 427 | RG 5029Y-305 Patient Informed Consent | NAQ0282765 - NAQ0282771 |
| 428 | Patient Information and Consent Form | NAQ0282346 - NAQ0282353 |
| 437 | Rhone-Poulenc Rorer Central Research Comprehensive Medical Report for Protocol No. RG 5029Y-309 | NAQ0056070 - NAQ0056139 |
| 438 | A Placebo-Controlled, Double-Blind Study of the Safety and Efficacy of RG 5029Y Aqueous Nasal Spray in Adult Patients with Ragweed Allergic Rhinitis | NAQ0056142 - NAQ0056180 |

| PTX | Description | Bates No. |
|---|---|---|
| 439 | A Placebo-Controlled, Double-Blind Study of the Safety and Efficacy of RG 5029Y Aqueous Nasal Spray in Adult Patients with Ragweed Allergic Rhinitis, Protocol No. RG 5029Y-309 | NAQ0055835 - NAQ0055879 |
| 440 | Case Report Form, Rhone-Poulenc Rorer Central Research for Protocol No. RG 5029Y-309 | NAQ0056182 - NAQ0056243 |
| 441 | Letter of Agreement for Micheal Lawrence, M.D. for Clinical Study RG 5029Y-309 | NAQ0201297 - NAQ0201299 |
| 443 | Eli Meltzer, et al, "Triamcinolone Acetonide and Fluticasone Propionate Aqueous Nasal Sprays Significantly Improve Nasal Airflow in Patients with Seasonal Allergic Rhinitis" Allergy & Asthma Proc (Jan/Feb 2004) Vol 25, No. 1 | NAQ0957655-60 |
| 450 | Brookfield Model DV-I Operating Instructions M85-150-D and Miscellaneous Documents | BARR-KLING-000016 - BAR-KLING-000028 |
| 451 | Letter Regarding FOIA Request | BARR-TAA-0022418 - BARR-TAA-0022419 |
| 452 | Nasacort AQ Composition in Response to FOIA Request | BARR-TAA-022832 - BARR-TAA-022841 |
| 453 | Beconase AQ Composition | GLAXA1078 |
| 454 | Marketing Letter Regarding Discontinuation of Vancenase AQ | NAQ0340757 |
| 455 | Flonase Composition | GLAXA1079 |
| 456 | Flonase Prescribing Information | BARR-TAA-016539 - BARR-TAA-016542 |
| 457 | FMC Literature | FMC000429 - FMC000439 |
| 458 | Tinkler Lab Notebook No. 4517 | NAQ0070478-599 at NAQ0070574, NAQ0070584 |
| 460 | Nasacort AQ FDA Approval Letter | NAQ0271320 - NAQ0271321 |
| 461 | Nasacort AQ Composition | NAQ0019704 |
| 462 | Nasacort AQ Prescribing Information | NAQ0250357 |
| 463 | FOIA Response | PERR00014813 |
| 464 | FOIA Request | PERR0014814 |
| 465 | Pharmaceutical Development Report | PERR00008552 - PERR0008570 |
| 466 | Interim Report | PERR00010833 - PERR00010835 |
| 467 | Report | PERR00010836 - PERR00010845 |
| 468 | Pharmaceutical Report | PERR00010850 - PERR00010864 |
| 469 | Interim Report | PERR00011672 - PERR00011674 |
| 471 | 573 Patent References cited | SL001042 |
| 472 | Record of Telephone Conference with Examiner | SL001118 - SL001119 |
| 473 | Information Disclosure Statement | SL001156 - SL001158 |
| 474 | Form PTO-1449 | SL001377 - SL001378 |
| 475 | USPTO Document | SL001356 - SL001359 |

| PTX | Description | Bates No. |
|---|---|---|
| 476 | Vancenase AQ and Vancenase AQ DS Composition | SP01613 |
| 478 | 1996 Physicians' Desk Reference and Supplements | |
| 479 | United States Patent No. 4,767,612 | NAQ0452650--52 |
| 480 | International Publication No. WO 92/14473 | NAQ0452632-42 |
| 481 | International Publication No.: WO 92/04365 | BARR-TAA-012748-12766 |
| 482 | International Publication No.: WO 94/05330 | BARR-TAA-012727-47 |
| 483 | 1990-95 Avicel Product Brochures | |
| 485 | A.K. Pennington et al., The Influence of Solution Viscosity on Nasal Spray Deposition and Clearance, 43 International Journal of Pharmaceutics 221-24 (1988) | BARR-TAA-050622-25 |
| 486 | H. Alice Orgel et al., Clinical, Rhinomanometric, and Cytologic Evaluation of Seasonal Allergic Rhinitis Treated with Beclomethasone Dipropionate as Aqueous Nasal Spray or Pressurized Aerosol, 77 Journal of Allergy and Clinical Immunology 858-64 (1986) | BARR-TAA-050628-34 |
| 493 | FDA Orange Book, http://www.accessdata.fda.gov/scripts/cder/ob/docs/obdetail.cfm?Appl_No=019589&TABLE1=OB_Disc | |
| 497 | International Journal of Pharmaceutics Vol 43/3 (1988) - relating to clearnace of HPMC solutions from nasal cavity | BARR-TAA-050625 |
| 508 | Avicel RC/CL - Product Information from FMC | FMC000216 – FMC000221 |
| 509 | Avicel - Problem Solver and Reference Manual - FMC Corp. | FMC000271 – FMC000428 |
| 510 | Avicel RC-591 - Pharmaceutical Emulsions and Suspensions - Product Information | FMC000446 – FMC000463 |
| 511 | Application Bulletin Avicel RC-591 - FMC Corp | FMC000563 – FMC000570 |
| 513 | Donald O. Beers Curriculum Vitae | |
| 514 | The Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 201 et seq. (the "FFDCA") | |
| 516 | 21 C.F.R. 10.115 | |
| 520 | Curriculum Vitae and Bibliography of Marc S. Berridge | |
| 521 | Claim Charts | |
| 522 | Rhinitis and Asthma: Similarities and Differences, edited by Niels Mygind, Ulf Pipkorn, Ronald Dahl, Munksgaard Press (1990), page 25 | NAQ0957700-715 |
| 523 | Nasal Mucociliary Function in Humans, Resp. Def. Mech. 5(1) 427-449 (1978) | NAQ0957716-727 |
| 526 | 1993 PET Study "Harris" Report (Nasacort CFC) | NAQ0182411 - NAQ0182415 |
| 527 | 1996 PET Study Report | NAQ0253415 - NAQ0253437 |
| 528 | 1996 PET Study Report | NAQ0277365 - NAQ0277393 |
| 529 | 1996 PET Study Report | NAQ0449411 - NAQ0449436 |
| 557 | AventisCA2004.ppt | NAQ0846074 |
| 558 | AventisCA.ppt | NAQ0846075 |
| 559 | AventisNasacortFlonase01-02Data.pdf | NAQ0846076 |

| PTX | Description | Bates No. |
|---|---|---|
| 560 | MarcOttowa2.ppt | NAQ0846077 |
| 561 | MarcOttowa.ppt | NAQ0915052-77 |
| 562 | FlonaseNasacort2002MinorRegionAverageUptakes.xls | NAQ0915185-186 |
| 563 | IndividualRawDataFlonaseNasacort2002.xls | NAQ0920071-75 |
| 564 | Nascrtpg1.jpg | NAQ0920076 |
| 565 | nasdata.xls | NAQ0920077-79 |
| 566 | RawData02FlonaseNasacort.xls | NAQ0920080-81 |
| 567 | RawData98FlonaseNasacort.xls | NAQ0920082-92 |
| 568 | Si-142.jpg | NAQ0920093 |
| 569 | ISAMNASA.ppt | NAQ0933407 |
| 572 | Final PET Report for RG5029Y Pet Study | NAQ0486031 - NAQ0486036, NAQ0449411-NAQ0449436 |
| 573 | Abstract; Nasal Delivery and Kinetics of Fluticasone Propionate Using Positron Tomography (PET) | NAQ0485918 |
| 574 | PET Study of the Biodistribution and Kinetics of Nasacort AQ ® and Flonase ® [AV-PET-0001] Final Report | NAQ0372549-NAQ0372595 |
| 576 | Curricula Vitae of Dr. Gregory K. Bell | |
| 577 | Nasacort Net Sales 2000-2003 USA and PR | NAQ0957685 |
| 578 | Total Nasacort | NAQ0957686 |
| 579 | Total Nasacort-M previous submission | NAQ0957687 |
| 580 | Plaintiff's Third Supplemental Response to Interrogatory Nos. 7 and 13 of Barr Laboratories, Inc's Interrogatories (redacted version) | NAQ0957491-495 |
| 591 | 2001 Situation Analyusis, Business Information and Planning - Nasacort AQ | NAQ0274308-595 at 590 |
| 592 | U.S. Anti-Allergic Therapies Market | NAQ0623047-203 at 133, 138 |
| 593 | Urgent: Voluntary Product Withdrawal, Nasacort ® Nasal Inhaler, July 7, 2003, "Dear Doctor" letter | NAQ0250206 |
| 594 | Hoovers, Inc. (2008); Sanofi company record: Products/Operations; retrieved January 4, 2008, http://premium.hoovers.com | NAQ0957440-441 |
| 604 | It's Covered - Formulary Status 2004 (Nasacort AQ, Rhinocort Aqua, Flonase, Nasonex) | NAQ0483294 |
| 606 | Nasacort AQ 2007-2009 Strategic Brand Plan, August 2006 | NAQ890198-207 at 210 |
| 608 | 1997 Business Plan, Nasacort Aerosol and Nasacort AQ | NAQ0478903-924 at 906-907 |
| 611 | Nasacort AQ/HFA Nov 16, 2006 Executive Summary | NAQ0833999-4040 at 4018 |
| 613 | Plaintiffs Response to Barr Laboratories, Inc's First Set of Interrogatories | |
| 614 | Barr Laboratories, Inc's Answer, Affirmative Defenses and Counterclaims | |
| 615 | Barr Laboratories, Inc's Second Set of Rule 33 Interrogatories to Plaintiffs | |
| 616 | Plaintiff's Response to Barr Laboratories Inc's Second Set of Interrogatories | |
| 617 | Complaint & Exhibits | |
| 618 | mb_NAQ det dol 00-0907.xls | NAQ0957694 |
| 619 | mb_NAQ det dol 92-99.xls | NAQ0957695 |
| 620 | mb_NAQ det 92-99.xls | NAQ0957693 |
| 621 | mb_NAQ det 00-0907.xls | NAQ0957692 |

| PTX | Description | Bates No. |
|---|---|---|
| 622 | mlb_NAQ dtc dol 95-0707.xls | NAQ0957696 |
| 623 | mlb_NAQ pmea dol 93-0907.xls | NAQ0957699 |
| 624 | mlb_NAQ epromo dol 0602-0907.xls | NAQ0957697 |
| 625 | mlb_NAQ journal dol 99-0907.xls | NAQ0957698 |
| 626 | 28420 dollars_trx_nrx 1992-current.xls | NAQ0957071-142; NAQ0957689 |
| 627 | 28420 EU and Sam EU 1992-sept 2007.xls | NAQ0957143-228; NAQ0957690 |
| 628 | 28420 NRx_TRx EU 1992-oct2007.xls | NAQ0957229-316; NAQ0957691; NAQ0957229.1-9.4 |
| 629 | Nasacort P and L 2000-2007.xls | NAQ0957685-7 |
| 636 | Drug Details - Beconase | NAQ0957442 |
| 637 | Drug Details - Flonase | NAQ0957443 |
| 638 | Drug Details - Nasacort AQ | NAQ0957444 |
| 639 | Drug Details - Nasarel | NAQ0957445 |
| 640 | Drug Details - Nasaonex | NAQ0957446 |
| 641 | Drug Details - Rhinocort | NAQ0957447 |
| 642 | Drug Details - Nasacort | NAQ0957496 |
| 643 | Drug Details - Dexacort | NAQ0957497 |
| 644 | Drug Details - Vancenase | NAQ0957688 |
| 648 | Certified translation of Document written in Hebrew and English regarding Triamcinolone Acetonide (Nasacort AQ Nasal Spray). | PERR00012125 - PERR00012126 |
| 649 | Certified translation of Lab notebook 93 relating to triamcinolone acetonide project. | PERR00013819 - PERR00013956 |
| 650 | Certified translation of Lab notebook 334 relating to triamcinolone acetonide. | PERR00013957 - PERR00013976 |
| 651 | Perrigo Lab Notebook | PERR00014431 - PERR00014463 |
| 652 | Perrigo Lab Notebook | PERR00014528 - PERR00014573 |
| 653 | Perrigo Lab Notebook | PERR00015111 - PERR00015120 |
| 656 | Datalogger sheets for samples sent to Lochhead | NAQ0957035-036 |
| 659 | Nasal Distribution of Inhaled Drugs Determined by Positron Tomography | NAQ0933407_00000001 |
| 660 | Comparison between Generic Drug and Reference Listed Drug | BARR-TAA-000020 - BARR-TAA-000062 |
| 665 | Nasacort Clinical Documentation Volume 4.27 | NAQ0434477 - NAQ0434628 |
| 668 | Sheth Correspondence, Patient Preferences and Sensory Comparisons of Three Intranasal Corticosteroids for the Treatment of Allergic Rhinitis | NAQ0623839 |
| 669 | Bachert Response: Patient Preferences and Sensory Comparisons of Three Intranasal Corticosteroids for the Treatment of Allergic Rhinitis | NAQ0731726 - NAQ0731728 |

| PTX | Description | Bates No. |
|---|---|---|
| 670 | Aventis Pharmaceuticals Products Inc. Medical Affairs Final Study Report, RG-5029Y, Evaluation of a Newly Developed Preference Questionnaire for Intranasal Corticosteroids in Patients with Allergic Rhinitis Treated with Nasacort AQ Nasal Spray 220 mcg and Nasonex Nasal Spray 200 mcg - A Pilot Study | NAQ0728557 - NAQ0728644 |
| 671 | Barr's Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admission | |
| 672 | Joint Submission Regarding Claim Terms at Issue | |
| 673 | Barr's Second Supplemental Objections and Responses to Sanofi-Aventis's Interrogatory Nos. 5 & 6; Certificate and Notice of Service; Notice of Electronic Filing | |
| 674 | October 31, 2007 Transcript from the Markman Hearing | |
| 675 | Letter to Judge Sleet re narrowing issues at claim construction hearing | |
| 676 | Letter to Judge Sleet re narrowing the claim construction issues to be addressed at the 10/31/07 Markman hearing | |
| 677 | Joint Appendix of Intrinsic and Extrinsic Evidence Relied Upon in Claim Construction Briefing | |
| 678 | Barr's Supplemental Objections and Responses to Aventis's Interrogatory Nos. 5 & 6 | |
| 681 | Barr's Amended Objections and Responses to Aventis's Second Set of Requests for Admission | |
| 682 | Barr's Objections and Responses to Second Set of Requests for Admission | |
| 683 | Barr's Objections and Responses to Plaintiffs' First Set of Requests for Admission | |
| 684 | Barr's Objections and Responses to Plaintiffs' First Set of Requests for Admission | |
| 685 | Barr's Objections and Responses to Aventis's Third Set of Requests for the Production of Documents and Things | |
| 686 | Barr's Objections and Responses to Aventis's Second Set of Interrogatories (No. 9) | |
| 687 | Barr's Objections and Responses to Aventis's Second Set of Requests for Production of Documents and Things (Nos. 92-95); with Notice | |
| 688 | Barr's Supplemental Objections and Responses to Aventis's First Set of Interrogatories | |
| 689 | Barr's Objections and Responses to Aventis's First Set of Interrogatories | |
| 690 | Barr's Objection and Responses to Aventis's First Set of Requests for the Production of Documents and Things | |
| 691 | Barr's Initial Disclosures Pursuant to Rule 26(a)(1) | |
| 692 | Aventis' Reply to Barr's Counterclaims | |
| 715 | Nasacort P&L - Total Nasacort 2000-2007 | NAQ0485885 |
| 716 | Certified translation of Perrigo Lab Notebook | PERR00013819 - PERR00013976 |
| 717 | Certified translation of Perrigo Lab Notebook | PERR00014431 - PERR00014463 |
| 718 | Certified translation of Perrigo Lab Notebook | PERR00014528 - PERR00014573 |
| 719 | Certified translation of Perrigo Lab Notebook | PERR00015111 - PERR00015120 |

| PTX | Description | Bates No. |
|---|---|---|
| 722 | Lab notebook witnessed and understood by Natalie Grabarnick. | PERR00014316 - PERR00014344 |
| 723 | Lab notebook performed by Natalie Grabarnick. | PERR00014464 - PERR00014509 |
| 724 | Lab notebook witnessed and understood by Natalie Grabarnick. File name Nba71. | PERR00012653 - PERR00012773 |
| 725 | Document written in Hebrew and English regarding Triamcinolone Acetonide (Nasacort AQ Nasal Spray). | PERR00012125 - PERR00012126 |
| 726 | **REDACTED** | PERR00013819 - PERR00013956 |
| 727 | Lab notebook 334 relating to triamcinolone acetonide. | PERR00013957 - PERR00013976 |
| 728 | Executed Manufacturing Batch Records found in Drug Product Portion of Abbreviated New Drug Application No. 78-104 | BARR-TAA-000524 - BARR-TAA-000656 |
| 729 | Finished Product Monograph found in Drug Product Portion of Abbreviated New Drug Application No. 78-104 | BARR-TAA-000870 - BARR-TAA-000926 |
| 730 | Certificates of Analysis found in Drug Product Portion of Abbreviated New Drug Application No. 78-104 | BARR-TAA-000951 - BARR-TAA-000962 |
| 731 | Report: Triamcinolone Acetonide Nasal Spray Characterization Studies found in Drug Product Portion of Abbreviated New Drug Application No. 78-104 | BARR-TAA-001208 - BARR-TAA-001248 |
| 732 | Studies found in Patent and Exclusivity Statement portion of Abbreviated New Drug Application No. 78-104 | BARR-TAA-012118 - BARR-TAA-012120 |
| 733 | Defendant Barr Laboratories, Inc.'s Answering Claim Construction Brief | |
| 734 | Aventis Answering Brief on Claim Construction | |
| 735 | Barr's Opening Claim Construction Brief and Certificate of Service | |
| 736 | Aventis Opening Claim Construction Brief and Certificate of Service | |
| 739 | Drettner, The paranasal sinuses, The Nose: Upper Airway Physiology and the Atmospheric Environment, ch. 6, pp. 145-162 (Proctor, D. & Anderson, I.B. eds. 1982) | BARR-TAA-050785 - BARR-TAA-050804 |
| 740 | Avicel RC/CL Microcrystalline Cellulose and Marine Colloids Carrageenan for Sunscreen Product Formulas | FMC000255 - FMC000257 |
| 741 | Barr External Project Report | BARR-TAA-034030 - BARR-TAA-034032 |
| 743 | Agis Packaging Comparison | BARR-TAA-018770 - BARR-TAA-018782 |
| 744 | Agis Packaging Comparison | PERR00009747 - PERR00009783 |
| 748 | RawData98FlonaseNasacort.xls.pdf; 1998 Raw Data for each volunteer | Berridge000055 |
| 749 | nasdata.xls; 1998 summary data - no indication of which worksheet is which | Berridge000054 |
| 750 | IndividualRawDataFlonaseNasacort2002.xls; 2002 Raw Data for each volunteer | Berridge000056 |
| 751 | 21 C.F.R. 314.94 | |
| 752 | 21 C.F.R. 312.21 | |
| 753 | 21 C.F.R. 314.430 | |
| 756 | Nasacort Patient Information | BARR-TAA-037623 - BARR-TAA-37633 |
| 757 | ANDA for Triamcinolone Acetonide Nasal Spray regarding packaging materials controls: container / closure system. Summary of packaging system. | BARR-TAA-001309 - BARR-TAA-001312 |
| 761 | reference to MacKenzie skin blanching test in article by Gross | NAQ0275492 |

| PTX | Description | Bates No. |
|---|---|---|
| 766 | Document demonstrating Nasacort AQ is a commercial embodiment of the patents in suit | NAQ0275126 |
| 767 | Document demonstrating Nasacort AQ is a commercial embodiment of the patents in suit | NAQ0451649 |
| 768 | Document demonstrating Nasacort AQ is a commercial embodiment of the patents in suit | NAQ0476109 |
| 771 | Document demonstrating Nasacort AQ competition | NAQ0537741-NAQ0537780 |
| 773 | Document demonstrating Nasacort AQ competition | NAQ0833814 |
| 777 | Document Demonstrating Nasacort annual sales | NAQ0617308 |
| 778 | Document Demonstrating Nasacort annual sales | NAQ0617593-NAQ0617715 |
| 779 | Document Demonstrating Nasacort annual sales | NAQ0853959-NAQ0853961 |
| 780 | Document Demonstrating Nasacort annual sales | NAQ0871358 |
| 781 | Document Demonstrating Nasacort annual sales | NAQ0886634 |
| 782 | Document Demonstrating Nasacort annual sales | NAQ0886553 |
| 783 | Document Demonstrating Nasacort annual sales | NAQ0905623 |
| 784 | Document Demonstrating Nasacort annual sales | NAQ0911288 |
| 785 | Document Demonstrating Nasacort annual sales | NAQ0919991 |
| 786 | Document demonstrating Nasacort AQ market share | NAQ0478043 |
| 788 | Document demonstrating Nasacort AQ market share | NAQ0530947 |
| 790 | Document demonstrating Nasacort AQ market share | NAQ0538726-NAQ0538803 |
| 796 | Document demonstrating Nasacort AQ market share | NAQ0855458-NAQ0855462 |
| 797 | Document demonstrating Total INS market growth | NAQ0912224 |
| 800 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274065 |
| 801 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274182 |
| 802 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274255 |
| 803 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274258 |
| 804 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274277 |
| 805 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0274278 |
| 806 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0545993 |
| 807 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0708876 |
| 808 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0871411 |
| 814 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0540532-NAQ0540543 |
| 815 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0542458-NAQ0542463 |
| 816 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0546548 |
| 817 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0546814 |
| 818 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0550699-NAQ0550710 |
| 820 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0849876-NAQ0849877 |
| 821 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0891646 |

| PTX | Description | Bates No. |
|---|---|---|
| 826 | Document demonstrating detailing efforts of competitors | NAQ0681960-<br>NAQ0681970 |
| 827 | Document demonstrating detailing efforts of competitors | NAQ0856108-<br>NAQ0856110 |
| 829 | Document demonstrating detailing efforts of competitors | NAQ0890219 |
| 833 | Document demonstrating detailing efforts of competitors | NAQ0901436 |
| 835 | Document demonstrating detailing efforts of competitors | NAQ0914777 |
| 836 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0274595 |
| 838 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0478924 |
| 839 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0485285 |
| 848 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0546236 |
| 850 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0605744 |
| 851 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0607676-<br>NAQ0607680 |
| 852 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0713739-<br>NAQ0713740 |
| 853 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0734195 |
| 858 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0850562-<br>NAQ0850564 |
| 866 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0871511 |
| 867 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0874238 |
| 871 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0890750 |
| 876 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0250294 |
| 877 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0250516 |
| 878 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0295271 |
| 879 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0298228 |
| 880 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0298351 |
| 881 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0298346 |
| 882 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0298347 |
| 883 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0485712 |
| 884 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0525216 |
| 885 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0526451 |
| 886 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0544400-<br>NAQ0544674 |
| 887 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0607681-<br>NAQ0607682 |
| 888 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0637907-<br>NAQ0638037 |
| 889 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0667833-<br>NAQ0667834 |
| 890 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0667846-<br>NAQ0667847 |
| 891 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0673022-<br>NAQ0673044 |
| 892 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0673527 |
| 893 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0675692 |
| 894 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0834395 |
| 895 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0835523 |

| PTX | Description | Bates No. |
|---|---|---|
| 896 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0845936 |
| 897 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0847627 |
| 898 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0857719 |
| 899 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0861234 |
| 900 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0871374 |
| 901 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0879332-NAQ0879338 |
| 902 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0880266-NAQ0880276 |
| 903 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0880292-NAQ0880321 |
| 904 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0880374-NAQ0880384 |
| 905 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0881640 |
| 906 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0884053 |
| 907 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0887115 |
| 908 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0890799-NAQ0890811 |
| 909 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0891576 |
| 910 | Document demonstrating MCO tier coverage of Nasacort AQ and competitors | NAQ0892015 |
| 911 | Document demonstrating Nasacort marketing focused on claimed attributes | NAQ0340750-NAQ0340752 |
| 912 | Document demonstrating Nasacort marketing focused on claimed attributes | NAQ0475910-NAQ0475932 |
| 913 | Document demonstrating Nasacort AQ is patient preferred | NAQ0476111-17 |
| 914 | Document demonstrating Nasacort AQ is patient preferred | NAQ0476683-NAQ0476689 |
| 915 | Document demonstrating Nasacort AQ is patient preferred | NAQ0548848-NAQ0548855 |
| 917 | Document demonstrating that Patient compliance a persistent problem | NAQ0298361 |
| 918 | Document demonstrating that Patient compliance a persistent problem | NAQ0452208-NAQ0452216 |
| 919 | Document demonstrating that Patient compliance a persistent problem | NAQ0470785 |
| 920 | Document demonstrating that Patient compliance a persistent problem | NAQ0471232-NAQ0471234 |
| 921 | Document demonstrating that Patient compliance a persistent problem | NAQ0474753 |
| 924 | Document demonstrating that Patient compliance a persistent problem | NAQ0528403 |
| 925 | Document demonstrating that Patient compliance a persistent problem | NAQ0540286-NAQ0540292 |
| 926 | Document demonstrating that Patient compliance a persistent problem | NAQ0563553 |
| 927 | Document demonstrating that Patient compliance a persistent problem | NAQ0648483-NAQ0648503 |
| 928 | Document demonstrating that Patient compliance a persistent problem | NAQ0731857 |
| 929 | Document demonstrating that Patient compliance a persistent problem | NAQ0733294-NAQ0733328 |
| 931 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0273296-8 |

| PTX | Description | Bates No. |
|---|---|---|
| 933 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0273349 |
| 935 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0275349 |
| 936 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0452190-NAQ0452195 |
| 938 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0474723-NAQ0474769 |
| 942 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0493516 |
| 949 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0540345 |
| 955 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0738949-52 |
| 958 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0813572-NAQ0813592 |
| 960 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | SP00309-SP00310 |
| 961 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | SP01059-SP01060 |
| 962 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | SP01175-SP01177 |
| 964 | Document demonstrating that other products sought preferred attributes | NAQ0474876-NAQ0474881 |
| 965 | Document demonstrating that other products sought preferred attributes | NAQ0474882-NAQ0474885 |
| 968 | Document demonstrating that other products sought preferred attributes | NAQ0621652 |
| 994 | Document demonstrating Neither Beconase AQ nor Vancenase AQ were once-daily administration at time of invention. | NAQ0956318-NAQ0956319 |
| 995 | Document demonstrating Neither Beconase AQ nor Vancenase AQ were once-daily administration at time of invention. | NAQ0956322-NAQ0956324 |
| 996 | Document demonstrating Neither Beconase AQ nor Vancenase AQ were once-daily administration at time of invention. | NAQ0956331-NAQ0956332 |
| 997 | Document demonstrating Beconase and Vancenase used ingredient that retarded growth in adolescents | NAQ0955007-NAQ0955012 |
| 998 | Document demonstrating Beconase and Vancenase used ingredient that retarded growth in adolescents | NAQ0955034-NAQ0955040 |
| 999 | Document demonstrating Beconase and Vancenase used ingredient that retarded growth in adolescents | NAQ0955041 |
| 1000 | Document demonstrating Beconase and vancenase use Phenylethyl alcohol | NAQ0956325-NAQ0956327 |
| 1001 | **REDACTED** | GLAXA1078-GLAXA1079 |
| 1002 | July 5, 2007 Declaration of Christopher M. Simonson | |
| 1003 | **REDACTED** | SP 00441 |
| 1004 | June 27, 2007 Declaration of Mary Jane Nehring | |
| 1005 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0476323-NAQ0476326 |

| PTX | Description | Bates No. |
|---|---|---|
| 1006 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0623839 |
| 1007 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0955006 |
| 1017 | | PERR00005078-PERR00005079 |
| 1022 | **REDACTED** | PERR00015116 |
| 1023 | | PERR00014812 |
| 1028 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0956480-NAQ0956522 |
| 1029 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0453804-NAQ0453816 |
| 1030 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0453889-NAQ0453949 |
| 1031 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0454368-NAQ0454403 |
| 1032 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0845886 |
| 1033 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0860117 |
| 1034 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0900020 |
| 1036 | Document demonstrating that Nasacort AQ is clinically equivalent to Flonase, despite Flonase active being nine times more potent than Nasacort AQ active | NAQ0471737-NAQ0471744 |
| 1037 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0145235-NAQ0145458 |
| 1038 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0294348-NAQ0294351 |
| 1039 | Document demonstrating that patients rated Nasacort AQ as having better taste and odor than Beconase AQ. | NAQ0481500-NAQ0481506 |
| 1044 | Document demonstrating that Nasacort AQ is a stable suspension | SL001319-25 |
| 1045 | Document demonstrating that Nasacort AQ is a stable suspension | NAQ0397241-NAQ0397294 |
| 1049 | Assignment of Assignors Interest | NAQ0452859 |
| 1050 | Assignment of Assignors Interest | NAQ0453008 |
| 1051 | Confirmatory Assigment | NAQ0452841-NAQ0452842 |
| 1052 | Change of Name | NAQ0452491-NAQ0452492 |
| 1053 | Merger | NAQ0452591-NAQ452593 |
| 1054 | PTO Patent Assignment Record for Patent No. 5,976,573 | NAQ0958009-NAQ0958010 |
| 1055 | PTO Patent Assignment Record for Patent No. 6,143,329 | NAQ0958011 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AVENTIS PHARMACEUTICALS INC. and
SANOFI-AVENTIS US LLC,

)
)
)
)
Plaintiffs,                )
)
v.                              )     C.A. No. 06-286-GMS
)
BARR LABORATORIES, INC.,        )
)
Defendant.                  )

SCHEDULE C(2)

PLAINTIFF'S LIST OF TRIAL EXHIBITS WITH OBJECTIONS

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 12 | | PERR0000004481 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 13 | **REDACTED** | PERR0000004490 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 16 | | BARR-TAA-017938 - BARR-TAA-017966 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

1

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| 17 | Table regarding Triamcinolone Acetonide NS. | PERR00004491 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 19 | | BARR-TAA-049957 - BARR-TAA-049960 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 20 | **REDACTED** | BARR-TAA-049961 - BARR-TAA-049964 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 23 | | PERR00003283 - PERR00003283 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 24 | E-mail regarding flow chart of TAA nasal spray and formulation. | PERR00002562 - PERR00002564 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 25 | E-mail regarding development plans. | PERR00003241 - PERR00003244 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 26 | **REDACTED** | PERR00000831 - PERR00000832 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 27 | | BARR-TAA-017810 - BARR-TAA-017811 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 29 | REDACTED | PERR00002424 - PERR00002425 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 31 | E-mail regarding attached TAA FDA Presentation. | PERR00001239 - PERR00001250 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 33 | E-mail regarding Triamcinolone Acetonide. | PERR00005947 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 34 | E-mail regarding Triamcinolone Acetonide micro. | PERR00001511 - PERR00001514 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 35 | REDACTED | PERR00003451 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 37 | | PERR00002565 - PERR00002567 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 40 | Email regarding nasal spray(s) presentation of May 20th. | PERR00008053 - PERR00008054 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 41 | Email regarding nasal spray(s) presentation of May 20th. | PERR00008050 - PERR00008052 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 42 | Email regarding nasal sprays. | PERR00003294 - PERR00003295 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 43 | REDACTED | PERR00008047 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 44 | Email regarding nasal sprays. | PERR00008043 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 45 | Email regarding NS revised timeline. | PERR00002574 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 46 | Email regarding pump sprayer. | PERR00003275 - PERR00003276 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 47 | Email regarding triamcinolone acetonide nasal spray suspension. | PERR00003024 - PERR00003027 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 54 | ANDA for Triamcinolone Acetonide Nasal Spray regarding bioavailability / bioequivalence general information. Formulation data and in vitro comparative study. | BARR-TAA-001644 - BARR-TAA-001671 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 55 | ANDA for Triamcinolone Acetonide Nasal Spray regarding bioavailability / bioequivalence general information. In vitro bioequivalence studies. | BARR-TAA-001672 - BARR-TAA-001706 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 56 | Final clinical study report. A study to evaluate the relative bioavailability of two triamcinolone 55 mcg/actuation nasal spray formulations in healthy adult subjects. Study No. 10416911. | BARR-TAA-002603 - BARR-TAA-002640 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 57 | Clinical Study Report for Triamcinolone Acetonide Nasal Spray, Protocol CPL-404. | BARR-TAA-005245 - BARR-TAA-5348 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 58 | ANDA for Triamcinolone Acetonide Nasal Spray regarding specifications / analytical methods for the drug product. | BARR-TAA-012602 - BARR-TAA-012654 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 63 | Consolidated response to multiple citizen petitions submitted to the Food and Drug Administration concerning review and approval standards for abbreviated new drug applications for fluticasone propionate nasal spray suspension products. | BARR-TAA-018011 - BARR-TAA-018034 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 64 | Letter regarding rheological properties of nasal spray products. | PERR00008140 - PERR00008147 | FRE 402/403/802+E 207 | Response to FRE 402: Document related to issues of infringement and validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6); Response to +E207: Plaintiffs cannot respond to this objection because it is not a proper objection. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 65 | REDACTED | PERR0003299 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 66 | Email regarding nasal sprays. | PERR0003296 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 67 | Email regarding nasal sprays. | PERR0002562 - PERR00002564 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 68 | REDACTED | PERR0003206 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 69 | | PERR0003211 - PERR0003212 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 70 | | PERR0003203 - PERR00003205 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 71 | REDACTED | PERR00002424 - PERR00002425 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 72 | REDACTED | PERR00007826 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 73 | Perrigo R&D and RA for US Market - Status Report. | PERR00005966 - PERR00005979 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 80 | Barr Project Management Meeting: R&D Projects. | BARR-TAA-048848 - BARR-TAA-048850 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 81 | CD Weekly Report Active Projects. | BARR-TAA-046125 - BARR-TAA-046134 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 82 | REDACTED | BARR-TAA-047520 - BARR-TAA-047522 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 83 | Appointment regarding nasal spray prep meeting. | BARR-TAA-046436 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 84 | REDACTED | BARR-TAA-033962 - BARR-TAA-033963 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 85 | | BARR-TAA-016647 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 86 | | BARR-TAA-017552 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 87 | | PERR0000829 - PERR00000830 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 88 | | BARR-TAA-016898 - BARR-TAA-016899 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 89 | | BARR-TAA-016873 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 90 | | BARR-TAA-016884 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 91 | REDACTED | BARR-TAA-017130 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 92 | | BARR-TAA-018814 - BARR-TAA-018816 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 93 | | PERR0004618 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 96 | | BARR-TAA-050433 - BARR-TAA-050542 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 98 | Item 13 Patent Information for Supplemental New Drug Application #20-468. | BARR-TAA-022423 - BARR-TAA-022425 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 99 | Letter requesting a copy of the disclosable approval information for Nasacort AQ manufactured by Rhone Poulenc. | BARR-TAA-022535 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 100 | Environmental Assessment FOI Version Nasacort AQ. | BARR-TAA-022832 - BARR-TAA-022860 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 104 | REDACTED | BARR-TAA-016872 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 105 | | BARR-TAA-017718 - BARR-TAA-017720 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 106 | | BARR-TAA-017672 - BARR-TAA-017673 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| 109 | Letter of Authorization for Valois Drug Master File No. 17623 | BARR-TAA-020786 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 111 | Food and Drug Administration, HHS Regulation Section 314.94 Content and format of an abbreviated application. | | FRE 402/403 | Response to FRE 402: Document related to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 112 | **REDACTED** | BARR-TAA-018048 - BARR-TAA-018055 | FRE 402/403 | Response to FRE 402: Document related to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 117 | Letter in receipt of Barr's abbreviated new drug application submitted pursuant to Section 505(j) of the Federal Food, Drug and Cosmetic Act. | BARR-TAA-012710 - BARR-TAA-012713 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 120 | Minor Amendment for Barr's ANDA 78-104 for Triamcinolone Acetonide Nasal Suspension. | BARR-TAA-018358 - BARR-TAA-018362 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 122 | **REDACTED** | BARR-TAA-045712 - BARR-TAA-045719 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 123 | **REDACTED** | BARR-TAA-050609 - BARR-TAA-050610 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 124 | Bioequivalency Information Request for Barr's ANDA 78-104. | BARR-TAA-050636 - BARR-TAA-050638 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 125 | **REDACTED** | BARR-TAA-050639 - BARR-TAA-050642 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 126 | | PERR0005407 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 127 | Reference Drug Pharmacy Tracking and Accountability Report for Nasacort AQ Nasal Spray. | BARR-TAA-022374 - BARR-TAA-022375 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 128 | Email regarding the attached Pilot PK Protocol. | BARR-TAA-030824 - BARR-TAA-30839 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 129 | Email regarding results and caveats, TAA pilot PK. | BARR-TAA-030593 - BARR-TAA-030608 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 130 | Email regarding clinical n. | BARR-TAA-017664 - BARR-TAA-017666 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 131 | Email regarding TAA In Vitro Program. | BARR-TAA-016771 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 132 | REDACTED | BARR-TAA-036281 - BARR-TAA-036292 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 133 | Email regarding statistical analysis template for TAA. | BARR-TAA-031233 - BARR-TAA-031253 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 134 | REDACTED | BARR-TAA-038041 - BARR-TAA-038051 | FRE 402/403 | Response to FRE 402:  Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 135 | Email regarding TAA Spray Pattern Results. | BARR-TAA-013304 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 142 | REDACTED | BARR-TAA-017718 - BARR-TAA-017720 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 146 | Email regarding Triamcinolone Acetonide Nasal Spray Package. | BARR-TAA-050562 - BARR-TAA-050598 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 147 | Email regarding IMS Data. | BARR-TAA-050599 - BARR-TAA-050608 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 148 | Handwritten document regarding nasal spray. | BARR-TAA-050558 - BARR-TAA-050561 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 151 | Email regarding pump sprayer. | PERR00003275 - PERR00003276 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 152 | REDACTED | BARR-TAA-032994 - BARR-TAA-033002 | FRE 402/403 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

14

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 153 | Email regarding patent information. | PERR00008016 - PERR00008026 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 156 | Final P.E.T. Report for RG 5029Y Pet Study. | NAQ0486025 - NAQ0486052 | FRE 402/403/802 | Response to FRE 402: Document related to issues of infringement and validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 161 | Abstract, Annals of Allergy, Asthma & Immunology, January, 1997, Volume 78, Number 1, pp. 96. | | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 234 | PDR, 49 Edition, 1995, Supplement A, regarding New Product Listings Excerpt for Flonase. | BARR-TAA-049953 - BARR-TAA-049956 | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 235 | PDR Excerpt relating to Beconase, Nasalide and Vancenase. | BARR-TAA-012829 - BARR-TAA-012837 | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 270 | Soo-Il Kim Lab Notebook No. 2770 | NAQ0014511 - NAQ0014597 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 281 | **REDACTED** | NAQ0013762 - NAQ0013763 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

15

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 283 | Email regarding Thixotropy | NAQ0011223 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 287 | Email regarding Nasacort thixotropic effect | NAQ0011376 - NAQ0011377 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 288 | Email regarding Beclomethasone AQ Nasal Spray | NAQ0012518 - NAQ0012519 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 289 | Email regarding Nasacort AQ preservative system | NAQ0011787 - NAQ0011788 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 297 | Nasacort 1996 Brand Plan | NAQ0480621 - NAQ0480953 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 299 | Presentation entitled 2002 - 2011 Momentum Case Nasacort AQ/US | NAQ0545991 - NAQ0546065 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 301 | Memorandum regarding rationale to support use of "CHOICE" positioning - POV | NAQ0629388 - NAQ0629390 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 302 | Email regarding Nasacort AQ AED Clinical Study | NAQ0487664 - NAQ0487667 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 306 | Email regarding important information about Nasacort | NAQ0250089 - NAQ0250090 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 316 | Presentation entitled Nasacort AQ 2006 Brand Tactical Plan. | NAQ0485677 - NAQ0485704 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 318 | RPR Marketing Research regarding 1999 Allergy Situation Analysis | NAQ0478542 - NAQ0478748 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 319 | Aventis 2001 Situation Analysis, Business Information and | NAQ0274308 - NAQ0274595 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |

16

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | Planning. | | | |
| 321 | Email regarding CSO activities. | NAQ0681928 - NAQ0681929 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 325 | Presentation entitled Nasacort AQ Situation Analysis. | NAQ0908419 - NAQ0908515 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 326 | Presentation entitled Nasacort Family, Respiratory National Managers Meeting. | NAQ0488598 - NAQ0488623 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 328 | Email with attached Allegra-D & Nasacort Scenario Analysis. | NAQ0673546 - NAQ0674054 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 331 | Presentation regarding HFA Potential, Overview of Prescribers, Physician Perspective, Patient Overview and Managed Care Reaction. | NAQ0849440 - NAQ0849500 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 334 | Sanofi Aventis US Pharmaceuticals 2006 January Net Sales. | NAQ0908516 - NAQ0908525 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 337 | Email regarding Allegra and Nasacort AQ Weeklies for Week ended March 31, 2006, Week 13 | NAQ0672057 - NAQ0672059 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 338 | Email regarding AQ. | NAQ0672666 - NAQ0672668 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 352 | Presentation entitled A PET Study to Probe Formulation Equivalency | NAQ08460077 | Note: Should be NAQ0846077. | |
| 353 | Expert Report of Michael A. Kaliner | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 355 | Opening Expert Report of Robert Y. Lochhead | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 356 | How and Why the Nose Runs, J. Allergy & Clin. Immunology | | FRE 402/403/802/805 | Response to FRE 402: Document related to issues of validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 357 | Human Nasal Host Defense and Sinusitis, J. Allergy & Clinical Immunol. | | FRE 402/403/802/805 | Response to FRE 402: Document related to issues of validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 358 | Mediators of Allergic Rhinitis, J. Allergy & Clin Immunology | | FRE 402/403/802/805 | Response to FRE 402: Document related to issues of validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 366 | REDACTED | | FRE 901/1003 | Response FRE 901/1003: An authenticated and legible copy of the document will be provided. |
| 367 | Robert Lochhead Lab Notebook pages 1-7 and 10 | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 375 | Skoner, et al., Detection of Growth Suppression in Children During Treatment with Intranasal Beclomethasone Dipropionate | NAQ0955013-33, NAQ0957623-43 | FRE 402/403/802/805 | Response to FRE 402: Document related to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 376 | Opening Expert Report of Robert K. Prud'Homme | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 382 | A.N. Beris et al., J. Fluid Mech. (1985), Vol. 168, pp. 219 - 244, Creeping motion of a sphere through a Bingham plastic | | FRE 402/403/802/805/901/1003 | Response to FRE 402: Document relevant to issues of validity and infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801; Response FRE 901/1003: Defendant has not identified the basis of the objection. An authenticated and legible copy of the document will be used. |
| 387 | Rebuttal Expert Report of Eli O. Meltzer | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 391 | Gary Gross, M.D. et al., Comparative Efficacy, Safety, and Effect on Quality of Life of Triamcinolone Acetonide and Fluticasone Propionate Aqueous Nasal Sprays in Patients with Fall Seasonal Allergic Rhinitis, 89 Annals of Allergy, Asthma & Immunology (July 2002) | NAQ0481233 - NAQ0481240 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of infringement, validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 392 | Fishken, David. Patient Preference and Sensory Comparison of Nasacort AQ, Beconase AQ, and Flonase, 78 Annals of Allergy, Asthma & Immunology 154:P206 (1997) | NAQ0452866 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 394 | Bunnag, et al., Patient Preference and Sensory Perception of Three Intranasal Corticosteroids for Allergic Rhinitis, 23 Clinical Drug Investigations 39-44 (2003) | NAQ0957510 - NAQ0957515 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 396 | Package Insert for Tri-Nasal, 2002 Physicians Desk Reference | | FRE 802/901/1003 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6); Response FRE 901/1003: A complete copy of the PDR will be provided for this exhibit. |
| 398 | Tri-Nasal Prescribing Information | NAQ0731657 - NAQ0731658 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 399 | FDA Recalls and Court Actions: Tri-Nasal, The Pink Sheet, September 25, 2000, Vol. 62, Issue 39 | NAQ0596404 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 400 | Nasacort AQ 2003 Situation Analysis | NAQ0524866 - NAQ0524947 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 401 | Muro Pharmaceutical Inc. Drug Recall | NAQ0517613 | FRE 402/403 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 403 | REDACTED | NAQ0558589 - NAQ0558590 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 405 | LaForce et al, Comparison of Once-Daily Triamcinolone Acetonide Aqueous Nasal Spray and Twice-Daily Beconase AQ for the Treatment of Seasonal Allergic Rhinistis, 97 Journal of Allergy & Clinical Immunology 443:1002 (1996) | NAQ0452865 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |

20

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 406 | Waddell et al., Intranasal Steroid Sprays in the Treatment of Rhinitis: Is One Better than Another?, 117 Journal of Laryngology & Otology 843-845 (2003) | NAQ0957645 - NAQ0957647 | FRE 402/403/802/805 | Response to FRE 402:  Document is relevant to issues of validity and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805:  Document does not fall within scope of FRE 801. |
| 407 | Durham, The Ideal Nasal Corticosteroid: Balancing Efficacy, Safety & Patient Preference, 2 Clinical & Experimental Allergy Reviews (2002) | NAQ0957649 - NAQ0957654 | FRE 402/403/802/805 | Response to FRE 402:  Document is relevant to issues of validity and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805:  Document does not fall within scope of FRE 801. |
| 408 | Lumry et al., A Comparison of Once-Daily Triamcinlone Acetonide Aqueous and Twice-Daily Beclomethasone Dipropionate Aqueous Nasal Sprays in the Treatment of Seasonal Allergic Rhinitis, 24 Allergy & Asthma Proceedings 203-210 | NAQ0957661 - NAQ0957668 | FRE 402/403/802/805 | Response to FRE 402:  Document is relevant to issues of validity and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805:  Document does not fall within scope of FRE 801. |
| 410 | Meltzer et al., P247 Abstract, A Patient Preference Evaluation Study Comparing the Sensory Attributes of Fluticasone Furoate Nasal Spray with Fluticasone Propionate Nasal Spray, 100 Annals of Allergy, Asthma & Immunology A89 (2008) | NAQ0957498 | FRE 402/403/802/805 | Response to FRE 402:  Document is relevant to issues of validity and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805:  Document does not fall within scope of FRE 801. |
| 411 | Package Insert for Nasonex, 1998 Physicians Desk Reference | | FRE 901/1003 | Response to FRE 901/1003: A complete copy of the PDR will be provided for this exhibit. |

21

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 415 | Dr. Kaliner's Rebuttal Expert Report | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 416 | Dr. Donovan's Opening Expert Report | | FRE 802 | Response to FRE 802: Document will not be offered into evidence. |
| 417 | Dr. Needham's Opening Expert Report | | FRE 802 | Response to FRE 802: Document will not be offered into evidence. |
| 420 | Tamara Elias et al, Why Products Fail in Phase III, In Vivo The Business & Medicine Report (Apr. 2006) | NAQ0957556-64 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 421 | Company News; Shares of Fisons Tumble as Company Halts Asthma Drug, N.Y. Times, April 7, 1993, http://query.nytimes.com/gst/full1page.html?res=9F0CE6DB133EF934A35757C0A965958260 | NAQ0957555 | FRE 402/403 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 429 | Patient Information and Consent Form | NAQ0251551 - NAQ0251558 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 430 | Patient Information and Consent Form | NAQ0251642 - NAQ0251649 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 431 | RG 5029Y-305 Patient Informed Consent | NAQ0282605 - NA10282611 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

22

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 432 | Confidential Disclosure Agreement between Jerald W. Koepke, M.D. and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0305363 - NAQ0305365 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 433 | Confidential Disclosure Agreement between James P. Rosen, M.D. and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0305360 - NAQ0305362 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 434 | Confidential Disclosure Agreement between Wilfred N. Beaucher, M.D. and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0305367 - NAQ0305369 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 435 | Confidential Disclosure Agreement between Allan Luskin, M.D. and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0305370 - NA10305372 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 436 | Confidential Disclosure Agreement between Topeka Allergy & Asthma Clinic and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0305373 - NAQ0305375 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 442 | Confidential Disclosure Agreement between John Winder, M.D. and Rhone-Poulenc Rorer Pharmaceutical Inc. | NAQ0457347 - NAQ0457350 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 444 | G.H. Phillipps, Structure-activity relationships of topically active steroids: the selection of fluticasone propionate, Respiratory Medicine (1990) 84 Supplement A, 19-23 | NAQ0955203 - NAQ0955207 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 445 | Dr. Lochhead's Rebuttal Report | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 446 | Dr. Klingenberg's Opening Expert Report | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 447 | Klingberg Lab Notes | BARR-KLING-000001 to BARR-KLING-000012 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 448 | Lochhead Lab Notebook pages 8 & 9 | | FRE 802/901/1003 | Response to FRE 802: Document is relevant to issues of infringement; Response to FRE 901: Document was authenticated during deposition of Dr. Lochhead; Response to FRE 1003: Best available copy. |
| 449 | Amira Zeevi Deposition, pages 1-2, 66, and 78-80 | | FRE 802/805 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |
| 477 | 1995 Physicians' Desk Reference and Supplements | NAQ0957552-4 | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 484 | Appendix 1: Lochhead Lab Notebook | | FRE 802/805/901/1003 | Response to FRE 802: Document is relevant to issues of infringement; Response to FRE 802/805: Document does not fall within scope of FRE 801; Response to FRE 901: Document was authenticated during deposition of Dr. Lochhead; Response to FRE 1003: Best available copy. |

24

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 487 | R.M.E. Richards & R.H. Cavill, Electron Microscope Study of Effect of Benzalkonium Chloride and Edetate Disodium on Cell Envelope of Psuedomonas aeruginosa, 65 Journal of Pharmaceutical Sciences 76-80 (1976) | NAQ0114532 - NAQ0114534 | FRE 901/1003 | Response FRE 901/1003: Defendant has not provided a basis for this objection. An authenticated and legible copy of the document will be provided. |
| 488 | Mengping Zhou and Maureen Donovan, Intranasal Mucociliary Clearance of Putative Bioadhesive Polymer Gels, 135 International Journal of Pharmaceutics, 115-125 (1996) | | FRE 402/403/802/8025/901/1003 | Response to FRE 402:  Document is relevant to issues of validity, and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805:  Document does not fall within scope of FRE 801; Response to FRE 901/1003:  Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 489 | Ankur J. Shah and Maureen D. Donovan, Rheological Characterization of Neutral and Anionic Polysaccharides with Reduced Mucociliary Transport Rates, AAPS PharmSciTech 2007; 8 (2), Article 32; published April 20, 2007 | | FRE 402/403/802/8025/901/1003 | Response to FRE 402:  Document is relevant to issues of validity, and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805:  Document does not fall within scope of FRE 801; Response to FRE 901/1003:  Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 490 | A.S. Harris et al., Effect of Viscosity on Particle Size, Deposition, and Clearance of Nasal Delivery Systems Containing Desmopressin, Journal of Pharmaceutical Sciences, Vol. 77, No. 5, pages 405-408 (1988) | BARR-TAA-050708-050713 | FRE 402/403/802/805/901/1003 | Response to FRE 402: Document is relevant to issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 491 | Yang Guo et al., The Effect of Formulation Variables and Breathing Patterns on the Site of Nasal Deposition in an Anatomically Correct Model, Pharmaceutical Research, Vol 22, No. 11, November 2005, pages 1871-1878 | | FRE 402/403/802/805/901/1003 | Response to FRE 402: Document is relevant to issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 492 | ScienceGear.com 2007 Catalog, http://www.sciencegear.com/catalogs/Catalog2007/SGCatalog_Feb2007_beakers.pdf | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable |
| 494 | Company News; Shares of Fisons Tumble as Company Halts Asthma Drug, N.Y. Times, April 7, 1993, http://query.nytimes.com/gst/fullpage.html?res=9F0CE6DB133EF934A35757C0A965958260 | NAQ0957555 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; ; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801. |

26

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 495 | Keyur Shah, Thomas E. Needham et al., Nasal Spray Deposition: An Evaluation of Nasal Spray & Clearance in Healthy Human Volunteers Using Gamma Scintigraphy, Drug Delivery Technology Vol. 15, No. 1 (Jan. 2005) available at http://www.drugdeliverytech.co m/cgi-bin/articles.cgi?idArticle=311 | | FRE 402/403/802/80 5/901/1003 | Response to FRE 402:  Document is relevant to issues of infringement, validity, and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805:  Document does not fall within scope of FRE 801; Response to FRE 901/1003:  Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 496 | Robert L. Davidson, Handbook of Water-Soluble Gums and Resins, section 3-7 (McGraw-Hill) (1980) | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and infringement; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 499 | Dr. Prud'homme's Rebuttal Report | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 504 | U.S. Patent No. 2,978,446 | | FRE 402/403/1002 | Response to FRE 402:  Document is relevant to issues of validity; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 1002:  If the Court rules that the copy of the U.S. Patent identified is not sufficient, a certified copy of the patent will be obtained from the U.S. Patent Office to replace this exhibit. |
| 505 | U.S. Patent No. 3,141,875 | | FRE 402/403/1002 | Response to FRE 402:  Document is relevant to issues of validity; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 1002:  If the Court rules that the copy of the U.S. Patent identified is not sufficient, a certified copy of the patent will be obtained from the U.S. Patent Office to replace this exhibit. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| 506 | U.S. Patent No. 3,539,365 | | FRE 402/403/1002 | Response to FRE 402: Document is relevant to issues of validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 1002: If the Court rules that the copy of the U.S. Patent identified is not sufficient, a certified copy of the patent will be obtained from the U.S. Patent Office to replace this exhibit. |
| 507 | U.S. Patent No. 5,725,886 | | FRE 402/403/1002 | Response to FRE 402: Document is relevant to issues of validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 1002: If the Court rules that the copy of the U.S. Patent identified is not sufficient, a certified copy of the patent will be obtained from the U.S. Patent Office to replace this exhibit. |
| 512 | Expert Report of Donald O. Beers | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 515 | Guidance For Industry - Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action. U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), June 1999, Draft Guidance | | FRE 901/1003 | Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

28

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 517 | Guidance For Industry - Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action. U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), April 2003, Draft Guidance | | FRE 901/1003 | Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 518 | February 22, 2006 letter from Randall W. Lutter, Ph.D., Acting Associate Commissioner for Policy and Planning, Food and Drug Administration, to Frederick H. Branding, C. Elaine Jones, Ph.D., William M. Zoffer and Charles J. Raubicheck | | FRE 402/403/802/805/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 519 | Expert Report of Marc S. Berridge | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 525 | Opening Expert Report of Dr. Eli Meltzer | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 530 | Comparison Video1998NAQGreenFVRed.mpg | NAQ0453738 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 531 | GammaCorrections.pdf | NAQ0485984-NAQ0485990 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

29

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 532 | ImagingInDrugDevelopmentDDR2003_59_2.pdf | NAQ0485991 - NAQ0486009 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 533 | cole010702.mpg | NAQ0846050 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 534 | cole010802.mpg | NAQ0846051 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 535 | ComparisonVideo1998NAQGreenFVRed.mpg | NAQ0846052 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 536 | Head_ROI_PETDemo.avi | NAQ0846053 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 537 | kalt110601.mpg | NAQ0846054 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 538 | kalt112001.mpg | NAQ0846055 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 539 | meht122201.mpg | NAQ0846056 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 540 | meht1229901.mpg | NAQ0846057 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 541 | moln010702.mpg | NAQ0846058 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 542 | moln010802.mpg | NAQ0846059 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 543 | nasaq.mpg | NAQ0846060 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 544 | s3_cmp.mpg | NAQ0846061 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 545 | s3_cmpnew.mpg | NAQ0846062 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 546 | Subj1Comp.avi | NAQ0846063 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 547 | Subj2Comp.avi | NAQ0846064 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 548 | Subj3Comp.avi | NAQ0846065 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 549 | Subj4Comp.avi | NAQ0846066 | FRE 402/403 | Response to FRE 402:  Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| 550 | Subj5Comp.avi | NAQ0846067 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 551 | Subj6Comp.avi | NAQ0846068 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 552 | SubjComp.txt | NAQ0846069 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 553 | welk012902.mpg | NAQ0846070 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 554 | welk122201.mpg | NAQ0846071 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 555 | yeag110610.mpg | NAQ0846072 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

33

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 556 | yeag112001.mpg | NAQ0846073 | FRE 402/403 | Response to FRE 402: Document relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 570 | Claim Charts for Infringement | | FRE 402/403/802 | Response to FRE 402: Document is relevant to issues of infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801 |
| 571 | Rebuttal Report of Dr. Marc S. Berridge | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 575 | Expert Report of Dr. Gregory K. Bell | | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 582 | Rebuttal report of Eli O Meltzer (redacted version) | NAQ0957590-NAQ0957616 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 585 | Schedule 3.1 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within scope of FRE 801 |
| 586 | Schedule 4.1 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within scope of FRE 801 |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 587 | Momentum Case 2002-2011 | NAQ0914693-880 at 699, 702, 703, 782 | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Reponse to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 588 | "Collegium Pharmaceutical Provides Update on Development of its Nasal Inhaled Steroid for Allergic Rhinitis" Health & Medicine Week, Aug 27,2007 | NAQ0957382 | FRE 402/403/802/80 5 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Reponse to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 589 | "Study data from P.H. Ratner et al provide new insights into allergies" Health & Medicine Week, Oct 1, 2007 | NAQ0957383 | FRE 402/403/802/80 5 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Reponse to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 590 | http:www.accessdata.fda.gov/scr ipts/cder/drugsatfda/ | | FRE 901/1003 | Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 595 | Deposition of Ceci Zak, July 17, 2007, pp83-84, 59, and accompanying exhibits | | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 596 | Nasacort AQ - INS Market Overview, September 29, 2006 | NAQ0884088-118 at 93, 95 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |

35

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 597 | Schedule 1.1 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Reponse to FRE 802: Document does not fall within the scope of FRE 801. |
| 598 | Nasacort AQ Tactical Brand Plan for 2003, August 14, 2002 | NAQ0546213-342 at 215, 272 | FRE 802/805 | Response to FRE 802/805:  Document does not fall within the scope of FRE 801, alternatively, document falls within the scope of FRE 803(6). |
| 599 | Momentum Case, 2002-2011, Nasacort AQ/US | NAQ0545991-6065 at 5993 | FRE 802/805 | Response to FRE 802/805:  Document does not fall within the scope of FRE 801 alternatively, document falls within the scope of FRE 803(6). |
| 600 | Nasacort AQ Brand Plan, May 10, 2002 (2003-2007) | NAQ0914560-683 at 599, 646 | FRE 802/805 | Response to FRE 802/805:  Document does not fall within the scope of FRE 801 alternatively, document falls within the scope of FRE 803(6). |
| 601 | Illinois Formulary Status 2004 (Nasacort AQ, Flonase, Nasones and Rhinocort Aqua) | NAQ0483033 | FRE 802/805 | Response to FRE 802/805:  Document does not fall within the scope of FRE 801. |
| 602 | Illinois Formulary Status 2004 (Nasacort AQ, Flonase, Nasones and Rhinocort Aqua) | NAQ0483033 | FRE 402 | Response to FRE 402:  Document is relevant to secondary considerations of non-obviousness. |
| 603 | Illinois Formulary Status 2005 (Nasacort AQ, Flonase, Nasones and Rhinocort Aqua) | NAQ0483132 | FRE 402 | Response to FRE 402:  Document is relevant to secondary considerations of non-obviousness. |
| 605 | Nasacort Situation Analysis February 28, 2006 | NAQ0908419-515 at 493 | FRE 802/805 | Response to FRE 802/805:  Document does not fall within the scope of FRE 801 alternatively, document falls within the scope of FRE 803(6). |
| 607 | Schedule 2.6 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Reponse to FRE 802: Document does not fall within the scope of FRE 801. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 609 | 1999 Allergy Situation Analysis | NAQ0478542-748 at 678 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801 alternatively, document falls within the scope of FRE 803(6). |
| 610 | Nasacort Family - Respiratory National Managers Meeting, January 12, 2005 | NAQ0488598-623 at 607 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801 alternatively, document falls within the scope of FRE 803(6). |
| 612 | Kissan, Joseph and Murali K. Mantrala, "Prescription Drug Promotion: The RolE and Value of Physicians' Samples Under Competition", p.7, http://www.business.ku.edu/home/kjoseph/research/PrescriptionDrugPromotionMarch2003.pdf | NAQ0957448-490 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 630 | Direct to Consumer Advertising for Prescription Drugs" ACP Online, 9 Oct 1998 p 4; http://www.ACPonline.org/hpp/pospaper/dtcads.htm | NAQ0957384-94 | FRE 402/403 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 631 | John P Juergens, "The FDA and Community Pharmacy: Today and Tomorrow" Drug Topics, 3 Aug 1992, p.88 | NAQ0957411-421 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 632 | Guidance for Industry: Industry Supported Scientific and Educational Activities" Federal Register 62(232) 3 Dec 1997 | NAQ0957403-410 | FRE 402/403 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

37

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 633 | Testimony of Janet Woodcock, Director of the FDA's Center for Drug Evaluation and Research, before the Senate Special Committee on Aging, 22 July 2003 | NAQ0957395-402; NAQ0957425-439 | FRE 402/403/802/80 5 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 634 | "Division of Drug Marketing, Advertising and Communications." http://www.fda.gov/cder/ddmac | NAQ0957422-424 | FRE 402/403 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 635 | Opening Report of R.K Prud'homme (redacted version) | NAQ0957516-522 | FRE 802 | Response to FRE 802:  Document does not fall within the scope of FRE 801. |
| 645 | Red Book 1997-2007 | | FRE 402/403/802/90 1/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802: Document does not fall within the scope of FRE 801;  Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 646 | Expert Report of Marc S. Berridge (redacted version) | NAQ0957523-551 | FRE 802 | Response to FRE 802:  Document does not fall within the scope of FRE 801. |
| 647 | Certified translation of E-mail regarding Triamcinolone Acetonide Nasacort Nasal Inhaler. | PERR00012039 - PERR00012040 | FRE 802 | Response to FRE 802:  Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 654 | Current Reviews of Rhinitis, Second Edition, M. Kaliner Editor in Chief, © 2006 | NAQ0956579-780 | FRE 402/403/802/80 5 | Response to FRE 402: Document is relevant issues of infringement, validity, and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable;  Response to FRE 802/805:  Document does not fall within |

38

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | | | | the scope of FRE 801. |
| 655 | Current Review of Allergic Diseases, M. Kaliner Editor, © 2000 | NAQ0956781-7034 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of infringement, validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 657 | Eccleston papers | | FRE 402/403/802/805/901/1003 | Response to FRE 402: Document is relevant issues of infringement and validity; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 658 | Sharpe, "Comparison of the Flow Properties of Aqueous Suspension Corticosteroid Nasal Sprays Under Differing Sample Conditions" | NAQ0954971-78 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 661 | SILS - Scientific Information & Library Services - Bridgewater | NAQ0639353 - NAQ0639360 | FRE 402/403 | Response to FRE 402: Document is relevant issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

39

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 662 | Berger, et al., Triamcinolone acetonide aqueous nasal spray and fluticasone propionate are equally effective for relief of nasal symptoms in patients with seasonal allergic rhinitis | NAQ0522324 - NAQ0522331 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 663 | Lipworth, et al., Safety of Inhaled and Intranasal Corticosteroids | NAQ0830228 - NAQ0830250 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of infringement, validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 664 | Meltzer, et al., Development of questionnaires to measure patient preferences for intranasal corticosteroids in patient with allergic rhinitis | NAQ0510059 - NAQ0510069 | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 666 | Fishken Abstract, P206 | NAQ0957644 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of validity, and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |

40

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 667 | Meltzer, et al., A Preference Evaluation Study Comparing the Sensory Attributes of Mometasone Furoate and Fluticasone Propionate Nasal Sprays by Patients with Allergic Rhinitis | NAQ0957728 - NAQ0957735 | FRE 402/403/802/805 | Response to FRE 402: Document is relevant issues of validity, and secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805:  Document does not fall within the scope of FRE 801. |
| 679 | Order Re: Discovery Teleconference | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 680 | Order Denying Request of Returned Documents from the 7/5 amd 7/23/07 Teleconferences | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 693 | Complaint and Associated Papers | | Duplicative | Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 694 | Schedule 1.2 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 695 | Schedule 1.3 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 696 | Schedule 2.1 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 697 | Schedule 2.2 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

42

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 698 | Schedule 2.3 | | FRE 402/403/802/9011/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 699 | Schedule 2.4 | | FRE 402/403/802/9011/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 700 | Schedule 2.5 | | FRE 402/403/802/9011/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 701 | Schedule 3.2 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6); Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 702 | Schedule 3.3 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 703 | Schedule 3.4 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

44

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 704 | Schedule 3.5 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; ; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 705 | Schedule 3.6 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; ; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 706 | Schedule 3.7 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; ; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 707 | Schedule 3.8 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; ; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | | | | identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 708 | Schedule 3.9 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 709 | Schedule 3.10 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 710 | Schedule 3.11 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| 711 | Schedule 3.12 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 712 | Schedule 3.13 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 713 | Schedule 4.2 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness;  Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |

47

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 714 | Schedule 4.3 | | FRE 402/403/802/901/1003 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; Response to FRE 901/1003: Defendants have not identified a basis for 901/1003 objection; An authenticated and legible copy of the document will be provided. |
| 720 | Viscosity Test Method | PERR00000781 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 721 | E-mail regarding Triamcinolone Acetonide Nasacort Nasal Inhaler. | PERR00012039 - PERR00012040 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 737 | Paragraph IV Certification Letter for Patent Nos. '573 and '329 | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 738 | February 1, 2008 Letter from Maureen Rurka to Jermey Noe regarding Barr expert witnesses | | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 742 | Agis email | PERR00004486 - PERR00004487 | FRE 402/403/802 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the |

48

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | | | | scope of FRE 803(6). |
| 745 | Viscosity Test Method | BARR-TAA-012297 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 746 | Viscosity Test Method | PERR00011624 - PERR00011625 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 747 | Viscosity Test Method | PERR00010730 - PERR00010732 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 754 | It Stays Where It's Sprayed (video) | NAQ0118565 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of infringement, validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 755 | Voyage Au Centre Du Nez (video) | NAQ0453737 | FRE 402/403 | Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 758 | 1995 PDR | | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 759 | 1995 PDR Supplement A | | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 760 | 1996 PDR | | FRE 106 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit. |
| 762 | 2001 PDR | | FRE 106/402/403 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit; Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 763 | 2004 PDR | | FRE 106/402/403 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit; Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 764 | 2006 PDR | | FRE 106/402/403 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit; Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 765 | 2003 PDR | | FRE 106/402/403 | Response to FRE 106: A complete copy of the PDR will be provided for this exhibit; Response to FRE 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 769 | Document demonstrating Nasacort AQ competition | NAQ0274824-NAQ0274825 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 770 | Document demonstrating Nasacort AQ competition | NAQ0535385-NAQ0535391 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 772 | Document demonstrating Nasacort AQ competition | NAQ0623122-NAQ0623156 | FRE 802/803 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 774 | Document demonstrating Nasacort AQ competition | NAQ0856042-NAQ0856046 | FRE 802/803 | Response to FRE 802: Document does not fall within scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 775 | Document demonstrating Nasacort AQ competition | NAQ0893075 | FRE 802/803 | Response to FRE 802: Document does not fall within scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 776 | Document demonstrating Nasacort AQ competition | NAQ0915376-NAQ0916224 | FRE 802/803 | Response to FRE 802: Document does not fall within scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 787 | Document demonstrating Nasacort AQ market share | NAQ0485877 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 789 | Document demonstrating Nasacort AQ market share | NAQ0535387 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 791 | Document demonstrating Nasacort AQ market share | NAQ0674608 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 792 | Document demonstrating Nasacort AQ market share | NAQ0674728 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 793 | Document demonstrating Nasacort AQ market share | NAQ0854871-NAQ0854872 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

51

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 794 | Document demonstrating Nasacort AQ market share | NAQ0855193-NAQ0855194 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 795 | Document demonstrating Nasacort AQ market share | NAQ0855225-NAQ0855227 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 798 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0546215-NAQ0546216 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 799 | Document demonstrating supply interruptions of Nasacort AQ | NAQ0912234 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 809 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0478641 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 810 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0478643 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 811 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0846873 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 812 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0881608 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 813 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0538770 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 819 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0621885-NAQ0621900 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 822 | Document demonstrating promotional expenditures of Nasacort AQ | NAQ0914799 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 823 | Document demonstrating detailing efforts of competitors | NAQ0594444-NAQ0594512 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 824 | Document demonstrating detailing efforts of competitors | NAQ0667504 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 825 | Document demonstrating detailing efforts of competitors | NAQ0674649 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 828 | Document demonstrating detailing efforts of competitors | NAQ0882462-NAQ0882463 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 830 | Document demonstrating detailing efforts of competitors | NAQ0890771 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 831 | Document demonstrating detailing efforts of competitors | NAQ0891275-NAQ0891276 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 832 | Document demonstrating detailing efforts of competitors | NAQ0892920 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 834 | Document demonstrating detailing efforts of competitors | NAQ0911404 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 837 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0274950 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 840 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0524437 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 841 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0526934-NAQ0526938 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

53

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 842 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0526972-NAQ0526975 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 843 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0527016-NAQ0527020 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 844 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0527099-NAQ0527103 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 845 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0538750 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 846 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0540786-NAQ0540789 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 847 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0542361-NAQ0542531 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 849 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0546237 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 854 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0846879 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 855 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0847623 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 856 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0848338 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 857 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0848350 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 859 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0855002 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 860 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0855003 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 861 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0857749 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 862 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0861228 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 863 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0867292 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 864 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0871364 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 865 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0871439 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 868 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0881608 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 869 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0887688-NAQ0887696 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 870 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0890200 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 872 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0893770 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 873 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0894053 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 874 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0911812 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 875 | Document demonstrating level of expenditures on Nasacort AQ | NAQ0914693-NAQ0914879 | FRE 403/802/805 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 916 | Document demonstrating that Patient compliance a persistent problem | NAQ0295250 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 922 | Document demonstrating that Patient compliance a persistent problem | NAQ0481683 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 923 | Document demonstrating that Patient compliance a persistent problem | NAQ0481708 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of 803(6). |
| 930 | Document demonstrating that Patient compliance a persistent problem; Meltzer, E.O. An overview of current pharmacotherapy in perennial rhinitis, J. Allergy Clin. Immunol. 95(5):1097, at 1104 | NAQ0471234 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

57

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | (1995) | | | |
| 932 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0273301 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 934 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0273353 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 937 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0474268 | FRE 402/403 | Respons to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; |
| 939 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0480041 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 940 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0490637-NAQ0490644 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

58

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 941 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0493404-NAQ0493417 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 943 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0493892-NAQ0493918 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 944 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0498914-NAQ0498917 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 945 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0506300-NAQ0506319 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 946 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0509204 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 947 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0518617 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| 948 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0530479 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 950 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0540365 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 951 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0546983-NAQ0547003 | FRE 802/805 | Response to FRE 802/805: Document does not fall within the scope of FRE 801. |
| 952 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0559895-60039 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 953 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0594439 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 954 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0649045-70 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

60

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 956 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0775865-NAQ0775888 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 957 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0803987-NAQ0803996 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 959 | Document demonstrating need in the industry for odorless aqueous spray that resisted clearance, uniform dosing, safe and effective for adults and children. | NAQ0821728-NAQ0821732 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 963 | Document demonstrating that other products sought preferred attributes | NAQ0011807-NAQ0011809 | Invalid Bates Range | Response to "Invalid Bates Range": Bates Range corrected. |
| 966 | Document demonstrating that other products sought preferred attributes | NAQ0480042 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 967 | Document demonstrating that other products sought preferred attributes | NAQ0621649 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 969 | **REDACTED** | NAQ0163029-NAQ0163032 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 970 | Document demonstrating Tri-Nasal withdrawn from market | NAQ0956075 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

61

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 971 | Document demonstrating Tri-Nasal had bitter taste | NAQ0955138-NAQ0955166 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6). |
| 972 | Document demonstrating Tri-Nasal had problematic side-effect profile | NAQ0308664 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 973 | Document demonstrating Tri-Nasal had problematic side-effect profile | NAQ0163007-NAQ0163010 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 974 | | NAQ0318678 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 975 | **REDACTED** | NAQ0318702 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 976 | | NAQ0318616 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 977 | Document demonstrating Tri-Nasal received approval in 2000 | NAQ0457552 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 978 | Document demonstrating Tri-Nasal received approval in 2000 | NAQ0955565 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 979 | Document demonstrating Tri-Nasal received approval in 2000 | NAQ0955170-NAQ0955171 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 980 | Document demonstrating Tri-Nasal received approval in 2000 | NAQ0955491 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

62

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 981 | | NAQ0274308 - NAQ0274595 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 983 | REDACTED | NAQ0547131 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 984 | | NAQ0517610- NAQ0517613 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 985 | Document demonstrating that in June 2002, FDA withdrew approval of Tri-Nasal | NAQ0955146- NAQ0955166 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 986 | Document demonstrating that in June 2002, FDA withdrew approval of Tri-Nasal | NAQ0955169 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 987 | Document demonstrating that in June 2002, FDA withdrew approval of Tri-Nasal | NAQ0955175 - NAQ0955197 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 989 | Document demonstrating Collegium purchased rights to Tri-Nasal | NAQ0645594 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 990 | Document demonstrating Accentia has exclusive right to market Tri-Nasal | NAQ0955319- NAQ0955320 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 991 | Document demonstrating Accentia has exclusive right to market Tri-Nasal | NAQ0955224 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |
| 992 | Document demonstrating Accentia has exclusive right to market Tri-Nasal | NAQ0955270 - NAQ0955318 | FRE 802 | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6) |

63

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 1008 | Document demonstrating Vancenase AQ is no longer on the market | NAQ0955042 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1009 | Document demonstrating that Nasalide and Nasarel contained PEG | NAQ0954999-NAQ0955005 | FRE 402/403 | Response to 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1010 | Document demonstrating that Nasalide and Nasarel contained PEG | NAQ0955063-NAQ0955067 | FRE 402/403 | Response to 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1011 | Document demonstrating that Nasalide and Nasarel contained PEG | NAQ0956460-NAQ0956463 | FRE 402/403 | Response to 402: Document is relevant to issues of validity and secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1012 | | BARR-TAA000001-BARR-TAA012709 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1013 | **REDACTED** | BARR-TAA013973-BARR-TAA013974 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 1014 | | BARR-TAA017177-BARR-TAA017178 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1015 | REDACTED | BARR-TAA049965-BARR-TAA050554 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1016 | REDACTED | BARR-TAA050609-BARR-TAA050610 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1018 | REDACTED | BARR-TAA-016032-016045 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1019 | REDACTED | BARR-TAA-022834 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1020 | REDACTED | BARR-TAA022534 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1021 | | BARR-TAA-022535 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 1024 | Document demonstrating Perrigo's development chronicled in lab notebooks | PERR00013819-PERR00013956 | Invalid Bates Range | Response to "Invalid Bates Range": Bates Range corrected. |
| 1025 | Document demonstrating Perrigo's development chronicled in lab notebooks | PERR00013957-PERR00013976 | Invalid Bates Range | Response to "Invalid Bates Range": Bates Range corrected. |
| 1026 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0525237 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1027 | Document demonstrating that other competitive products copied some of the aspects of the asserted claims | NAQ0621649-NAQ0621651 | FRE 403 | Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1035 | Veramyst | NAQ0955043-NAQ0955062 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1040 | REDACTED | NAQ0066975-NAQ0066994 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1041 | REDACTED | NAQ0067481-NAQ0067529 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1042 | | NAQ0067672-NAQ0067689 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |

66

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| 1043 | **REDACTED** | NAQ0068061-NAQ0068084 | FRE 402/403 | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. |
| 1046 | Schedule 5.1 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6); |
| 1047 | Schedule 5.2 | | FRE 402/403/802 | Response to FRE 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable. Response to FRE 802: Document does not fall within the scope of FRE 801. |
| 1048 | Meltzer, et. al., Preferences of Adult Patients with Allergic Rhinitis for the Sensory Attributes of Fluticasone Furoate Verses Fluticasone Propionate Nasal Sprays: A Randomized, Multicenter, Double-Blind, Single-Dose, Crossover Study | NAQ0957752-NAQ0957760 | FRE 802, FRCP 37(c)(1) | Response to FRE 802: Document does not fall within the scope of FRE 801; alternatively, document falls within the scope of FRE 803(6); Response to FRCP 37(c): Document was properly produced pursuant to FRCP 26. |
| 1056 | Document demonstrating Nasacort AQ success in 2007 | NAQ0957736-NAQ0957737 | FRE 402/403/802/901, FRCP 37(c) | Response to 402: Document is relevant to secondary considerations of non-obviousness; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable; Response to FRE 802/805: Document does not fall within the scope of FRE 801; Response to FRE 901: Defendants have not identified a basis for 901 objection; An authenticated and legible copy of the |

67

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| | | | | document will be provided; Response to FRCP 37(c); Document was properly produced pursuant to FRCP 26. |
| P. DEM O 001 | Demonstrative Exhibit – Asserted Claims of the '573 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case-in-chief and rebuttal; therefore, objection is not applicable |
| P. DEM O 002 | Demonstrative Exhibit – Asserted Claims of the '573 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 003 | Demonstrative Exhibit – Asserted Claims of the '573 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 004 | Demonstrative Exhibit – Asserted Claims of the '329 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

68

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 005 | Demonstrative Exhibit – Asserted Claims of the '329 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 006 | Demonstrative Exhibit – Asserted Claims of the '329 Patent | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 007 | Demonstrative Exhibit - Market share | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 008 | Demonstrative Exhibit - Market share | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 009 | Demonstrative Exhibit - Market share | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 010 | Demonstrative Exhibit - Market share | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 011 | Demonstrative Exhibit - Market share | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 012 | Demonstrative Exhibit – Marketing efforts | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 013 | Demonstrative Exhibit – Marketing efforts | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 014 | Demonstrative Exhibit – Marketing efforts | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 015 | Demonstrative Exhibit – Marketing efforts | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 016 | Demonstrative Exhibit – Marketing efforts | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 017 | Demonstrative Exhibit – Prices | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 018 | Demonstrative Exhibit – Prices | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 019 | Demonstrative Exhibit – Prices | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

71

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 020 | Demonstrative Exhibit – Prices | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 021 | Demonstrative Exhibit – Prices | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 022 | Demonstrative Exhibit – Supply | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 023 | Demonstrative Exhibit – Supply | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 024 | Demonstrative Exhibit – Supply | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

72

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 025 | Demonstrative Exhibit – Supply | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 026 | Demonstrative Exhibit – Supply | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 027 | Demonstrative Exhibit - Sales | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 028 | Demonstrative Exhibit - Sales | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 029 | Demonstrative Exhibit - Sales | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 030 | Demonstrative Exhibit – Sales | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 031 | Demonstrative Exhibit – Sales | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 032 | Demonstrative Exhibit - MCO | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 033 | Demonstrative Exhibit - MCO | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 034 | Demonstrative Exhibit - MCO | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 035 | Demonstrative Exhibit - MCO | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 036 | Demonstrative Exhibit - MCO | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 037 | Demonstrative Exhibit – Brookfield Viscometer | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 038 | Demonstrative Exhibit – Brookfield Viscometer | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 039 | Demonstrative Exhibit – Burrell action wrist shaker | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

75

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 040 | Demonstrative Exhibit – Viscosities of materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 041 | Demonstrative Exhibit – Viscosities of materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 042 | Demonstrative Exhibit – Viscosities of materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 043 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 044 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

76

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 045 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 046 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 047 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 048 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 049 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| | | | | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| | | | | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 050 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 051 | Demonstrative Exhibit – Thixotropic materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 052 | Demonstrative Exhibit – Thixotropic materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

78

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 053 | Demonstrative Exhibit – Thixotropic materials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 054 | Demonstrative Exhibit – Formulations of Nasacort AQ and Barr TAA nasal spray | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 055 | Demonstrative Exhibit – Formulations of Nasacort AQ and Barr TAA nasal spray | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 056 | Demonstrative Exhibit – Viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 057 | Demonstrative Exhibit – Viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 058 | Demonstrative Exhibit – Viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 059 | Demonstrative Exhibit – Viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 060 | Demonstrative Exhibit – Viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 061 | Demonstrative – Errors in viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 062 | Demonstrative – Errors in viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| P. DEM O 063 | Demonstrative – Errors in viscosity testing protocols | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 064 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 065 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 066 | Demonstrative Exhibit – Comparative viscosities of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 067 | Demonstrative Exhibit – Secondary considerations | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| P. DEM O 068 | Demonstrative Exhibit – Secondary considerations | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 069 | Demonstrative Exhibit – Secondary considerations | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 070 | Demonstrative Exhibit – Secondary considerations | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 071 | Demonstrative Exhibit – Clinical trial phases | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 072 | Demonstrative Exhibit – Clinical trial phases | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

82

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 073 | Demonstrative Exhibit – Clinical trial phases | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 074 | Demonstrative Exhibit – Clinical trial phases | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 075 | Demonstrative Exhibit – FDA drug approval process | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 076 | Demonstrative Exhibit – FDA drug approval process | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 077 | Demonstrative Exhibit – Q1/Q2 requirements | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 078 | Demonstrative Exhibit – Q1/Q2 requirements | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 079 | Demonstrative Exhibit – FDA confidentiality | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 080 | Demonstrative Exhibit – FDA confidentiality | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 081 | Demonstrative Exhibit – Perrigo formula development | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 082 | Demonstrative Exhibit – Perrigo formula development | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 083 | Demonstrative Exhibit – Perrigo formula development | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 084 | Demonstrative Exhibit – Perrigo formula development | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 085 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 086 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 087 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 088 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 089 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 090 | Demonstrative Exhibit – Nasal anatomy | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 091 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 092 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 093 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 094 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 095 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 096 | Demonstrative Exhibit – Experimental Use | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 097 | Demonstrative Exhibit – Phase III clinical trials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

87

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 098 | Demonstrative Exhibit – Phase III clinical trials | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 099 | Demonstrative Exhibit - Allergies | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 100 | Demonstrative Exhibit – Allergies | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 101 | Demonstrative Exhibit – Allergies | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 102 | Demonstrative Exhibit – Allergies | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 103 | Demonstrative Exhibit – Double-blind testing | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 104 | Demonstrative Exhibit – Double-blind testing | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 105 | Demonstrative Exhibit – Potency of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 106 | Demonstrative Exhibit – Potency of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 107 | Demonstrative Exhibit – Potency of intranasal sprays | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 108 | Demonstrative Exhibit – Intranasal spray market | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 109 | Demonstrative Exhibit – Intranasal spray market | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 110 | Demonstrative Exhibit – Intranasal spray market | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 111 | Demonstrative Exhibit – Immune response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 112 | Demonstrative Exhibit – Immune response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 113 | Demonstrative Exhibit – Primary and secondary responses | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 114 | Demonstrative Exhibit – Primary and secondary responses | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 115 | Demonstrative Exhibit – Phenylethyl alcohol | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 116 | Demonstrative Exhibit – Phenylethyl alcohol odor | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 117 | Demonstrative Exhibit – Phenylethyl alcohol odor | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 118 | Demonstrative Exhibit – Phenylethyl alcohol odor | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 119 | Demonstrative Exhibit – Steroid function | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 120 | Demonstrative Exhibit – Steroid function | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 121 | Demonstrative Exhibit – Rhinitis Symptoms | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 122 | Demonstrative Exhibit – Rhinitis Symptoms | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 123 | Demonstrative Exhibit – Treatment for rhinitis | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 124 | Demonstrative Exhibit – Treatment for rhinitis | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 125 | Demonstrative Exhibit – Treatment for rhinitis | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 126 | Demonstrative Exhibit – Early stage response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 127 | Demonstrative Exhibit – Early stage response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 128 | Demonstrative Exhibit – Late stage response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 129 | Demonstrative Exhibit – Late stage response | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 130 | Demonstrative Exhibit – Anti-inflammatory effect of steroids | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 131 | Demonstrative Exhibit – Anti-inflammatory effect of steroids | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 132 | Demonstrative Exhibit – Nasal mucosa | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

94

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 133 | Demonstrative Exhibit – Nasal mucosa | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 134 | Demonstrative Exhibit – Nasal mucosa | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 135 | Demonstrative Exhibit – Nasal mucosa | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 136 | Demonstrative Exhibit – Nasal mucosa | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 137 | Demonstrative Exhibit – Administration of intranasal spray | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 138 | Demonstrative Exhibit – Administration of intranasal spray | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 139 | Demonstrative Exhibit – Administration of intranasal spray | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 140 | Demonstrative Exhibit – What is PET | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 141 | Demonstrative Exhibit – What is PET | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 142 | Demonstrative Exhibit – What is PET | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |

96

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 143 | Demonstrative Exhibit – Labeled TAA | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 144 | Demonstrative Exhibit – Labeled Fluticasone | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 145 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 146 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 147 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 148 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 149 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 150 | Demonstrative Exhibit – Conducting PET study | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 151 | Demonstrative Exhibit – 1996 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 152 | Demonstrative Exhibit – 1996 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 153 | Demonstrative Exhibit – 1996 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 154 | Demonstrative Exhibit – 1996 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 155 | Demonstrative Exhibit – 1996 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 156 | Demonstrative Exhibit – 1998 and 2002 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 157 | Demonstrative Exhibit – 1998 and 2002 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 158 | Demonstrative Exhibit – 1998 and 2002 Regions of Interest | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 159 | Demonstrative Exhibit – Registration of PET scan and MRI | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 160 | Demonstrative Exhibit – Registration of PET scan and MRI | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 161 | Demonstrative Exhibit – Registration of PET scan and MRI | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 162 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-----------------------------------|
| P. DEM O 163 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 164 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 165 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 166 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 167 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 168 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 169 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 170 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 171 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 172 | Demonstrative Exhibit – Graphical representation of 1996 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 173 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 174 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 175 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 176 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 177 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|-----|-------------|-----------|------------------------|-------------------------------------|
| P. DEM O 178 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 179 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 180 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 181 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 182 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 183 | Demonstrative Exhibit – Graphical representation of 1998 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 184 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 185 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 186 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 187 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

105

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 188 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 189 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 190 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 191 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 192 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

106

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 193 | Demonstrative Exhibit – Graphical representation of 2002 data | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 194 | Demonstrative Exhibit – Mucocilliary clearance | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 195 | Demonstrative Exhibit – Mucocilliary clearance | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 196 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 197 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 198 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 199 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 200 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 201 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 202 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 203 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 204 | Demonstrative Exhibit – Nasacort AQ versus Flonase | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 205 | Demonstrative Exhibit – sanofi-aventis Corporate Structure | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 206 | Demonstrative Exhibit – sanofi-aventis Corporate Structure | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 207 | Demonstrative Exhibit – Drug development process | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 208 | Demonstrative Exhibit – Drug development process | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 209 | Demonstrative Exhibit – sanofi-aventis product portfolio | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 210 | Demonstrative Exhibit – sanofi-aventis product portfolio | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 211 | Demonstrative Exhibit – Innovator companies | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 212 | Demonstrative Exhibit – Innovator companies | | FRE 402/403/802 | Response to FRE 402 and 802:  Document intended for demonstrative purposes only; Response to FRE 403:  This is a bench trial with a set amount of time allotted to Plaintiff's case |

110

| PTX | Description | Bates No. | Defendant's Objections | Plaintiff's Response to Objections |
|---|---|---|---|---|
| P. DEM O 213 | Demonstrative Exhibit – Development of Nasacort AQ | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 214 | Demonstrative Exhibit – Development of Nasacort AQ | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 215 | Demonstrative Exhibit – Development of Nasacort AQ | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 216 | Demonstrative Exhibit – Development of Nasacort AQ | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |
| P. DEM O 217 | Demonstrative Exhibit – Development of Nasacort AQ | | FRE 402/403/802 | Response to FRE 402 and 802: Document intended for demonstrative purposes only; Response to FRE 403: This is a bench trial with a set amount of time allotted to Plaintiff's case |

**SCHEDULE C(3)**

**Barr Laboratories' Exhibits to which Plaintiffs Do Not Object**

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES #  SOURCE | DEP. EX. # |
|-------|---------------------------|-----------------|------------|
| DX5 | 2002 P.E.T. Study Final Report | BERRIDGE000007-53 | 16/213/ Berridge Ex. 14 |
| DX6 | 1996 P.E.T. Study Final Report | NAQ0486025-52 | 6 |
| DX10 | Settipane, *et al.*, *Triamcinolone Acetonide Aqueous Nasal Spray in Patients with Seasonal Ragweed Allergic Rhinitis: A Placebo-Controlled, Double Blind Study*, Clinical Therapeutics 17:252-263 (1995) | BARR-TAA-012838-50 | 35/53/ 115 |
| DX11 | Kobayashi, *et al.*, *Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Patients with Perennial Allergic Rhinitis: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study*, Clinical Therapeutics 17:503-513 (1995). | BARR-TAA-012793-805 | 39/55/ 116 |
| DX19 | Vancenase AQ Pharmaceutical Development Report | SP 01603-87 | |
| DX20 | Avicel RC/CL Specifications and Analytical Methods | FMC000216-21 | |
| DX21 | Problem Solver and Reference Manual | FMC000271-428 | |
| DX22 | Avicel RC-591 – Pharmaceutical Emulsions and Suspensions | FMC000446-63 | |
| DX23 | Ronald Tinkler Lab Notebook Issued Dec. 12, 1991 | NAQ0070478-599 | 130/ 206 |
| DX24 | TAA Nasal Spray PPIS Volume III | NAQ0010026-219 | 128 |
| DX25 | TAA Chemistry, Manufacturing, and Controls Summary | NAQ0019699-705 | Berridge Ex. 7 |
| DX26 | FDA Website Beconase AQ | NAQ0957442 | |
| DX27 | FDA Website Vancenase AQ | NAQ0957688 | |
| DX28 | FDA Website Flonase | NAQ0957443 | |
| DX31 | FDA Website Nasacort Nasal Inhaler | NAQ0957496 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES #  SOURCE | DEP. EX. # |
|---|---|---|---|
| DX32 | Orgel, *et al.*, *Clinical, rhinomanometic, and cytologic evaluation of seasonal allergic rhinitis treated with beclomethasone dipropionate as aqueous nasal spray or pressurized aerosol*, J. Allergy & Clin. Immunology, 77:858-864 (June 1986). | BARR-TAA-050626-34 | 36 |
| DX33 | RPR Memo re Nasacort AQ Rationale | NAQ0277275-76 | 100/ 117/ 197 |
| DX34 | TAA Nasal Spray PPIS Volume I | NAQ0009427-714 | 123 |
| DX35 | Nasacort AQ IND Form FDA 1571 | NAQ0244608-5075 | 56/105 |
| DX36 | Nasacort AQ NDA Form FDA 356h | NAQ0135986-6154 | 34/57/ 110 |
| DX37 | **REDACTED** | NAQ0163126 | 121 |
| DX42 | Avicel Cellulose Gel – General Technology | FMC000429-39 | |
| DX50 | Bachert, *Patient preferences and sensory comparisons of three intranasal corticosteroids for the treatment of allergic rhinitis*, Annals of Allergy, Asthma, & Immunology 89:292-97 (2002). | NAQ0488720-25 | |
| DX51 | Gerson, *et al.*, *Patient preference and sensory comparisons of nasal spray allergy medications*, J. Sensory Studies 14:491-96 (1999). | NAQ0476110-117 | |
| DX52 | **REDACTED** | NAQ0488718-19 | |
| DX53 | Clinical Study Report – Patient Preference and Sensory Comparisons of Three Corticosteroids Administered by Nasal Route in Patients with Perennial or Seasonal Allergic Rhinitis: TAA, FP, and BUD | NAQ0515112-208 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX54 | Clinical Study Report – Patient Preference and Sensory Comparisons of Three Corticosteroids Administered by Nasal Route in Patients with Perennial or Seasonal Allergic Rhinitis: TAA, FP, and MF | NAQ0518981-9071 | |
| DX56 | Vancenase AQ 1999 Annual Report | SP 00161-241 | |
| DX58 | FDA Website Nasacort AQ | NAQ0957444 | |
| DX59 | FDA Website Nasalide | http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.DrugDetails | |
| DX60 | FMC's Excipients For Pharmaceutical Tablets, Capsules and Suspensions | FMC000238-41 | |
| DX63 | **REDACTED** | GLAXA001080-81 | |
| DX66 | Berridge, et al., *Biodistribution and Kinetics of Nasal Carbon-11-Triamcinolone Acetonide*, J. Nuclear Med. 39:1972-77 (1998). | NAQ0473310-15 | 8 |
| DX67 | 1998 P.E.T. Study Underlying Data | NAQ0920082-92 | 15/ Berridge Ex. 15 |
| DX68 | Abstract – Berridge, *et al.*, *Nasal delivery and kinetics of fluticasone propionate using positron tomography (PET)*. | NAQ0485918-19 | 18 |
| DX69 | 1998 P.E.T. Study IRB Application | NAQ0486011-16 | 212 |
| DX70 | 1998 P.E.T. Study Underlying Data | BERRIDGE000055-55.017 | |
| DX71 | 2002 P.E.T. Study Underlying Data | NAQ0920071-81 | 15 |
| DX73 | 2002 P.E.T. Study Underlying Data | NAQ0915185-86 | 17 |
| DX74 | 2002 P.E.T. Study Underlying Data | BERRIDGE000056-56.003 | |
| DX75 | 1996 P.E.T. Study Final Report | NAQ0449411-36 | |
| DX76 | **REDACTED** | BARR-TAA-050570-76 | |
| DX83 | Meltzer, *et al.*, *An overview of current pharmacotherapy in perennial rhinitis*, J. Allergy Clin. Immunol., 95(5):1097-1107, 1103-04 (1995). | NAQ0471227-37 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX84 | Klossek, *et al.*, *Local safety of intranasal triamcinolone acetonide: clinical and histological aspects of nasal mucosa in the long term treatment of perennial allergic rhinitis*, Rhinology, 39:17-22 (2001). | NAQ0955007-12 | |
| DX85 | Small, *et al.*, *Triamcinolone acetonide nasal spray (T) vs fluticasone propionate aqueous nasal spray (F) in patients with seasonal allergic rhinitis*, J. Allergy Clin. Immunol. 97(1):433(1003) (1996). | NAQ0955006 | |
| DX90 | Meltzer, *et al.*, *Development of questionnaires to measure patient preference for intranasal corticosteroids in patients with allergic rhinitis*, Otolaryngology – Head and Neck Surgery 132(2):197-207 (2005). | NAQ0510059-69 | 84 |
| DX91 | Bachert Response, *Patient Preference and Sensory Comparisons of Three Intranasal Corticosteroids for the Treatment of Allergic Rhinitis*, Annals of Allergy & Immunol. 90:576-77 (2003). | NAQ0731726-28 | |
| DX99 | Nasacort AQ NDA | NAQ0353301-615 | |
| DX100 | IMS Data: National Prescription Audit NRx & TRx 1991-2001 | BARR-BOGH-000001-2 | |
| DX101 | IMS Data: NPA Monthly Rx 2002-2007 | BARR-BOGH-000011 | |
| DX102 | Total Nasacort Sales, Margin and Product Contribution Data 2000-2007 | NAQ0933411 | |
| DX110 | Nasacort AQ/Aerosol 1997 Business Plan | NAQ0934745-865 | |
| DX113 | Nasacort AQ/Nasacort Aerosol Brand Plan, Allergy Marketing Team, December 1997 | NAQ0474534-615 | |
| DX114 | Nasacort AQ Advertisement re "Patient-Preferred Nasacort AQ" | NAQ0476424-32 | |
| DX115 | NAQ Marketing Research: Year in Review 2003 | NAQ0524832-55 | |
| DX116 | Nasacort AQ POA Meeting January 2004 | NAQ0531822-73 | |
| DX119 | DeNovo Final Presentation: IMPACT Message Optimization for Nasacort AQ | NAQ0576859-916 | |
| DX121 | Nasacort AQ Advertisement: "You can't ignore patient preference" | NAQ0250083-88 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX122 | 2002 Nasacort AQ Advertisement: "Nasacort AQ is preferred more than 2 to 1 over Flonase and Nasonex" | NAQ0476410-13 | |
| DX125 | Nasacort AQ 2005 Mid-Year Tactical Recommendations | NAQ0606970-88 | |
| DX128 | US Planning Update: 2006 Tactical Brand Planning Process, 2005 Update, & 2006 Budget | NAQ0720351-76 | |
| DX129 | RPRP 1999 Nasacort Performance Update | NAQ0953838-41 | |
| DX130 | Nasacort Brand 2000 Business Plan | NAQ0478749-81 | |
| DX131 | 1999 National Meeting – Nasacort/Nasacort AQ | NAQ0935351-71 | |
| DX132 | Nasacort AQ 2001 DTC Results and Market Analysis | NAQ0594444-514 | |
| DX133 | **REDACTED** | NAQ0123149 | 122 |
| DX134 | | NAQ0011861-62 | |
| DX136 | Nasacort 1996 Brand Plan | NAQ0480621-953 | 159 |
| DX137 | Brand Forecast – Nasacort Family Net Sales (2001-2012) | NAQ0940077 | |
| DX138 | Nasacort AQ: 2004 Plan Sales Forecast | NAQ0940059-61 | |
| DX139 | Nasacort 2001-2005 Brand Plan (July 14, 2000) | NAQ0953667-709 | |
| DX140 | 2004-2005 Nasacort AQ Brand Plan (May 7, 2003) | NAQ0857669-812 | |
| DX141 | Nasacort Family 2006: Situational Analysis | NAQ0912220-306 | |
| DX144 | Nasacort AQ IND Protocol Amendment re Berridge 1996 P.E.T. Study | NAQ0217808-54 | 4/209 |
| DX146 | Berridge/Heald Presentation: Biodistribution and Kinetics of Nasal 11-C Triamcinolone Acetonide | NAQ0734944-56 | 9 |
| DX150 | Movie Loops of 2001-2002 Nasacort-Flonase Study | NAQ0486017-24 | 21 |
| DX154 | Alphabetical Listing of RG 5029Y Investigators | NAQ0023882-90 | 37/54 |
| DX155 | RPR Comprehensive Medical Report of Study 309 | NAQ0041684-924 | 38/59 |
| DX157 | Confidential Disclosure Agreement between RPR and Kobayashi | NAQ0305357-59 | 41/61 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX158 | RPR Comprehensive Medical Report of Study 305 | NAQ0034059-409 | 42/58 |
| DX159 | Memo re RG 5029Y-305 Protocol Approval | NAQ0248227 | 43 |
| DX160 | Monitor's Site Visit Log for Kobayashi Study 305 Site | NAQ0251709 | 44 |
| DX161 | Nasacort AQ Supportable Claims Chart | NAQ0277307-08 | 49 |
| DX162 | Memo re Unblinding of Study 305 | NAQ0257628 | 51 |
| DX163 | Case Report Form for RG 5029Y-309 | NAQ0056182-243 | 60 |
| DX164 | TAA-AQ Study/Publication Grid (Last update 11/14/00) | NAQ0521302-05 | 24/67 |
| DX165 | Letter to FDA re Nasacort AQ NDA Submission | NAQ0019648-50 | 96 |
| DX166 | Portion of Nasacort AQ NDA | NAQ0019651-52 | 97 |
| DX167 | **REDACTED** | NAQ0163205-10 | 101 |
| DX168 | **REDACTED** | NAQ0123140 | 104 |
| DX169 | Letter and Attachments to FDA re Clinical Study 309 (Aug. 9,1993) | NAQ0320117-225 | 109 |
| DX171 | **REDACTED** | NAQ0163124 | 118 |
| DX172 | | NAQ0123147 | 119 |
| DX174 | | NAQ0123161 | 125 |
| DX176 | TAA Aqueous Nasal Spray PPIS Volume II | NAQ0009715-10025 | 127 |
| DX177 | Ronald Tinkler Lab Notebook Issued Oct. 8, 1991 | NAQ0016500-660 | 129 |
| DX178 | Triamcinolone Acetonide Aqueous Nasal Spray Formulation Development Report | NAQ0010944-58 | 131 |
| DX179 | Kim Lab Notebook Issued Feb. 23, 1988 | NAQ0014511-97 | 132 |
| DX180 | TAA Aqueous Nasal Spray PPIS Volume IV | NAQ0010220-685 | 135 |
| DX181 | **REDACTED** | NAQ0011855-56 | 136 |
| DX183 | **REDACTED** | NAQ0123165-66 | 138 |
| DX184 | Anita Quinn Lab Notebook Issued Aug. 23, 1989 | NAQ0018943-19070 | 139 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX185 | Anita Quinn Lab Notebook Issued March 1, 1990 | NAQ0015445-580 | 140 |
| DX186 | Anita Quinn Lab Notebook Issued March 13, 1991 | NAQ0017136-80 | 141 |
| DX187 | Timothy Laverty Lab Notebook Issued April 5, 1991 | NAQ0017803-935 | 142 |
| DX188 | **REDACTED** | NAQ0013762-63 | |
| DX190 | Nasacort AQ: Rheological Evaluation (S. Kim). | NAQ0011044 | 147 |
| DX191 | Letter to FDA providing additional info re thixotropic properties of Nasacort AQ (Dec. 29, 1998) | NAQ0396270-81 | 148 |
| DX192 | **REDACTED** | NAQ0011376-77 | 149 |
| DX193 | | NAQ0012518-19 | 150 |
| DX194 | Email string re Nasacort AQ preservative system | NAQ0011787-88 | 151 |
| DX195 | Amendment to Nasacort AQ Annual Report (July 22, 2003) | NAQ0173954-66 | 152 |
| DX196 | | NAQ0064728-31 | 153 |
| DX197 | **REDACTED** | NAQ0064358-75 | 154 |
| DX198 | | NAQ0064724-26 | 155 |
| DX199 | **REDACTED** | NAQ0064754-73 | 156 |
| DX200 | | NAQ0064470-99 | 157 |
| DX201 | Barr Labs. Inc.'s Notice of Deposition of Plaintiffs Pursuant to FRCP 30(b)(6) | | 1 |
| DX202 | **REDACTED** | NAQ0140126-28 | 10 |
| DX203 | 1995 Letter from Berridge to Heald re P.E.T. Study of TAA | NAQ0311828-29 | 12 |
| DX204 | **REDACTED** | NAQ0140643-50 | 14 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX205 | Letter re P.E.T. Studies' Internal Identification Numbers | NAQ0272955 | 23 |
| DX211 | Clinical Study Report of "A Multicenter, Randomized, Parallel Group Study of the Efficacy, Safety, Health Care Utilization and Health Related Quality of Life with Two Corticosteroid Aqueous Nasal Sprays in the Treatment of Patients with Seasonal Allergic Rhinitis" | NAQ0738791-878 | 68 |
| DX212 | RPR Comprehensive Medical Report of Study 405 (NAQ vs. Beconase AQ) | NAQ0818745-94 | 69 |
| DX213 | **REDACTED** | NAQ0813609-33 | 70 |
| DX215 | Final Study Report for Study 704 (Nasacort AQ vs. Vancenase AQ) | NAQ0737505-55 | 72 |
| DX216 | Final Draft Clinical Trials Results Database Proposal for Rhinocort Aqua vs. Nasacort AQ Study | NAQ0736701-05 | 73 |
| DX217 | Clinical Study Report for Nasacort AQ and Rhinocort Aqua Study | NAQ0769828-903 | 74 |
| DX218 | **REDACTED** | NAQ0504795-97 | 75 |
| DX219 | Final Study Report for Study 706 (Nasacort AQ vs. Nasonex) | NAQ0520578-621 | 76 |
| DX220 | **REDACTED** | NAQ0488718-42 | 77 |
| DX221 | Clinical Study Report for TAA AQ vs. FP vs. MF AQ Study | NAQ0518981-9071 | 78 |
| DX222 | Clinical Study Report for TAA AQ vs. FP vs. BUD Study | NAQ0515112-208 | 79 |
| DX223 | Final Draft Clinical Trials Results Database Proposal for Nasacort AQ vs. Flonase vs. Nasonex Study (resulting in Stokes publication) | NAQ0736685-89 | 80 |
| DX224 | Final Study Report for Nasacort AQ vs. Flonase vs. Nasonex Study (Volume I) | NAQ0458379-460 | 81 |
| DX225 | Final Study Report for Nasacort AQ vs. Flonase vs. Nasonex Study (Volume II) | | |
| DX226 | Final Draft Clinical Trials Results Database Proposal for Meltzer Development of Questionnaires Study | | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX229 | Memo re TAA AQ Nasal Spray Stability Study (Mar. 24, 1992) | NAQ0163269 | 102 |
| DX230 | **REDACTED** | NAQ0140892-901 | 103 |
| DX231 | Memo re Nasacort AQ Study Summaries – FDA Format (July 27, 1993) | NAQ0175031 | 106 |
| DX232 | | NAQ0140925-29 | 107 |
| DX233 | **REDACTED** | NAQ0123157-60 | 202 |
| DX234 | | NAQ0123162-64 | 203 |
| DX235 | Timothy Laverty Lab Notebook Issued June 21, 1991 | NAQ0015929-16048 | 204 |
| DX236 | Timothy Laverty Lab Notebook Issued Sept. 16, 1991 | NAQ0016259-392 | 205 |
| DX237 | Preliminary Report for P.E.T. Study 5029-130 | NAQ0210932-35 | 210 |
| DX240 | Plon Letter to FDA re Nasacort AQ Protocol Amendments (Studies Nos. 304 & 305) | NAQ0319690-91 | 30 |
| DX241 | Clinical Study Medication Shipping Form | NAQ0129062 | 31 |
| DX242 | Memo re Nasacort Project Team Activity Report – June 6, 1995 | NAQ0246328-31 | 33 |
| DX243 | Simpson Monitoring Report for Kobayashi Site | NAQ0251704-05 | 45 |
| DX245 | Koepke, *et al.*, *Long-Term Safety and Efficacy of Triamcinolone Acetonide Aqueous Nasal Spray for the Treatment of Perennial Allergic Rhinitis*, Allergy & Asthma Proc. 18(1):33-37 (1997). | NAQ0252570-75 | 52 |
| DX248 | Nasacort AQ Ad – "Patients prefer once-daily Nasacort AQ Nasal Spray" | NAQ0340750-52 | 173 |
| DX249 | Nasacort AQ NDA Correspondence | NAQ0409867-950 | 174 |
| DX251 | RPR's 1999 Allergy Situation Analysis | NAQ0478542-748 | 180 |
| DX252 | Nasacort AQ Sales and P&L Data | NAQ0933408-20 | 182 |
| DX253 | **REDACTED** | NAQ0681928-29 | 183 |
| DX254 | 2006 Nasacort Call Plan | NAQ0907509-23 | 185 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX255 | Presentation re "Nasacort First" Initiative | NAQ0307345-88 | 186 |
| DX256 | Nasacort AQ Situation Analysis (Feb. 28, 2006) | NAQ0908419-515 | 187 |
| DX257 | **REDACTED** | NAQ0673546-4054 | 190 |
| DX258 | Becker Presentation – "Nasacort Double Play" (April 21, 1997) | NAQ0275722-39 | 192 |
| DX259 | **REDACTED** | NAQ0672057-59 | 199 |
| DX260 | | NAQ0672666-68 | 200 |
| DX262 | Plaintiffs' First Notice of Deposition of Perrigo Israel Pharmaceuticals Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6) | | PDX 1 |
| DX263 | Barr ANDA TAA Nasal Spray – Chemistry, Manufacturing and Controls | BARR-TAA-000226-31 | PDX 50/ Berridge Ex. 6 |
| DX264 | FDA Draft Guidance: Bioavailability and Bioequivalence Studies for Nasal Aerosols and Nasal Sprays for Local Action (April 2003) | BARR-TAA-017829-65 | PDX 64 |
| DX265 | Expert Report of Marc S. Berridge (Jan. 7, 2008) | | Berridge Ex. 1 |
| DX266 | Rebuttal Expert Report of Marc S. Berridge (Jan. 31, 2008) | | Berridge Ex. 2 |
| DX267 | Package Insert for Proposed Barr Product | BARR-TAA-000045-62 | Berridge Ex. 5 |
| DX268 | Nasacort AQ Package Insert | NAQ0250357 | Berridge Ex. 8 |
| DX269 | Final P.E.T. Report for RG 5029Y Pet Study: Regional Biodistribution and Kinetics of Inhaled C-labeled Triamcinolone Acetonide | NAQ0277365-93 | Berridge Ex. 9 |
| DX270 | Mygind, *et al.*, *Applied anatomy of the airways*. | NAQ0957700-15 | Berridge Ex. 11 |
| DX271 | Donald F. Proctor, *Nasal Mucocilliary Function in Humans*. | NAQ0957716-27 | Berridge Ex. 12 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX272 | Opening Expert Report of Robert Y. Lochhead (Jan. 7, 2008) | | Berridge Ex. 16 |
| DX273 | **(Withdrawn)** | | |
| DX274 | **(Withdrawn)** | | |
| DX275 | **(Withdrawn)** | | |
| DX276 | Declaration of GlaxoSmithKline (06/27/07) | | |
| DX277 | Declaration of GlaxoSmithKline (07/05/07) | | |
| DX278 | Declaration of FMC Corporation (07/03/07) | | |
| DX279 | Declaration of Schering Corporation and Schering-Plough Corporation (07/03/07) | | |
| DX280 | Plaintiffs' Third Supplemental Response to Barr Laboratories, Inc.'s First Set of Request for Admissions (Nos. 1-70) (02/07/08) | | |
| DX281 | Plaintiffs' Second Supplemental Response to Barr Laboratories, Inc.'s First Set of Requests for Admissions (Nos. 1-70) (06/29/07) | | |
| DX282 | Plaintiffs' Responses to Barr Laboratories, Inc.'s First Set of Request for Admissions (Nos. 1-70) (05/18/07) | | |
| DX283 | Plaintiffs' Fourth Supplemental Response to Interrogatory Nos. 1-3 of Barr Laboratories Inc.'s Interrogatories (01/25/08) | | |
| DX284 | Plaintiffs' Third Supplemental Response to Interrogatory Nos. 7 and 13 of Barr Laboratories, Inc.'s Interrogatories (11/09/07) | | |
| DX285 | Plaintiffs' Second Supplemental Response to Interrogatory Nos. 2, 3, 6, 7, and 13 of Barr Laboratories, Inc.'s Interrogatories (08/07/07) | | |
| DX286 | Plaintiffs' Supplemental Response to Interrogatory Nos. 9 and 10 of Barr Laboratories, Inc.'s First Set of Interrogatories (03/09/07) | | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX287 | Plaintiffs' Response to Barr Laboratories, Inc.'s Second Set of Interrogatories (01/03/07) | | |
| DX288 | Plaintiffs' Supplemental Response to Interrogatory Nos. 2, 5, 6, and 7 of Barr Laboratories, Inc.'s First Set of Interrogatories (12/29/06) | | |
| DX289 | Plaintiffs' Response to Barr Laboratories, Inc.'s First Set of Interrogatories (09/01/06) | | |
| DX290 | Joint Claim Construction Chart | | |
| DX291 | Order Construing the Terms of U.S. Patent Nos. 5,976,573 and 6,143,329 (12/06/07) | | |
| DX292 | Joint Appendix of Intrinsic and Extrinsic evidence Relied Upon in Claim Construction Briefing (10/01/07) | | |
| DX294 | Plaintiffs' Answering Claim Construction Brief (10/01/07) | | |
| DX296 | Plaintiffs' Opening Brief on Claim Construction (09/10/07) | | |
| DX297 | 60 Fed. Reg. 13014 (March 9, 1995) | | |
| DX312 | Expert Report of Gregory Bell | | |
| DX313 | Opening Expert Report of Marc Berridge | | |
| DX314 | Rebuttal Expert Report of Marc Berridge | | |
| DX315 | Opening Expert Report of Michael Kaliner | | |
| DX316 | Rebuttal Expert Report of Michael Kaliner | | |
| DX317 | Opening Expert Report of Robert Lochhead | | |
| DX318 | Rebuttal Expert Report of Robert Lochhead | | |
| DX319 | Opening Expert Report of Eli Meltzer | | |
| DX320 | Rebuttal Expert Report of Eli Meltzer | | |
| DX321 | Opening Expert Report of Robert Prud'homme | | |
| DX322 | Rebuttal Expert Report of Robert Prud'homme | | |
| DX323 | 1999 FDA Draft Guidance | NAQ0069122-62 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS DO NOT OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # |
|---|---|---|---|
| DX329 | Email string re Nasacort AQ AED Clinical Study | NAQ0487664-67 | 164 |
| DX332 | Meltzer, *Triamcinolone Acetonide and Fluticasone Propionate Aqueous Nasal Sprays Significantly Improve Nasal Airflow in Patients with Seasonal Allergic Rhinitis*, Allergy and Asthma Proc. 25:53-58 (2004). | NAQ0957655-60 | |
| DX335 | Total Nasacort Sales, Marketing, and Product Contribution | NAQ0485885 | |
| DX336 | Nasacort P & L | NAQ0957685 | |
| DX342 | 1998 U.S. Budget Presentation | NAQ0938749-804 | |
| DX343 | Major Tactical Program Overview 1997 | NAQ0477038-74 | |
| DX344 | 2006-2008 Nasacort AQ Brand Plan | NAQ0871959-65 | |
| DX345 | Allergy Brand Plan 1998 | NAQ0474723-70 | |
| DX347 | Nasacort/Nasacort AQ Sales | NAQ0954289-300 | |
| DX349 | 1998 Nasacort/Nasacort AQ Marketing Strategies | NAQ0934866-92 | |
| DX350 | Total Nasacort Income Statement | NAQ0722815-36 | |
| DX351 | RPR Product Sales | NAQ0937495-99 | |
| DX354 | FDA Website Beconase | http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.DrugDetails | |
| DX355 | FDA Website Vancenase | http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.DrugDetails | |

**SCHEDULE C(4)**

**Barr Laboratories' Exhibits to which Plaintiffs Object**

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES# SOURCE | DEP. EX.# | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX1 | D.L. Daniels, et al., The Frontal Sinus Drainage Pathway and Related Structures, Am. J. of Neuroradiology (2003). | BARR-MACKAY-000132-140 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX2 | Declaration of Brandon Simpson | BARR-TAA-012851-55 | 48/112 | FRE 105 | • PTX 196 |
| DX3 | U.S. Patent No. 6,143,329 File History Patent Application No. 09/315454 | BARR-TAA-012856-955 | 88 | FRE 105, FRE 106, FRE 1002 | • Certified copy at PTX 4 |
| DX4 | U.S. Patent No. 5,976,573 File History Patent Application No. 08/678465 | BARR-TAA-012956-3156 | 87 | FRE 105, FRE 106, FRE 1002 | • Certified copy at PTX 2 |
| DX7 | U.S. Patent No. 5,976,573 | BARR-TAA-012806-16 | 2/46/ 85/114/ Berridge Ex. 3 | FRE 105 | • Certified copy at PTX 1 |
| DX8 | U.S. Patent No. 6,143,329 | BARR-TAA-012817-28 | 3/47/ 86/113/ Berridge Ex. 4 | FRE 105 | • Certified copy at PTX 3 |
| DX9 | Pennington, et al, The influence of solution viscosity on nasal spray deposition and clearance, Int. J. Pharm. 43:221-224 (1988). | BARR-TAA-050620-25 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 485 |

BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX12 | PCT Application No. WO 94/05330 | BARR-TAA-012727-47 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • PTX 482 |
| DX13 | PCT Application No. WO 92/14473 | BARR-TAA-012717-26 | | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • PTX 480 |
| DX14 | 1995 Physicians' Desk Reference pp. 477-78, 2291-92, 2480-81 & 1996 Physicians' Desk Reference pp. 1098-1100 | BARR-TAA-012829-37 | 93 | FRE 106, FRE 802, FRE 901, FRE 1003 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • PTX 477 |
| DX15 | 1995 Physicians' Desk Reference pp. 1971-73 | BARR-TAA-050657-60 | | FRE 106, FRE 802, FRE 1003 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • PTX 477 |
| DX16 | 1995 Physicians' Desk Reference Supp. A1-A3 | BARR-TAA-049953-56 | 92 | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • PTX 477 |
| DX17 | 1995 Physicians' Desk Reference pp. 1010-11 | BARR-TAA-050678-81 | | FRE 106, FRE 802, FRE 901, FRE 1003 | • Admissible under FRE 702, 703, 801, 803, 804, 807 <br> • Witness testimony will authenticate under 901(b)(1) <br> • PTX 477 |
| DX18 | Beconase AQ NDA Excerpt | GLAXA001078-79 | | FRE 106 | • PTX 453/455/1001 |
| DX29 | Viscosity: Nasacort AQ vs. Vancenase vs. Beconase | NAQ0163347-49 | 133/ 134 | FRE 802, FRE 901, FRE 1006 | • Admissible under FRE 801, 803, 804, 807 <br> • Authentication Testimony: Alcorn Dep. Tr. at 280:8-11, 280:13-281:6, 281:23-282:2. <br> • PTX 272 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX30 | 1998 P.E.T. Study Poster | NAQ0486010, NAQ0933407 | 211/ Berridge Ex. 13 | FRE 1003, FRE 1002 | • PTX 349 Parties Agree to use PTX 349, which is a more legible copy. |
| DX38 | Moren, et al, *Dosage Forms and Formulations for Drug Administration to the Respiratory Tract*, Drug Devel. Ind. Pharm., 13(4&5):695-728 (1987). | BARR-TAA-050714-49 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX39 | U.S. Patent No. 4,936,492 | BARR-TAA-050750-60 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX40 | U.S. Patent No. 3,463,093 | BARR-TAA-050761-64 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX41 | Merck Index | BARR-TAA-050684-691 | | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX43 | PCT Application No. WO 92/04365 | BARR-TAA-012748-68 | | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 481 |
| DX44 | Handbook of Pharmaceutical Excipients | BARR-TAA-012773-92 | 124 | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 262 |
| DX45 | Richards, et al, *Electron microscope study of effect of benzalkonium chloride and edetate disodium on cell envelope of* Pseudomonas aeruginosa, J. Pharm. Sci. 65:76-80 (1976). | NAQ0114537-41 | | FRE 802, FRE 1003 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 487 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX46 | 1994 Physicians' Desk Reference for Nonprescription Drugs (pp.686-87; 553-54; 611; 645) | BARR-TAA-050661-67 | | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX47 | 1995 Physicians' Desk Reference for Nonprescription Drugs (pp. 797-98; 805; 645-548; 734; 765) | BARR-TAA-050668-77 | | FRE 106, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX48 | REDACTED | NAQ0270065-66 | 108/ 146 | FRE 402, FRE 805 | • Relevant to anticipation.<br>• Admissible under FRE 801(d)(2), 801, 803, 804, 807 |
| DX49 | Sheth Comment to Bachert Article | NAQ0623839 | | FRE 802, FRE 702, FRE 901 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13.<br>• PTX 668 |
| DX55 | REDACTED | NAQ0172655 | | FRE 402 | • Relevant to anticipation and obviousness |
| DX57 | Drettner, B., *The paranasal sinuses*, The Nose: Upper Airway Physiology and the Atmospheric Environment, ch. 6, pp. 144-162 (Proctor, D. & Anderson, I.B. eds. 1982). | BARR-TAA-050785-804 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 739 |
| DX60 | FMC's Excipients For Pharmaceutical Tablets, Capsules and Suspensions | FMC000238-41 | | FRE 105, FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX61 | U.S. Patent No. 6,375,984 | NAQ0013387-96 | 144 | FRE 402 | • Relevant to anticipation and obviousness. |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX62 | Remington's Pharmaceutical Sciences (16th ed. 1980) at 1235 | BARR-TAA-050765-67 | | FRE 106, FRE 402, FRE 802 | • Relevant to anticipation and obviousness<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX64 | U.S. Patent No. 4,767,612 | BARR-TAA-012769-72 | 94 | FRE 402 | • Relevant to anticipation and obviousness. |
| DX65 | REDACTED | NAQ0195504-08 | | FRE 402 | • Relevant to non-enablement and non-infringement. |
| DX72 | Letter and Attachments re TV ad for Nasacort AQ, including 2002 P.E.T. Study Final Report as an attachment | NAQ0372468-613 | 16 | FRE 1003 | |
| DX77 | Klingenberg Laboratory Notes | BARR-KLING-000001-12 | | FRE 802 | • Admissible under 702, 703, 801, 803, 804, 807 |
| DX78 | Bousquet, et al., *Allergic Rhinitis and Its Impact on Asthma*, J. Allergy Clin. Immunol. 108(5 Suppl.):S147-334 (2001). | NAQ0498709-913 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX79 | Dykewicz, et al., *Diagnosis and Management of Rhinitis: Complete Guidelines of the Joint Task Force on Practice Parameters in Allergy, Asthma, and Immunology*, Annals of Allergy, Asthma & Immunology, 81:478-518 (1998). | NAQ0480155-95 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|-------|---------------------------|----------------|-----------|------------|------------------------|
| DX80 | Lund, et al., International consensus report on the diagnosis and management of rhinitis, Allergy 49(Suppl. 19):5-34 (1994). | BARR-MACKAY-000027-58 | | FRE 802, FRE 805, FRCP 37(c)(1) | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX81 | Goodman and Gilmans' The Pharmacological Basis of Therapeutics, 1431-62 (8th ed., Gilman, et al., eds. 1990). | BARR-MACKAY-000175-206 | | FRE 802, FRE 805, FRCP 37(c)(1) | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX82 | Hanania, et al., Adverse Effects of Inhaled Corticosteroids, Am. J. Med. 98:196-208 (1995). | BARR-MACKAY-000012-26 | | FRE 802, FRE 805, FRCP 37(c)(1) | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX86 | LaForce, et al., Fluticasone Propionate: An Effective Alternative Treatment for Seasonal Allergic Rhinitis in Adults and Adolescents, J. Family Practice 29(1):12-13 (1994). | BARR-MACKAY-000239-48 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX87 | Colquitt, et al., Topical corticosteroids for atopic eczema: clinical and cost effectiveness of once-daily vs. more frequent use, British J. Dermatology 152(1):130-41 (2005). | BARR-MACKAY-000223-35 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX88 | Becker, et al., Strategies for enhancing patient compliance, J. Community Health 6:113-135 (1980). | NAQ0472725-47 | | FRE 802, FRE 805, FRE 1003 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 922 |
| DX89 | Rowe-Jones, et al., Functional endoscopic sinus surgery: 5 year follow up and results of a prospective, randomized, stratified, double-blind, placebo controlled study of postoperative fluticasone propionate aqueous nasal spray, Rhinology 43(1):2-10 (2005). | BARR-MACKAY-000141-49 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX92 | Saengpanich, et al., Fluticasone Nasal Spray and the Combination of Loratadine and Montelukast in Seasonal Allergic rhinitis, Arch Otolaryngol Head Neck Surg. 129:557-562 (2003). | BARR-MACKAY-000249-56 | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX93 | Data and Web-based T-Test Calculator | BARR-SIEGEL-000001-5 | | FRE 106, FRE 702; FRE 701; FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX94 | Joseph A. DiMasi, et al., The price of innovation: new estimates of drug development costs, J. Health Econ. 22:151-158 (2003). | BARR-BOGH-000021-55 | | FRE 402, FRE 802, FRE 805 | • Relevant to obviousness<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX95 | Jim Gilbert, et al, *Rebuilding Big Pharma's Business Model*, In Vivo 21(10) (2003). | BARR-BOGH-000056-75 | | FRE 402, FRE 802, FRE 805 | • Relevant to obviousness<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX96 | American Academy of Allergy, Asthma and Immunology | BARR-BOGH-000084-86 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX97 | American College of Allergy, Asthma & Immunology | BARR-BOGH-000076-81 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX98 | Letter to Doctors re Voluntary Production Withdrawal of Nasacort Nasal Inhaler | NAQ0250206 | 169 | FRE 105, FRE 402, FRE 805 | • Relevant to obviousness<br>• Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 307 |
| DX103 | R. Scott Fellers (Senior Analyst, Marketing Therapeutics), *Allergy – Intranasal Steroid Situation Analysis 2001.* | NAQ0540374-584 | | FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX104 | Nasacort AQ Brand Plan 2004-2008 | NAQ0478123-89 | | FRE 805 | • Admissible under 702, 703, 801(d)(2), 803(6) |
| DX105 | Nasacort AQ 2003 Situation Analysis | NAQ0542979-3060; NAQ0524866-947 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13.<br>• PTX 400 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX106 | Nasacort AQ 2004 Situation Analysis | NAQ0847259-430 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX107 | Nasacort 2003 INS Situation Analysis: Business Information & Planning | NAQ0480313-620 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX108 | Nasacort 1995 Budget | NAQ0939701-20 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX109 | "Nasacort First" Initiative (July-December 1995) | NAQ0309001-22 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX111 | Nasacort AQ NDA Correspondence File | NAQ0353616-4010 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX112 | Nasacort AQ Brand Plan 2003-2007 | NAQ0733415-534 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX117 | Commercial Overview of INS Market, National Allergist Advisory Board, August 18, 2002 | NAQ0942103-116 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX118 | Nasacort AQ/Aerosol 2001-2005 Brand Plan | NAQ0739578-645 | 196 | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13.<br>• PTX 334 |
| DX120 | **REDACTED** | NAQ0622695 | 194 | FRE 402 | • Relevant to obviousness<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX123 | Nasacort AQ Representative/Associate Training 2003 | NAQ0529972-30057 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX124 | Nasacort AQ Opportunity Analysis Presentation, J. Tretter, July 9, 1990 | NAQ0277257-70 | | FRE 105, FRE 402 | • Relevant to obviousness<br>• NAQ0277258-70 cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX126 | Nasacort Brand Marketing Strategies | NAQ0479058-95 | | FRE 805 | • Admissible under 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX127 | Nasacort HFA Launch and Marketing Overview, March 3, 2005 | NAQ0722268-402 | | FRE 105, FRE 402, FRE 805 | • Relevant to obviousness<br>• Admissible under 702, 703, 801, 803, 804, 807<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX135 | Nasacort and Nasacort AQ Combined P&L | NAQ0318740 | 177 | FRE 402 | • Relevant to obviousness<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX142 | Nasacort Aerosol: Composition of Medicinal Product | NAQ0062702-80 | | FRE 105, FRE 402 | • Relevant to anticipation and obviousness |
| DX143 | Jenkins, J, M.D., Testimony on Chlorofluorocarbons (CFCs) in Metered-Dose Inhalers (MDIs) before the House Committee on Commerce, Subcommittee on Health and the Environment (May 6, 1998). | www.fda.gov/ola/1998/cleanai3.htm | | FRE 402, FRE 802, FRE 805 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX145 | **REDACTED** | NAQ0521683-84 | 7/63 | FRE 402 | • Relevant to anticipation, non-enablement and non-infringement. |
| DX147 | **REDACTED** | NAQ027564 4-45 | 13 | FRE 105, FRE 402 | • Relevant to anticipation and obviousness.<br>• PTX 163 |
| DX148 | Berridge Presentation: "How Can Equivalence of Inhaled Drugs Be Demonstrated?" | NAQ0485949-83 | 19 | FRE 105, FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement<br>• PTX 169 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX149 | Berridge Presentation: "How Can Equivalence of Inhaled Drugs Be Demonstrated?" | | | FRE 105, FRE 402 | • Relevant to anticipation, obviousness, and non-enablement, and non-infringement<br>• PTX 170 |
| DX151 | REDACTED | NAQ0485920-48 | 20 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement |
| DX152 | REDACTED | NAQ0521327-29 | 22/62 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement |
| DX153 | REDACTED | NAQ0813726-27 | 28 | FRE 105, FRE 402 | • Relevant to anticipation.<br>• PTX 182 |
| DX156 | Letter to patients encouraging them to participate in Nasacort AQ studies | NAQ0185425 | 32 | FRE 901 | • Authenticated by Simpson Dep. Tr. at 191:23-192:1, 192:11-20<br>• PTX 190 |
| DX170 | REDACTED | NAQ0282344-45 | 40 | FRE 105, FRE 402 | • Relevant to anticipation and obviousness.<br>• PTX 253 |
| DX173 | Beconase AQ Package Insert | NAQ0140136-41 | 111 | FRE 802 | • Admissible under 801, 803, 804, 807 |
| DX175 | Abstract: Laverty, et al., Evaluation of Two Types of Avicel for Development of TAA Aqueous Nasal Spray Formulation. | NAQ0163125 | 120 | FRE 901 | • Authenticated at Laverty Dep. Tr. 90:7, 12-13, 18-20<br>• PTX 264 |
| DX182 | Memo re Patient Instructions for Use for Nasacort AQ | NAQ0277225-26 | 126 / 137 | FRE 105, FRE 402, FRE 1003 | • Relevant to anticipation and obviousness. |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX189 | Email re Thixotropy | NAQ0011223 | | FRE 105, FRE 402 | • Relevant to anticipation and obviousness.<br>• PTX 283 |
| DX206 | Nasacort Nasal Inhaler IND | NAQ0214013-52 | 145 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement. |
| | | | 25 | | |
| DX207 | 1994 Annual Report for Nasacort Nasal Inhaler submitted to FDA on Aug. 2, 1994 | NAQ0210925-35 | 26 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement. |
| DX208 | Research Study Proposal for P.E.T. Study of Nasacort HFA | NAQ0488949-65 | 27 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement. |
| DX209 | **REDACTED** | NAQ0524177-188 | 64 | FRE 402 | • Relevant to anticipation and obviousness. |
| DX210 | Medical Summary of Study 605 (Nasacort Nasal Inhaler vs. Beconase AQ) | NAQ0813726-27 | 65 | FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement. |
| DX214 | Letter to FDA re Study 501 comparing Nasacort Nasal Inhaler to Beconase AQ | NAQ0244108-92 | 71 | FRE 402 | • Relevant to anticipation and obviousness.<br>• Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX227 | Protocol for Study 501 | NAQ0121538 | 98 | FRE 402 | • Relevant to anticipation and obviousness. |
| DX228 | List of Patents Related to Nasacort | NAQ0121546-94 | 99 | FRE 402 | • Relevant to anticipation and obviousness. |
| DX238 | | NAQ0486141-43 | 95 | FRE 402 | • Relevant to anticipation and obviousness. |

## BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX239 | Brandon Simpson CV | NAQ0121160-64 | 29 | FRE 105, FRE 402 | • Relevant to anticipation. • PTX 179 |
| | Nasacort AQ Supportable Claims | | | FRE 701, FRE 902 | • Authenticated by Simpson Dep. Tr. at 277:24-278:3 • Cited in Plaintiffs' Third Supplemental Response to Interrogatory 13. |
| DX244 | | NAQ0277288-306 | 50 | | • PTX 198 |
| DX246 | "Dear Pharmacist" letter re CFC ban and Nasacort Nasal Inhaler | NAQ0250093 | 165 | FRE 105, FRE 402 | • Relevant to obviousness • PTX 303 |
| DX247 | Email – "Switch your patients to Nasacort AQ" | NAQ0250089-90 | 168 | FRE 105, FRE 402 | • Relevant to obviousness • PTX 306 |
| DX250 | Nasacort HFA 2006 Brand Tactical Plan | NAQ0485677-704 | 178 | FRE 402 | • Relevant to obviousness • PTX 316 |
| DX261 | Berridge Presentation re "A P.E.T. Study to Probe Formulation Equivalency" | NAQ0846077-00000001-52 | 214 | FRE 105, FRE 402 | • Relevant to anticipation, obviousness, non-enablement, and non-infringement • PTX 352 |
| DX293 | Barr Laboratories, Inc.'s Answering Claim Construction Brief (10/01/07) | | | FRE 105, FRE 802, FRE 805 | • FRE 801, 803, 804, 807 • PTX 733 |
| DX295 | Barr Laboratories, Inc.'s Opening Claim Construction Brief (09/10/07) | | | FRE 105, FRE 802, FRE 805 | • FRE 801, 803, 804, 807 • PTX 735 |
| DX298 | Opening Expert Report of Harry Boghigian | | | FRE 402 | • Relevant to obviousness |
| DX299 | Opening Expert Report of Maureen Donovan | | | FRE 802, FRE 805 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 • PTX 416 |

BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # | SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|---|
| DX300 | Second Expert Report of Maureen Donovan | | | | FRE 802, FRE 805 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX301 | Opening Expert Report of Daniel Klingenberg | | | | FRE 802, FRE 805 | • Admissible under FRE 105, 702, 703<br>• PTX 502 |
| DX302 | Responsive Expert Report of Daniel Klingenberg | | | | FRE 802, FRE 805 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX303 | Opening Expert Report of Ian MacKay | | | | FRE 802, FRCP 26(a)(2)(B) | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX304 | Responsive Expert Report of Ian MacKay | | | | FRE 802, FRCP 26(a)(2)(B) | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX305 | Reply Expert Report of James Morrison | | | | FRE 802 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX306 | Expert Report of Thomas Needham | | | | FRE 802 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807<br>• PTX 417 & 501 |
| DX307 | Opening Expert Report of Barry Siegel | | | | FRE 802 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX308 | Responsive Expert Report of Barry Siegel | | | | FRE 802 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX309 | Reply Expert Report of Barry Siegel | | | | FRE 802 | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX310 | Supplemental Expert Report of Barry Siegel | | | FRE 802, FRCP 26(a)(2)(B) | • Admissible under FRE 105, 702, 703, 801, 803, 804, 807 |
| DX311 | Expert Report of Donald O. Beers | | | FRE 802 | • Admissible under FRE 702, 703, 801(d)(2), 801, 803, 804, 807<br>• PTX 512 |
| DX324 | "Attention Pharmacist" flyer re CFC ban and Nasacort Nasal Inhaler | NAQ0250111 | 166 | FRE 105, FRE 402 | • Relevant to obviousness. |
| DX325 | "Dear Physician" letter re transitioning from Nasacort Nasal Inhaler to Nasacort AQ due to CFC ban | NAQ0298348 | 167 | FRE 105, FRE 402 | • Relevant to obviousness. |
| DX326 | Flyer with Nasacort AQ Rebate Coupon and info re Nasacort Nasal Inhaler discontinuation | NAQ0250127-28 | 170 | FRE 105, FRE 402, FRE 805 | • Relevant to obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX327 | Letter to Patients re Nasacort Nasal Inhaler discontinuation | NAQ0250129 | 171 | FRE 105, FRE 402 | • Relevant to obviousness. |
| DX328 | Flyer encouraging switch from Nasacort Nasal Inhaler to Nasacort AQ | NAQ0298247-48 | 172 | FRE 105, FRE 402, FRE 805 | • Relevant to obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX329 | Email string re Nasacort AQ AED Clinical Study | NAQ0487664-67 | 164 | FRE 105, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 302 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX330 | Yawn, *Comparison of Once-Daily Intranasal Corticosteroids for the Treatment of Allergic Rhinitis: Are They All the Same?*, January 25, 2006 | | | FRE 802, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX331 | Bernstein, *Treatment with intranasal fluticasone propionate significantly improves ocular symptoms in patients with seasonal allergic rhinitis*, Clin. Exp. Allergy 34:952-57 (2004). | NAQ0957054-64 BARR-MACKAY-000217-222 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX333 | Nasacort AQ Financial Impact | | | FRE 105, FRE 402 | • Relevant to obviousness. • PTX 715 |
| DX334 | "Welcome to Nasacort Training" Presentation | NAQ0277256 | | FRE 105, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 • PTX 577 |
| DX337 | IMS Data | NAQ05299144-71 BARR-BOGH-000003-8 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX338 | IMS Data | BARR-BOGH-000009-10 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX339 | IMS Data | BARR-BOGH-000012-14 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX340 | IMS Data | BARR-BOGH-000015-20 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DOCUMENT TITLE/DESCRIPTION | BATES # SOURCE | DEP. EX. # | OBJECTIONS | RESPONSES TO OBJECTIONS |
|---|---|---|---|---|---|
| DX341 | Nasacort Forecast Assumptions Table | NAQ0935398-99 | | FRE 105, FRE 402, FRE 805 | • Relevant to obviousness<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX346 | Nasacort Brand Marketing Strategies | NAQ0934602-39 | | FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX348 | 2004 Proposed Sales Forecast | NAQ0524583-89 | 191 | FRE 105, FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807<br>• PTX 329 |
| DX352 | RPRP Allergy, Children's Health & CNS | NAQ0934642-744 | | FRE 805 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |
| DX353 | Mygind, *Glucocorticosteroids and rhinitis*, Allergy 48: 476-490 (1993). | BARR-TAA-013220-013235 | | FRE 802 | • Admissible under FRE 702, 703, 801, 803, 804, 807 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| EX. # | DEMONSTRATIVE EXHIBITS[1] | OBJECTIONS | RESPONSES TO OBJECTIONS |
|-------|---------------------------|------------|-------------------------|
| Demonstrative Exhibit 1 | Patent Claims/Prior Art Composition Chart – Opening Expert Report of Thomas E. Needham, Ph.D. at p. 20 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 2 | Patent Claims/Prior Art Composition Chart – Opening Expert Report of Thomas E. Needham, Ph.D. at pp. 28-29 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 3 | Figures 1-6 – Opening Expert Report of Dr. Ian S. MacKay at pp. i-vi | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 4 | Graph "1998 Results: Average of Volunteers" – Opening Expert Report of Dr. Barry A. Siegel at pp. 17 & 21 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 5 | Graph "2002 Results: Average of Volunteers" – Opening Expert Report of Dr. Barry A. Siegel at p. 21 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 6 | Figures – Opening Expert Report of Maureen D. Donovan, Ph.D. at pp. 7-8 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 7 | Graph "Total Prescriptions 1996-2007" – Opening Expert Report of Harry C. Boghigian at p. 13 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |

[1] Per the parties' agreement, additional demonstrative exhibits may be added to this list.

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| | | | |
|---|---|---|---|
| Demonstrative Exhibit 8 | Graph "Nasacort Franchise Percent Market Share 1991-2007" - Opening Expert Report of Harry C. Boghigian at p. 15 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 9 | Chart - Opening Expert Report of Harry C. Boghigian at p. 25 ¶ 94 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 10 | Chart - Opening Expert Report of Harry C. Boghigian at p. 29 ¶ 106 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 11 | Chart - Opening Expert Report of Harry C. Boghigian at p. 34 ¶ 124 | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 12 | Tables 1-3 – Opening Expert Report of Harry C. Boghigian | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 13 | Tables A-M – Opening Expert Report of Harry C. Boghigian | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 14 | Charts A-E – Opening Expert Report of Harry C. Boghigian | FRE 402/403/802 | • Relevant to anticipation and obviousness.<br>• Admissible under FRE 702, 703, 801, 803, 804, 807 |
| Demonstrative Exhibit 15 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 | |
| Demonstrative Exhibit 16 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 | |

## BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| | | |
|---|---|---|
| Demonstrative Exhibit 17 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 18 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 19 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 20 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 21 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 22 | Demonstrative Exhibit – Nasal Anatomy | FRE 402/403/802 |
| Demonstrative Exhibit 23 | Demonstrative Exhibit - Formulations | FRE 402/403/802 |
| Demonstrative Exhibit 24 | Demonstrative Exhibit - Formulations | FRE 402/403/802 |
| Demonstrative Exhibit 25 | Demonstrative Exhibit - Formulations | FRE 402/403/802 |
| Demonstrative Exhibit 26 | Demonstrative Exhibit - Formulations | FRE 402/403/802 |
| Demonstrative Exhibit 27 | Demonstrative Exhibit - Formulations | FRE 402/403/802 |
| Demonstrative Exhibit 28 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 29 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 30 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 31 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 32 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |

## BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| | | |
|---|---|---|
| Demonstrative Exhibit 33 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 34 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 35 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 36 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 37 | Demonstrative Exhibit – Prior Art Products | FRE 402/403/802 |
| Demonstrative Exhibit 38 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 39 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 40 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 41 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 42 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 43 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 44 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 45 | Demonstrative Exhibit – PET Studies | FRE 402/403/802 |
| Demonstrative Exhibit 46 | Demonstrative Exhibit – Clinical Trials | FRE 402/403/802 |
| Demonstrative Exhibit 47 | Demonstrative Exhibit – Clinical Trials | FRE 402/403/802 |
| Demonstrative Exhibit 48 | Demonstrative Exhibit – Clinical Trials | FRE 402/403/802 |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

| | | |
|---|---|---|
| Demonstrative Exhibit 49 | Demonstrative Exhibit – Clinical Trials | FRE 402/403/802 |
| Demonstrative Exhibit 50 | Demonstrative Exhibit – Clinical Trials | FRE 402/403/802 |
| Demonstrative Exhibit 51 | Demonstrative Exhibit - Viscosity | FRE 402/403/802 |
| Demonstrative Exhibit 52 | Demonstrative Exhibit - Viscosity | FRE 402/403/802 |
| Demonstrative Exhibit 53 | Demonstrative Exhibit - Viscosity | FRE 402/403/802 |
| Demonstrative Exhibit 54 | Demonstrative Exhibit - Viscosity | FRE 402/403/802 |
| Demonstrative Exhibit 55 | Demonstrative Exhibit - Viscosity | FRE 402/403/802 |
| Demonstrative Exhibit 56 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 57 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 58 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 59 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 60 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 61 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 62 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 63 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |
| Demonstrative Exhibit 64 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 |

## BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT

| Demonstrative Exhibit 65 | Demonstrative Exhibit – Patent Claims | FRE 402/403/802 | |
|---|---|---|---|
| Demonstrative Exhibit 66 | Demonstrative Exhibit – Nasacort AQ Formulation | FRE 402/403/802 | |
| Demonstrative Exhibit 67 | Demonstrative Exhibit – Nasacort AQ Formulation | FRE 402/403/802 | |
| Demonstrative Exhibit 68 | Demonstrative Exhibit – Nasacort AQ Formulation | FRE 402/403/802 | |
| Demonstrative Exhibit 69 | Demonstrative Exhibit – Nasacort AQ Formulation | FRE 402/403/802 | |
| Demonstrative Exhibit 70 | Demonstrative Exhibit – Nasacort AQ Formulation | FRE 402/403/802 | |
| Demonstrative Exhibit 71 | Demonstrative Exhibit – Market Share | FRE 402/403/802 | |
| Demonstrative Exhibit 72 | Demonstrative Exhibit – Market Share | FRE 402/403/802 | |
| Demonstrative Exhibit 73 | Demonstrative Exhibit – Prescriptions | FRE 402/403/802 | |
| Demonstrative Exhibit 74 | Demonstrative Exhibit – Prescriptions | FRE 402/403/802 | |
| Demonstrative Exhibit 75 | Demonstrative Exhibit – Sales | FRE 402/403/802 | |
| Demonstrative Exhibit 76 | Demonstrative Exhibit – Sales | FRE 402/403/802 | |
| Demonstrative Exhibit 77 | Demonstrative Exhibit – Promotion | FRE 402/403/802 | |
| Demonstrative Exhibit 78 | Demonstrative Exhibit – Promotion | FRE 402/403/802 | |
| Demonstrative Exhibit 79 | Demonstrative Exhibit – Forecasts | FRE 402/403/802 | |
| Demonstrative Exhibit 80 | Demonstrative Exhibit – Forecasts | FRE 402/403/802 | |

**BARR LABORATORIES' EXHIBITS TO WHICH PLAINTIFFS OBJECT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and | ) | |
| SANOFI-AVENTIS US LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-286-GMS |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX E**

**NAMES AND ADDRESSES OF WITNESSES**
**WHO PLAINTIFFS' INTEND TO HAVE TESTIFY AT TRIAL**

| NAME | ADDRESS | WILL CALL | MAY CALL |
|---|---|:---:|:---:|
| Salah Ahmed (via deposition) | Perrigo Industries, Israel | | X |
| David Ailinger (via deposition) | 14 Spruce Lane West Nyack, New York | | X |
| Donald O. Beers (live) | Arnold & Porter LLP 555 Twelfth Street, N. W. Washington, D.C. | X | |
| Gregory K. Bell (live) | 1 Apple Hill Lane Lynnfield, Massachusetts | X | |

1

| | | | |
|---|---|---|---|
| Marc S. Berridge (live) | 13500 Chenal Parkway, No. 1302, Little Rock, Arkansas | X | |
| Charles Deliberti (via deposition) | 350 Park Street Montclair, New Jersey | | X |
| George Georges (live) | 7 Winterberry Court White House Station, New Jersey | | X |
| Natalie Grabarnick (via deposition) | Perrigo Industries, Israel | | X |
| Michael A. Kaliner (live) | 11002 Veirs Mill Road, Suite 414 Wheaton, Maryland | X | |
| Sharon Kochan (via deposition) | Perrigo Industries, Israel | | X |
| Robert Y. Lochhead (live) | 159 Pompano Drive Hattiesburg, Mississippi | X | |
| Eli O. Meltzer (live) | 9610 Granite Ridge Drive, Suite B San Diego, California | X | |
| Christopher Mengler (via deposition) | 29 Center Drive Douglas Manor, New York | | X |
| Robert K. Prud'homme (live) | Princeton University A-301 E-Quad Princeton, New Jersey | X | |
| Yoav Reychav (via deposition) | Perrigo Industries, Israel | | X |
| Brandon Simpson (live) | 627 Scroggy Road Oxford, Pennsylvania | X | |
| Nicholas Tantillo (via deposition) | 41 Hunt Avenue Pearl River, New York. | | X |
| Christine Zak (live) | 43 Grove Way Clinton, Connecticut | | X |
| Amira Zeevi (via | Perrigo Industries, Israel | | X |

| deposition) | | | |
|---|---|---|---|

**APPENDIX F**

**Barr Laboratories' Witness List**

| WILL CALL | | |
|---|---|---|
| **Witness** | **Address** | **Form of Testimony** |
| Dr. Gregory Alcorn | 2056 Welsh Valley Road Valley Forge, PA | Live or by deposition |
| Dr. Marc Berridge | 13500 Chenal Parkway, #1302 Little Rock, AR | Live or by deposition |
| Harry Boghigian | 7 Tudor Place Randolph, NJ | Live |
| Dr. Maureen Donovan | 115 South Grand Avenue Iowa City, IA | Live |
| Dr. George Georges | 7 Winterberry Court Whitehouse Station, NJ | Live or by deposition |
| Dr. Donald Heald | Pharmaceutical Research & Development (Johnson & Johnson) | Live or by deposition |
| Dr. Soo-Il Kim | 18 McPherson Drive Flemington, NJ | Live or by deposition |
| Dr. Daniel Klingenberg | 1415 Engineering Drive Madison, WI | Live |
| Timothy Laverty | 1357 Mark Drive Lansdale, PA | Live or by deposition |
| Dr. Ian MacKay | 55 Harley Street London W1G 8QR England | Live |
| James Morrison | 5166 Durham Road West Columbia, MD | Live |
| Dr. Thomas Needham | 175 Pine Hill Road Wakefield, RI | Live |
| Dr. Barry Siegel | 510 South Kingshighway Boulevard St. Louis, MO | Live |
| Brandon Simpson | 627 Scroggy Road Oxford, PA | Live or by deposition |
| Christine Zak | 43 Grove Way Clinton, CT 06413 | Live or by deposition |
| MAY CALL | | |
| **Witness** | **Address** | **Form of Testimony** |
| Ross Oehler | 4171 Creek Road Collegeville, PA | Live or by deposition |
| Judy Plon | Aventis Pharmaceuticals | Live or by deposition |
| Nicholas Tantillo | 41 Hunt Avenue Pearl River, New York. | Live or by deposition |
| Dr. Amira Zeevi | 5 Uchmanat Omer, Israel | Live or by deposition |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and | ) | |
| SANOFI-AVENTIS US LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-286-GMS |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX G**

**QUALIFICATIONS OF PLAINTIFFS' EXPERT WITNESSES**

**Dr. Gregory K. Bell**

Dr. Bell is an Executive Vice President and Head of Strategy and Business Consulting for CRA International, Inc. He is responsible for the business consulting platform. For the past fifteen years, he has directed the Life Sciences practice at CRA. In this capacity, he has led many projects concerning the economics of business strategy in the pharmaceutical industry. Dr. Bell is also a principal member of the firm's Finance, Intellectual Property, and Transfer Pricing practices. Prior to joining CRA, Dr. Bell acted as a management consultant for Alliance Consulting Group in Boston, Massachusetts, and was an Associate in Corporate Finance at Wood Gundy in Vancouver, Canada. Dr. Bell earned a Ph.D. in Business Economics from Harvard University, a Master's of Business Administration from Harvard's Graduate School of Business Administration, and a B.A. in Finance and Accounting from Simon Fraser University. He has been a lecturer at Harvard University, as well as a Visiting Assistant Professor in the Economics Department at Northeastern University. Dr. Bell has authored a number of

publications on topics including pharmaceutical pricing strategies and other economic issues in the pharmaceutical industry.

**Dr. Marc S. Berridge**

Dr. Berridge is the President of 3D Imaging Drug Design and Development and a Professor in the Department of Radiology at the University of Arkansas for Medical Sciences. Dr. Berridge was the director of the radiochemistry and cyclotron facility at Case Western/University Hospitals of Cleveland, and then the Associate Director of PET (Positron Emission Tomography). In addition to being a tenured professor of Radiology at Case Western Reserve University Previously, Dr. Berridge was also the founder and president of 3D Imaging, LLC, and Cyclo-Tech, LLC which were companies directed to creating labeled molecules for nuclear imaging studies and performing those studies. He has used imaging studies as a drug design and development tool, and pioneered studies that involve radiolabeling of active ingredients of inhaled drugs. Prior to working at Case Western Reserve, Dr. Berridge was a Research Scientist, then Assistant Professor at the University of Texas Health Science Center, where he performed research studies including radiolabeling chemistry, cyclotron targetry, organic chemistry, and animal and human subject research with PET scanning. He performed post-doctoral research at the Nuclear Research Center in Saclay, France to develop radiolabeled tracers for use in PET studies in human subjects. Dr. Berridge earned his Ph.D. in Chemistry from Washington University in St. Louis, Missouri. He also earned a Masters Degree in Chemistry at Washington University, after earning his B.S. in Chemistry at Carnegie Mellon University.

**Mr. Donald O. Beers**

Mr. Beers is a partner in the law firm of Arnold & Porter LLP in Washington, D.C., where he specializes in food and drug law. Prior to joining Arnold & Porter, Mr. Beers served as Associate Chief Counsel for Drugs, and Associate Chief Counsel for Enforcement at the Food and Drug Administration.  He is the author of a well-known treatise, <u>Generic and Innovator Drugs:  A Guide to FDA Approval Requirements</u>.  Mr. Beers has been an adjunct professor at the University of Pennsylvania School of Law, teaching food, drug, and medical device law.  He is a frequent speaker on issues relating to the drug approval process.  Before working at the FDA, Mr. Beers was a law clerk for the Honorable Milton Pollack of the U.S. District Court of the Southern District of New York.  Mr. Beers earned his J.D. at Columbia Law School, after graduating with a B.A. from Dartmouth College.

**Dr. Michael A.  Kaliner**

Dr. Kaliner is a physician board-certified in internal medicine and allergy and immunology.  He is the Medical Director at the Institute for Asthma and Allergy in Wheaton and Chevy Chase, Maryland.  Dr. Kaliner has also served as the President of the World Allergy Organiziation, and as the President of the American Academy of Allergy, Asthma, and Immunology.   For fifteen years prior to entering private practice, Dr. Kaliner served as the head of the Allergic Diseases Section of the National Institute of Allergy and Infectious Diseases (NIAID) and the National Institutes of Health, and the training program director for allergy and immunology at NIAID.  Dr. Kaliner also served in the U.S. Air Force and the United States Public Health Service as an allergist.  He was the chairman of the American Board of Allergy and Immunology, the entity that board-certifies physicians in allergy and immunology.   He is

the founding editor of <u>Current Allergy and Asthma Reports</u>, and has been the editor of numerous journals and books, including <u>Current Review of Rhintis</u> and <u>Current Review of Allergic Disease.</u>  Dr. Kaliner has published over 500 research articles dealing with allergy and asthma. Dr. Kaliner earned his M.D. at the University of Maryland School of Medicine and a B.S. in Zoology at the University of Maryland.


**Dr. Robert Y. Lochhead**

 Dr. Lochhead is a professor of polymer science and Director of the School of Polymers and High Performance Materials at the University of Southern Mississippi.  Dr. Lochhead regularly teaches short courses directed to industrial practitioners on the function of polymers in formulations and on the physical principles of formulations.  He is also the Director of the Institute for Formulations Science at USM.   Dr. Lochhead also currently serves on the Committee for Scientific Affairs of the Society of Cosmetic Chemists.  For eleven years, Dr. Lochhead was employed at BF Goodrich Company in positions ranging from Research Associate to Manager of Hydraulic Polymers Research, where his research focused on rheology-modifying polymers.  For the nine years prior to his working at BF Goodrich, Dr. Lochhead worked at Unilever Research as a Scientist/Manager in the areas of innovative polymers and colloid and surface science.  He has served as the President of the Society of Cosmetic Chemists, and is the current Vice President-Elect.  He has also served as the President of the Association of Formulation Scientists. Dr. Lochhead has been awareded the Maison G. deNavarre medal, which is the highest award in the Arts and Sciences of Cosmetics. Dr. Lochhead has published over 200 articles on polymers and surfactants, and is the named inventor on 18 patents.  Dr. Lochhead earned his Ph.D. in Molecular Rheology and Dielectric Relaxation of Polymer Solutions from

the Department of Pure and Applied Chemistry at the University of Strathclyde, Scotland, and a

B.Sc. with Honors in Pure Chemistry from the University of Strathclyde.


### Dr. Eli O. Meltzer

Dr. Meltzer is a physician board-certified in allergy and immunology, pediatric allergy,

and pediatrics.  For over three decades, Dr. Meltzer has practiced medicine at the Allergy and

Asthma Medical Group and Research Center, specializing in the treatment of allergies and

asthma, and providing care for adults and children with respiratory diseases.  He has participated

in over 500 clinical research trials related to allergy and asthma and authored about 500 papers

related to allergy and asthma.  Dr. Meltzer is a Clinical Professor in the Department of

Pediatrics, Division of Immunology and Allergy, at the University of California, San Diego.  He

has served in the past as the Chief of the Division of Allergy and Immunology at the San Diego

Children's Hospital and Health Center.  He has also served as a member of the U.S. Food and

Drug Administration's Pulmonary-Allergy Drugs Advisory Committee.  Dr. Meltzer also served

in the U.S. Navy as a Lieutenant Commander.  Dr. Meltzer earned his M.D. from Jefferson

Medical College after earning a B.A. in Psychology from the University of Pennsylvania.


### Dr. Robert K. Prud'homme

Dr. Prud'homme is a Professor of Chemical Engineering and the Director of the Program

in Engineering Biology at Princeton University.  He has served on the executive committees of

the American Institute of Chemical Engineers (Materials Science Division), and the U.S. Society

of Rheology, for which he is currently the President.  Dr. Prud'homme has also served as the

chair of the Technical Advisory Board for Material Socience Research for Dow Chemical

Company, and was on the Board of Directors of Rheometric Scientific Inc., the leading

manufacturer of rheological instruments.  Dr. Prud'homme is also currently serving as the

Director of Princeton-University of Minnesota-Iowa State NSF Nanoscience Institute on

nanoparticle formation.  Dr. Prud'homme has been a consultant to major pharmaceutical

companies, including FMC, DuPont, American Cyanamid, Hercules, Merck, Abbot Laboratories,

and BASF. Dr. Prud'homme received his B.S.E. in Chemical Engineering from Stanford

University.  He earned a Ph.D. in Chemical Engineering from the University of Wisconsin,

Madison.   After graduating from Stanford, Dr. Prud'homme served as an officer in the U.S.

Army, and was awarded an Army Commendation Medal and a Bronze Star.  After being

discharged as a Captain, Dr. Prud'homme studied at Harvard University in a Graduate Special

Studies Program in Environmental Science and Public Policy.

**APPENDIX H**

**Qualifications of Barr Laboratories' Experts**

**I.     Mr. Harry Boghigian**

Mr. Harry Boghigian is a pharmaceutical executive with over thirty-five years of domestic and international experience in the commercialization and marketing of pharmaceutical products.  He co-founded PBN PHARMA LLC, a Chicago-based research and development healthcare company, in 2003.  The company owns twelve patents and is focused on the development, licensing and commercialization of ethical and over-the-counter products.  In 2001, Mr. Boghigian founded Pharma Consultants LLC, a New Jersey-based consulting firm serving small to medium sized healthcare companies and advertising agencies in all areas of pharmaceutical sales and marketing.

Mr. Boghigian's career in the pharmaceutical industry began with Hoffman-La Roche, one of the top ten global pharmaceutical research and development companies, in 1971.  During his career with Hoffman-La Roche, Mr. Boghigian held numerous positions of increasing responsibility in the U.S. and internationally, including Vice President of Business Operations, Vice President of U.S. Marketing, Global Business Director and Senior Vice President and General Manager of the Canadian division of Hoffman-La Roche.  His responsibilities included business development, market research, marketing, brand management, sales, sales management, strategic planning, portfolio management and product commercialization.  He was involved with over forty products in various stages of development and commercialization.  His experience includes management of a number of successful co-promotion arrangements including Zantac, the first co-promotion arrangement in the history of the pharmaceutical industry.  As a result of that arrangement, Zantac became one of the world's most widely prescribed products for the treatment of ulcers and reflux disease.

Mr. Boghigian has a Bachelor of Science Degree from the University of New Hampshire Whittemore School of Business and has attended a number of Executive Business Programs at several of Europe's leading business schools, such as INSEAD Institute of Business Administration in Fontainebleu Cedex, France and IMD Business School in Lausanne, Switzerland.

Mr. Boghigian will testify regarding whether Plaintiffs' commercial product, Nasacort AQ, has been commercially successful.

**II.     Dr. Maureen Donovan**

Dr. Maureen Donovan is an Associate Professor in the Division of Pharmaceutics at the University of Iowa College of Pharmacy.  She has over 18 years of experience working and consulting in the field of pharmaceutics, including pharmaceutical research and development.  She has actively taught drug delivery, pharmaceutical preformulation and compounding and has directed research programs focused on drug absorption, nasal

drug delivery, and alternative routes of drug delivery and delivery systems. This experience includes working extensively in the development of nasal formulations.

Dr. Donovan received her B.S. in Pharmacy from the University of Minnesota College of Pharmacy in 1983 and her Ph.D. in Pharmaceutics from the University of Michigan in 1989.

Dr. Donovan's professional experience includes working as a Staff Pharmacist for Clark Professional Pharmacy from 1986 to 1989 and as a Visiting Scholar for SmithKline Beecham Pharmaceuticals in 1991. From 1989 to 1996, Dr. Donovan was an Assistant Professor in the Division of Pharmaceutics of the University of Iowa College of Pharmacy. She became an Associate Professor in 1996.

Dr. Donovan has published numerous articles, book chapters and abstracts in the area of pharmaceutics, drug absorption, drug delivery, and materials characterization. She belongs to several professional societies for pharmaceutical science and technology, including the American Association of Pharmaceutical Scientists and the Controlled Release Society.

Dr. Donovan will be testifying on the level of ordinary skill in the art, as well as the non-enablement and non-infringement of the asserted patent claims.

## III. Dr. Daniel Klingenberg

Dr. Daniel Klingenberg is a professor in the Department of Chemical and Biological Engineering and an Associate Chairman of the Rheology Research Center Executive Committee at the University of Wisconsin. He has been a Professor of Chemical and Biological Engineering since 1991 and an Associate Chairman since 1996.

Dr. Klingenberg received his B.S. in Chemical Engineering from the University of Illinois in 1989 and a Ph.D. in Chemical Engineering from the University of Illinois in 1991. He completed a Postdoctoral Fellowship at the University of British Columbia.

Dr. Klingenberg has over 16 years of experience in the area of rheology and 20 years of experience with viscosity testing, including measuring the viscosity and other rheological properties of electrorheological fluids, magnetorheological fluids, and various fiber suspensions. He has published numerous articles in the area of rheology, including publications in the Journal of Rheology dating back to 1993 and has reviewed articles for numerous scientific journals that publish papers in rheology, including the Journal of Rheology, Rheological Acta, Physics of Fluids, Journal of Colloid and Interface Science, and Journal of Fluid Mechanics. He has been a member of several professional societies, including the Society of Rheology, and is currently a Member-at-large on the Executive Committee of the Society of Rheology.

Dr. Klingenberg will testify regarding viscosity testing methods, as well as the rheological characteristics and results of viscosity testing conducted on various compositions relevant to this case.

## IV.    Dr. Ian Mackay

Dr. Ian Mackay  is a physician registered as a specialist in otorhinolaryngology with the General Medical Council of the United Kingdom.  Dr. Mackay received his Bachelor of Medicine and Bachelor of Surgery London qualifications from the Royal Free Hospital (University of London) in 1968.  He underwent postgraduate training at the Royal National Throat Nose and Ear Hospital and Charring Hospital London, obtaining an FRCS (Fellow of the Royal College of Surgeons England) in 1974 and Certificate of Completion of Higher Surgical Training in 1976.

Dr. Mackay has specialized in rhinology for over thirty years and established the Nose Clinic at the Royal Brompton Hospital (National Heart and Chest Hospital) in London.  He was formerly the head of the Ear, Nose and Throat department at Charring Cross Hospital, the president of the British Association of Otolaryngologist, the president of the Section of Laryngology and Rhinology of the Royal Society of Medicine.  He was a founding member of the British Allergy Association.  He was a visiting professor at the Mayo Clinic (Rochester) in 1996.  He was awarded the British Medical Association Walter Jobson Horne Prize "in recognition of work which has advanced the science and practice of laryngology and otology" in 2001.  He has lectured regularly on rhinology and otorhinolaryngology in the United Kingdom and abroad since 1978.

Dr. Mackay was a contributor to the guidelines evolving from the International Conference on Sinus Disease:  Terminology, Staging and Therapy held in Princeton, New Jersey, in 1993, sponsored by the American Rhinological Society and the International Rhinological Society.  He was a contributor to the World Health Organization (WHO) Initiative:  Allergic Rhinitis and Its Impact on Asthma (ARIA). He was also the editor of the 5th and 6th editions of the Rhinology Volume of Scott-Brown's Otolaryngology (the standard ENT text book in the UK).  He has authored chapters in numerous books relating to allergic and non-allergic rhinitis and published close to one hundred articles on a variety of otorhinolaryngological topics including nasal mucociliary clearance in patients with rhinitis, sinusitis, perennial and seasonal allergic rhinitis, and endoscopic sinus surgery.

Dr. Mackay will testify regarding nasal anatomy, causes and treatment of allergic rhinitis, safety and efficacy of nasal sprays, compliance of patients on nasal sprays, whether there was a long-felt need for the claimed invention, and whether the claimed invention exhibits unexpected results in potency and the treatment of eye symptoms.

## V.    Mr. James Morrison

Mr. James Morrison has extensive experience in and is an expert on new drugs, generic drugs, abbreviated new drug applications ("ANDAs") and bioequivalence.  He is thoroughly familiar with the regulations governing approval of new generic drugs and the processes and criteria that the FDA uses to evaluate them.  His expertise is based primarily on his training and experience at the FDA while he was Special Assistant to the Director, Bureau of Drugs (the predecessor organization to the Center for Drug Evaluation and Research) (1976-1982); Director of Regulatory Affairs (1982-1983);

Deputy Director, Office of Drug Standards (1983-1990); acting Director, Division of Generic Drugs (1980); and Ombudsman for the FDA's Center for Drug Evaluation and Research ("CDER") (1995-2003).

During the time that Mr. Morrison held these positions at the FDA, he fulfilled many different job responsibilities. He chaired the policy committee that prepared the preface for the FDA's List of Approved Drugs with Therapeutic Equivalence Evaluations (the "Orange Book"), made policy decisions about its content and format, and coordinated the initial publication of the Orange Book in 1979. He oversaw the generic drug review process, including performing tertiary reviews and signing approval letters. He actively participated in the rewrite of the new drug regulations that are currently in effect pertaining to New Drug Applications ("NDAs") and ANDAs. He was the FDA's representative to the Department of Health and Human Services' Maximum Allowable Cost Program ("MAC") from 1977-1981. As Deputy Director of the Office of Drug Standards, Mr. Morrison was responsible for management and policy oversight of the Divisions of Generic Drugs and Bioequivalence. He served as the FDA's principle subject matter liaison with congressional committees during the drafting of the 1984 Drug Price Competition and Patent Term Restoration Act (Hatch-Waxman Amendments), chaired the FDA committee that drafted the implementing regulations and was the principal person in the FDA responsible for the policy and subject matter on its implementation. As CDER Ombudsman, he negotiated disputes between ANDA applicants and generic drug and bioequivalence reviewers regarding the implementation of the FDA's procedures and policies.

Mr. Morrison will testify regarding FDA approval of generic products, including generic nasal sprays, in response to Plaintiffs' allegations of copying.

## VI.    Dr. Thomas Needham

Dr. Thomas Needham is a Professor in the Department of Biopharmaceutical Sciences, the Director of the Drug Delivery Research & Development Laboratory, and the Director of the Good Manufacturing Practice ("GMP") Program at the University of Rhode Island College of Pharmacy. He is an expert in pharmaceutics and has over 37 years of experience in pharmaceutical research and development including preformulation studies, formulation and product development, process development, production support, preclinical studies, and project management. Dr. Needham has had experience formulating nasal sprays since the early 1980s, including consulting with a European company in approximately 1992 to formulate a generic beclomethasone suspension delivered by a nasal spray pump.

Dr. Needham received a B.S. in Pharmacy in 1965, a M.S. in Pharmaceutics in 1967 and a Ph.D. in Pharmaceutics in 1970 from the University of Rhode Island. From 1970 to 1971 he was a faculty member at the University of Georgia.

From 1979 to 1987, Dr. Needham was affiliated with Baxter Travenol Laboratories in various capacities, including Associate Director of Pharmaceutical Development, Direct of Special Projects and Drug Delivery, and Director of New Product

Development. His responsibilities at Baxter Travenol included direction of product development activities from initiation through final product, including scale-up, manufacturing, and quality control support. From 1987 to 1989, Dr. Needham was the Section Head for Pharmaceutical Development at G.D. Searle, where he was responsible for the technical and administrative activities of the Preformulation, Drug Delivery, and Product Line Extension Groups. In 1989, he became a Professor in the Department of Pharmaceutics and Director of the Drug Delivery Laboratory at the University of Rhode Island and in 1992 he became the Chair of the Department of Pharmaceutics (subsequently known as the Department of Applied Pharmaceutical Sciences, and the Department of Biopharmaceutical Sciences). He was Chair of the Department until 2002. In 2004, Dr. Needham became the Director of the Good Manufacturing Practice ("GMP") Program.

Dr. Needham has published numerous articles, book chapters and abstracts in the area of pharmaceutical science, including co-authoring "An Evaluation of Nasal Spray Deposition and Clearance in Healthy Human Volunteers using Gamma Scintigraphy," published in Drug Delivery Tech. in 2005, which reported his examination of the deposition and clearance of nasal drug vehicles of varying viscosities and formulations. Dr. Needham belongs to several professional societies for pharmaceutical science and technology, including the American Association of Pharmaceutical Scientists, the American Pharmaceutical Association, and the Controlled Release Society.

Dr. Needham will be called to testify regarding the obviousness of the patents in suit, including the scope and content of the prior art, the disclosures of the prior art in relation to the asserted patent claims and the ultimate conclusion that the asserted patent claims would have been obvious to a person of ordinary skill in the art at the relevant time.

## VII.    Dr. Barry Siegel

Dr. Barry Siegel is a Professor of Radiology and Medicine and the Director of the Division of Nuclear Medicine at the Mallinckrodt Institute of Radiology at the Washington University School of Medicine. Dr. Siegel has more than 37 years of experience working and consulting in the fields of nuclear medicine and radiology.

Dr. Siegel received his A.B. in 1966 from Washington University and his M.D. in 1969 from Washington University School of Medicine. Since 1973, Dr. Siegel has been a member of the Radiology faculty at Washington University School of Medicine, becoming a professor in 1979. Since 1980, Dr. Siegel has been jointly appointed to the faculty of the Department of Medicine at Washington University School of Medicine, becoming a professor in 1983. Since 1973, he has been the Director of the Division of Nuclear Medicine at the Mallinckrodt Institute of Radiology at Washington University School of Medicine. He has also been a staff radiologist at Barnes Hospital (now Barnes-Jewish Hospital) in St. Louis, Missouri since 1973 and has been Nuclear Radiologist-in-Chief since 1986. He holds medical staff appointments in Radiology at St. Louis Children's Hospital and at Barnes-Jewish West County Hospital, both in St. Louis, Missouri.

Dr. Siegel has approximately 30 years of clinical and research experience in the specific area of positron emission tomography ("PET") imaging, including conducting numerous single-institution clinical trials examining the utility of PET, performed at Washington University School of Medicine, as well as developing and directing mult-center clinical trials conducted by the National Cancer Institute cooperative groups. He has published numerous articles, book chapters and abstracts in the area of radiology and nuclear medicine and began writing about PET imaging in 1977.

Dr. Siegel belongs to several professional societies for radiology and nuclear medicine, including the Academy of Molecular Imaging (AMI), American College of Nuclear Physicians, American College of Radiology (ACR), Association of University Radiologists, Radiological Society of North America, and the Society of Nuclear Medicine. Dr. Siegel has held a variety of leadership positions related to PET in these organizations and has served as a member of several advisory panels and committees, including membership on the U.S. Food and Drug Administration Radioactive Pharmaceuticals Advisory Committee (1974-1977 and 1981-1985, chair 1982-1985), the U.S. Nuclear Regulatory Commission Advisory Committee on the Use of Isotopes (chair 1990-1996), and the Advisory Panel on Radiopharmaceuticals of the U.S. Pharmacopoeia (1975-present, chair 2000-2005). He was on the PET Scanning Assessment Working Group of the American Society of Clinical Oncology (2003-2006) and is co-chair of the National Oncologic PET Registry Working Group (2005-present).

Dr. Siegel is currently Associate Editor of the Journal of Nuclear Medicine, Senior Editor of Molecular Imaging and Biology, Assistant Editor for PET/CT of the American Journal of Roentgenology, and on the Editorial Boards of the Journal of Computer Assisted Tomography and the European Journal of Nuclear Medicine. He previously served on the Advisory Editorial Board and then as an Associate Editor and as a Consultant to the Editor of Radiology (1976-1999).

Dr. Siegel will testify regarding positron emission studies Aventis conducted on nasal sprays, including Nasacort AQ and a prior art product, Flonase.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and<br>SANOFI-AVENTIS US LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-286-GMS |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## APPENDIX I

## DEPOSITIONS TO BE READ INTO THE RECORD
## ON BEHALF OF PLAINTIFFS

### SALAH AHMED - July 26, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 6:11 | 6:13 | | | |
| 14:8 | 14:18 | | | |
| 21:17 | 21:25 | | | |
| 22:2 | 22:19 | | | |
| 23:2 | 23:9 | | | |
| 23:11 | 23:22 | | | |
| 30:15 | 30:24 | | | |
| 31:14 | 31:25 | | | |
| 32:2 | 32:6 | | | |
| 108:11 | 108:13 | | | |
| 108:16 | 108:19 | | | |
| 109:2 | 109:12 | | | |
| 109:16 | 109:20 | | | |
| 109:23 | 109:23 | | | |
| 136:10 | 136:14 | | | |
| 136:17 | 136:23 | 137:4-5, 8-16, 20 | | |
| 137:25 | 137:25 | | | |
| 138:2 | 138:5 | | | |
| 138:8 | 138:8 | | | |
| 138:19 | 138:25 | | | |
| 139:2 | 139:4 | | | |
| 139:7 | 139:13 | | | |
| 145:19 | 145:25 | | | |
| 146:2 | 146:3 | | | |
| 146:7 | 146:11 | | | |
| 146:16 | 146:21 | | | |
| 146:25 | 146:25 | | | |
| 147:2 | 147:7 | 148:15-18, 23-25; 149:2 | | |
| 152:24 | 152:25 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 153:2 | 153:2 | | | |
| 153:5 | 153:14 | | | |
| 161:15 | 161:25 | | | |
| 162:2 | 162:10 | | | |
| 162:14 | 162:19 | | | |
| 162:22 | 162:25 | | | |
| 164:4 | 164:13 | | | |
| 164:16 | 164:25 | | | |
| 165:2 | 165:2 | | | |
| 165:7 | 165:8 | | | |
| 165:12 | 165:12 | | | |
| 167:14 | 167:18 | | | |
| 167:21 | 167:25 | | | |
| 168:2 | 168:2 | | | |
| 168:5 | 168:10 | | | |
| 168:13 | 168:22 | | | |
| 169:2 | 169:4 | 169:5-6, 12-16 | | |
| 173:4 | 173:6 | | | |
| 173:9 | 173:25 | | | |
| 174:19 | 175:25 | | | |
| 175:2 | 175:14 | | | |
| 175:17 | 175:19 | 176:20-25; 177:2-6, 9-21 | | |
| 177:22 | 177:24 | | | |
| 178:3 | 178:9 | | | |
| 178:17 | 178:25 | | | |
| 179:2 | 179:24 | | | |
| 180:5 | 180:23 | | | |

## SALAH AHMED - October 4, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 230:12 | 230:24 | | | |
| 232:7 | 232:15 | | | |
| 233:18 | 233:21 | | | |
| 233:24 | 233:25 | | | |
| 134:2 | 234:7 | | | |
| 234:11 | 234:18 | | | |
| 234:23 | 234:25 | | | |
| 235:2 | 235:14 | | | |
| 235:18 | 235:20 | | | |
| 242:24 | 242:25 | | | |
| 243:2 | 243:7 | | | |
| 244:14 | 244:14 | | | |
| 244:16 | 244:17 | | | |
| 244:20 | 244:25 | | | |
| 245:2 | 245:3 | | | |
| 245:8 | 245:12 | 245:6-7 | FRCP 32(a)(6) FRE 611(b) | |
| 247:10 | 247:14 | | | |
| 247:17 | 247:22 | | | |
| 251:8 | 251:10 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 251:15 | 251:19 | | | |
| 259:20 | 259:25 | 257:21-25, 258: 2-25 | | |
| 260:2 | 260:4 | | | |
| 260:8 | 260:8 | 261: 16-18, 21-25; 262: 2-9; 263:4-21 | | 262:10-14 |
| 264:8 | 264:15 | | | |
| 265:3 | 265:4 | | | |
| 265:7 | 265:20 | | | |
| 265:24 | 265:25 | 266:2-13 | | |
| 266:18 | 266:21 | | | |
| 266:24 | 266:25 | | | |
| 267:2 | 267:24 | 267:25 - 268:11, 13-24 | | |
| 268:25 | 268:25 | | | |
| 269:2 | 269:23 | | | |
| 270:5 | 270:15 | | | |
| 271:4 | 271:9 | | | |
| 271:14 | 271:16 | | | |
| 272:7 | 272:24 | | | |
| 273:3 | 273:9 | | | |
| 273:23 | 273:25 | | | |
| 274:2 | 274:2 | | | |
| 274:5 | 274:5 | 274:17-19, 23-25; 275:2-12, 15-19, 22-24 | | 275:25, 276:2-4, 276:6-8, 276:11-14, 276:17-18 |

## DAVID AILINGER

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 7:19 | 7:25 | | | |
| 8:2 | 8:6 | | | |
| 10:4 | 10:10 | | | |
| 10:25 | 10:25 | | | |
| 11:2 | 11:14 | | | |
| 11:25 | 11:25 | | | |
| 12:2 | 12:17 | | | |
| 13:17 | 13:21 | | | |
| 14:3 | 14:7 | | | |
| 14:14 | 14:25 | | | |
| 15:2 | 15:9 | | | |
| 15:17 | 15:23 | | | |
| 17:12 | 17:13 | | | |
| 17:15 | 17:15 | | | |
| 17:21 | 17:24 | | | |
| 19:21 | 19:25 | | | |
| 20:2 | 20:4 | | | |
| 20:7 | 20:15 | | | |
| 20:17 | 20:21 | | | |
| 21:11 | 21:14 | | | |
| 21:16 | 21:19 | | | |
| 22:14 | 22:22 | | | |
| 23:2 | 23:5 | | | |
| 23:11 | 23:17 | | | |
| 23:21 | 23:25 | | | |
| 24:2 | 24:10 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 24:13 | 24:16 | | | |
| 25:4 | 25:10 | | | |
| 25:17 | 25:25 | | | |
| 26:2 | 26:6 | | | |
| 26:9 | 26:25 | | | |
| 27:2 | 27:2 | | | |
| 27:5 | 27:8 | | | |
| 27:10 | 27:25 | | | |
| 28:2 | 28:4 | | | |
| 28:11 | 28:15 | 28:16, 20-21 | FRE 402, FRE 602<br><br>28:17 to 28:19 (Objection, calls for speculation, beyond the scope of the 30(b)(6).) | |
| 28:22 | 28:25 | | | |
| 29:2 | 29:2 | | | |
| 29:4 | 29:8 | | | |
| 29:10 | 29:19 | | | |
| 30:11 | 30:19 | | | |
| 30:22 | 31:3 | | | |
| 31:2 | 31:3 | | | |
| 31:6 | 31:18 | 31:19, 23-25, 32:2 | | |
| 32:3 | 32:6 | | | |
| 32:9 | 32:25 | | | |
| 33:2 | 33:2 | | | |
| 33:5 | 33:5 | | | |
| 39:6 | 39:8 | | | |
| 39:11 | 39:11 | | | |
| 40:21 | 40:24 | | | |
| 41:4 | 41:5 | | | |
| 41:12 | 41:15 | | | |
| 41:18 | 41:24 | | | |
| 42:4 | 42:7 | | | |
| 42:11 | 42:13 | | | |
| 42:17 | 42:21 | | | |
| 42:24 | 42:25 | | | |
| 43:2 | 43:2 | | | |
| 43:5 | 43:5 | | | |
| 60:3 | 60:7 | | | |
| 60:11 | 60:21 | | | |
| 60:24 | 61:3 | | | |
| 61:13 | 61:25 | | | |
| 62:2 | 62:2 | | | |
| 64:9 | 64:13 | | | |
| 64:16 | 64:21 | | | |
| 64:25 | 64:25 | | | |
| 65:2 | 65:4 | | | |
| 65:7 | 65:10 | | | |
| 65:12 | 65:13 | | | |
| 65:15 | 65:15 | | | |
| 66:16 | 66:17 | | | |
| 66:20 | 66:21 | | | |
| 66:23 | 66:25 | | | |
| 67:2 | 67:6 | | | |
| 67:11 | 67:15 | | | |
| 67:23 | 67:24 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 68:3 | 68:4 | | | |
| 68:7 | 68:8 | | | |
| 68:24 | 68:25 | | | |
| 69:2 | 69:13 | | | |
| 69:16 | 69:22 | | | |
| 69:25 | 69:25 | | | |
| 70.2 | 70.2 | | | |
| 71:23 | 71:25 | | | |
| 72:2 | 72:18 | | | |
| 73:11 | 73:22 | | | |
| 74:22 | 74:25 | | | |
| 72:5 | 75:2 | | | |
| 75:5 | 75:6 | 75:7, 9 | FRE 602<br><br>75:3 to 75:4 (Objection, beyond the scope of the 30(b)(6).)<br><br>75:8 to 75:8 (Objection, beyond the scope of the 30(b)(6).) | |
| 75:10 | 75:13 | | | |
| 75:15 | 75:18 | | | |
| 83:2 | 83:4 | | | |
| 83:8 | 83:16 | | | |
| 84:6 | 84:7 | | | |
| 84:19 | 84:25 | | | |
| 85:3 | 85:9 | | | |
| 85:12 | 85:18 | | | |
| 86:2 | 86:13 | | | |
| 88:2 | 88:4 | | | |
| 88:7 | 88:14 | | | |
| 89:13 | 89:23 | | | |
| 90:4 | 90:7 | | | |
| 90:10 | 90:18 | | | |
| 91:7 | 91:9 | | | |
| 91:13 | 91:22 | | | |
| 92:2 | 92:3 | | | |
| 92:19 | 92:25 | | | |
| 93:2 | 93:3 | | | |
| 93:7 | 93:19 | | | |
| 94:2 | 94:9 | | | |
| 94:12 | 94:15 | | | |
| 94:17 | 94:24 | | | |
| 95:3 | 95:4 | | | |
| 96:6 | 96:11 | | | |
| 96:14 | 96:25 | | | |
| 97:2 | 97:2 | | | |
| 97:5 | 97:11 | | | |
| 97:14 | 97:18 | | | |
| 97:21 | 97:22 | | | |
| 99:10 | 99:12 | | | |
| 99:16 | 99:25 | | | |
| 100:2 | 100:10 | | | |
| 100:18 | 100:21 | | | |
| 101:4 | 101:10 | | | |
| 101:15 | 101:25 | | | |
| 102:2 | 102:2 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 102:7 | 102:16 | | | |
| 102:23 | 102:25 | | | |
| 102:24 | 103:2 | | | |
| 103:2 | 103:2 | | | |
| 103:6 | 103:19 | | | |
| 104:13 | 104:15 | | | |
| 104:21 | 104:23 | | | |
| 105:2 | 105:10 | | | |
| 105:16 | 105:23 | | | |
| 106:2 | 106:7 | | | |
| 108:15 | 108:21 | | | |
| 112:15 | 112:17 | | | |
| 112:21 | 112:25 | | | |
| 113:2 | 113:3 | | | |
| 113:6 | 113:7 | | | |
| 113:9 | 113:10 | | | |
| 113:12 | 113:12 | | | |
| 113:14 | 113:21 | | | |
| 114:11 | 114:12 | | | |
| 114:15 | 114:17 | | | |
| 114:19 | 114:21 | | | |
| 114:24 | 114:25 | | | |
| 115:2 | 115:3 | | | |
| 115:7 | 115:16 | | | |
| 115:20 | 115:21 | | | |
| 115:23 | 115:25 | | | |
| 121:22 | 121:25 | | | |
| 122:2 | 122:2 | | | |
| 122:12 | 122:13 | | | |
| 122:16 | 122:17 | | | |
| 122:19 | 122:20 | | | |
| 122:23 | 122:25 | | | |
| 123:2 | 123:2 | | | |
| 124:2 | 124:3 | | | |
| 124:5 | 124:9 | | | |
| 124:12 | 124:15 | | | |
| 124:17 | 124:17 | | | |
| 124:23 | 125:25 | | | |
| 125:2 | 125:2 | | | |
| 125:4 | 125:5 | | | |
| 125:7 | 125:11 | | | |
| 125:14 | 125:14 | | | |
| 125:16 | 125:17 | | | |
| 125:20 | 125:20 | | | |
| 126:18 | 126:22 | | | |
| 126:25 | 126:25 | | | |

## NATALIE GRABARNICK – June 15, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 18:17 | 18:22 | 12:15-25; 13:2-6, 13-17; 13:19-14:5 | | 10:13 to 12:13 |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 19:3 | 19:7 | | | |
| 19:10 | 19:11 | | | |
| 21:17 | 22:12 | | | |
| 22:16 | 22:18 | | | |
| 25:12 | 25:19 | | | |
| 35:24 | 36:5 | | | |
| 36:10 | 36:10 | | | |
| 36:19 | 36:21 | | | |
| 37:2 | 37:2 | | | |
| 37:8 | 37:19 | | | |
| 37:21 | 38:6 | | | |
| 38:24 | 39:8 | | | |
| 39:10 | 39:22 | | | |
| 39:25 | 40:3 | | | |
| 40:6 | 40:7 | | | |
| 40:10 | 40:13 | | | |
| 40:16 | 40:18 | | | |
| 40:22 | 40:23 | | | |
| 41:1 | 41:8 | | | |
| 41:10 | 41:14 | | | |
| 41:19 | 41:23 | | | |
| 42:1 | 42:5 | | | |
| 43:20 | 43:22 | | | |
| 43:24 | 44:7 | | | |
| 44:10 | 44:12 | | | |
| 44:15 | 44:17 | | | |
| 45:16 | 45:18 | | | |
| 45:21 | 45:23 | | | |
| 46:1 | 46:4 | | | |
| 48:13 | 49:11 | | | |
| 49:21 | 50:3 | | | |
| 50:6 | 50:9 | | | |
| 50:12 | 50:25 | | | |
| 51:3 | 51:12 | | | |
| 51:15 | 51:20 | | | |
| 52:2 | 53:7 | | | |
| 53:11 | 54:11 | | | |
| 56:10 | 56:16 | | | |
| 57:2 | 57:6 | | | |
| 57:9 | 57:13 | | | |
| 57:16 | 57:17 | | | |
| 57:20 | 57:22 | | | |
| 57:25 | 57:25 | | | |
| 59:1 | 59:2 | | | |
| 59:6 | 59:10 | | | |
| 59:23 | 59:24 | | | |
| 60:3 | 60:16 | | | |
| 62:2 | 62:3 | | | |
| 62:6 | 62:18 | | | |
| 63:11 | 64:5 | | | |
| 64:9 | 64:10 | | | |
| 64:13 | 64:24 | | | |
| 65:2 | 65:8 | | | |
| 71:6 | 71:17 | | | |
| 71:19 | 72:9 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 72:13 | 72:16 | | | |
| 72:19 | 72:20 | | | |
| 73:2 | 73:6 | | | |
| 73:11 | 73:12 | | | |
| 73:14 | 73:21 | | | |
| 73:24 | 73:25 | | | |
| 75:3 | 75:10 | | | |
| 75:20 | 76:3 | | | |
| 76:13 | 76:20 | | | |
| 77:3 | 77:14 | | | |
| 77:21 | 78:2 | | | |
| 78:7 | 80:9 | | | |
| 80:22 | 81:16 | | | |
| 83:3 | 84:15 | | | |
| 85:19 | 85:21 | | | |
| 85:24 | 86:2 | | | |
| 86:5 | 87:7 | | | |
| 87:23 | 88:6 | | | |
| 88:9 | 88:10 | | | |
| 90:4 | 90:20 | | | |
| 91:22 | 92:11 | | | |
| 92:14 | 93:19 | | | |
| 93:23 | 94:2 | | | |
| 94:9 | 94:24 | | | |
| 95:1 | 95:20 | | | |
| 96:23 | 96:24 | | | |
| 97:2 | 97:4 | | | |
| 97:11 | 97:13 | | | |
| 97:23 | 98:2 | | | |
| 98:6 | 98:16 | | | |
| 101:21 | 101:23 | | | |
| 102:1 | 102:13 | | | |
| 102:18 | 103:2 | | | |
| 103:16 | 104:5 | | | |
| 104:10 | 104:13 | | | |
| 105:22 | 106:4 | | | |
| 106:6 | 106:6 | | | |
| 106:13 | 106:24 | 107:3 | | |
| 107:4 | 107:13 | | | |
| 107:22 | 108:14 | | | |
| 112:8 | 112:15 | | | |
| 112:23 | 113:6 | | | |
| 113:15 | 113:18 | | | |
| 113:20 | 114:4 | | | |
| 114:11 | 114:17 | | | |
| 115:13 | 116:8 | | | |
| 116:12 | 117:9 | | | |
| 117:14 | 118:18 | | | |
| 118:20 | 118:20 | | | |
| 118:23 | 118:24 | | | |
| 119:12 | 119:13 | | | |
| 119:16 | 121:6 | | | |
| 122:2 | 122:18 | | | |
| 122:21 | 122:25 | | | |
| 123:15 | 123:16 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 123:21 | 123:25 | | | |
| 124:3 | 124:4 | | | |
| 124:18 | 124:20 | | | |
| 124:22 | 124:24 | | | |
| 125:13 | 125:22 | | | |
| 125:24 | 126:9 | | | |
| 126:11 | 127:5 | | | |
| 127:17 | 127:19 | | | |
| 127:24 | 128:5 | | | |
| 128:14 | 131:11 | | | |
| 131:13 | 131:20 | | | |
| 131:22 | 133:3 | | | |
| 133:6 | 133:18 | | | |

## SHARON KOCHAN

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 5:8 | 5:12 | | | |
| 8:5 | 8:20 | | | |
| 10:15 | 11:23 | | | |
| 24:9 | 24:10 | | | |
| 24:12 | 24:13 | 24:14-15 | | 24:16-20, 24:22-24, 25:1 |
| 25:2 | 25:3 | | | |
| 25:5 | 25:15 | | | |
| 25:17 | 25:19 | | | |
| 25:21 | 26:7 | | | |
| 27:22 | 27:24 | | | |
| 28:2 | 28:5 | | | |
| 28:8 | 28:8 | | | |
| 31:15 | 31:16 | | | |
| 31:19 | 31:19 | | | |
| 34:21 | 35:1 | | | |
| 35:5 | 35:7 | | | |
| 35:9 | 35:16 | | | |
| 35:19 | 35:22 | | | |
| 37:10 | 37:12 | | | |
| 37:15 | 37:17 | | | |
| 37:21 | 37:22 | | | |
| 37:25 | 38:4 | | | |
| 38:10 | 38:16 | | | |
| 38:18 | 38:24 | | | |
| 39:2 | 39:6 | 39:9; 39:11 | | 39:8 |
| 39:8 | 39:8 | 41:10-20 | FRCP 32(a)(6) | 41:22-25, 42:7-9, 42:12-14, 42:17-24, 43:2 |
| 41:5 | 41:9 | | | |
| 41:22 | 41:25 | | | |
| 55:9 | 55:14 | | | |
| 55:17 | 55:18 | | | |
| 55:20 | 56:12 | | | |
| 56:15 | 57:18 | | | |
| 57:21 | 57:22 | | | |
| 62:15 | 62:16 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 62:19 | 62:19 | | | |
| 64:18 | 64:21 | | | |
| 64:24 | 65:8 | 65:9-10, 19-21; 66:3-4, 7-12 | | 65:22 to 65:23 66:1-66:2 |
| 67:25 | 68:3 | | | |
| 68:6 | 68:9 | | | |
| 68:12 | 68:15 | | | |
| 68:20 | 68:21 | 68:22-23, 25; 69:1, 11-13, 16-18 | FRCP 32(a)(6) | |
| 69:2 | 69:5 | | | |
| 69:8 | 69:11 | | | |
| 100:22 | 101:14 | 101:15-102:4 | | |
| 102:5 | 102:17 | | | |
| 102:20 | 102:24 | | | |
| 103:2 | 103:3 | | | |
| 103:6 | 103:7 | | | |
| 103:12 | 103:13 | 103:14-21 | | |
| 106:4 | 106:14 | | | |
| 108:8 | 109:4 | | | |
| 158:18 | 159:1 | | | |
| 159:6 | 159:24 | | | |
| 160:4 | 160:5 | | | |
| 160:8 | 160:10 | | | |
| 160:13 | 160:18 | | | |
| 160:21 | 161:1 | | | |
| 167:18 | 168:3 | | | |
| 168:6 | 168:9 | | | |
| 168:12 | 168:15 | | | |
| 168:18 | 168:18 | | | |
| 173:10 | 173:16 | 173:17-23; 174:1-10 | | |
| 174:20 | 175:8 | | | |
| 175:11 | 175:14 | 175:15, 18-20; 178:10-15, 18-19 | | 178:24-25, 179:1-4, 179:8-10, 179:13-15, 179:18-20, 179:23 |

## CHRISTOPHER MENGLER – July 31, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 6:17 | 6:20 | | | |
| 22:4 | 22:14 | | | |
| 40:19 | 40:24 | | | |
| 42:17 | 42:23 | | | |
| 43:16 | 43:25 | | | |
| 45:11 | 45:23 | | | |
| 66:3 | 66:6 | | | |
| 66:9 | 66:10 | 66:11-12, 16-17 | | |
| 67:22 | 67:25 | | | |
| 68:10 | 68:17 | | | |
| 74:12 | 74:16 | | | |
| 74:19 | 74:25 | | | |
| 75:2 | 75:13 | | | |
| 75:17 | 75:21 | | | |
| 79:14 | 79:16 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 79:20 | 79:25 | | | |
| 80:13 | 80:17 | | | |
| 80:25 | 80:25 | | | |
| 81:2 | 81:14 | 82:5-9, 11-16, 20-22 | | |
| 84:19 | 84:23 | | | |
| 84:25 | 84:25 | | | |
| 85:2 | 85:4 | 85:5-6, 9-13 | | |
| 85:17 | 85:20 | | | |
| 85:23 | 85:25 | | | |
| 86:2 | 86:4 | 85:5-12 | | 86:13 to 86:14<br>86:16 to 86:25<br>87:2 to 87:4<br>87:7 to 87:7 |
| 92:20 | 92:23 | | | |
| 92:25 | 92:25 | | | |
| 93:2 | 93:7 | | | |
| 93:10 | 93:10 | | | |
| 93:18 | 93:21 | | | |
| 93:24 | 93:25 | | | |
| 94:2 | 94:3 | | | |
| 94:17 | 94:21 | | | |
| 94:23 | 94:25 | | | |
| 95:2 | 95:11 | | | |
| 95:22 | 95:25 | | | |
| 96:2 | 96:2 | | | |
| 96:24 | 96:25 | | | |
| 97:2 | 97:11 | | | |
| 97:21 | 97:24 | | | |
| 109:21 | 109:25 | | | |
| 110:2 | 110:4 | | | |
| 110:10 | 110:13 | | | |
| 112:3 | 112:4 | | | |
| 112:6 | 112:13 | | | |
| 112:16 | 112:24 | | | |
| 113:3 | 113:5 | | | |
| 115:4 | 115:23 | | | |
| 124:4 | 124:6 | | | |
| 124:10 | 124:14 | | | |
| 126:2 | 126:19 | | | |
| 127:12 | 127:17 | | | |
| 127:20 | 127:25 | | | |
| 128:4 | 128:15 | 128:16-20, 24-25;<br>129:2-13 | | |
| 129:14 | 129:16 | | | |
| 129:20 | 129:25 | | | |
| 130:6 | 130:14 | | | |
| 137:23 | 137:25 | | | |
| 138:4 | 138:13 | | | |
| 138:16 | 138:25 | | | |
| 139:4 | 139:11 | | | |
| 139:25 | 139:25 | | | |
| 140:2 | 140:7 | | | |
| 141:10 | 141:25 | | | |
| 142:8 | 142:12 | | | |
| 142:18 | 142:18 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 148:3 | 148:20 | | | |
| 151:24 | 151:25 | | | |
| 152:2 | 152:6 | | | |
| 152:10 | 152:12 | | | |
| 154:20 | 154:25 | | | |
| 155:2 | 155:11 | | | |
| 155:14 | 15517 | 155:18-20, 23-25; 156:2-5 | | |
| 156:6 | 156:15 | | | |
| 156:19 | 156:23 | | | |
| 157:3 | 157:7 | | | |
| 157:10 | 157:16 | | | |
| 157:20 | 157:25 | | | |
| 158:2 | 158:2 | | | |
| 158:6 | 158:14 | | | |
| 158:18 | 158:25 | | | |
| 159:2 | 159:4 | | | |
| 160:12 | 160:25 | | | |
| 161:2 | 161:9 | 161:10-12, 14-23 | | 161:25 to 161:25 162:2 to 162:5 162:8 to 162:13 |
| 162:16 | 162:17 | | | |
| 162:20 | 162:25 | | | |
| 163:2 | 163:2 | | | |
| 163:4 | 163:4 | | | |
| 163:15 | 163:18 | | | |
| 163:22 | 163:25 | | | |
| 164:2 | 164:25 | | | |
| 165:2 | 165:19 | | | |
| 166:16 | 166:19 | | | |
| 167:3 | 167:8 | | | |
| 167:20 | 167:25 | | | |
| 168:2 | 168:8 | | | |
| 168:11 | 168:11 | | | |
| 168:24 | 168:25 | | | |
| 169:2 | 169:2 | | | |
| 169:15 | 169:25 | | | |
| 170:2 | 170:15 | | | |
| 170:17 | 170:17 | | | |
| 171:18 | 171:20 | | | |
| 171:23 | 171:25 | | | |
| 172:2 | 172:2 | | | |
| 172:22 | 172:25 | | | |
| 173:2 | 173:4 | | | |
| 173:7 | 173:8 | | | |
| 173:12 | 173:22 | | | |
| 174:11 | 174:16 | | | |
| 174:19 | 174:25 | | | |
| 175:20 | 175:25 | | | |
| 176:2 | 176:3 | | | |
| 177:6 | 177:15 | | | |
| 177:19 | 177:19 | | | |
| 179:11 | 179:13 | | | |
| 179:16 | 179:23 | | | |
| 180:2 | 180:3 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 181:7 | 181:8 | | | |
| 181:13 | 181:18 | | | |
| 181:23 | 181:25 | | | |
| 182:2 | 182:22 | | | |
| 182:25 | 182:25 | | | |
| 183:2 | 183:3 | | | |
| 183:6 | 183:8 | | | |
| 183:12 | 183:18 | | | |
| 183:21 | 183:25 | | | |
| 184:2 | 184:10 | | | |
| 184:13 | 184:25 | | | |
| 185:2 | 185:2 | | | |
| 185:6 | 185:12 | | | |
| 185:25 | 185:25 | | | |
| 186:2 | 186:13 | | | |
| 186:17 | 186:21 | | | |
| 187:3 | 187:11 | | | |
| 187:17 | 187:21 | | | |
| 188:2 | 188:13 | | | |
| 189:18 | 189:20 | | | |
| 189:22 | 189:25 | | | |
| 190:2 | 190:5 | | | |
| 190:8 | 190:16 | | | |
| 190:19 | 190:22 | | | |
| 191:3 | 191:10 | | | |
| 191:13 | 191:18 | | | |
| 191:21 | 191:22 | | | |

## YOAV REYCHAV – June 18, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 5:13 | 5:16 | | | |
| 5:23 | 6:1 | | | |
| 6:5 | 6:9 | | | |
| 8:20 | 9:15 | | | |
| 9:23 | 10:16 | | | |
| 12:21 | 13:10 | | | |
| 16:12 | 16:19 | | | |
| 17:7 | 18:10 | | | |
| 18:22 | 19:1 | | | |
| 19:7 | 19:14 | | | |
| 22:1 | 22:2 | | | |
| 22:6 | 22:7 | | | |
| 22:13 | 22:18 | | | |
| 24:3 | 24:5 | | | |
| 24:10 | 24:14 | | | |
| 24:16 | 24:19 | | | |
| 27:23 | 27:24 | | | |
| 28:1 | 29:6 | | | |
| 30:13 | 30:14 | | | |
| 30:17 | 30:20 | | | |
| 30:23 | 30:24 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 31:1 | 31:2 | | | |
| 31:4 | 31:6 | | | |
| 31:8 | 31:8 | | | |
| 31:18 | 31:19 | | | |
| 31:22 | 31:25 | | | |
| 32:3 | 32:7 | | | |
| 32:10 | 32:12 | | | |
| 33:12 | 33:15 | | | |
| 33:18 | 3319 | | | |
| 33:21 | 33:24 | | | |
| 34:23 | 34:24 | | | |
| 35:2 | 35:5 | | | |
| 36:4 | 36:9 | | | |
| 36:15 | 36:17 | | | |
| 36:19 | 36:19 | | | |
| 37:24 | 38:1 | | | |
| 38:7 | 38:8 | | | |
| 44:5 | 44:9 | | | |
| 44:18 | 44:25 | | | |
| 45:21 | 47:13 | | | |
| 47:17 | 48:9 | | | |
| 49:8 | 49:13 | | | |
| 49:15 | 49:21 | | | |
| 54:24 | 55:6 | | | |
| 55:10 | 55:21 | | | |
| 56:6 | 56:12 | | | |
| 56:25 | 57:3 | | | |
| 57:6 | 57:8 | | | |
| 58:21 | 59:1 | | | |
| 59:4 | 59:8 | | | |
| 59:11 | 59:13 | | | |
| 59:21 | 59:22 | | | |
| 59:25 | 60:4 | | | |
| 63:11 | 63:16 | | | |
| 63:19 | 64:5 | | | |
| 64:22 | 65:8 | | | |
| 67:5 | 67:15 | | | |
| 67:17 | 67:19 | | | |
| 67:23 | 68:3 | | | |
| 68:25 | 68:25 | | | |
| 69:3 | 69:7 | | | |
| 70:17 | 70:20 | | | |
| 73:12 | 73:21 | | | |
| 74:3 | 74:7 | | | |
| 75:1 | 75:6 | | | |
| 75:9 | 75:17 | | | |
| 76:4 | 76:5 | | | |
| 76:8 | 76:14 | | | |
| 76:17 | 76:22 | | | |
| 76:25 | 77:7 | | | |
| 77:10 | 77:13 | | | |
| 78:13 | 79:2 | | | |
| 81:13 | 82:9 | | | |
| 83:8 | 83:9 | | | |
| 83:12 | 83:23 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 87:14 | 88:6 | | | |
| 88:9 | 88:12 | | | |
| 88:15 | 88:17 | | | |
| 88:20 | 88:23 | | | |
| 89:1 | 89:2 | | | |
| 93:10 | 93:11 | | | |
| 93:14 | 94:11 | | | |
| 94:14 | 94:22 | | | |
| 94:25 | 95:5 | | | |
| 95:10 | 95:12 | | | |
| 95:20 | 96:4 | | | |
| 96:8 | 96:10 | | | |
| 96:13 | 96:13 | | | |
| 97:12 | 97:16 | | | |
| 97:19 | 98:8 | | | |
| 98:12 | 98:17 | | | |
| 100:19 | 100:22 | | | |
| 101:11 | 102:18 | | | |
| 102:21 | 103:14 | | | |
| 107:1 | 107:14 | | | |
| 108:24 | 109:3 | | | |
| 109:6 | 109:6 | | | |
| 109:11 | 110:1 | | | |
| 110:4 | 110:4 | | | |
| 112:18 | 113:1 | | | |
| 113:4 | 113:5 | | | |
| 113:7 | 113:7 | | | |
| 113:10 | 113:13 | | | |
| 113:15 | 113:20 | | | |
| 114:8 | 114:9 | | | |
| 114:12 | 114:12 | | | |
| 115:17 | 116:12 | | | |
| 116:15 | 116:15 | | | |
| 118:23 | 119:15 | | | |
| 119:20 | 119:20 | | | |
| 119:22 | 120:6 | | | |
| 121:21 | 121:23 | | | |
| 122:10 | 123:2 | | | |
| 123:24 | 124:2 | | | |
| 124:13 | 124:18 | | | |
| 124:21 | 125:18 | | | |
| 126:10 | 126:15 | | | |
| 127:1 | 127:13 | | | |
| 129:4 | 129:7 | | | |
| 129:10 | 129:14 | | | |
| 129:17 | 129:21 | | | |
| 129:24 | 130:1 | | | |
| 137:13 | 137:19 | | | |
| 139:6 | 139:7 | | | |
| 139:10 | 139:17 | | | |
| 139:23 | 140:11 | | | |
| 140:14 | 140:15 | | | |
| 140:24 | 141:4 | | | |
| 141:7 | 141:12 | 141:13-14, 17-19, 22-24; 142:2-3 | FRE 602 | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| | | | 141:15 to 141:16 (Objection, beyond the scope of the 30(b)(6), lack of foundation.) | |
| | | | 141:20 to 141:21 (Objection, beyond the scope of the 30(b)(6), calls for speculation.) | |
| | | | 141:25 to 142:1 (Objection, beyond the scope of the 30(b)(6), calls for speculation.) | |
| 152:1 | 152:5 | | | |
| 152:10 | 152:15 | | | |
| 152:17 | 152:20 | | | |
| 152:22 | 153:2 | | | |
| 153:13 | 153:19 | | | |
| 155:4 | 155:9 | | | |
| 155:12 | 155:17 | | | |
| 155:20 | 155:25 | | | |
| 156:3 | 156:14 | | | |
| 158:18 | 159:5 | | | |
| 159:8 | 159:12 | | | |
| 159:15 | 159:16 | | | |
| 160:7 | 160:12 | | | |
| 160:20 | 160:22 | | | |
| 160:25 | 161:5 | | | |
| 161:8 | 161:12 | | | |
| 161:15 | 161:16 | | | |
| 163:20 | 163:21 | | | |
| 163:24 | 165:1 | | | |
| 165:4 | 165:7 | | | |
| 164:10 | 164:11 | | | |
| 165: 24 | 166:9 | | | |
| 166:15 | 166:22 | | | |
| 167:25 | 168:2 | | | |
| 168:6 | 168:8 | | | |

**NICHOLAS TANTILLO – July 27, 2007 Deposition**

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 7:18 | 7:22 | 19:23-21:7 | | |
| 8:2 | 8:5 | | | |
| 11:21 | 11:24 | | | |
| 12:12 | 12:25 | | | |
| 13:2 | 13:15 | | | |
| 14:24 | 14:25 | | | |
| 15:2 | 15:16 | | | |
| 21:22 | 21:25 | | | |
| 22:2 | 22:2 | | | |
| 22:5 | 22:7 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 22:9 | 22:15 | | | |
| 22:25 | 22:25 | | | |
| 23:2 | 23:2 | | | |
| 23:4 | 23:6 | | | |
| 23:8 | 23:10 | | | |
| 23:13 | 23:20 | | | |
| 23:23 | 23:25 | | | |
| 24:4 | 24:5 | | | |
| 24:8 | 24:10 | | | |
| 46:5 | 46:25 | | | |
| 47:2 | 47:25 | | | |
| 48:2 | 48:9 | | | |
| 48:12 | 48:17 | | | |
| 48:20 | 48:21 | | | |
| 48:24 | 48:25 | | | |
| 49:2 | 49:2 | | | |
| 49:6 | 49:7 | | | |
| 50:8 | 50:19 | | | |
| 50:22 | 50:25 | | | |
| 51:2 | 51:3 | | | |
| 51:7 | 51:13 | | | |
| 51:15 | 51:16 | | | |
| 51:19 | 51:25 | | | |
| 52:4 | 52:5 | | | |
| 52:7 | 52:14 | | | |
| 52:17 | 52:21 | | | |
| 52:24 | 52:25 | | | |
| 53:2 | 53:8 | | | |
| 53:12 | 53:14 | | | |
| 53:18 | 53:20 | | | |
| 53:24 | 53:25 | | | |
| 54:2 | 54:21 | | | |
| 55:2 | 55:7 | | | |
| 56:16 | 56:18 | | | |
| 56:21 | 56:24 | | | |
| 57:3 | 57:3 | | | |
| 57:21 | 57:25 | | | |
| 58:2 | 58:3 | | | |
| 58:7 | 58:11 | | | |
| 58:14 | 58:18 | 59:13-15, 20-25; 60:2-15, 20-25 | FRCP 32(a)(6) | |
| 61:2 | 61:3 | | | |
| 61:8 | 61:11 | | | |
| 61:16 | 61:19 | | | |
| 66:2 | 66:22 | | | |
| 67:2 | 67:5 | | | |
| 67:8 | 67:11 | | | |
| 67:14 | 67:16 | | | |
| 67:22 | 67:25 | | | |
| 68:2 | 68:8 | | | |
| 68:11 | 68:25 | | | |
| 69:2 | 69:5 | | | |
| 69:14 | 69:18 | | | |
| 69:24 | 69:25 | | | |
| 70:2 | 70:10 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 70:16 | 70:21 | 70:22, 25; 71:2-7 | | |
| 71:8 | 71:10 | | | |
| 71:14 | 71:19 | | | |
| 71:25 | 71:25 | | | |
| 72:2 | 72:3 | | | |
| 72:8 | 72:13 | | | |
| 72:19 | 72:19 | | | |
| 96:23 | 96:25 | | | |
| 98:2 | 98:8 | 101:11-13, 16-17, 21-22 | FRCP 32(a)(6) FRE 611(b) | |
| 123:12 | 123:13 | | | |
| 123:17 | 123:18 | | | |
| 123:22 | 123:25 | | | |
| 124:5 | 124:7 | | | |
| 124:11 | 124:12 | | | |
| 124:14 | 124:17 | | | |
| 124:21 | 124:21 | | | |
| 127:21 | 127:25 | | | |
| 128:2 | 128:11 | | | |
| 128:15 | 128:15 | | | |

**AMIRA ZEEVI – June 20, 2007 Deposition**

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 6:12 | 7:10 | | | |
| 7:12 | 7:13 | | | |
| 12:15 | 14:9 | | | |
| 14:16 | 15:13 | | | |
| 16:14 | 17:8 | | | |
| 17:10 | 17:11 | 17:12 | | |
| 18:8 | 18:10 | | | |
| 18:13 | 18:19 | | | |
| 18:22 | 18:22 | 22:12-16; 23:5-7; 24:23-25:16; 25:18-26:23 | FRE 611(b) | |
| 30:4 | 30:5 | | | |
| 30:8 | 30:10 | | | |
| 30:12 | 30:20 | 32:1-23 | FRCP 32(a)(6) FRE 611(b) | |
| 33:20 | 33:22 | | | |
| 33:24 | 34:22 | | | |
| 48:3 | 48:13 | | | |
| 48:18 | 48:19 | | | |
| 49:4 | 49:9 | | | |
| 49:23 | 50:10 | | | |
| 61:12 | 61:16 | | | |
| 61:18 | 61:21 | | | |
| 61:23 | 61:24 | | | |
| 62:3 | 62:4 | | | |
| 62:6 | 62:7 | | | |
| 62:14 | 63:4 | | | |
| 63:7 | 63:19 | | | |
| 63:22 | 63:25 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 64:3 | 64:22 | | | |
| 64:25 | 65:8 | | | |
| 65:11 | 65:21 | | | |
| 65:25 | 66:17 | | | |
| 66:20 | 67:2 | | | |
| 67:5 | 67:13 | | | |
| 67:15 | 67:23 | | | |
| 67:25 | 68:5 | | | |
| 68:7 | 68:11 | | | |
| 68:14 | 70:3 | | | |
| 70:9 | 70:11 | | | |
| 71:3 | 71:13 | | | |
| 71:16 | 71:24 | | | |
| 72:1 | 72:10 | 72:11-13, 16-20; 72:23-24 | FRE 402 | |
| 78:25 | 79:24 | | | |
| 80:1 | 80:6 | | | |
| 80:17 | 80:18 | | | |
| 80:20 | 81:5 | | | |
| 81:7 | 81:25 | | | |
| 89:4 | 89:6 | | | |
| 89:8 | 89:12 | | | |
| 97:6 | 97:15 | | | |
| 98:15 | 98:20 | | | |
| 98:23 | 99:5 | | | |
| 99:14 | 100:3 | | | |
| 100:6 | 100:16 | | | |
| 143:1 | 143:7 | | | |
| 143:11 | 143:20 | | | |
| 143:23 | 143:24 | | | |
| 144:1 | 144:7 | | | |
| 146:13 | 147:2 | | | |
| 147:5 | 147:12 | | | |
| 147:14 | 147:15 | | | |
| 147:17 | 147:19 | | | |
| 147:21 | 148:6 | | | |
| 151:15 | 151:16 | | | |
| 151:19 | 151:22 | | | |
| 151:25 | 151:25 | | | |
| 153:5 | 153:22 | | | |
| 154:4 | 154:22 | | | |

## CHARLES DILIBERTI – July 27, 2007 Deposition

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 6:16 | 6:20 | 15:22-25; 16:2-25; 17:2-10 | | |
| 6:24 | 6:25 | | | |
| 7:2 | 7:3 | | | |
| 11:24 | 11:25 | | | |
| 12:2 | 12:25 | | | |
| 13:2 | 13:22 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 18:6 | 18:7 | | | |
| 18:10 | 18:14 | | | |
| 18:17 | 18:21 | | | |
| 19:16 | 19:17 | | | |
| 19:20 | 19:23 | | | |
| 20:2 | 20:9 | | | |
| 20:12 | 20:16 | | | |
| 20:19 | 20:21 | | | |
| 23:20 | 23:24 | | | |
| 24:3 | 24:8 | | | |
| 24:14 | 24:17 | | | |
| 24:20 | 24:25 | | | |
| 25:2 | 25:18 | | | |
| 26:11 | 26:25 | | | |
| 27:2 | 27:5 | | | |
| 27:8 | 27:11 | | | |
| 27:14 | 27:19 | 27:20-21; 27:25; 28:2-6, 10-14 | FRE 701 | |
| 28:15 | 28:17 | | | |
| 28:20 | 28:25 | | | |
| 29:2 | 29:9 | | | |
| 29:12 | 29:25 | | | |
| 30:4 | 30:25 | | | |
| 31:9 | 31:16 | | | |
| 33:14 | 33:25 | | | |
| 34:2 | 34:3 | | | |
| 34:8 | 34:10 | | | |
| 34:17 | 34:25 | | | |
| 35:4 | 35:5 | | | |
| 35:8 | 35:25 | | | |
| 36:2 | 36:25 | | | |
| 37:2 | 37:14 | | | |
| 37:17 | 37:22 | | | |
| 37:24 | 37:25 | | | |
| 38:4 | 38:7 | | | |
| 38:11 | 38:23 | | | |
| 39:2 | 39:2 | | | |
| 39:25 | 39:25 | | | |
| 40:2 | 40:3 | | | |
| 40:11 | 40:21 | | | |
| 40:24: | 40:25 | | | |
| 41:2 | 41:19 | | | |
| 42:8 | 42:10 | | | |
| 42:13 | 42:19 | | | |
| 42:22 | 42:25 | | | |
| 43:2 | 43:18 | | | |
| 43:21 | 43:25 | | | |
| 44:2 | 44:7 | | | |
| 44:10 | 44:17 | | | |
| 45:2 | 45:4 | | | |
| 46:8 | 46:25 | | | |
| 47:5 | 47:11 | | | |
| 53:24 | 53:25 | | | |
| 54:2 | 54:2 | | | |
| 54:5 | 54:7 | | | |

| Designation Start | Designation End | Defendant's Counter-Designations | Plaintiff's Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|
| 54:10 | 54:14 | | | |
| 54:16 | 54:17 | | | |
| 54:19 | 54:25 | | | |
| 55:5 | 55:12 | | | |
| 55:15 | 55:21 | | | |
| 55:24 | 55:25 | | | |
| 56:2 | 56:6 | | | |
| 56:9 | 56:16 | | | |
| 56:19 | 56:22 | | | |

APPENDIX J

Barr Laboratories' Deposition Designations

GREGORY ALCORN

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:20 to 8:22 | | | | |
| 9:2 to 9:4 | | | | |
| 9:16 to 9:21 | | | | |
| 10:3 to 12:2 | | | | |
| 12:18 to 12:21 | | | | |
| 13:4 to 13:17 | | | | |
| 13:24 to 14:5 | | | | |
| 14:10 to 14:11 | | | | |
| 14:20 to 14:23 | | | | |
| 16:2 to 16:17 | | | | |
| 17:9 to 17:14 | | | | |
| 17:23 to 18:6 | | | | |
| 18:19 to 19:2 | | | | |
| 19:5 to 19:18 | | | | |
| 20:2 to 20:21 | | | | |
| 21:2 to 21:7 | | | | |
| 22:3 to 22:7 | | | | |
| 22:9 to 22:23 | | | | |
| 23:6 to 23:8 | | | | |
| 23:11 to 24:5 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 24:9 to 24:12 | | | | |
| 24:14 to 26:17 | | | | |
| 27:6 to 27:9 | | | | |
| 27:17 to 28:2 | | | | |
| 28:21 to 29:7 | | 28:21 to 29:10 | FRE 105, FRE 802 | |
| 29:11 to 29:13 | | 29:11 to 29:16 | FRE 105, FRE 802 | |
| 31:19 to 32:22 | | | | |
| 33:21 to 34:14 | | | | |
| 34:22 to 35:1 | | | | |
| 35:5 to 35:12 | | | | |
| 35:17 to 36:12 | | | | |
| 36:20 to 37:16 | | | | |
| 39:5 to 39:8 | | | | |
| 39:19 to 39:23 | | | | |
| 40:6 to 40:14 | | 42:1 to 43:12 | FRE 105, FRE 802 | |
| 46:5 to 46:7 | 46:8 to 46:9 (Objection to the form of the question: vague.) | | | |
| 46:16 to 46:16 | | 46:10 to 46:16 | | |
| 46:18 to 46:24 | | | | |
| 47:4 to 47:12 | | | | |
| 48:3 to 48:7 | | | | |
| 48:23 to 49:7 | | 48:23 to 50:14 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | 49:11-50:14 Beyond the Scope of the Designation | |
| 50:15 to 50:20 | | | | |
| 50:24 to 51:4 | | 50:24 to 51:4; 51:9 to 52:5; 53:16 to 54:15 | FRE 105, FRE 802 | |
| 52:6 to 52:13 | FRE 602 | 52:6 to 52:19 | FRE 105, FRE 802 | |
| 52:20 to 53:15 | | | | |
| 54:16 to 55:4 | FRE 602 | 54:16 to 55:10 | FRE 105, FRE 802 | |
| 55:11 to 55:14 | | 55:11 to 55:21 | FRE 105, FRE 802 55:15-19 Nonresponsive | |
| 55:22 to 56:8 | | 55:22 to 56:14 | FRE 105, FRE 802 56:9-14 Beyond the Scope of the Designation | |
| 57:17 to 58:3 | | | | |
| 60:13 to 61:22 | FRE 602 | 61:23 to 62:5; | FRE 105, FRE 802 | |
| 62:6 to 62:11 | FRE 602 | 62:13 to 64:10 | FRE 105, FRE 802 | 62:12 |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 64:11 to 65:10 | | | | |
| 66:10 to 66:16 | | | | |
| 66:24 to 67:24 | | | | |
| 68:9 to 68:11 | | | | |
| 68:14 to 68:17 | FRE 106, FRE 802 | 68:14 to 69:7 | FRE 105, FRE 802<br><br>68:21-69:7 Nonresponsive and Beyond the Scope of the Designation | |
| 69:9 to 69:14 | | | | |
| 70:5 to 71:7 | FRE 602, FRE 802 | 71:8 to 71:9 | FRE 105, FRE 802 | |
| Withdrawn | FRE 602 | 72:5 to 72:5 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation. | |
| 72:6 to 73:23 | 73:24 to 74:1 (Objection to the form of the question:  vague)<br><br>FRE 802 | | | |
| 74:9 to 74:19 | FRE 602 | | | |
| 75:6 to 76:11 | FRE 602 | | | |
| 76:16 to 77:6 | | | | |
| 77:10 to 78:1 | FRE 402 | 77:10 to 78:16 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | 78:2-5, 7-13 Nonresponsive | |
| 78:17 to 78:17 | FRE 402 | 78:17 to 79:10; 80:16 to 81:2 | FRE 105, FRE 802 78:23-79:2 Nonresponsive | |
| 81:3 to 81:10 | | | | |
| 81:12 to 82:23 | | | | |
| 83:3 to 83:19 | FRE 802, FRE 602 | 83:20 to 84:2 | FRE 105, FRE 802 | |
| 84:3 to 84:7 | FRE 802, FRE 602 | | | |
| 84:12 to 86:18 | FRE 602, FRE 802 | 86:19 to 87:5 | FRE 105, FRE 802 86:21-22 Nonresponsive | |
| 87:6 to 87:18 | | | | |
| 87:20 to 88:16 | | | | |
| 88:20 to 89:8 | FRE 802 | | | |
| 89:10 to 89:12 | | 89:13 to 89:16 | FRE 105, FRE 802 | |
| 89:17 to 90:19 | FRE 602 | 90:21 to 91:6 | FRE 105, FRE 802 | |
| 91:7 to 92:10 | FRE 602, FRE 802 | | | |
| 92:12 to 93:5 | | | | |
| 93:19 to 93:22 | | | | |
| 93:24 to 94:3 | | | | |
| 94:12 to 94:17 | | | | |
| 94:19 to 95:17 | FRE 602, FRE 802 | | | |
| 95:22 to 96:1 | 96:2 to 96:3 (Objection to the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | form of the question:  asked and answered.)<br><br>FRE 602 | | | |
| 96:20 to 97:7 | FRE 602 | 97:9 to 97:18 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 97:19 to 98:3 | | | | |
| 98:12 to 99:1 | FRE 602 | | | |
| 99:4 to 99:5 | | 99:6 to 99:7 | FRE 105, FRE 802 | |
| 99:9 to 100:5 | | | | |
| 100:14 to 100:17 | | | | |
| 101:7 to 101:14 | | | | |
| 102:8 to 103:17 | FRE 802, FRE 602 | | | |
| 103:22 to 104:20 | FRE 602 | 104:21 to 106:8 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 106:9 to 106:19 | FRE 602 | | | |
| 107:1 to 109:21 | FRE 802 | 109:24 to 110:9 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 111:4 to 111:6 | | | | |
| 111:8 to 111:21 | FRE 802 | 111:22 to 111:23 | FRE 105, FRE 802 | |
| 111:24 to 112:22 | FRE 802 | | | |
| 113:12 to 113:21 | | | | |
| 113:23 to 115:2 | FRE 602 | 115:1 to 115:4 | FRE 105, FRE 802 | 115:5 to 115:8 |
| 115:9 to 115:14 | | | | |
| 116:5 to 116:14 | | | | |
| 116:20 to 118:13 | FRE 802, FRE 602 | 118:14 to 118:17 | FRE 105, FRE 802 | |
| 118:18 to 119:3 | FRE 602, FRE 802 | | | |
| 120:7 to 120:16 | | | | |
| 120:21 to 121:3 | FRE 106, FRE 802 | 120:21 to 121:3; 121:4 to 121:22; 109:24 to 110:9 | FRE 105, FRE 802 | |
| 122:2 to 122:8 | FRE 802 | | | |
| 124:18 to 125:2 | FRE 802 | 125:3 to 125:21 126:9 to 126:17 | FRE 105, FRE 802 | |
| 125:22 to 126:3 | | | | |
| 126:6 to 126:8 | | | | |
| 127:9 to 127:12 | | 128:11 to 128:23 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Beyond the Scope of the Designation | |
| 128:24 to 129:8 | | | | |
| 129:10 to 129:19 | | | | |
| 129:23 to 130:16 | | | | |
| 130:19 to 131:24 | | | | |
| 132:13 to 132:23 | | | | |
| 133:2 to 133:3 | | 133:4 to 133:6 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 133:7 to 133:21 | | 134:2 to 134:4 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 134:5 to 134:8 | | | | |
| 134:10 to 134:12 | | | | |
| 134:14 to 134:18 | | | | |
| 134:20 to 134:21 | | | | |
| 134:23 to 135:4 | | | | |
| 135:6 to 135:8 | | | | |
| 135:10 to 135:11 | | | | |
| 135:15 to 135:21 | | 135:12 to 135:16 | FRE 105, FRE 802 | |
| 135:23 to 135:24 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 136:4 to 136:5 | | 136:6 to 136:11<br><br>136:12 to 137:4 | FRE 105, FRE 802<br><br>136:12-137:4 Beyond the Scope of the Designation | |
| 137:8 to 137:12 | | | | |
| 137:14 to 138:14 | FRE 802 | | | |
| 138:22 to 139:2 | | | | |
| 139:8 to 139:13 | 139:14 to 139:15 (Objection to the form of the question: vague.) | | | |
| 139:16 to 139:19 | | | | |
| 139:21 to 140:9 | | | | |
| 140:19 to 141:3 | | | | |
| 141:6 to 141:8 | | | | |
| 141:12 to 141:24 | 142:1 to 142:2 (Objection to the form of the question: vague.) | | | |
| 142:4 to 142:6 | | | | |
| 142:8 to 143:20 | FRE 602 | | | |
| 144:11 to 144:19 | | | | |
| 145:22 to 146:5 | FRE 602 | | | |
| 147:3 to 147:19 | | | | |
| 147:21 to 148:10 | FRE 602 | | | |
| 148:16 to 149:6 | FRE 602 | | | |
| 149:12 to 150:20 | FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 150:24 to 151:10 | FRE 802, FRE 701 | | | |
| 151:15 to 152:12 | FRE 602, FRE 701, | 152:13 to 153:13 | FRE 105, FRE 802<br><br>Nonresponsive and Beyond the Scope of the Designation | |
| 153:18 to 154:9 | FRE 602 | 154:12 to 155:2 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | 155:3 to 155:8 |
| 159:1 to 159:14 | FRE 802 | | | |
| 159:18 to 159:21 | | | | |
| 159:23 to 160:3 | FRE 602 | 159:23 to 160:10 | FRE 105, FRE 802 | |
| 160:11 to 161:12 | FRE 602 | 161:13 to 161:14 | FRE 105, FRE 802 | |
| 161:15 to 161:18 | FRE 602 | | | |
| 165:16 to 166:19 | FRE 802 | | | |
| 167:4 to 167:23 | | | | |
| 168:4 to 168:16 | FRE 602 | 168:17 to 169:3 | FRE 105, FRE 802 | |
| 169:4 to 170:2 | 170:3 to 170:6<br>(Objection to the form of the question: This is outside the scope of topic 2, as far as to 30(b)(6) in the PET studies.)<br><br>FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 170:10 to 170:15 | | | | |
| 171:2 to 171:3 | 171:4 to 171:5 (Same objection.) FRE 602 | | | |
| 171:8 to 171:9 | | | | |
| 171:11 to 172:7 | 172:8 to 172:9 (Objection. Calls for speculation.) FRE 602, FRE 701 | | | |
| 172:10 to 172:13 | FRE 602, FRE 701 | | | |
| 172:21 to 173:17 | FRE 602 | 168:17 to 169:3 | FRE 105, FRE 802 Beyond the Scope of the Designation | |
| 173:21 to 173:22 | FRE 602 | 173:23 to 174:7 | FRE 105, FRE 802 | |
| 175:2 to 175:24 | FRE 802 | | | |
| 176:2 to 177:19 | FRE 602, FRE 802 | | | |
| 178:2 to 179:6 | FRE 602, FRE 802 | | | |
| 179:11 to 179:13 | | | | |
| 179:16 to 179:22 | | | | |
| 180:1 to 181:4 | FRE 802 | 181:3 to 181:5 | FRE 105, FRE 802 181:5 Beyond the Scope of | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | the Designation | |
| 184:14 to 184:15 | | | | |
| 184:20 to 184:21 | | | | |
| 184:23 to 186:10 | FRE 602, FRE 802 | | | |
| 188:20 to 189:21 | FRE 602 | 189:22 to 190:10 | FRE 105, FRE 802 | |
| 191:23 to 194:17 | FRE 602 | | | |
| 195:4 to 195:16 | | | | |
| 195:18 to 196:15 | FRE 602 | | | |
| 196:19 to 197:3 | 197:4 to 197:5 (Objection to the form of the question:  Outside of the scope of the topic.)  FRE 602 | | | |
| 197:6 to 197:7 | FRE 602 | | | |
| 197:9 to 197:13 | 197:14 to 197:16 (Objection to the form of the question:  calls for speculation. Outside the scope.)  FRE 602 | | | |
| 197:17 to 197:20 | | | | |
| 199:1 to 199:3 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 199:4 to 199:5 (Objection to the form of the question: outside the scope.) | | | |
| 199:9 to 199:10 | FRE 602 | | | |
| 199:12 to 200:2 | FRE 602 | | | |
| 200:17 to 200:18 | 200:19 to 200:20 (Objection to the form of the question: outside the scope  200:8 to 200:9 (Objection to the form of the question: outside the scope.)  FRE 602 | | | |
| 200:23 to 200:23 | FRE 602 | | | |
| 201:1 to 201:2 | 201:3 to 201:4 (Objection to the form of the question: outside the scope.)  FRE 602 | | | |
| 201:7 to 201:7 | FRE 602 | | | |
| 201:9 to 201:10 | 201:11 to 201:12 (Objection to the form of the question: outside the scope.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 201:15 to 201:15 | FRE 602 | | | |
| 202:16 to 202:17 | | | | |
| 202:20 to 203:4 | FRE 802 | | | |
| 203:14 to 203:16 | | 203:5 to 203:13 | FRE 105, FRE 802 | |
| 203:21 to 204:6 | FRE 802 | | | |
| 205:7 to 205:11 | | 205:12 to 205:15 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 205:20 to 205:21 | | | | |
| 206:9 to 206:18 | | 206:19 to 206:23 | FRE 105, FRE 802 | |
| 207:13 to 207:16 | | | | |
| 207:19 to 208:24 | FRE 802 | 209:1 to 209:8 | FRE 105, FRE 802 | |
| 210:3 to 210:4 | | | | |
| 210:11 to 210:20 | | 210:21 to 211:6 | FRE 105, FRE 802 | |
| 211:7 to 211:11 | | | | |
| 211:18 to 212:1 | FRE 802 | | | |
| 212:23 to 213:3 | | 212:2 to 212:22 | FRE 105, FRE 802 | |
| 213:10 to 213:15 | | | | |
| 213:18 to 213:24 | | | | |
| 214:21 to 214:22 | | 214:2 to 214:20; | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 214:21 to 214:24 | | |
| 215:1 to 215:19 | | | | |
| 215:22 to 216:1 | | | | |
| 217:24 to 218:8 | | | | |
| 218:10 to 219:2 | | 218:22 to 219:4 | FRE 105, FRE 802 | |
| 219:6 to 219:10 | | | | |
| 219:14 to 220:2 | | | | |
| 220:5 to 220:16 | | | | |
| 222:12 to 223:1 | FRE 602 | | | |
| 223:5 to 223:19 | | | | |
| 226:3 to 226:3 | | | | |
| 226:9 to 226:12 | | | | |
| 228:4 to 228:13 | FRE 802 | | | |
| 228:21 to 229:7 | FRE 802 | | | |
| 229:20 to 230:14 | FRE 802 | | | |
| 231:7 to 232:15 | FRE 802 | | | |
| 232:17 to 233:4 | FRE 802 | | | |
| 233:19 to 233:24 | | | | |
| 234:3 to 234:9 | | 234:10 to 234:19 | FRE 105, FRE 802  Beyond the Scope of the Designation  234:14-5 Nonresponsive | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | 234:19 Nonresponsive | |
| 234:20 to 235:2 | FRE 602 | | | |
| 237:2 to 237:4 | | | | |
| 237:12 to 237:15 | | | | |
| 237:18 to 238:14 | FRE 802 | | | |
| 238:21 to 239:3 | | | | |
| 239:13 to 239:18 | | 239:19 to 239:23 | FRE 105, FRE 802 | 239:24 to 240:9 |
| 240:20 to 241:2 | | | | |
| 241:9 to 241:17 | | | | |
| 241:22 to 242:17 | FRE 602 | 244:18 to 244:24 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 243:2 to 243:4 | | 243:6 to 243:17 | FRE 105, FRE 802 | |
| 243:18 to 244:5 | | | | |
| 244:14 to 244:17 | | | | |
| 245:21 to 245:21 | | | | |
| 246:3 to 246:4 | | | | |
| 246:6 to 246:15 | | | | |
| 246:18 to 247:18 | | | | |
| 257:9 to 257:10 | | | | |
| 257:13 to 258:10 | 258:12 to 258:13 (Objection to the form of the question:  asked and answered.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602 |  |  |  |
| 258:14 to 258:15 | FRE 602 |  |  |  |
| 260:12 to 261:14 | FRE 802, FRE 602 |  |  |  |
| 261:17 to 262:1 | FRE 602, FRE 802 |  |  |  |
| 262:8 to 262:13 |  |  |  |  |
| 262:20 to 263:4 |  |  |  |  |
| 263:18 to 263:23 |  |  |  |  |
| 264:7 to 264:9 |  |  |  |  |
| 264:11 to 264:12 |  |  |  |  |
| 264:15 to 264:15 |  |  |  |  |
| 264:17 to 264:21 | FRE 802 | 265:13 to 265:17 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation |  |
| 265:18 to 265:20 |  |  |  |  |
| 265:23 to 266:11 |  |  |  |  |
| 266:19 to 266:21 |  | 266:22 to 267:4 | FRE 105, FRE 802 |  |
| 268:9 to 268:16 |  | 268:18 to 268:20 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation |  |
| 268:21 to 268:23 |  | 268:24 to 269:19 | FRE 105, FRE 802 |  |
| 269:20 to 270:12 |  |  |  |  |
| 270:22 to 271:6 |  | 271:7 to 271:10 | FRE 105, FRE 802 |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 271:11 to 272:13 | FRE 802 | 272:13 to 272:17 | FRE 105, FRE 802<br><br>272:14-17 Nonresponsive and Beyond the Scope of the Designation | |
| 271:15 to 272:9 | | | | |
| 272:18 to 273:2 | 273:3 to 273:4<br>(Objection to the form of the question: asked and answered.) | | | |
| 273:5 to 273:10 | FRE 602 | | | |
| 273:12 to 273:23 | | | | |
| 274:1 to 274:2 | | | | |
| 274:6 to 274:8 | | | | |
| 274:10 to 275:1 | FRE 602 | | | |
| 275:10 to 275:16 | | | | |
| 278:9 to 279:19 | FRE 602, FRE 802 | 275:17 to 276:18 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 279:21 to 279:22 | | | | |
| 279:24 to 279:24 | | | | |
| 280:2 to 280:3 | | | | |
| 280:5 to 280:6 | | | | |
| 280:8 to 280:11 | | | | |
| 280:13 to 281:6 | FRE 802 | 281:7 to 281:22 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 281:23 to 282:2 | | | | |
| 282:14 to 282:15 | | | | |
| 282:17 to 282:18 | | | | |
| 282:20 to 283:4 | | 283:5 to 284:5; <br><br> 284:9 to 284:10; <br><br> 284:16 to 285:7 | FRE 105, FRE 802 | 285:14 to 285:19 |
| 285:8 to 285:13 | | | | |
| 296:8 to 296:9 | | | | |
| 296:16 to 296:16 | | | | |
| 296:20 to 297:9 | FRE 602 | | | |
| 298:1 to 298:20 | FRE 602, FRE 802 | | | |
| 299:7 to 300:12 | FRE 602 | | | |
| 301:3 to 301:4 | | | | |
| 301:6 to 301:7 | | 301:9 to 301:11 | FRE 105, FRE 802 <br><br> Beyond the Scope of the Designation | |
| 301:12 to 302:22 | FRE 602, FRE 802 | | | |
| 303:11 to 303:22 | | | | |
| 303:24 to 304:1 | | | | |
| 304:3 to 304:4 | 304:9 to 304:13 (This document appears to be outside the scope of topic | 304:6 to 304:8 | FRE 105, FRE 802 <br><br> Beyond the Scope of the |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | number 2, and questions related to it will be outside the scope.)  FRE 602, FRE 701 | | Designation | |
| 304:20 to 305:10 | 304:9 to 304:13 (This document appears to be outside the scope of topic number 2, and questions related to it will be outside the scope.)  FRE 602 | | | |
| 305:12 to 305:22 | 304:9 to 304:13 (This document appears to be outside the scope of topic number 2, and questions related to it will be outside the scope.) | | | |
| 305:24 to 306:1 | | | | |
| 306:3 to 306:4 | | | | |
| 306:6 to 306:10 | | | | |
| 306:14 to 306:17 | | | | |
| 308:16 to 308:17 | | | | |
| 308:19 to 308:20 | | | | |
| 308:22 to 308:24 | | 309:2 to 309:4 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Beyond the Scope of the Designation | |
| 309:5 to 310:8 | | | | |
| 310:10 to 310:23 | FRE 602 | | | |
| 312:2 to 313:1 | | | | |
| 313:18 to 314:7 | | | | |
| 314:9 to 314:10 | | | | |
| 314:12 to 314:13 | | 314:15 to 314:17 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 314:18 to 315:9 | | | | |
| 315:12 to 316:4 | FRE 802 | | | |
| 316:11 to 316:21 | FRE 802 | 316:22 to 317:5 | FRE 105, FRE 802 | 317:6 to 317:10 |
| 317:11 to 317:11 | | | | |
| 317:14 to 318:7 | FRE 602, FRE 802 | | | |
| 318:9 to 318:10 | | | | |
| 319:9 to 319:10 | | | | |
| 319:12 to 319:13 | | | | |
| 319:15 to 319:17 | | 319:20 to 319:22 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 319:23 to 320:1 | | | | |
| 320:7 to 320:23 | FRE 602 | | | |
| 321:8 to 321:17 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 322:2 to 322:16 | FRE 602 | | | |
| 322:18 to 322:22 | FRE 802 | | | |
| 322:24 to 322:24 | | | | |
| 323:3 to 324:3 | FRE 802 | | | |
| 324:5 to 324:7 | | | | |
| 324:20 to 324:22 | FRE 802 | | | |
| 324:24 to 325:7 | FRE 802 | | | |
| 325:10 to 325:16 | FRE 802 | | | |
| 325:18 to 325:19 | | | | |
| 325:21 to 325:23 | | 326:1 to 326:3 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 326:4 to 326:12 | | | | |
| 326:15 to 327:5 | FRE 602, FRE 802 | 327:6 to 327:8 | FRE 105, FRE 802 | |
| 327:13 to 327:13 | | | | |
| 327:16 to 327:16 | | | | |
| 327:24 to 328:12 | FRE 802 | 328:13 to 328:23 | FRE 105, FRE 802 | |
| 331:16 to 331:17 | | | | |
| 331:19 to 331:20 | | | | |
| 331:22 to 331:23 | | 332:1 to 332:4 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 332:5 to 332:13 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 332:21 to 333:17 | | | | |
| 334:1 to 334:16 | | | | |
| 334:20 to 334:23 | | | | |
| 335:13 to 336:3 | | | | |
| 336:8 to 338:1 | FRE 802 | 338:2 to 338:17 | FRE 105, FRE 802 | |
| 338:18 to 339:5 | FRE 602, FRE 802 | | | |
| 339:19 to 340:1 | | | | |
| 340:7 to 340:17 | FRE 602 | | | |
| 346:10 to 346:11 | | | | |
| 346:15 to 347:1 | | | | |
| 347:3 to 347:14 | | | | |
| 347:17 to 347:19 | 347:20 to 347:21 (Objection to the form of the question: vague.) FRE 602 | | | |
| 347:22 to 347:23 | FRE 602 | | | |
| 348:1 to 348:5 | | | | |
| 348:21 to 349:2 | 349:3 to 349:5 (Objection to the form of the question: outside the scope of topic number 2, and you can answer in your) FRE 602 | | | |
| 349:7 to 349:8 | | 349:10 to 349:23 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  |  |  |  |  |

**MARC S. BERRIDGE – 8/3/07**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 6:4 to 7:7 |  |  |  |  |
| 20:6 to 20:13 |  |  |  |  |
| 20:16 to 20:19 | 20:20 to 20:21 (Objection to the form of the question: vague, calls for a legal conclusion) |  |  |  |
| 21:1 to 21:5 | 21:6 to 21:6 (Objection to the form of the question: vague) FRE 602; FRE 802 |  |  |  |
| 21:7 to 21:8 | FRE 602; FRE 802 |  |  |  |
| 21:10 to 21:16 | 21:17 to 21:17 Objection to the form of the question: compound) |  |  |  |
| 21:18 to 21:19 |  |  |  |  |
| 21:25 to 22:4 |  |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 23:5 to 23:25 | | | | |
| 24:2 to 24:15 | | | | |
| 26:14 to 26:15 | FRE 402 | | | |
| 26:17 to 26:18 | FRE 402 | | | |
| 26:23 to 27:2 | FRE 402 | | | |
| 27:12 to 27:14 | 27:15 to 27:1 (Objection to the form of the question: calls for speculation.)<br><br>FRE 402 | | | |
| 27:16 to 27:16 | FRE 402 | | | |
| 27:21 to 27:22 | FRE 402 | | | |
| 28:5 to 28:16 | FRE 402 | | | |
| 28:19 to 29:1 | 29:2 to 29:2 (Objection to the form of the question: compound) | | | |
| 29:3 to 29:3 | | | | |
| 29:5 to 29:18 | | 29:19 to 29:24 | | |
| 30:1 to 30:15 | | | | |
| 30:24 to 31:6 | 31:7 to 31:8 (Objection to the form of the question: calls for speculation, asked and answered)<br><br>FRE 602 | 30:16 to 30:22 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 31:9 to 31:10 | FRE 602 | | | |
| 31:12 to 31:15 | FRE 602 | 31:16 to 32:2<br>32:12 to 32:20 | FRE 105, FRE 602, FRE 802 | |
| 33:7 to 33:17 | | | | |
| 33:21 to 33:24 | | | | |
| 34:6 to 34:10 | | | | |
| 35:2 to 35:8 | | | | |
| 35:16 to 35:17 | | | | |
| 35:22 to 36:11 | 36:12 to 36:12<br>(Objection to the form of the question: vague) | | | |
| 36:13 to 36:14 | | 36:16 to 36:18 | | |
| 38:17 to 38:25 | | 37:12 to 37:18 | FRE 105, FRE 802 | |
| 40:6 to 40:16 | | | | |
| 40:19 to 40:21 | 40:22 to 40:23<br>(Objection to the form of the question: vague. The document speaks for itself) | | | |
| 40:24 to 41:3 | | | | |
| 41:5 to 41:7 | 41:8 to 41:8<br>(Objection to the form of the question: vague.) | | | |
| 41:9 to 41:10 | | | | |
| 41:12 to 41:14 | 41:15 to 41:1 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  vague.) | | | |
| 41:17 to 41:17 | | | | |
| 41:21 to 41:23 | | | | |
| 41:24-42:1 | | | | |
| 42:3-42:11 | FRE 602, FRE 802 | | | |
| 42:12 to 43:4 | | | | |
| 43:8 to 43:10 | 43:11 to 43:12 (Objection to the form of the question:  calls for speculation, calls for expert testimony.)  FRE 702 | | | |
| 43:13 to 43:15 | | | | |
| 43:17 to 43:18 | 43:19 to 43:20 (Objection to the form of the question:  calls for speculation, calls for expert testimony.)  FRE 702 | | | |
| 43:22 to 43:22 | 43:23 to 43:23 (Objection to the form of the question:  calls for speculation, calls for expert testimony.)  FRE 702 | | | |
| 43:24 to 44:2 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 44:15 to 45:13 | | 46:15 to 48:7<br>49:10 to 49:17 | FRE 105, FRE 802<br>Beyond the Scope of the Designation | |
| 49:21 to 49:21 | | | | |
| 50:19 to 50:23 | 50:24 to 50:24<br>(Objection to the form of the question:  vague.) | | | |
| 50:25 to 50:25 | | | | |
| 51:2 to 51:3 | | | | |
| 51:13 to 51:16 | 51:17 to 51:17<br>(Objection to the form of the question:  vague.) | | | |
| 51:18 to 51:19 | | | | |
| 51:21 to 52:7 | | 52:9 to 52:23 | | |
| 53:24 to 54:4 | | 54:5 to 54:6 | | |
| 54:8 to 55:2 | 55:3 to 55:3<br>(Objection to the form of the question:  vague.) | | | |
| 55:4 to 55:4 | | | | |
| 55:6 to 55:19 | | | | |
| 56:4 to 56:11 | 56:12 to 56:12<br>(Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague.) | | | |
| 56:13 to 56:15 | | | | |
| 56:17 to 57:8 | | | | |
| 57:10 to 58:5 | | | | |
| 58:8 to 58:21 | 58:22 to 58:22 (Objection to the form of the question: calls for speculation.) | | | |
| 58:23 to 58:23 | | | | |
| 60:6 to 60:7 | | | | |
| 60:10 to 60:14 | 60:19 to 60:19 (Objection to the form of the question: vague.) | 60:15 to 60:18 | | |
| 60:23 to 61:13 | | | | |
| 61:21 to 62:4 | | | | |
| 62:6 to 62:12 | FRE 106 | 62:13 to 62:23 | | |
| 62:24 to 63:1 | | | | |
| 63:3 to 63:7 | | | | |
| 63:11 to 63:14 | | | | |
| 63:17 to 63:18 | | | | |
| 63:22 to 64:3 | | 64:4 to 64:9 | | |
| 64:10 to 64:17 | | | | |
| 67:7 to 67:15 | | 66:18 to 66:25 | FRE 105, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 67:23 to 68:1 | | | | |
| 68:7 to 68:8 | | | | |
| 70:24 to 71:4 | 71:5 to 71:6 (Objection to the form of the question: calls for speculation, calls for expert testimony.) | | | |
| 71:7 to 71:7 | | | | |
| 71:9 to 71:14 | 71:15 to 71:16 (Objection to the form of the question: vague, calls for speculation.) | | | |
| 71:17 to 71:18 | | | | |
| 74:23 to 75:16 | FRE 701 | | | |
| 76:4 to 76:4 | 76:5 to 76:5 (Objection to the form of the question: calls for speculation.) | 75:21 to 76:3 | | |
| 76:6 to 76:7 | | | | |
| 76:9 to 76:10 | | | | |
| 76:25 to 77:9 | 77:10 to 77:10 (Objection to the form of the question: vague.) | | | |
| 77:11 to 77:13 | | | | |
| 78:6 to 78:11 | | 77:15 to 77:24 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 78:18 to 79:5 | | 79:6 to 79:15 | FRE 105, FRE 802 | |
| 79:16 to 80:21 | 80:22 to 80:23 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: calls for expert testimony.) | | | |
| 80:24 to 80:25 | | | | |
| 81:7 to 81:9 | FRE 602; FRE 702 | | | |
| 81:14 to 81:23 | 81:24 to 81:25 (Objection to the form of the question: calls for speculation, calls for expert testimony, incomplete hypothetical.) FRE 602; FRE 702 | | | |
| 82:1 to 82:7 | | | | |
| 83:4 to 83:15 | | 83:16 to 84:2 | | |
| 84:3 to 85:4 | | 85:5 to 85:20 | | |
| 85:21 to 85:24 | | | | |
| 86:1 to 86:19 | 86:20 to 86:20 (Objection to the form of the question: calls for speculation.) FRE 602 | | | |
| 86:21 to 86:22 | | | | |
| 86:24 to 87:3 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 87:19 to 87:22 | | | | |
| 88:3 to 88:14 | 88:15 to 88:15 (Objection to the form of the question: calls for speculation.) | | | |
| 88:16 to 88:18 | | | | |
| 89:12 to 89:16 | FRE 402 | | | |
| 89:19 to 90:9 | 90:10 to 90:10 (Objection to the form of the question: vague.) | | | |
| 90:11 to 90:12 | | | | |
| 90:14 to 90:18 | 90:19 to 90:19 (Objection to the form of the question: vague.) | | | |
| 90:20 to 90:21 | | | | |
| 90:23 to 91:1 | | | | |
| 93:7 to 93:9 | | | | |
| 93:11 to 93:24 | 93:25 to 93:25 (Objection to the form of the question: vague.) | | | |
| 94:1 to 94:3 | | | | |
| 94:14 to 94:21 | | | | |
| 95:2 to 95:3 | 95:4 to 95:4 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  vague.) | | | |
| 95:5 to 95:5 | | | | |
| 95:7 to 95:8 | | | | |
| 96:10 to 96:19 | 96:20 to 96:21 (Objection to the form of the question: vague and compound) | | | |
| 96:22 to 96:23 | | | | |
| 96:25 to 97:3 | | | | |
| 97:21 to 97:23 | | | | |
| 98:3 to 98:4 | 98:5 to 98:5 (Objection to the form of the question:  vague.) | | | |
| 98:6 to 98:6 | | | | |
| 98:8 to 98:17 | 98:18 to 98:19 (Objection to the form of the question:  compound and vague.) | | | |
| 98:20 to 98:21 | | | | |
| 99:6 to 99:13 | | | | |
| 99:21 to 99:23 | | | | |
| 101:22 to 101:23 | | | | |
| 101:25 to 102:14 | | | | |
| 103:10 to 103:18 | | | | |
| 103:20 to 104:11 | | | | |
| 104:13 to 104:18 | | 104:19 to 104:24 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 104:25 to 105:17 | 105:18 to 105:19 (Objection to the form of the question: vague; calls for speculation, calls for expert testimony.) | | | |
| 105:20 to 106:2 | | | | |
| 106:4 to 106:9 | 106:10 to 106:10 (Objection to the form of the question: vague.) | | | |
| 106:11 to 106:15 | | | | |
| 106:17 to 106:22 | | | | |
| 107:5 to 107:15 | | 107:16 to 107:21 | FRE 105, FRE 802 | |
| 108:2 to 108:10 | | 107:23 to 108:1 | | |
| 109:25 to 110:1 | 110:2 to 110:2 (Objection to the form of the question:  vague.) | 109:6 to 109:24 | | |
| 110:4 to 110:4 | 110:5 to 110:6 (Objection to the form of the question:  vague, calls for speculation, calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony.) | | | |
| 110:7 to 110:8 | | 112:10 to 113:19 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 113:21 to 113:22 | 113:23 to 113:23 (Objection to the form of the question: vague.) | | | |
| 113:25 to 113:25 | 114:1 to 114:1 (Objection to the form of the question: vague.) | | | |
| 114:2 to 114:3 | | | | |
| 114:5 to 114:18 | | 114:19 to 114:22 | | |
| 114:24 to 115:13 | 115:14 to 115:14 (Objection to the form of the question: vague.) | | | |
| 115:15 to 115:15 | | | | |
| 116:24 to 117:6 | 117:7 to 117:7 (Objection to the form of the question: vague.) | | | |
| 117:8 to 117:15 | | | | |
| 118:9 to 118:20 | | | | |
| 118:25 to 119:8 | | | | |
| 119:15 to 119:16 | | 119:10 to 119:11 | | |
| 119:18 to 119:18 | | | | |
| 121:12 to 121:24 | | | | |
| 122:12 to 122:14 | 122:15 to 122:15 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  vague.) | | | |
| 123:11 to 123:13 | | | | |
| 123:19 to 123:22 | 123:23 to 123:24 (Objection to the form of the question:  vague; compound.) | | | |
| 123:25 to 124:3 | | | | |
| 124:5 to 124:6 | 124:7 to 124:7 (Objection to the form of the question:  vague.) | | | |
| 124:8 to 124:8 | | | | |
| 124:10 to 124:16 | | | | |
| 125:21 to 125:25 | | | | |
| 126:2 to 126:18 | 126:19 to 126:19 (Objection to the form of the question:  vague.) | | | |
| 126:20 to 126:24 | FRE 602 | | | |
| 127:1 to 127:2 | | | | |
| 128:24 to 129:7 | | | | |
| 129:18 to 129:20 | | 129:22 to 129:22; 129:24 to 130:2 | FRE 105, FRE 802 | |
| 130:3 to 130:8 | | | | |
| 132:9 to 132:24 | | 132:25 to 133:21 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 133:25 to 134:4 | | 134:16 to 134:24 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 134:25 to 136:9 | | | | |
| 138:22 to 139:1 | | | | |
| 139:5 to 140:12 | 140:13 to 140:13 (Objection to the form of the question: vague.) | | | |
| 140:14 to 140:15 | | | | |
| 140:17 to 140:25 | | | | |
| 141:1 to 141:11 | 141:12 to 141:12 (Objection to the form of the question: vague.) | | | |
| 141:14 to 141:16 | 141:17 to 141:18 (Objection to the form of the question: lack of foundation, calls for speculation.) | | | |
| 141:19 to 141:21 | | | | |
| 141:23 to 141:24 | 141:25 to 142:1 (Objection to the form of the question: lack of foundation, calls for speculation.) | | | |
| 142:2 to 142:2 | | | | |
| 142:4 to 142:5 | 142:6 to 142:6 (Objection to the form of the question: lack of foundation.) | | | |
| 142:7 to 142:7 | | | | |
| 142:9 to 142:11 | 142:12 to 142:12 (Objection to the form of the question: calls for speculation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 142:13 to 142:14 | | | | |
| 142:16 to 143:4 | 143:5 to 143:5 (Objection to the form of the question: vague.) | | | |
| 143:6 to 143:8 | | | | |
| 143:10 to 143:18 | 143:19 to 143:19 (Objection to the form of the question: vague.) | | | |
| 143:20 to 143:21 | | | | |
| 143:23 to 144:2 | 144:3 to 144:3 (Objection to the form of the question) | | | |
| 144:5 to 144:8 | 144:9 to 144:10 (Objection to the form of the question: calls for speculation, calls for expert testimony.) | | | |
| 144:11 to 144:12 | | | | |
| 144:14 to 144:16 | | 144:17 to 144:19 | | |
| 144:20 to 144:25 | 145:1 to 145:1 (Objection to the form of the question: vague.) | | | |
| 145:2 to 145:4 | | 145:6 to 145:16 | | |
| 145:18 to 145:25 | 146:1 to 146:2 (Objection to the form of the question: vague; compound, | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | calls for speculation.) |  |  |  |
| 146:3 to 146:5 |  |  |  |  |
| 146:7 to 146:9 |  |  |  |  |
| 146:25 to 147:25 | 148:1 to 148:1 (Objection to the form of the question: vague.) |  |  |  |
| 148:3 to 148:3 | 148:4 to 148:4 (Objection to the form of the question: compound) |  |  |  |
| 148:5 to 148:9 |  | 148:10 to 148:13 |  |  |
| 150:3 to 150:8 |  | 148:21 to 150:2 |  |  |
| 150:21 to 151:19 |  | 151:24 to 152:3 152:14 to 152:24 153:1 to 153:4 | FRE 105, FRE 802, Beyond the Scope of the Designation |  |
| 153:13 to 153:20 |  | 153:21 to 153:24 154:4 to 154:4 | FRE 105, FRE 802, Beyond the Scope of the Designation |  |
| 154:10 to 154:21 |  | 154:22 to 154:24 |  |  |
| 156:16 to 156:21 |  |  |  |  |
| 157:6 to 157:14 |  |  |  |  |
| 157:25 to 158:1 | 158:2 to 158:2 (Objection to the form of the |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague.) | | | |
| 158:3 to 158:4 | | 158:6 to 158:9 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 158:11 to 158:14 | 158:15 to 158:15 (Objection to the form of the question: vague.) | | | |
| 158:16 to 158:18 | | | | |
| 158:20 to 159:11 | 159:12 to 159:13 (Objection to the form of the question:  vague; calls for speculation.) | | | |
| 159:14 to 159:14 | | | | |
| 159:16 to 160:10 | 160:11 to 160:11 (Objection to the form of the question:  asked and answered.) | | | |
| 160:12 to 160:15 | | 160:17 to 160:22 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 160:24 to 161:18 | | 161:19 to 162:19 | FRE 105, FRE 602, FRE 802, Beyond the Scope of the Designation | |
| 163:2 to 163:19 | FRE 701 | | | |
| 164:21 to 165:5 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 165:7 to 165:11 | FRE 402 | 165:12 to 165:16<br>165:24 to 165:25 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 166:1 to 166:11 | FRE 402 | | | |
| 166:20 to 166:20 | 166:21 to 166:22<br>(Objection to the form of the question: calls for expert testimony.) | | | |
| 166:23 to 166:24 | | | | |
| 167:1 to 167:1 | 167:2 to 167:3<br>(Objection to the form of the question: calls for expert testimony; calls for speculation) | | | |
| 167:4 to 167:4 | | | | |
| 167:6 to 167:10 | 167:11 to 167:12<br>(calls for speculation; expert testimony.) | | | |
| 167:13 to 167:15 | | | | |
| 167:17 to 167:19 | 167:20 to 167:21<br>(Objection to the form of the question: vague; compound) | | | |
| 167:22 to 168:1 | | | | |
| 168:3 to 169:3 | | 169:4 to 169:10 | FRE 105, FRE 602, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 169:12 to 169:24 | | 169:25 to 170:2 | | |
| 170:3 to 172:8 | 172:9 to 172:10 (Objection to the form of the question: asked and answered; calls for speculation; expert testimony.) | | | |
| 172:11 to 172:12 | | | | |
| 173:20 to 173:25 | 174:1 to 174:2 (Objection to the form of the question: calls for speculation; incomplete hypothetical; calls for expert testimony.) | 172:14 to 173:18 | | |
| 174:3 to 174:3 | | | | |
| 174:11 to 174:13 | 174:14 to 174:15 (Objection to the form of the question: calls for speculation and expert testimony.) | | | |
| 174:16 to 174:17 | | | | |
| 174:19 to 174:20 | 174:21 to 174:22 (Objection to the form of the question: calls for speculation; expert testimony.) | | | |
| 174:23 to 174:24 | | | | |
| 175:1 to 175:1 | 175:2 to 175:2 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  asked and answered.) | | | |
| 175:3 to 175:5 | | | | |
| 175:7 to 175:18 | 175:19 to 175:19 (Objection to the form of the question:  vague.) | | | |
| 175:20 to 175:20 | | | | |
| 175:22 to 176:8 | | 176:10 to 176:11 | | |
| 176:12 to 176:16 | | | | |
| 177:17 to 177:19 | | 177:20 to 177:25 | FRE 105, FRE 802, Beyond the Scope of the Designation (177:22-25) | |
| 178:5 to 178:8 | 178:9 to 178:9 (Objection to the form of the question:  vague.) | | | |
| 178:10 to 178:11 | | | | |
| 178:13 to 178:19 | | | | |
| 178:24 to 178:24 | 178:25 to 178:25 (Objection to the form of the question: vague.) | | | |
| 179:1 to 179:17 | 179:18 to 179:19 (Objection to the form of the question:  lack of foundation, calls for speculation.) | | | |
| 179:20 to 179:21 | | 179:23 to 180:5 | FRE 105, FRE 602, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 180:13 to 180:19 | 180:20 to 180:21 (Objection to the form of the question:  lack of foundation; calls for speculation.) | | | |
| 180:22 to 180:24 | | | | |
| 181:1 to 181:6 | 181:7 to 181:7 (Objection to the form of the question: calls for speculation.) | | | |
| 181:8 to 181:8 | | | | |
| 181:10 to 181:16 | | 181:25 to 182:3 | | |
| 182:5 to 182:6 | | | | |
| 183:2 to 183:4 | | | | |
| | | | | |

**MARC S. BERRIDGE – 2/21/08**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 4:10 to 4:14 | | | | |
| 4:18 to 5:10 | | | | |
| 5:18 to 5:23 | | | | |
| 6:2 to 6:5 | | | | |
| 6:14 to 6:14 | | | | |
| 6:17 to 7:9 | | | | |
| 7:12 to 8:8 | 8:9 to 8:9 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  vague.) | | | |
| 8:11 to 8:14 | 8:15 to 8:15 (Objection to the form of the question:  vague.) | | | |
| 8:18 to 8:19 | | 8:17 to 8:17 | | |
| 8:21 to 8:22 | 8:23 to 8:23 (Objection to the form of the question:  vague.) | | | |
| 9:1 to 9:9 | | | | |
| 11:10 to 11:17 | | 11:18 to 11:20 | FRE 105, FRE 802 | |
| 11:21 to 12:2 | | | | |
| 12:4 to 12:5 | 12:6 to 12:6 (Objection to the form of the question:  vague.) | | | |
| 12:8 to 12:8 | | | | |
| 12:10 to 12:19 | | 12:20 to 13:14 | FRE 105, FRE 802 | |
| 13:20 to 13:22 | 13:23 to 13:23 (Objection to the form of the question:  compound.) | | | |
| 14:5 to 14:17 | | 14:20 to 15:6 | FRE 105, FRE 802 | |
| 15:7 to 15:8 | 15:9 to 15:9 (Objection to the form of the question:  vague.) | | | |
| 15:11 to 15:11 | | | | |
| 15:13 to 15:14 | 15:15 to 15:15 (Objection to the form of the question: | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | vague.) | | | |
| 15:17 to 15:17 | | | | |
| 15:19 to 16:12 | | | | |
| 18:3 to 18:4 | | | | |
| 18:8 to 18:17 | 18:18 to 18:18 (Objection to the form of the question: vague.) | 18:5 to 18:7 | | |
| 19:4 to 19:9 | 19:10 to 19:10 (Objection to the form of the question: vague.) | 19:1 to 19:3 | | |
| 19:12 to 19:12 | | | | |
| 19:14 to 19:15 | | | | |
| 26:4 to 26:5 | | | | |
| 26:7 to 26:10 | | | | |
| 26:13 to 26:17 | | | | |
| 27:17 to 28:4 | | | | |
| 28:12 to 28:19 | | 28:20 to 28:23 | FRE 105, FRE 802 | |
| 29:15 to 30:4 | | | | |
| 30:14 to 30:18 | | | | |
| 30:22 to 31:2 | | 31:3 to 31:8 | FRE 105, FRE 802 | |
| 31:9 to 31:23 | | 31:24 to 32:15 | | |
| 32:17 to 32:20 | | | | |
| 37:24 to 38:6 | | 34:17 to 37:23 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 38:19 to 39:1 | | | | |
| 39:3 to 39:4 | | | | |
| 39:6 to 39:7 | | | | |
| 39:15 to 40:9 | | | | |
| 42:4 to 42:12 | | | | |
| 42:14 to 43:10 | | | | |
| 43:16 to 43:17 | | | | |
| 43:19 to 44:6 | | 44:7 to 44:11 | FRE 105, FRE 802 | |
| 44:16 to 44:19 | 44:20 to 44:20 (Objection to the form of the question: vague.) | | | |
| 44:22 to 45:13 | | 45:14 to 45:18 | | |
| 45:19 to 46:7 | | | | |
| 46:21 to 46:22 | 46:18 to 46:19 (Objection to the form of the question: vague; lack of foundation.) | 46:12 to 46:19 | FRE 105, FRE 802 | |
| 46:24 to 47:11 | | 47:12 to 47:18 48:20 to 48:23 49:7 to 49:8 49:10 to 49:12 49:17 to 50:4 | FRE 105, FRE 802 Non-Responsive | |
| 53:15 to 53:18 | | 51:14 to 51:16 52:2 to 52:8 52:10 to 52:13 | FRE 105, FRE 802 Non-Responsive | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 52:21 to 53:5 <br> *********** <br> 106:23 to 108:7 | | |
| 59:20 to 59:23 | 59:24 to 60:2 <br> (Objection to the form of the question:  asked and answered; incomplete hypothetical; vague and lack of foundation.) | | | |
| 60:9 to 60:13 | | 60:7 to 60:8 | FRE 105, FRE 802 | |
| 60:21 to 60:23 | 60:24 to 61:1 <br> (Objection to the form of the question:  vague; compound.) | | | |
| 61:3 to 61:7 | | 61:8 to 61:16 | | |
| 61:18 to 61:24 | 62:2 to 62:3 (mischaracterizes the witness's testimony. Asked and answered) | 62:1 to 62:1 | | |
| 62:5 to 62:5 | | | | |
| 62:7 to 62:8 | 62:12 to 62:13 <br> (Objection to the form of the question:  asked and answered. Objection to the form of the question:  vague; lack of foundation) | | | |
| 62:15 to 62:16 | | 62:17 to 62:17 <br> 62:19 to 62:24 | FRE 105, FRE 802, (62:19 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 63:13 to 63:23 | to 62:24, 63:13 to 63:23) Beyond the Scope of the Designation | |
| 64:1 to 64:2 | 64:3 to 64:3 (Objection to the form of the question: vague.) | | | |
| 64:5 to 64:6 | | | | |
| 64:8 to 64:9 | 64:10 to 64:11 (Objection to the form of the question: vague; lack of foundation; asked and answered.) | | | |
| 64:14 to 64:16 | | 64:13 to 64:13 | | |
| 64:18 to 64:19 | | | | |
| 67:18 to 67:23 | 67:24 to 67:24 (Objection to the form of the question: vague.) | | | |
| 68:2 to 68:3 | | | | |
| 68:5 to 68:5 | 68:6 to 68:6 (Objection to the form of the question: vague.) | | | |
| 68:8 to 68:8 | | | | |
| 68:10 to 68:19 | 68:20 to 68:21 (Objection, vague; lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 68:23 to 69:1 | | | | |
| 73:1 to 73:3 | | | | |
| 73:10 to 73:14 | | 73:15 to 73:16 | | |
| 73:18 to 74:1 | 74:2 to 74:4 (Objection to the form of the question: lack of foundation; vague; mischaracterizes the witness's testimony.) | | | |
| 74:6 to 74:21 | | | | |
| 79:7 to 79:15 | | 79:16 to 79:22 | FRE 105, FRE 802 | |
| 80:9 to 80:22 | 79:18 to 79:22 (Objection to the form of the question: Are you asking with respect to this 1996 study, which we've already deposed Dr. Berridge on, or are you asking him about in relation to his expert report, which is what this deposition is about?) | 80:8 to 80:8 | | |
| 81:7 to 81:16 | 81:17 to 81:17 (Objection to the form of the question:  vague.) | | | |
| 81:19 to 81:21 | | 81:23 to 82:6 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 83:16 to 83:18 | | 83:13 to 83:15 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 83:21 to 84:11 | | 84:12 to 84:20 | | |
| 85:9 to 85:9 | 85:10 to 85:10 (Objection to the form of the question: vague.) | | | |
| 85:12 to 85:16 | | | | |
| 85:18 to 85:19 | 85:20 to 85:20 (Objection to the form of the question: vague.) FREFRE 602 | | | |
| 85:22 to 85:24 | | | | |
| 86:2 to 86:7 | 86:8 to 86:8 (Objection to the form of the question: vague.) | | | |
| 86:10 to 86:12 | | | | |
| 86:14 to 87:1 | | 87:2 to 87:4 | | |
| 87:5 to 87:9 | | | | |
| 87:16 to 88:4 | | | | |
| 88:15 to 88:22 | | 89:4 to 89:6 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 89:10 to 89:13 | | | | |
| 91:9 to 92:2 | 92:3 to 92:3 (Objection to the form of the question: vague.) | | | |
| 92:5 to 92:7 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 93:18 to 94:3 | | | | |
| 94:9 to 94:10 | 94:11 to 94:13 (Objection to the form of the question: asked and answered. Also covered during Dr. Berridge's previous deposition as a fact witness on this same study) | | | |
| 94:15 to 94:18 | | | | |
| 94:20 to 94:22 | | | | |
| 96:3 to 96:7 | | | | |
| 96:14 to 96:14 | | | | |
| 96:16 to 97:14 | | 97:15 to 98:2 | | |
| 100:12 to 100:15 | 100:16 to 100:18 (Objection to the form of the question: calls for speculation. Incomplete hypothetical. Beyond the scope of the expert report.)  FREFRE 602; FREFRE 802 | 98:3 to 98:7 98:17 to 98:19 98:22 to 99:17 | FRE 105, FRE 802, (98:17 to 98:19, 98:22 to 99:17) Beyond the Scope of the Designation | |
| 100:20 to 101:1 | 101:2 to 101:4 (Objection to the form of the question: calls for speculation. Incomplete hypothetical. Beyond the scope of the expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | report) | | | |
| | FREFRE 602; FREFRE 802 | | | |
| 101:6 to 101:9 | | 101:10 to 101:13 | | |
| 101:19 to 101:24 | | 102:1 to 102:7 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 104:15 to 104:23 | | 102:8 to 104:14 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 105:1 to 105:13 | | | | |
| 108:21 to 109:6 | | | | |
| 110:19 to 110:22 | 110:23 to 110:23 (Objection to the form of the question: vague.) | | | |
| 111:1 to 111:1 | | | | |
| 111:3 to 111:18 | | | | |
| 112:14 to 112:14 | 112:15 to 112:15 (Objection to the form of the question: vague.) | | | |
| 112:17 to 112:17 | | | | |
| 112:19 to 112:22 | | | | |
| 113:2 to 113:2 | | | | |
| 113:4 to 113:7 | | | | |
| 113:9 to 113:9 | | | | |
| 113:12 to 113:18 | | | | |
| 114:2 to 114:9 | | | | |
| 114:12 to 114:17 | 114:18 to 114:19 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | (Objection to the form of the question:  asked and answered.) |  |  |  |
| 114:21 to 114:21 |  |  |  |  |
| 114:23 to 114:24 |  |  |  |  |
| 115:5 to 115:24 | 116:1 to 116:2 (Objection to the form of the question:  mischaracterizes the document.) |  |  |  |
| 116:4 to 116:6 |  |  |  |  |
| 116:8 to 116:13 |  | 116:14 to 116:18 |  |  |
| 116:19 to 117:5 | 117:6 to 117:6 (Objection to the form of the question:  vague.) |  |  |  |
| 117:8 to 117:18 |  |  |  |  |
| 119:17 to 121:9 |  |  |  |  |
| 121:11 to 121:15 | 121:16 to 121:16 (Objection to the form of the question:  vague.) |  |  |  |
| 122:3 to 122:8 | 122:9 to 122:10 (Objection to the form of the question:  mischaracterizes the document.) | 121:20 to 122:2 |  |  |
| 122:12 to 122:12 |  |  |  |  |
| 122:14 to 122:23 |  | 122:24 to 123:16 *********** |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 125:20 to 126:6 | FRE 105, FRE 802 | |
| 126:23 to 127:1 | 127:2 to 127:2 (Objection to the form of the question: argumentative) | | | |
| 127:7 to 127:13 | | | | |
| 128:8 to 128:10 | | | | |
| 128:12 to 128:24 | | 129:1 to 129:13 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 129:15 to 129:20 | | | | |
| 134:20 to 134:21 | 134:22 to 134:22 (Objection to the form of the question) | | | |
| 134:24 to 135:1 | | | | |
| 135:3 to 135:3 | 135:4 to 135:5 (Objection to the form of the question: mischaracterizes the previous testimony.) | | | |
| 135:7 to 135:9 | | | | |
| 135:11 to 135:13 | | 135:14 to 136:1 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 137:16 to 137:19 | 137:20 to 137:21 (Objection to the form of the question: calls for speculation.) | | | |
| 137:23 to 138:2 | | | | |
| 138:4 to 138:7 | | 138:8 to 138:9 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 138:15 to 138:16 | 138:17 to 138:18 (Objection to the form of the question: calls for speculation.) | | | |
| 138:20 to 138:21 | | | | |
| 138:23 to 138:23 | 138:24 to 138:24 (Objection to the form of the question: calls for speculation.) | | | |
| 139:2 to 139:4 | | | | |
| 139:6 to 139:15 | 139:16 to 139:17 (Objection to the form of the question: calls for speculation.) | | | |
| 139:19 to 139:21 | | | | |
| 139:23 to 139:23 | 139:24 to 139:24 (Objection to the form of the question: vague.) | | | |
| 140:2 to 140:2 | | | | |
| 140:4 to 140:13 | 140:14 to 140:15 (Objection to the form of the question: mischaracterizes the previous testimony.) | | | |
| 140:17 to 140:18 | | | | |
| 140:20 to 140:23 | | 141:11 to 141:20 | FRE 105, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 143:15 to 143:18 | 143:19 to 143:20 (Objection to the form of the question: vague; compound; asked and answered.) | 143:5 to 143:12 | | |
| 143:22 to 143:23 | | | | |
| 144:1 to 144:3 | 144:4 to 144:5 (Objection, vague; asked and answered; compound.) | | | |
| 144:7 to 144:15 | | | | |
| 144:17 to 144:20 | 144:21 to 144:22 (Objection to the form of the question: asked and answered; vague.) | | | |
| 144:24 to 145:4 | | 145:17 to 146:5 | | 145:6-12 |
| 146:7 to 146:8 | 146:9 to 146:9 (Objection to the form of the question: asked and answered.) | | | |
| 146:11 to 146:12 | | | | |
| 146:18 to 147:3 | | 146:17 to 146:17 147:4 to 147:14 147:20 to 148:3 | FRE 105, FRE 802 | |
| 148:4 to 148:8 | 148:9 to 148:9 (Objection to the form of the question: vague.) | | | |
| 148:11 to 148:13 | | | | |
| 148:15 to 148:22 | 148:23 to 148:23 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  vague.) | | | |
| 149:1 to 149:2 | | | | |
| 149:4 to 149:11 | | 149:12 to 149:21 | FRE 105, FRE 802 | |
| 149:23 to 150:14 | | | | |
| 151:12 to 151:16 | | 151:17 to 151:24 | | |
| 152:1 to 152:6 | | 152:7 to 152:13 | | |
| 152:14 to 152:16 | | | | |
| 154:2 to 154:23 | | 153:7 to 154:1 | | |
| 155:2 to 155:8 | | 155:9 to 155:14 | | |
| 155:15 to 156:3 | | 156:4 to 156:19 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 157:8 to 157:8 | 157:9 to 157:10 (Objection to the form of the question:  asked and answered.) | | | |
| 157:12 to 157:18 | | | | |
| 157:24 to 158:5 | | 157:20 to 157:23 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 158:7 to 159:9 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 159:19 to 159:20 | 159:21 to 159:22 (Objection to the form of the question: asked and answered.) | | | |
| 159:24 to 159:24 | | | | |
| 160:2 to 160:12 | 160:13 to 160:15 (Objection to the form of the question:  asked and answered. Just because he isn't giving you the answer you want, does not mean it's an incorrect answer. ) | | | |
| 160:17 to 160:18 | | | | |
| 160:20 to 161:10 | 161:11 to 161:11 (Objection to the form of the question:  vague.)  161:15 to 161:15 (Objection to the form of the question:  vague.) | | | |
| 161:17 to 161:20 | | | | |
| 161:22 to 161:23 | 161:24 to 161:24 (Objection to the form of the question:  vague.) | | | |
| 162:2 to 162:3 | | | | |
| 162:5 to 162:6 | 162:7 to 162:7 (Objection to the form of the question:  vague.) | | | |
| 162:9 to 162:21 | 163:8 to 163:8 | 162:22 to 163:4 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  vague.) | | | |
| 163:6 to 163:7 | 163:8 to 163:8 (Objection to the form of the question:  vague.) | | | |
| 163:10 to 163:11 | | | | |
| 163:13 to 164:4 | 164:5 to 164:7 (Objection to the form of the question:  calls for speculation; outside the scope of the expert testimony.) | | | |
| 164:9 to 164:11 | | | | |
| 164:13 to 165:1 | | 165:2 to 165:3 | | |
| 165:8 to 165:10 | 165:11 to 165:12 (mischaracterizes the witness's previous testimony) | | | |
| 165:14 to 165:16 | | | | |
| 166:14-22 | | | | |
| 168:9 to 168:11 | | 168:12 to 168:15 | | |
| 168:16 to 168:17 | | 168:18 to 171:2 | FRE 105, FRE 802, Beyond the Scope of the Designation (168:23-171:2) | |
| 171:13 to 171:14 | 171:15 to 171:15 (Objection to the form of the question:  vague.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 171:18 to 171:23 | | 172:1 to 172:13 | FRE 105, FRE 802, Nonresponsive | |
| 172:15 to 172:17 | | 172:18 to 172:21 | FRE 105, FRE 802 | |
| 172:22 to 173:2 | | 173:3 to 173:12 | FRE 105, FRE 802 | |
| 179:5 to 180:4 | | 175:22 to 176:6 176:13 to 176:19 176:21 to 177:1 177:4 to 177:15 *********** 180:15 to 181:1 | FRE 105, FRE 802, (176:13 to 176:19, 176:21 to 177:1, 177:4 to 177:15, 180:15 to 181:1) Beyond the Scope of the Designation | 177:16-178:11 |
| 181:2 to 181:7 | | | | |
| 182:15 to 182:15 | | | | |
| 182:21 to 184:1 | | | | |
| 184:10 to 184:15 | 184:16 to 184:17 (Objection to the form of the question:  asked and answered.) | | | |
| 184:19 to 184:24 | | | | |
| 185:2 to 185:8 | 185:9 to 185:10 (Objection to the form of the question:  asked and answered.) | | | |
| 185:17 to 185:18 | | 185:12 to 185:16 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 185:20 to 185:21 | | | | |
| 189:13 to 190:6 | | | | |
| 194:7 to 194:14 | | | | |
| 195:4 to 195:6 | | | | |
| 195:8 to 195:21 | | | | |
| 196:12 to 196:23 | | 197:1 to 197:4 | | 197:5-7 |
| 197:7 to 197:19 | | | | |
| 197:21 to 197:22 | | | | |
| 197:24 to 198:17 | | | | |
| 198:21 to 198:22 | | 198:23 to 199:4 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 199:20 to 200:5 | | | | |
| 203:9 to 204:3 | 204:4 to 204:4 (Objection to the form of the question: vague.) | 202:21 to 203:8 | FRE 105, FRE 802 | |
| 209:17 to 209:24 | | 207:23 to 209:16 | FRE 105, FRE 802 | |
| 210:1-14 | | | | |
| 211:11 to 211:12 | | | | |
| 212:3 to 212:20 | | 212:21 to 212:23 213:1 to 213:2 | | |
| 213:3 to 213:12 | | | | |
| 213:15 to 215:15 | FRE 802 | 215:16 to 216:19 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 216:20 to 217:14 | 217:15 to 217:19 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague. Objection to the form of the question: calls for expert testimony outside of the scope of his report. He is not here as a viscosity expert. He is relying upon the report of another expert.)<br><br>FRE702 | | | |
| 217:21 to 218:1 | | | | |
| 218:20 to 218:22 | 218:23 to 218:24 (Objection to the form of the question: mischaracterizes the previous testimony.) | | | |
| 219:2 to 219:17 | | | | |
| 220:21 to 222:2 | | | | |
| 222:9 to 222:11 | 222:12 to 222:14 (Objection to the form of the question: he is not here as an FDA expert. Outside the scope of his expert testimony.) FRE702 | | | |
| 222:16 to 222:20 | FRE702 | | | |
| 222:22 to 222:24 | FRE702 | | | |
| 223:14 to 223:19 | FRE702 | | | |
| 223:21 to 223:22 | FRE702 | | | |
| 224:1 to 224:8 | 224:9 to 224:12 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: calls for speculation. He is not an expert on FDA regulations for this product. Clearly outside of the scope of his expert testimony.)<br><br>FRE702 | | | |
| 224:14 to 224:14 | | | | |
| 224:16 to 224:18 | | | | |
| 224:20 to 224:21 | | | | |
| 226:9 to 227:3 | | 227:4 to 227:4 | | |
| 227:5 to 227:8 | | 227:9 to 227:10 | | |
| 227:11 to 227:23 | | | | |
| 228:6 to 228:7 | | | | |
| 228:9 to 228:19 | | | | |
| 228:24 to 229:4 | | | | |
| 231:4 to 231:8 | 231:9 to 231:10 (Objection to the form of the question:  lack of foundation) | | | |
| 231:12 to 231:12 | | 231:14 to 232:21 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 238:5 to 238:8 | 238:9 to 238:10 (Objection to the form of the question:  vague. Objection, | 234:9 to 236:4 | FRE 105, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | calls for speculation.) | | | |
| 238:12 to 238:13 | | | | |
| 238:15 to 238:18 | 238:19 to 238:20 (Objection to the form of the question: calls for speculation.) | | | |
| 238:22 to 239:3 | | 239:5 to 240:1 240:3 to 240:7 240:16 to 240:21 242:10 to 242:20 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 255:3 to 255:5 | | 247:24 to 248:1 248:6 to 248:8 248:12 to 248:14 249:1 to 249:2 251:11 to 251:17 251:23 to 252:4 252:15 to 253:13 254:1 to 254:24 | FRE 105, FRE 802 (except 248:6-8), Beyond the Scope of the Designation | |
| 255:8 to 255:10 | | 255:11 to 255:14 | | |
| 255:21 to 256:6 | | | | |
| 256:8 to 256:9 | | 256:14 to 256:18 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 256:19 to 256:20 | | 256:21 to 256:22 | | |
| 256:23 to 256:24 | 257:1 to 257:1 (Objection to the form of the question: vague.) | | | |
| 257:3 to 257:8 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 257:10 to 257:16 | | | | |
| 257:18 to 257:19 | | 257:24 to 258:2 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 258:3 to 258:5 | | 258:6 to 258:21 259:10 to 259:10 259:13 to 259:24 260:3 to 260:5 | FRE 105, FRE 802, (259:10 to 259:10, 259:13 to 259:24, 260:3 to 260:5) Beyond the Scope of the Designation | 260:6-11 |
| | | | | |

**GEORGE GEORGES**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:25 to 9:2 | | | | |
| 9:16 to 10:10 | | | | |
| 11:17 to 11:21 | FRE 402 | | | |
| 12:2 to 12:12 | FRE 402 | | | |
| 14:18 to 14:22 | FRE 402 | 14:23 to 15:14 | FRE 105, FRE 802 Beyond the Scope of the Designation | |
| 15:19 to 16:14 | FRE 402 | | | |
| 18:8 to 18:12 | | | | |
| 20:12 to 20:24 | FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 21:9 to 21:13 | FRE 102, FRE 602 | 21:14 to 21:18 | FRE 105, FRE 802 | |
| 21:19 to 23:11 | FRE 602 | | | |
| 26:18 to 27:3 | 27:4 to 27:5 (Objection to the form of the question.) FRE 402 | | | |
| 27:6 to 27:20 | 27:21 to 27:22 (Objection to the form of the question:  vague.) FRE 402 | | | |
| 27:23 to 28:1 | 28:2 to 28:3 (Objection to the form of the question.) FRE 402, FRE 602, FRE 802 | | | |
| 28:4 to 28:7 | 28:8 to 28:9 (Objection to the form of the question.) FRE 402, FRE 602, FRE 802 | 163:11 to 163:13 163:16 to 163:24 164:2 to 164:2 164:4 to 164:11 | FRE 105, FRE 802 | |
| 28:10 to 28:15 | 28:16 to 28:19 (I just want to make sure that you understand that these are not 30(b)(6) questions; that | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | he's answering in his personal capacity.)<br><br>FRE 402 | | | |
| 28:22 to 29:1 | FRE 402 | | | |
| 30:8 to 30:11 | 30:12 to 30:14<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 30:15 to 30:19 | 30:20 to 30:22<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)<br><br>FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 30:23 to 31:3 | 31:4 to 31:6<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for speculation.)<br><br>FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 31:7 to 31:14 | 31:15 to 31:17<br>(Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of the 30(b)(6) Notice. Calls for speculation.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 31:18 to 31:19 | 31:20 to 31:22<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice and vague.)<br><br>FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 31:23 to 32:16 | FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 32:18 to 32:20 | FRE 802 | | | |
| 33:7 to 33:20 | FRE 802 | | | |
| 33:22 to 33:23 | 33:24 to 33:25<br>(Objection to the form of the question: vague.)<br><br>FRE 802 | | | |
| 34:4 to 34:11 | FRE 802 | | | |
| 35:15 to 35:17 | FRE 402 | 36:6 to 36:9<br>37:24 to 38:2<br>38:20 to 39:3 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 39:23 to 39:24 | FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 41:10 to 42:14 | 42:15 to 42:17 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 802 | | | |
| 42:18 to 43:2 | 43:3 to 43:5 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602, FRE 802 | | | |
| 43:10 to 43:12 | FRE 402, FRE 602, FRE 802 | | | |
| 43:14 to 44:3 | 44:4 to 44:6 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602, FRE 802 | | | |
| 44:7 to 45:1 | FRE 106, FRE 402, FRE 802 | 45:2 to 45:7 | FRE 105, FRE 802 | |
| 45:8 to 45:8 45:10 to 45:12 | 45:13 to 45:15 (Objection to the form of the question:  lack of foundation and vague.)  FRE 402, FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 45:16 to 45:21 | FRE 402, FRE 802 | 45:22 to 46:7 | FRE 105, FRE 802, FRE 602 | |
| 47:11 to 47:13 | 47:14 to 47:16 (Objection to the form of the question. Compound and mischaracterizes the testimony.)<br><br>FRE 802 | | | |
| 47:17 to 47:18 | FRE 802 | | | |
| 47:21 to 48:9 | 47:14 to 47:16 (Objection to the form of the question: compound and mischaracterizes the testimony.)<br><br>FRE 802 | | | |
| 48:13 to 48:14 | FRE 802 | | | |
| 53:16 to 53:16 | 53:17 to 53:19 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 53:20 to 54:6 | FRE 402, FRE 602 | | | |
| 54:11 to 54:14 | | | | |
| 54:20 to 54:24 | 55:1 to 55:3 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: It's beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 55:4 to 55:10 | 55:11 to 55:13 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice and lack of foundation.) FRE 602, FRE 802 | | | |
| 55:14 to 55:19 | FRE 602, FRE 802 | | | |
| 56:12 to 56:13 | 56:14 to 56:17 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice and calls for expert testimony.) FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 56:18 to 56:21 | FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 59:12 to 59:13 | 59:14 to 59:16 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 59:17 to 59:23 | 59:24 to 60:2 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for expert testimony.)  FRE 402, FRE 602, FRE 701 | | | |
| 60:3 to 60:3 | FRE 402, FRE 602, FRE 701 | | | |
| 60:19 to 60:22 | 60:23 to 61:1 (Objection to the form of the question.  Beyond the scope of the 30(b)(6) Notice.  Calls for expert testimony.)  FRE 402, FRE 602, FRE 701 | | | |
| 61:2 to 61:6 | FRE 402, FRE 602, FRE 701 | 61:7 to 61:14 61:19 to 61:20 | FRE 105, FRE 802, FRE 602  Beyond the Scope of the Designation | |
| 66:21 to 67:4 | 67:5 to 67:7 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402,FRE 602 | | | |
| 67:11 to 67:13 | FRE 402, FRE 602 | 70:4 to 70:6<br>70:11 to 70:17 | FRE 105, FRE 802, FRE 602<br><br>Beyond the Scope of the Designation | |
| 80:7 to 80:9 | | | | |
| 80:15 to 80:20 | | | | |
| 81:4 to 81:11 | FRE 802 | | | |
| 81:24 to 82:1 | 82:2 to 82:3<br>(Objection to the form of the question:  vague.)<br><br>FRE 802, Form | | | |
| 82:4 to 82:15 | FRE 802 | | | |
| 85:19 to 85:21 | FRE 802 | 82:16 to 82:17<br>82:20 to 83:6<br>83:11 to 85:18 | FRE 105, FRE 802 | |
| 86:23 to 87:1 | 87:2 to 87:4<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br>FRE 602, FRE 802 | | | |
| 87:5 to 87:6 | FRE 602, FRE 802 | | | |
| 88:12 to 88:14 | FRE 602, FRE 802 | | | |
| 89:5 to 89:7 | 89:8 to 89:10 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 89:11 to 89:18 | FRE 402, FRE 602, FRE 802 | | | |
| 90:1 to 90:11 | FRE 402, FRE 802 | 90:12 to 90:24 | FRE 105, FRE 802 | |
| 91:5 to 91:8 | 91:9 to 91:11<br>(Objection to the form of the question: lack of foundation. Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 91:12 to 91:14 | FRE 402, FRE 602 | | | |
| 98:1 to 98:11 | FRE 602, FRE 802 | 87:20 to 88:3<br>88:7 to 88:14 | FRE 105, FRE 802 | |
| 98:14 to 98:17 | FRE 402, FRE 802 | | | |
| 98:22 to 99:13<br>99:15 to 99:15 | 99:16 to 99:18<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 99:19 to 99:24 | 99:25 to 100:2<br>(objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602 | | | |
| 100:3 to 100:12 | 100:13 to 100:15 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602 | | | |
| 100:16 to 100:24 | 100:25 to 101:1 (Objection to the form of the question.)  FRE 402, FRE 602 | | | |
| 101:8 to 101:10 | 101:11 to 101:12 (Objection to the form of the question: vague.)  FRE 402 | | | |
| 101:13 to 101:18 | 101:19 to 101:20 (Objection to the form of the question:  vague.)  FRE 402 | | | |
| 101:21 to 102:1 | 102:2 to 102:4 (Objection to the form of the question:  beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 102:5 to 103:16 | 103:17 to 103:19<br>(Objection to the form of the question.  Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 103:20 to 103:20 | FRE 402, FRE 602 | | | |
| 107:24 to 108:1 | | | | |
| 108:5 to 108:12 | FRE 802 | | | |
| 108:20 to 108:23 | 108:24 to 109:1<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 109:2 to 109:7 | 109:8 to 109:10<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 109:11 to 110:1 | 110:2 to 110:4<br>(Objection to the form of the question.  Mischaracterizes the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony.) FRE 602, FRE 802 | | | |
| 110:5 to 110:6 | FRE 802 | | | |
| 112:3 to 112:5 | 112:6 to 112:8 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 602 | | | |
| 112:9 to 112:10 | FRE 402, FRE 602 | | | |
| 112:23 to 112:24 | | | | |
| 113:1 to 113:2 | | | | |
| 113:4 to 113:12 | 113:15 to 113:17 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for speculation.) FRE 402, FRE 602, FRE 802 | | | |
| 113:20 to 113:23 | 113:24 to 114:1 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 602, FRE 802 | | | |
| 114:2 to 114:5 | FRE 402, FRE 602, FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 115:25 to 116:4 | 116:5 to 116:7 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 116:8 to 116:8 | FRE 402, FRE 602 | | | |
| 116:19 to 117:5 | FRE 402, FRE 602 | | | |
| 117:24 to 119:4 | 119:5 to 119:6 (Objection to the form of the question.)<br><br>FRE 402, FRE 802 | | | |
| 119:7 to 119:12 | 119:13 to 119:14 (Objection to the form of the question.  Calls for speculation.)<br><br>FRE 402, FRE 602 | | | |
| 119:15 to 119:20 119:23 to 119:24 | 119:25 to 120:3 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for expert testimony.)<br><br>FRE 402, FRE 602,FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 120:4 to 120:6 | FRE 402, FRE 602 | | | |
| 121:14 to 121:16 | FRE 402, FRE 602<br><br>121:17 to 121:20<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for expert<br>testimony.  Asked and answered.) | | | |
| 121:21 to 121:23 | 121:24 to 122:1<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for speculation.)<br><br>FRE 402, FRE 602 | | | |
| 122:2 to 122:6 | 122:7 to 122:9<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 122:10 to 122:13 | 122:14 to 122:16<br>(Objection to the form of the question.  Beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 122:17 to 122:25 | 123:1 to 123:3 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 123:4 to 123:13 | 123:14 to 123:16 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 123:17 to 123:20 | 123:21 to 123:23 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602 | | | |
| 123:24 to 124:2 | 124:3 to 124:5 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice and vague.)  FRE 402, FRE 602 | | | |
| 124:6 to 126:8 | FRE 402, FRE 602, FRE 802 | | | |
| 128:4 to 128:5 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 128:10 to 129:1 | 129:2 to 129:4 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 129:5 to 129:10 | FRE 602 | 129:11 to 129:13<br>129:17 to 129:19 | | |
| 129:20 to 129:22 | 129:23 to 129:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 130:1 to 130:5 | 130:6 to 130:8 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 130:9 to 130:13 | FRE 802 | | | |
| 130:17 to 131:24 | FRE 802 | | | |
| 133:2 to 133:5 | 133:6 to 133:8 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 133:9 to 133:13 | 133:14 to 133:16 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 133:23 to 134:1 | 134:2 to 134:5 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.) FRE 402, FRE 602, FRE 802 | | | |
| 134:6 to 134:8 | FRE 402, FRE 602 | | | |
| 134:21 to 135:2 | FRE 402, FRE 802 | | | |
| 135:4 to 135:5 135:7 to 135:12 | FRE 402, FRE 802 | | | |
| 135:14 to 135:15 | 135:16 to 135:17 (Objection to the form of the question: vague.) FRE 402 | | | |
| 135:18 to 135:25 | 136:1 to 136:3 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 136:4 to 136:5 | 136:6 to 136:8<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice and vague.)<br><br>FRE 402, FRE 602 | | | |
| 136:9 to 136:12 | 136:13 to 136:15<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 136:16 to 136:19 | 136:20 to 136:22<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 136:23 to 137:2 | 137:3 to 137:5<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 137:6 to 137:18 | 137:19 to 137:21 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for speculation.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 137:22 to 137:24 | FRE 402, FRE 602 | | | |
| 138:10 to 138:15 | FRE 402, FRE 802 | 158:7 to 160:22 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 138:17 to 138:19 | 138:20 to 138:22 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 138:23 to 139:3 | FRE 402, FRE 602, FRE 802 | | | |
| 139:22 to 140:8 | 140:9 to 140:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 140:12 to 140:18 | FRE 402, FRE 602 | | | |
| 141:18 to 141:21 | 141:22 to 141:23 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  compound.)  FRE 402, FRE 802 | | | |
| 141:24 to 142:6 | 142:7 to 142:8 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602, FRE 802 | | | |
| 142:9 to 142:12 | FRE 402, FRE 602, FRE 802 | | | |
| 142:14 to 142:15 | FRE 402, FRE 602, FRE 802 | | | |
| 142:17 to 142:18 | FRE 402, FRE 602, FRE 802 | | | |
| 143:15 to 143:23 | 143:24 to 144:1 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602, FRE 802 | | | |
| 144:2 to 145:11 | 145:12 to 145:14 (Objection to the form of the question:  mischaracterizes the document.)  FRE 402, FRE 602, FRE 802 | | | |
| 145:15 to 145:19 | FRE 402, FRE 602, FRE 802 | | | |
| 145:23 to 146:1 | 146:2 to 146:3 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  mischaracterizes the document.<br><br>FRE 802 | | | |
| 146:4 to 146:10 | 146:11 to 146:12<br>(Objection to the form of the question:  mischaracterizes the document.)<br><br>FRE 802 | | | |
| 146:13 to 147:5 | 147:6 to 147:7<br>((Objection to the form of the question:  mischaracterizes the document.)<br><br>FRE 802 | | | |
| 147:8 to 148:3 | FRE 402, FRE 802 | | | |
| 148:11 to 148:14 | 148:15 to 148:16<br>(Objection to the form of the question:  mischaracterizes the testimony.)<br><br>FRE 802 | | | |
| 148:17 to 148:23 | 148:24 to 148:25<br>(Objection to the form of the question:  mischaracterizes the testimony.) | 149:1 to 149:3 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 106, FRE 802 | | | |
| 150:22 to 150:24 | 150:25 to 150:25 (Objection to the form of the question: vague.) | | | |
| 151:1 to 151:9 | 151:10 to 151:11 (Objection to the form of the question: vague.)<br><br>151:13 to 151:14 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, | | | |
| 151:12 to 151:12 151:15 to 153:7 | 153:8 to 153:10 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 153:11 to 153:11 | FRE 602 | | | |
| 153:16 to 153:17 | 153:18 to 153:20 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | 153:12 to 153:17 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 153:21 to 153:21 153:23 to 154:8 | 154:9 to 154:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) <br><br> FRE 602, FRE 802 | 154:12 to 154:12 | | |
| 154:20 to 154:20 | | | | |
| 155:1 to 155:14 | 155:15 to 155:17 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) <br><br> FRE 602, FRE 802 | | | |
| 155:18 to 155:19 | FRE 602 | | | |
| 165:18 to 166:1 | FRE 402 | 164:21 to 165:17 | | |
| 166:11 to 167:19 | FRE 402, FRE 602 | | | |
| 168:2 to 168:2 168:4 to 168:7 | FRE 402, FRE 602 | | | |
| 168:9 to 168:10 | | | | |
| 168:14 to 168:18 | FRE 602 | | | |
| 168:21 to 170:8 | FRE 402, FRE 602, FRE 802 | | | |
| 170:13 to 170:15 | FRE 402 | | | |
| 170:18 to 171:11 | FRE 402, FRE 602, | | | |
| 171:17 to 171:24 | FRE 402, FRE 602 | | | |
| 172:8 to 173:10 | FRE 402, FRE 602, FRE 802 | 174:23 to 174:25 | FRE 105, FRE 802 | 177:4-7 |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 175:3 to 175:6 _____ 176:4 to 176:8 176:11 to 176:19 176:22 to 177:3 | Beyond the Scope of the Designation | |
| 178:3 to 178:4 | | | | |
| 178:9 to 178:19 | FRE 402 | | | |
| 178:22 to 179:5 | FRE 402 | | | |
| 179:8 to 180:2 | 180:3 to 180:4 (Objection to the form of the question: lack of foundation.)  FRE 602, FRE 802 | | | |
| 180:5 to 180:15 | FRE 602, FRE 802 | | | |
| 180:18 to 181:2 | 181:3 to 181:4 (Objection to the form of the question: lack of foundation.)  FRE 402, FRE 802 | | | |
| 181:5 to 182:8 | 182:9 to 182:10 (Objection to the form of the question: calls for speculation.)  FRE 402, FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 182:11 to 182:13 | FRE 602 | 182:14 to 182:15<br>182:18 to 183:1 | FRE 105, FRE 802 | |
| 183:2 to 183:19 | FRE 402, FRE 802 | | | |
| 184:6 to 184:9 | 184:10 to 184:11<br>(Objection to the form of the question:  calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |
| 184:12 to 184:16 | FRE 602, FRE 701 | | | |
| 184:25 to 184:25 | | | | |
| 185:5 to 185:23 | FRE 402, FRE 802 | | | |
| 187:20 to 188:23 | 188:24 to 188:25<br>(Objection to the form of the question:  calls for speculation.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 189:1 to 189:6 | FRE 402, FRE 602 | | | |
| 189:23 to 189:24 | | | | |
| 190:3 to 191:1 | 191:2 to 191:3<br>(Objection to the form of the question:  lack of foundation.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 191:4 to 191:10 | 191:11 to 191:12<br>(Objection to the form of the | 191:13 to 191:19 | FRE 105, FRE 802<br>Nonresponsive | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: calls for speculation.)<br><br>FRE 402, FRE 602 | | | |
| 191:20 to 192:3 | FRE 402, FRE 602 | | | |
| 196:21 to 196:22 | | 197:3 to 197:7 | FRE 105, FRE 802<br>Beyond the Scope of the Designation | |
| 206:15 to 206:19 | 206:20 to 206:21<br>(Objection to the form of the question: lack of foundation.)<br><br>FRE 402, FRE 602 | 201:14 to 202:7<br>_____<br>202:14 to 205:19<br>_____<br>205:20 to 206:22 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 206:22 to 207:4 | FRE 402, FRE 602 | | | |
| 207:10 to 208:5 | 208:6 to 208:7<br>(Objection for the form of the question: lack of foundation.)<br><br>FRE 602, FRE 802 | | | |
| 208:8 to 209:14 | 209:15 to 209:16<br>(Objection to the form of the question: misstates the testimony.)<br><br>FRE 602, FRE 802 | | | |
| 209:17 to 209:22 | 209:23 to 209:24<br>(Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |
| 209:25 to 210:1 | FRE 602, FRE 701 | | | |
| 213:7 to 213:7 | | | | |
| 213:13 to 214:2 | FRE 602, FRE 802<br><br>214:3 to 214:4<br>(Objection to the form of the question:  lack of foundation and vague.) | | | |
| 214:5 to 214:7 | 214:8 to 214:9<br>(Objection to the form of the question:  lack of foundation.)<br><br>FRE 602 | | | |
| 214:10 to 214:22 | 214:23 to 214:24<br>(Objection to the form of the question:  lack of foundation.)<br><br>FRE 602, FRE 802 | | | |
| 214:25 to 216:8 | FRE 602, FRE 802 | | | |
| 217:2 to 217:3 | | | | |
| 217:10 to 217:15 | | | | |
| 217:19 to 218:7 | FRE 602, FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 218:9 to 219:6 | 219:7 to 219:9 (Objection to the form of the question: lack of foundation and calls for expert testimony.) FRE 602, FRE 701, FRE 802 | | | |
| 219:10 to 219:22 | 219:23 to 219:24 (Objection to the form of the question: lack of foundation. Calls for expert testimony.) FRE 602, FRE 701 | | | |
| 219:25 to 220:15 | FRE 602, FRE 701 | | | |
| 220:22 to 221:6 | 221:7 to 221:8 (Objection to the form of the question: lack of foundation.) FRE 602, FRE 802 | | | |
| 221:9 to 221:20 | 221:21 to 221:22 (Objection to the form of the question: lack of foundation.) FRE 602, FRE 802 | | | |
| 221:23 to 222:10 | FRE 602, FRE 802 | | | |
| 222:14 to 224:5 | 224:6 to 224:7 (Objection to the form of the question: lack of foundation. | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | Calls for expert testimony.) FRE 602, FRE 701, FRE 802 | | | |
| 224:8 to 224:14 | FRE 602, FRE 701 | | | |
| 224:16 to 224:19 | 224:20 to 224:21 (Objection to the form of the question: lack of foundation. Calls for expert testimony.) FRE 602, FRE 701 | | | |
| 224:22 to 224:22 | FRE 602, FRE 701 | | | |
| 225:4 to 225:12 | FRE 802, FRE 701 | | | |
| 225:15 to 225:16 | 225:17 to 225:18 (Objection to the form of the question: lack of foundation.) FRE 602 | | | |
| 225:19 to 226:16 | FRE 602, FRE 802 | | | |
| 227:7 to 227:10 | 227:11 to 227:12 (Objection to the form of the question: lack of foundation.) FRE 602 | | | |
| 227:13 to 227:13 | FRE 602 | 227:14 to 227:18 | FRE 105, FRE 802 | |
| 227:22 to 228:23 | 228:24 to 228:25 (Objection to the form of the question: lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 802 | | | |
| 229:1 to 229:2 | FRE 602 | | | |
| 229:4 to 229:6 | FRE 602 | | | |
| 229:15 to 229:21 | 229:22 to 229:23 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 229:24 to 230:4 | 230:5 to 230:6 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 230:7 to 230:9 | | | | |
| 230:11 to 230:14 | 230:15 to 230:16 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 230:17 to 230:23 | 230:24 to 230:25 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 231:1 to 231:1 | FRE 602 | | | |
| 231:16 to 233:22 | 233:23 to 233:25 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  calls for expert testimony.)<br><br>FRE 602, FRE 701, FRE 802 | | | |
| 234:1 to 234:2 | FRE 602, FRE 701 | 234:1 to 234:6 | FRE 105, FRE 802 | |
| 234:7 to 234:12 | FRE 802 | 234:11 to 234:16 | FRE 105, FRE 802 | |
| 234:24 to 235:11 | 235:12 to 235:13<br>(Objection to the form of the question: lack of foundation.)<br><br>FRE 106, FRE 602, FRE 802 | | | |
| 235:14 to 235:17<br>235:19 to 235:20 | FRE 602 | | | |
| 236:5 to 236:6 | 236:7 to 236:8<br>(Objection to the form of the question:  lack of foundation. Compound.)<br><br>FRE 402, FRE 602 | | | |
| 236:9 to 236:14 | 236:15 to 236:16<br>(Objection to the form of the question:  lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 236:17 to 236:20 | FRE 402, FRE 602 | | | |
| 236:22 to 237:1 | FRE 402, FRE 602 | | | |
| 237:5 to 237:12 | FRE 802 | | | |
| 237:14 to 238:6 | FRE 802 | | | |
| 238:10 to 239:1 | 239:2 to 239:3 (Objection to the form of the question: lack of foundation.)<br><br>FRE 802 | | | |
| 239:4 to 240:2 | FRE 802 | | | |
| 240:18 to 240:24 | 240:25 to 241:1 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602 | | | |
| 241:2 to 242:6 | FRE 402, FRE 602 | | | |
| 242:11 to 243:21 | FRE 602, FRE 802 | | | |
| 244:4 to 244:7 | 244:10 to 244:11 (I was going to object as misrepresenting the document.)<br><br>FRE 602, FRE 802 | | | |
| 244:12 to 244:12 | FRE 602, FRE 802 | | | |
| 245:16 to 245:18 | 245:19 to 245:20 (Objection to the form of the question: lack of foundation.) | 245:2 to 245:5 245:8 to 245:13 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 245:21 to 246:1 | 246:2 to 246:3 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 246:9 to 246:15 | FRE 602 | | | |
| 246:20 to 247:16 | FRE 602, FRE 802 | | | |
| 247:24 to 248:1 | 248:2 to 248:3 (Objection to the form of the question: lack of foundation.)  FRE 602 | | | |
| 248:4 to 248:5 | 248:6 to 248:7 (Objection to the form of the question: calls for speculation.)  FRE 602 | | | |
| 248:8 to 248:12 | FRE 602 | | | |
| 248:18 to 249:9 | 249:10 to 249:11 (Objection to the form of the question: lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 802 | | | |
| 249:12 to 250:5 | 250:6 to 250:7 (Objection to the form of the question:  calls for speculation.)  FRE 602 | | | |
| 250:8 to 250:18 | 250:19 to 250:20 (Objection to the form of the question:  lack of foundation and vague.)  FRE 602, FRE 802 | | | |
| 250:21 to 251:15 | 251:16 to 251:17 (Objection to the form of the question:  asked and answered.)  FRE 602, FRE 802 | | | |
| 251:18 to 252:19 | FRE 602, FRE 802 | | | |
| 252:24 to 253:1 253:3 to 253:4 | 253:5 to 253:6 (Objection to the form of the question:  lack of foundation.)  FRE 602, FRE 802 | | | |
| 253:7 to 253:12 | 253:13 to 253:14 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: lack of foundation. Calls for expert testimony.)<br><br>FRE 602, FRE 701, FRE 802 | | | |
| 253:15 to 254:4 | FRE 602, FRE 701 | | | |
| 254:12 to 254:13 | 254:14 to 254:15<br>(Objection to the form of the question: lack of foundation. Calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |
| 254:16 to 254:24 | 254:25 to 255:1<br>(Objection to the form of the question: lack of foundation.)<br><br>FRE 602, FRE 701 | | | |
| 255:2 to 255:6 | 255:7 to 255:8<br>(Objection to the form of the question: lack of foundation.)<br><br>FRE 602 | | | |
| 255:9 to 255:9 | FRE 602 | | | |
| 255:22 to 255:23 | | | | |
| 256:4 to 256:7 | | | | |
| 256:14 to 256:23 | 256:24 to 256:25<br>(Objection. Lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 106, FRE 602, FRE 802, FRE 701, Form | | | |
| 257:1 to 257:10 | FRE 602, FRE 802 | | | |
| 258:9 to 259:5 | 259:6 to 259:7 (Objection to the form of the question: Lack of foundation.)<br><br>FRE 602, FRE 802 | | | |
| 259:8 to 259:16 | FRE 602, FRE 802 | | | |
| 259:23 to 260:10 | 260:11 to 260:12 (Objection to the form of the question: lack of foundation.)<br><br>FRE 402, FRE 602, FRE 802 | | | |
| 260:13 to 260:18 | 260:19 to 260:21 (Objection to the form of the question: lack of foundation. Calls for speculation. Calls for expert testimony.)<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 260:22 to 261:6 | FRE 402, FRE 602, FRE 701 | | | |
| 261:10 to 261:10 | | | | |
| 261:17 to 261:25 | 262:1 to 262:3 (Objection to the form of the question:  calls for speculation; | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | calls for expert testimony.)<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 262:4 to 262:16 | 262:17 to 262:19<br>(Objection to the form of the question:  calls for speculation. Misrepresents the testimony. Calls for expert opinion.)<br><br>FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 262:20 to 262:21 | FRE 602, FRE 701 | | | |
| 263:8 to 263:11 | 263:12 to 263:14<br>(Objection to the form of the question:  calls for speculation. Calls for expert testimony.)<br><br>FRE 106, FRE 602, FRE 701 | | | |
| 263:15 to 264:15 | 264:16 to 264:17<br>(Objection to the form of the question:  calls for speculation; calls for expert testimony.)<br><br>FRE 602, FRE 701, FRE 802 | | | |
| 264:18 to 266:11 | 266:12 to 266:13<br>(Objection to the form of the question:  lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701, FRE 802 | | | |
| 266:14 to 266:16 | 266:17 to 266:18 (Objection to the form of the question: lack of foundation; calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |
| 266:19 to 266:20 | FRE 602, FRE 701 | | | |
| 266:24 to 267:1 | | | | |
| 267:8 to 268:18 | FRE 602, FRE 802 | | | |
| 268:20 to 268:21 | | | | |
| 268:25 to 269:16 | 269:17 to 269:18 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602, FRE 802 | | | |
| 269:19 to 270:11 | 270:12 to 270:13 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602 | | | |
| 270:14 to 270:19 | FRE 602, | | | |
| 270:25 to 271:12 | 271:13 to 271:13 (Objection to the form of the question: vague.)<br><br>FRE 602, FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 271:14 to 273:17 | 273:18 to 273:19 (Objection to the form of the question:  lack of foundation.)<br><br>FRE 602, FRE 701, FRE 802 | | | |
| 273:20 to 273:22 | 273:23 to 273:24 (Objection to the form of the question:  lack of foundation.)<br><br>FRE 602, FRE 701 | | | |
| 273:25 to 274:3 | 274:4 to 274:5 (Objection to the form of the question: lack of foundation. Calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |
| 274:6 to 274:19 | 274:20 to 274:21 (Objection to the form of the question:  lack of foundation. Mischaracterizes the --)<br><br>FRE 602, FRE 701 | | | |
| 274:22 to 275:18 | 275:19 to 275:20 (Objection to the form of the question:  lack of foundation. Calls for expert testimony.)<br><br>FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 275:21 to 276:1 | 276:2 to 276:3 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602, FRE 701 | | | |
| 276:4 to 276:15 | 276:16 to 276:17 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602 | | | |
| 276:19 to 276:20 276:23 to 277:7 | 276:21 to 276:22 (Objection to the form of the question: lack of foundation.)<br><br>277:8 to 277:9 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602 | | | |
| 277:10 to 277:18 | FRE 602 | | | |
| 278:19 to 278:24 | 278:25 to 279:1 (Objection to the form of the question: lack of foundation.)<br><br>FRE 602, FRE 701 | 278:9 to 278:18 | FRE 105, FRE 802 | |
| 279:2 to 279:8 | 279:9 to 279:9 (Objection to the form of the question.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE 701 |  |  |  |
| 279:10 to 279:18 | FRE 602, FRE 701 |  |  |  |

**DONALD HEALD**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:19-8:24 |  |  |  |  |
| 9:3-10:6 |  |  |  |  |
| 16:2-16:8 |  | 14:4-14:18 15:6-15:11 16:2-16:8 | FRE 105, FRE 802 |  |
| 16:9-16:15 | FRE 402 |  |  |  |
| 16:16-17:19 |  | 16:16-18:12 | FRE 105, FRE 802 |  |
| 17:21-18:12 |  | 16:16-18:12 | FRE 105, FRE 802 |  |
| 18:13-19:7 | FRE 402 |  |  |  |
| 19:8-20:1 |  | 19:8-20:1 | FRE 105, FRE 802 |  |
| 20:1-20:7 | 20:8-20:9 (Objection to the form of the question:  vague). |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 402 |  |  |  |
| 20:10-21:14 |  | 20:10-21:14 | FRE 105, FRE 802 |  |
| 21:16-21:19 | 21:20-21:21 (Objection to the form of the question: compound). | 21:16-21:19 | FRE 105, FRE 802 |  |
| 21:22-21:22 |  | 21:22-21:22 | FRE 105, FRE 802 |  |
| 21:24-22:2 |  | 21:24-22:2 | FRE 105, FRE 802 |  |
| 22:3-22:7 | 22:8-22:9 (Objection to the form of the question: vague; compound). FRE 402 |  |  |  |
| 22:10-22:16 |  | 22:10-22:16 22:18-22:20 | FRE 105, FRE 802 |  |
| 22:22-23:8 |  |  |  |  |
| 26:2-26:3 |  |  |  |  |
| 26:10-26:13 |  |  |  |  |
| 26:14-27:14 |  | 26:14-27:14 | FRE 105, FRE 802 |  |
| 27:15-27:21 |  |  |  |  |
| 28:16-28:22 |  |  |  |  |
| 29:12-29:24 |  |  |  |  |
| 31:16-31:17 |  |  |  |  |
| 32:1-32:2 |  |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 32:4-32:16 | | | | |
| 32:20-32:21 | | | | |
| 32:22-33:1 | | 32:22-33:1 | FRE 105, FRE 802 | |
| 33:14-34:1 | | 33:14-34:1 | FRE 105, FRE 802 | |
| 34:3-34:16 | 34:17-34:18 (Objection to the form of the question: vague). | 34:3-34:16 | FRE 105, FRE 802 | |
| 34:19-35:4 | | 34:19-35:4 | FRE 105, FRE 802 | |
| 35:6-35:8 | 35:9-35:10 (Objection to the form of the question: vague).  FRE 402 | | | |
| 35:11-35:18 | | | | |
| 35:22-35:24 | 36:1-36:2 (Objection to the form of the question:  vague).  FRE 402 | 35:20-35:21 | FRE 105, FRE 802 | |
| 36:3-36:8 | | 36:3-36:8 | FRE 105, FRE 802 | |
| 37:1-37:2 | 37:3-37:4 (Objection to the form of the | 36:10-36:15 37:1-37:2 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague). | | (36:10-15) Beyond the Scope of the Designation | |
| 37:5-37:9 | | 37:5-37:9 | FRE 105, FRE 802 | |
| 37:11-37:20 | | | | |
| 37:20-37:24 | | 37:20-37:24 | FRE 105, FRE 802 | |
| 37:25-38:6 | | | | |
| 38:17-38:18 | | | | |
| 38:24-39:2 | | | | |
| 39:14-39:19 | | | | |
| 40:7-40:22 | 40:23-40:24 (Objection to the form of the question: vague). | | | |
| 41:3-41:4 | | | | |
| 41:10-41:16 | | | | |
| 42:24-43:2 | 43:3-43:4 (Objection to the form of the question: vague). | | | |
| 43:5-43:5 | | | | |
| 43:7-43:11 | 43:13-43:14 (Objection to the form of the question: calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602 |  |  |  |
| 43:15-43:16 |  |  |  |  |
| 44:12-44:23 | FRE 602 |  |  |  |
| 45:3-45:10 |  |  |  |  |
| 45:11-45:24 |  | 45:11-45:24 | FRE 105, FRE 802 |  |
| 45:24-46:1 | 46:2-46:3 (Objection to the form of the question: vague). |  |  |  |
| 46:4-46:6 |  |  |  |  |
| 46:9-46:14 |  | 46:9-46:14 | FRE 105, FRE 802 |  |
| 47:7-47:8 |  |  |  |  |
| 47:11-48:16 |  |  |  |  |
| 48:18-49:2 |  |  |  |  |
| 49:12-49:19 |  | 49:12-49:19 | FRE 105, FRE 802 |  |
| 49:20-50:1 |  |  |  |  |
| 50:9-50:13 |  |  |  |  |
| 50:15-50:23 |  |  |  |  |
| 51:2-51:3 |  |  |  |  |
| 51:12-51:13 |  |  |  |  |
| 51:15-51:16 | FRE 602 |  |  |  |
| 51:19-52:7 | FRE 602 |  |  |  |
| 52:8-52:20 |  | 52:8-52:20 | FRE 105, FRE 802 |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 52:21-54:16 | 54:17-54:18 (Objection to the form of the question: vague). FRE 602, FRE 701 | | | |
| 54:19-54:22 | | | | |
| 54:24-55:20 | FRE 602, FRE 701 | | | |
| 56:2-57:2 | | | | |
| 57:4-57:14 | | | | |
| 57:15-57:22 | | 57:15-57:22 | FRE 105, FRE 802 | |
| 57:23-58:2 | 58:4-58:4 (Objection to the form of the question.) FRE 602 | | | |
| 58:5-58:8 | | | | |
| 58:10-59:16 | FRE 701 | | | |
| 59:17-59:20 | 59:22-59:23 (Objection to the form of the question:  vague). | 59:17-59:20 | FRE 105, FRE 802 | |
| 59:24-60:12 | | 59:24-60:12 | FRE 105, FRE 802 | |
| 60:14-60:17 | 60:18-60:19 (Objection to the form of the question:  vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE 701 |  |  |  |
| 60:20-60:22 |  |  |  |  |
| 60:24-61:2 | FRE 602 |  |  |  |
| 61:3-61:5 | 61:7-61:7 (Objection to the form of the question: vague). | 61:3-61:5 | FRE 105, FRE 802 |  |
| 61:9-61:16 |  | 61:9-61:16 | FRE 105, FRE 802 |  |
| 61:17-63:15 | FRE 602, FRE 701 |  |  |  |
| 63:18-64:2 | FRE 701 |  |  |  |
| 64:4-64:5 | 64:6-64:7 (Objection to the form of the question: vague).  FRE 701 |  |  |  |
| 64:8-64:18 | FRE 701 |  |  |  |
| 64:20-65:3 | 65:4-65:5 (Objection to the form of the question: vague). |  |  |  |
| 65:6-65:15 |  |  |  |  |
| 65:17-65:22 |  |  |  |  |
| 67:5-67:13 |  | 67:5-67:13 | FRE 105, FRE 802 |  |
| 67:13-68:16 | 68:17-68:18 (Objection to the form of the |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: compound). FRE 602, FRE 701 | | | |
| 68:19-68:20 | | | | |
| 68:23-70:3 | FRE 701 | | | |
| 70:12-71:3 | | | | |
| 71:18-73:7 | | | | |
| 73:23-74:13 | 74:14-74:15 (Objection to the form of the question:  vague). FRE 602, FRE 701 | | | |
| 74:16-75:4 | | | | |
| 75:6-75:10 | 75:11-75:12 (Objection to the form of the question:  vague). FRE 602, FRE 701 | | | |
| 75:13-75:20 | | | | |
| 75:22-76:2 | 76:3-76:4 (Objection to the form of the question:  vague). | | | |
| 76:5-76:7 | | | | |
| 76:9-76:23 | 76:24-77:1 (Objection to the form of the question:  Vague. THE | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | WITNESS: I don't know).<br><br>FRE 602, FRE 701 | | | |
| 77:2-77:2 | | | | |
| 77:4-77:6 | | | | |
| 77:8-77:9 | FRE 602, FRE 701 | | | |
| 77:14-77:19 | | | | |
| 77:21-78:12 | FRE 602, FRE 701 | | | |
| 78:14-78:14 | | | | |
| 78:16-78:16 | | | | |
| 78:18-78:21 | 78:22-78:23<br>(Objection to the form of the question: vague). | | | |
| 78:24-79:1 | | | | |
| 79:4-79:23 | 80:1-80:2<br>(Objection to the form of the question: vague. Lack of foundation).<br>FRE 602, FRE 701 | | | |
| 80:3-80:4 | | | | |
| 80:6-80:11 | FRE 602, FRE 701 | | | |
| 80:13-80:24 | | | | |
| 81:4-81:7 | 81:8-81:10<br>(Objection to the form of the question: vague; lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 81:19-81:23 | | | | |
| 82:3-82:4 | 82:5-82:6 (Objection to the form of the question: vague). FRE 701 | | | |
| 82:7-82:12 | | | | |
| 82:14-82:19 | 82:20-82:21 (Objection to the form of the question: compound). FRE 701 | | | |
| 82:22-83:2 | | | | |
| 83:4-83:11 | FRE 701 | | | |
| 83:15-83:21 | 83:22-83:23 (Objection to the form of the question: vague). FRE 701 | | | |
| 83:24-83:24 | | | | |
| 84:2-84:15 | FRE 701 | | | |
| 84:19-85:13 | FRE 701 | | | |
| 85:15-86:9 | FRE 701 | | | |
| 86:19-88:8 | FRE 602, FRE 701 | | | |
| 89:7-91:13 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 91:15-91:16 | | | | |
| 91:19-91:23 | | | | |
| 92:1-92:17 | | | | |
| 92:23-93:5 | 93:7-93:8<br>(Objection to the form of the question:  vague).<br><br>FRE 701 | | | |
| 93:9-93:14 | | | | |
| 93:16-95:3 | 95:4-95:5<br>(Objection to the form of the question: vague).<br><br>FRE 701 | | | |
| 95:6-95:9 | | | | |
| 95:11-96:2 | | | | |
| 96:4-96:16 | | | | |
| 96:20-97:5 | 97:6-97:13<br><br>(Objection to the form of the question:  Calls for a legal conclusion. He's not here to testify as a prosecuting attorney (sic) or -- You can -- you can answer it on an individual basis, if you know, but this isn't within the scope | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | of the 30(b)(6) topic). 98:13-98:15 (Objection to the form of the question:  It calls for a legal conclusion). FRE 701 |  |  |  |
| 98:16-98:17 |  |  |  |  |
| 98:19-98:20 | 98:21-98:22 (Objection to the form of the question:  calls for a legal conclusion). FRE 701 |  |  |  |
| 98:23-98:24 |  |  |  |  |
| 99:2-99:3 | 99:4-99:5 (Objection. Calls for a legal conclusion). FRE 602, FRE 701 |  |  |  |
| 99:6-99:8 |  |  |  |  |
| 99:10-99:13 | 99:14-99:15 (Objection to the form of the question:  calls for a legal conclusion). |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 99:16-100:1 | | | | |
| 100:10-100:18 | | | | |
| 100:23-100:24 | | | | |
| 101:1-101:9 | | | | |
| 101:11-101:15 | | | | |
| 101:17-101:24 | 102:1-102:5 (Objection to the form of the question: Calls for a legal conclusion. Outside of the scope of the -- which he's been -- of which he's presented as a corporate witness). FRE 602, FRE 701 | | | |
| 102:6-102:11 | | | | |
| 102:13-102:22 | 102:23-103:1 (Objection:  calls for a legal conclusion.  Outside the scope. THE WITNESS: It's similar). FRE 602, FRE 701 | | | |
| 103:2-103:5 | | | | |
| 103:8-103:9 | 103:10-103:11 (Objection. Calls for a legal conclusion). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 103:12-103:13 | | | | |
| 103:15-103:16 | | | | |
| 103:19-104:4 | 104:5-104:9 (Objection. Calls for a legal conclusion. Outside the scope of which this witness is being offered as a corporate witness).  FRE 602, FRE 701 | | | |
| 104:10-104:11 | | | | |
| 104:13-104:19 | 104:21-104:21 (Objection). | | | |
| 104:22-104:24 | 105:1-105:3 (Objection. Calls for a legal conclusion. Outside the scope). | | | |
| 105:4-105:5 | | | | |
| 105:7-105:16 | 105:17-105:19 (Objection to the form of the question: Calls for a legal conclusion. Outside the scope).  FRE 602, FRE 701 | | | |
| 105:20-105:21 | | | | |
| 105:23-105:24 | | | | |
| 106:3-106:11 | 106:12-106:14 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: Calls for a legal conclusion. Outside the scope).<br><br>FRE 602, FRE 701 | | | |
| 106:15-106:16 | | | | |
| 106:19-107:3 | 107:4-107:6<br>(Objection to the form of the question:  Calls for a legal conclusion. Outside the scope).<br><br>FRE 602, FRE 701 | | | |
| 107:7-107:8 | | | | |
| 107:10-107:18 | 107:19-107:21<br>(Objection to the form of the question:  Calls for a legal conclusion. Outside the scope).<br><br>FRE 602, FRE 701 | | | |
| 107:22-107:23 | | | | |
| 108:2-108:3 | | | | |
| 108:10-109:16 | 109:17-109:18<br>(Objection. Vague).<br><br>FRE 602 | | | |
| 109:19-109:19 | | | | |
| 109:21-110:2 | 110:4-110:6 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: Mischaracterizes his previous testimony). | | | |
| 110:7-110:12 | | | | |
| 110:14-111:6 | FRE 602 | | | |
| 111:8-112:19 | | | | |
| 112:21-112:22 | | | | |
| 113:7-113:14 | FRE 602, FRE 701 | | | |
| 113:16-113:16 | | | | |
| 114:1-114:4 | 114:5-114:6 (Objection to the form of the question:  Vague).   FRE 602, FRE 701 | | | |
| 114:7-114:8 | | | | |
| 114:10-114:11 | | | | |
| 114:13-114:18 | 114:19-114:20 (Objection. Vague).   FRE 602, FRE 701 | | | |
| 114:21-114:21 | | | | |
| 114:23-115:10 | 115:11-115:13 (Objection to the form of the question: Mischaracterizes his testimony. Objection. Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 115:14-115:17 | | | | |
| 115:19-115:20 | 115:21-115:22 (Objection. Vague). FRE 602 | | | |
| 115:23-116:2 | | | | |
| 116:4-116:10 | 116:11-116:12 (Objection to the form of the question: Mischaracterizes his testimony). FRE 602 | | | |
| 116:13-116:19 | | | | |
| 117:4-117:19 | 117:20-117:21 (Objection. Mischaracterizes his testimony). FRE 602 | | | |
| 117:22-118:7 | | | | |
| 118:11-118:14 | FRE 402 | | | |
| 120:1-120:6 | FRE 402 | | | |
| 120:8-120:17 | | | | |
| 120:20-120:21 | | | | |
| 120:23-122:4 | 122:5-122:6 (Objection to the form of the question:  vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 122:7-122:8 | | | | |
| 122:10-122:16 | 122:17-122:18 (Objection: vague).<br><br>FRE 402 | | | |
| 122:19-122:24 | 123:1-123:2 (Objection to the form of the question: vague).<br><br>FRE 402 | | | |
| 123:5-123:6 | FRE 402 | | | |
| 123:9-123:14 | 123:15-123:16 (Objection to the form of the question: vague).<br><br>FRE 402, 701 | | | |
| 124:7-124:9 | 124:10-124:11 (Objection to the form of the question:  vague).<br><br>FRE 402, 701 | | | |
| 124:12-124:13 | | | | |
| 124:15-124:18 | 124:19-124:20 (Objection to the form of the question:  Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, 701 | | | |
| 124:21-124:21 | | | | |
| 124:23-125:7 | 125:8-125:9 (Objection to the form of the question: vague). FRE 402, 701 | | | |
| 125:10-125:13 | | | | |
| 125:15-125:18 | FRE 402, 701 | | | |
| 125:19-125:22 | 125:23-125:24 (Objection to the form of the question: to the form of the question: vague). | 125:19-125:22 | FRE 105, FRE 802 | |
| 126:1-126:14 | | 126:1-126:14 | FRE 105, FRE 802 | |
| 126:16-127:5 | 127:7-127:9 (Objection to the form of the question: Mischaracterizes his testimony and vague). | | | |
| 127:10-127:13 | | | | |
| 127:15-127:17 | 127:18-127:19 (Objection to the form of the question: vague). | | | |
| 127:20-127:21 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 127:23-128:9 | | | | |
| 129:3-129:6 | 129:7-129:10 (Objection to the form of the question: Mischaracterizes the previous testimony. Objection. Lack of foundation). | 129:3-129:6 | FRE 105, FRE 802 | |
| 129:11-130:6 | | 129:11-130:6 | FRE 105, FRE 802 | |
| 130:8-130:18 | | 130:8-130:18 | FRE 105, FRE 802 | |
| 130:20-131:4 | | 130:20-131:4 | FRE 105, FRE 802 | |
| 131:5-131:7 | 131:8-131:9 (Objection: calls for speculation). | | | |
| 131:10-131:12 | | | | |
| 131:14-131:15 | 131:16-131:17 (Objection to the form of the question: calls for speculation). | | | |
| 131:18-131:23 | | | | |
| 132:1-132:3 | | | | |
| 132:10-132:12 | | | | |
| 132:15-132:22 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 133:6-133:8 | | | | |
| 133:18-134:19 | | | | |
| 134:22-135:3 | 135:4-135:5 (Objection to the form of the question: calls for speculation). FRE 602, 802, 805 | | | |
| 135:6-135:7 | | | | |
| 135:9-135:12 | 135:14-135:15 (Objection to the form of the question: vague. What time frame?). | 135:9-135:12 | FRE 105, FRE 802 | |
| 135:16-135:17 | | 135:16-135:17 | FRE 105, FRE 802 | |
| 135:19-135:22 | | 135:19-135:22 | FRE 105, FRE 802 | |
| 136:1-136:11 | FRE 602, 802, 805 | | | |
| 138:17-139:2 | FRE 602, 802, 805 | | | |
| 139:5-139:12 | 139:13-139:14 (Objection to the form of the question: calls for speculation). FRE 602, 802, 805 | | | |
| 139:15-139:17 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 139:19-140:8 | 140:9-140:10 (Objection to the form of the question: vague). FRE 402 | | | |
| 140:11-140:15 | | | | |
| 140:19-141:17 | | 140:19-141:17 | FRE 105, FRE 802 | |
| 141:19-141:23 | 141:24-142:1 (Objection to the form of the question: vague. THE WITNESS: If a method is). | | | |
| 142:2-142:6 | | | | |
| 148:19-149:1 | | | | |
| 149:1-149:4 | | 149:1-149:4 | FRE 105, FRE 802 | |
| 149:5-149:13 | FRE 602, 701 | | | |
| 149:15-151:4 | | 149:14-149:14 149:15-151:4 | FRE 105, FRE 802 | |
| 151:5-151:9 | 151:10-151:12 (Objection to the form of the question: vague; lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 701 | | | |
| 151:13-152:1 | | | | |
| 152:11-154:6 | | | | |
| 154:9-154:23 | 154:24-155:1 (Objection to the form of the question: asked and answered. THE WITNESS: I don't know). FRE 602 | | | |
| 155:2-155:2 | | | | |
| 155:4-155:11 | | | | |
| 155:15-156:14 | | | | |
| 156:24-157:5 | | | | |
| 157:8-157:8 | | | | |
| 157:13-157:14 | | | | |
| 157:22-158:4 | | | | |
| 158:6-159:5 | 159:6-159:8 (Objection to the form of the question: vague. The first volunteer in the patent?). FRE 602 | | | |
| 159:9-159:19 | | | | |
| 159:22-161:1 | | | | |
| 161:2-161:5 | 161:6-161:7 (Objection to the form of the | 161:2-161:5 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague). | | | |
| 161:8-161:19 | | 161:8-161:19 | FRE 105, FRE 802 | |
| 161:22-163:1 | 163:2-163:3 (Objection to the form of the question: vague). FRE 602, 701 | | | |
| 163:4-163:12 | FRE 602, 701 | | | |
| 163:14-163:24 | | | | |
| 164:2-165:22 | FRE 602, 701 | | | |
| 165:24-167:4 | FRE 602 | | | |
| 167:6-167:7 | | | | |
| 167:9-167:10 | | | | |
| 167:12-167:24 | | | | |
| 168:2-168:11 | | | | |
| 168:12-168:15 | 168:16-168:17 (Objection to the form of the question: lack of foundation). | 168:12-168:15 | FRE 105, FRE 802 | |
| 169:3-169:17 | | 169:3-169:17 | FRE 105, FRE 802 | |
| 169:17-169:17 | | | | |
| 169:24-170:3 | | 169:18-169:23 169:24-170:3 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 170:4-173:14 | 173:15-173:16 (Objection to the form of the question: vague). FRE 701 | | | |
| 173:17-173:18 | | | | |
| 173:20-174:7 | | | | |
| 174:9-174:17 | 174:18-174:19 (Objection to the form of the question: Form). | | | |
| 174:20-175:1 | | | | |
| 175:3-175:8 | 175:9-175:10 (Objection to the form of the question: vague). | | | |
| 175:11-175:11 | | | | |
| 175:13-176:10 | 176:11-176:12 (Objection to the form of the question: vague). | | | |
| 176:13-176:18 | | | | |
| 177:5-177:24 | | | | |
| 178:2-178:5 | 178:6-178:8 (Objection to the form of the question: lack of foundation; vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 701 | | | |
| 178:9-178:11 | | | | |
| 178:13-178:16 | | | | |
| 178:17-178:19 | | 178:17-178:19 | FRE 105, FRE 802 | |
| 178:20-179:3 | FRE 602 | | | |
| 179:4-180:14 | | 179:4-180:14 | FRE 105, FRE 802 | |
| 180:15-180:19 | | | | |
| 181:3-182:13 | 182:14-182:15 (Objection to the form of the question: vague). FRE 602 | | | |
| 182:16-182:17 | | | | |
| 182:19-183:15 | FRE 402 | | | |
| 183:16-183:17 | | 183:16-183:17 | FRE 105, FRE 802 | |
| 183:18-183:18 | | | | |
| 183:19-184:17 | | 183:19-184:17 | FRE 105, FRE 802 | |
| 185:15-186:12 | | | | |
| 186:15-189:15 | 189:16-189:16 (Objection). FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 190:17-190:19 | | | | |
| 190:21-192:3 | | | | |
| 192:8-192:10 | 192:11-192:12 (Objection to the form of the question: vague). | | | |
| 192:13-192:17 | | | | |
| 193:2-193:7 | | | | |
| 194:13-195:1 | | | | |
| 195:4-195:8 | | | | |
| 195:15-197:19 | 197:21-197:21 (Objection). FRE 402 | | | |
| 197:22-198:3 | | | | |
| 198:6-198:8 | | | | |
| 198:13-199:4 | 199:5-199:6 (Objection to the form of the question: vague). | | | |
| 199:8-199:15 | | | | |
| 199:18-200:2 | | | | |
| 200:3-200:13 | 200:14-200:15 (Objection to the form of the question: vague; compound). | 200:3-200:13 | FRE 105, FRE 802 | |
| 200:18-200:23 | | 200:18-200:23 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 200:24-200:25 | | | | |
| 201:1-201:10 | | 201:1-201:10 | FRE 105, FRE 802 | |
| 201:11-201:12 | | | | |
| 201:14-201:21 | | | | |
| 201:22-202:1 | | 201:22-202:1 | FRE 105, FRE 802 | |
| 202:2-202:6 | 202:7-202:8 (Objection to the form of the question: vague). | | | |
| 202:9-202:12 | | | | |
| 202:14-203:19 | FRE 602 | | | |
| 204:9-204:10 | | | | |
| 204:16-204:21 | | | | |
| 205:8-209:10 | FRE 402 | | | |
| 209:18-209:21 | | | | |
| 209:24-210:7 | FRE 402 | | | |
| 210:8-210:22 | | 210:8-210:22 | FRE 105, FRE 802 | |
| 210:23-211:24 | 212:1-212:2 (Objection to the form of the question: vague). | | | |
| 212:3-212:3 | | | | |
| 212:14-212:16 | | | | |
| 212:23-213:2 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 213:4-213:14 | FRE 602 | | | |
| 213:19-213:20 | 213:21-213:24 (Objection to the form of the question:  lack of foundation. You haven't established yet that he's seen this document). | | | |
| 214:4-214:5 | | | | |
| 214:8-214:11 | | | | |
| 214:13-214:16 | | | | |
| 215:6-215:17 | | | | |
| 216:19-216:23 | | | | |
| 217:9-218:13 | | | | |
| 219:24-220:3 | 220:4-220:7 (Objection:  first, no foundation. You didn't establish that he's seen the document before). | | | |
| 220:9-221:1 | 221:2-221:3 (Objection to the form of the question:  vague).  FRE 602 | | | |
| 221:4-221:6 | | | | |
| 221:9-221:10 | 221:11-221:12 (Objection to the form of the question:  speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 221:13-221:13 | | | | |
| 221:15-221:18 | 221:19-221:24 (Objection:  lack of foundation. We already established earlier that he had not seen this data prior to this deposition. It calls for speculation). | | | |
| 222:7-222:14 | 222:15-222:16 (Objection to the form of the question:  calls for speculation).  FRE 602 | | | |
| 222:17-222:19 | | | | |
| 222:21-222:23 | 222:24-223:2 (Objection:  calls for speculation. He hasn't seen the document before. THE WITNESS: Hmm. I'm not).  FRE 602 | | | |
| 223:3-223:8 | | | | |
| 223:14-223:15 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 238:16-238:19 | 238:20-238:21 (Objection to the form of the question: asked and answered).  FRE 602 | | | |
| 238:22-238:22 | | | | |
| 239:1-239:4 | | | | |
| 239:6-239:7 | | | | |
| 239:9-239:11 | 239:12-239:13 (Objection to the form of the question: vague). | | | |
| 239:14-239:16 | | | | |
| 239:18-240:7 | 240:9-240:10 (Objection to the form of the question: vague). | | | |
| 240:11-240:18 | | | | |
| 240:21-241:18 | 241:19-241:20 (Objection to the form of the question: vague).  FRE 602 | | | |
| 241:21-241:21 | | | | |
| 241:23-242:6 | FRE 602, 701 | | | |
| 242:9-242:9 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 242:12-242:18 | | | | |
| 243:23-244:3 | | | | |
| 244:6-244:22 | FRE 701 | | | |
| 246:4-246:14 | 246:15-246:17 (Objection to the form of the question:  vague; lack of foundation). <br><br> FRE 701 | | | |
| 246:18-247:1 | | | | |
| 247:3-248:12 | FRE 701 | | | |
| 249:11-249:15 | 248:20-249:5 (Objection. This is a little beyond the -- the PET testing itself, it's more about the mechanics of the spray bottle. So, I mean, he can  testify to the best of his knowledge as an individual, but it's really beyond the scope of the two topics he is designated under the 30(b)(6). <br><br> FRE 701 | 248:16-248:19 | FRE 105, FRE 802 | |
| 249:23-250:10 | | | | |
| 251:19-251:19 | | | | |
| 251:20-252:3 | | 251:20-252:3 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 252:3-252:3 | 252:4-252:5 (Objection to the form of the question: vague). | | | |
| 252:6-252:23 | | 252:6-252:23 | FRE 105, FRE 802 | |
| 252:24-253:6 | | 253:8-253:11 | FRE 105, FRE 802 | |
| 253:12-253:17 | FRE 602, FRE 701 | | | |
| 253:22-253:24 | | | | |
| 254:2-254:3 | 254:5-254:8 (Objection to the form of the question: vague. You can answer as an individual, to the best of your knowledge). FRE 602, FRE 701 | | | |
| 254:9-254:13 | | | | |
| 254:15-254:19 | | 254:15-254:19 | FRE 105, FRE 802 | |
| 254:22-255:22 | | 254:22-255:22 | FRE 105, FRE 802 | |
| 255:24-256:14 | | 255:24-256:14 | FRE 105, FRE 802 | |
| 256:16-256:17 | 256:18-256:19 (Objection to the form of the question: vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 256:20-256:21 | | | | |
| 256:23-257:4 | 257:5-257:6 (Objection to the form of the question: vague). | | | |
| 257:7-257:7 | | | | |
| 257:16-258:1 | 258:2-258:3 (Objection to the form of the question: vague). | | | |
| 258:4-258:5 | | | | |
| 258:8-258:10 | | | | |
| 258:14-259:9 | 259:13-259:13 (Objection to the form of the question: vague). | | | |
| 259:14-259:15 | | | | |
| 259:17-259:22 | | | | |
| 260:3-260:7 | | | | |
| 261:21-262:12 | | 263:21-263:23 264:11-264:21 | FRE 105, FRE 802 Beyond the Scope of the Designation | |
| 265:21-265:23 | | | | |
| 266:1-266:15 | 266:16-266:17 (Objection to the form of the question: vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 266:18-266:20 | | | | |
| 266:22-266:24 | | | | |
| 267:8-267:11 | | 267:12-267:14 | FRE 105, FRE 802 (267:8-267:11) | |
| 267:15-267:16 | | | | |
| 267:16-267:16 | 267:17-267:17 (Objection). | 267:16-267:16 | FRE 105, FRE 802 | |
| 267:18-267:19 | 267:20-267:21 (Objection to the form of the question:  compound). | | | |
| 267:22-267:23 | | | | |
| 268:1-268:6 | | | | |
| 268:8-268:9 | | | | |
| 268:11-268:12 | | | | |
| 268:15-269:7 | 269:8-269:9 (Objection to the form of the question:  vague). | | | |
| 269:10-269:13 | | | | |
| 269:15-270:5 | 270:6-270:7 (Objection. Vague). FRE 602 | | | |
| 270:8-270:10 | | | | |
| 270:22-271:3 | 271:4-271:10 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | (Objection to the form of the question:  Vague. The witness mentioned earlier that it looked like there were several tests. So could you break it down as to which portion of the presentation you're referring to?).<br><br>FRE 602 |  |  |  |
| 271:13-271:24 | 272:1-272:2 (Objection to the form of the question:  vague).<br><br>FRE 602 |  |  |  |
| 272:3-272:5 | 272:6-272:7 (Objection to the form of the question:  vague). |  |  |  |
| 272:8-272:15 |  |  |  |  |
| 272:18-275:9 |  |  |  |  |
| 278:3-278:19 | FRE 602, FRE701 |  |  |  |
| 278:21-278:24 |  |  |  |  |
| 279:4-281:23 | FRE 602, FRE701 |  |  |  |
| 283:12-283:13 |  |  |  |  |
| 283:15-283:24 | 284:1-284:2 (Objection to the form of the |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague).<br><br>FRE701 | | | |
| 284:3-284:22 | | | | |
| 284:24-285:3 | | | | |
| 285:8-285:22 | FRE 602, FRE701 | | | |
| 286:1-286:7 | FRE 602, FRE701 | | | |
| 286:8-286:21 | | 286:8-286:21 | FRE 105, FRE 802 | |
| 286:22-288:3 | 288:4-288:5<br>(Objection to the form of the question: vague).<br>FRE 602, FRE 701 | | | |
| 288:6-288:20 | | | | |
| 289:5-289:13 | FRE 602 | | | |
| 289:17-290:1 | FRE 602 | | | |
| 291:4-292:18 | FRE 602 | | | |
| 292:18-293:1 | 293:2-293:4<br>(Objection to the form of the question: vague; calls for speculation). | 292:18-293:1 | FRE 105, FRE 802 | |
| 293:5-293:14 | | 293:5-293:14 | FRE 105, FRE 802 | |
| 293:16-293:20 | 293:21-293:23<br>(Objection to the form of the question: vague; Calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE701 |  |  |  |
| 293:24-294:17 |  |  |  |  |
| 294:19-294:23 | 294:24-295:1 (Objection: calls for speculation. THE WITNESS: I think from). FRE 602, FRE701 |  |  |  |
| 295:2-295:18 |  |  |  |  |
| 295:20-296:11 | FRE701 |  |  |  |
| 296:21-297:1 |  |  |  |  |
| 297:4-297:15 | 297:16-297:17 (Objection: vague). |  |  |  |
| 297:18-297:19 |  |  |  |  |
| 297:21-299:3 | 299:4-299:5 (Objection: vague). |  |  |  |
| 299:6-299:10 |  |  |  |  |
| 299:12-300:6 |  |  |  |  |
| 301:17-301:23 |  |  |  |  |
| 302:2-303:6 | 303:7-303:8 (Objection: vague). FRE 402 |  |  |  |
| 303:9-303:21 |  |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 303:23-305:2 | FRE 602 | | | |
| 305:9-305:24 | FRE 602 | | | |
| 306:3-306:15 | 306:16-306:17 (Objection to the form of the question: calls for speculation). FRE 602 | | | |
| 306:23-307:4 | | | | |
| 307:7-307:13 | 307:14-307:15 (Objection to the form of the question:  calls for speculation. FRE 602 | | | |
| 307:23-308:1 | | | | |
| 308:4-308:17 | | | | |
| 308:19-309:8 | FRE 602 | | | |
| 309:11-310:15 | 310:16-310:17 (Objection to the form of the question: vague). FRE 402 | | | |
| 310:18-310:19 | | | | |
| 310:22-310:23 | 310:24-311:1 (Objection:  vague. Outside the scope. THE WITNESS: I -- I believe). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402 | | | |
| 311:2-311:3 | | | | |
| 311:5-312:2 | 312:3-312:4 (Objection to the form of the question:  calls for speculation).<br><br>FRE 402 | | | |
| 312:5-312:6 | | | | |
| 312:9-312:10 | | | | |
| 313:1-313:11 | FRE 402 | | | |
| 313:18-313:22 | FRE 402 | | | |
| 314:1-314:4 | FRE 402 | | | |
| 314:6-315:3 | 315:4-315:5 (Objection to the form of the question:  vague). FRE 402 | | | |
| 315:6-315:6 | FRE 402 | | | |
| 315:8-316:11 | FRE 402 | | | |
| 316:19-316:23 | FRE 402 | | | |
| 317:2-317:9 | FRE 402 | | | |
| 317:13-317:16 | FRE 402 | | | |
| 317:18-318:8 | FRE 402 | | | |
| 318:11-318:22 | 318:23-318:24 (Objection to the form of the question:  foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 402 |  |  |  |
| 319:1-319:8 | FRE 402 |  |  |  |
| 319:10-319:18 | 319:19-319:21 (Objection:  vague; lack of foundation).  FRE 402 |  |  |  |
| 319:23-320:3 | FRE 402 |  |  |  |
| 320:5-320:22 | 320:23-320:24 (Objection to the form of the question: calls for speculation).  FRE 402 |  |  |  |
| 321:1-321:6 | FRE 402 |  |  |  |
| 321:8-321:17 | 321:19-321:21 (Objection to the form of the question:  outside the scope of his 30(b)(6) testimony.);  322:6-322:10 (Deposition and clearance testing, in general, is not included within topic number 6. If you're asking specifically about PET testing, that's fine). |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 322:6-322:10 (Deposition and clearance testing, in general, is not included within topic number 6. If you're asking specifically about PET testing, that's fine.)<br><br>FRE 402, FRE 602 | | | |
| 322:23-323:1 | FRE 402 | | | |
| 323:8-323:21 | 323:22-323:23<br>(Objection to the form of the question: calls for speculation). | | | |
| 323:24-324:2 | FRE 402 | | | |
| 324:4-324:5 | 324:6-324:7<br>(Objection to the form of the question: calls for speculation).<br><br>FRE 402 | | | |
| 324:8-324:8 | FRE 402 | | | |
| 324:10-324:11 | 324:12-324:13<br>(Objection to the form of the question: calls for speculation).<br><br>FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 324:14-324:14 | FRE 402 | | | |
| 324:16-324:17 | 324:18-324:19 (Objection to the form of the question:  calls for speculation).  FRE 402 | | | |
| 324:20-324:20 | FRE 402 | | | |
| 324:22-325:3 | FRE 402 | | | |
| 325:4-325:8 | 325:9-325:10 (Objection:  calls for speculation). | 325:4-325:8 | FRE 105, FRE 802 | |
| 325:11-325:13 | | | | |
| 325:15-325:24 | | 325:15-325:24 | FRE 105, FRE 802 | |
| 325:25-326:14 | | | | |
| 326:15-326:17 | 326:18-326:19 (Objection to the form of the question:  mischaracterizes the testimony). | 326:15-326:17 | FRE 105, FRE 802 | |
| 326:20-327:8 | | 326:20-327:8 | FRE 105, FRE 802 | |
| 327:10-327:12 | 327:14-327:1 (Objection to the form of the question:  calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 327:16-327:17 | FRE 402, FRE 602 | | | |
| 327:19-327:20 | 327:21-327:22 (Objection to the form of the question: calls for speculation). FRE 402, FRE 602 | | | |
| 327:23-327:23 | FRE 402, FRE 602 | | | |
| 328:7-328:11 | | | | |
| 328:14-329:9 | FRE 602 | | | |
| 329:11-329:20 | 329:21-329:22 (Objection to the form of the question: calls for speculation). FRE 602 | | | |
| 330:7-330:8 | | | | |
| 330:10-330:16 | | | | |
| 330:18-331:7 | 331:8-331:9 (Objection to the form of the question: vague). FRE 602 | | | |
| 331:10-331:10 | | | | |
| 332:4-332:8 | 332:9-332:10 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: calls for speculation).  FRE 602 | | | |
| 332:11-332:11 | | | | |
| 332:13-335:18 | FRE 402 | | | |
| | | | | |

## SOO IL KIM

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:3-8:5 | | | | |
| 8:9-8:14 | | | | |
| 8:19-9:17 | Objection to the designation to the extent it includes the question at 9:15 to 9:17 without inclusion at the deponents answer.  The designation for9:15 to 9:17 should be withdrawn. | | | |
| 9:19-10:1 | | | | |
| 13:3-14:6 | | | | |
| 14:15-14:17 | FRE 402 | | | |
| 15:3-15:24 | | | | |
| 16:3-16:9 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 16:18-16:22 | | | | |
| 17:1-17:5 | | | | |
| 17:13-17:16 | | | | |
| 18:2-18:5 | | | | |
| 19:6-19:10 | | | | |
| 19:15-20:22 | FRE 402 | | | |
| 22:4-22:5 | Objection to the designation to the extent it includes the question at 22:4 to 22:5 without inclusion at the deponents answer.  The designation for 22:4 to 22:5 should be withdrawn. | | | |
| 22:9-22:21 | Objection to the designation to the extent it includes the question at 22:4 to 22:5 without inclusion at the deponents answer.  The designation for 22:9 to 22:12 should be withdrawn. | | | |
| 22:23-23:7 | | | | |
| 23:16-24:9 | FRE 402 | | | |
| 25:17-25:19 | FRE 402 | | | |
| 26:2-26:4 | | | | |
| 26:9-26:13 | 26:17-26:18 (Objections.  Calls for speculation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | Objection to the designation to the extent that it excludes the clarification at the question included at 26:5 to 26:8. | | | |
| 26:19-26:21 | 26:22-26:23 (Objection. Calls for speculation). FRE 402 | | | |
| 27:3-27:8 | 27:9-27:10 (Objection. Lack of foundation. Calls for expert testimony). FRE 402, FRE 701 | | | |
| 27:11-27:13 | FRE 402, FRE 701 | | | |
| 27:17-27:19 | FRE 402, FRE 701 | | | |
| 27:20-25 | | | | |
| 28:6-28:16 | | | | |
| 30:12-30:17 | FRE 402, FRE 602, FRE 701 | | | |
| 31:11-31:15 | FRE 402, FRE 602, FRE 701 | | | |
| 31:20-31:25 | Objection to the designation to the extent it includes the question at 31:25 without inclusion at the deponents | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | answer. The designation for to 31:25 should be withdrawn. | | | |
| 32:1 | | | | |
| 32:2-32:11 | FRE 701 | | | |
| 32:14-32:24 | 32:25-33:1 (Objection. Mischaracterizes the testimony). <br><br> FRE 402, FRE 701 | | | |
| 33:2-33:12 | FRE 402, FRE 701 | | | |
| 33:15-33:18 | 33:19-33:20 (Objection to the form of the question). <br><br> 33:22-33:24 (Calls for speculation. Let me finish my objections as well. It calls for expert testimony.) | | | |
| 34:1-34:1 | FRE 402, FRE 701 | | | |
| 37:5-37:8 | | | | |
| 37:15-37:23 | 37:24-37:24 (Objection. Vague). <br><br> Objection to the designation to the extent it includes the question at 37:22 without | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | inclusion at the deponents answer. The designation for 37: 22 should be withdrawn.<br><br>FRE 701 | | | |
| 38:2-38:3 | 38:4-38:4 (Objection. Vague). | | | |
| 38:11-38:14 | 38:15-38:15 (Objection. Vague).<br><br>FRE 701 | | | |
| 38:16-38:19 | 38:20-38:20 (Objection. Vague).<br><br>FRE 701 | | | |
| 38:21-38:23 | FRE 701 | | | |
| 39:1-39:2 | FRE 602, FRE 701 | | | |
| 39:9-39:13 | FRE 701 | | | |
| 39:17-39:23 | 39:24-39:24 (Objection. Vague).<br><br>FRE 602, FRE 701 | | | |
| 39:25-40:3 | 40:4-40:4 (Objection. Vague).<br><br>FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 40:5-40:6 | FRE 701 | | | |
| 42:4-42:4 | | | | |
| 42:7-42:13 | 42:14-42:15 (Objection to the form of the question. Vague).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 42:16-42:19 | FRE 402, FRE 602, FRE 701 | | | |
| 42:24-43:8 | FRE 402, FRE 602, FRE 701 | | | |
| 43:18-43:19 | | | | |
| 44:2-44:3 | | | | |
| 45:25-46:3 | FRE 602, FRE 701 | | | |
| 46:7-46:24 | FRE 602, FRE 701 | | | |
| 47:19-48:4 | FRE 602, FRE 701 | | | |
| 49:13-49:15 | 49:16-49:18 (Objection to the form of the question. Calls for expert testimony. Lack of foundation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 49:19-49:22 | 49:23-49:25 (Objection to the form of the question. Calls for expert testimony. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602, FRE 701 | | | |
| 50:1-50:1 | | | | |
| 51:21-51:25 | 52:1-52:3 (Objection. Argumentative. Calls for expert testimony. Lack of foundation).<br><br>Objection to the designation to the extent it includes the question at 51:21 to 51:25 without inclusion at the deponents answer. The designation for 51:21 to 51:25 should be withdrawn.<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 52:10-52:14 | | | | |
| 52:23-53:7 | 53:8-53:9 (Objection. Calls for expert testimony).<br><br>FRE 602, FRE 701 | | | |
| 53:10-53:12 | FRE 602, FRE 701 | | | |
| 54:9-54:12 | 54:13-54:15 (Objection. Incomplete hypothetical. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony. Calls for speculation). FRE 602, FRE 701 | | | |
| 54:16-54:22 | 54:22-54:22 (Same objections). FRE 602, FRE 701 | | | |
| 54:22-55:1 | 55:1-55:1 (Same objections). FRE 602, FRE 701 | | | |
| 55:1-55:19 | 55:19-55:20 (Objection. Lack of foundation. Vague). FRE 602, FRE 701 | | | |
| 55:21-56:2 | 56:2-56:2 (Objection. Vague). FRE 602, FRE 701 | | | |
| 56:2-56:6 | 56:6-56:6 (Objection. Vague). FRE 602, FRE 701 | | | |
| 56:6-56:12 | FRE 602, FRE 701 | | | |
| 56:12-56:18 | FRE 602, FRE 701 | 56:12-56:18 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 56:19-56:19 | 56:19-56:20 (Objection. Calls for expert testimony. Vague). | | | |
| 56:21-56:21 | FRE 602, FRE 701 | | | |
| 56:21-56:25 | | 56:21-56:25 | FRE 105, FRE 802 | |
| 56:26-57:6 | 57:6-57:7 (Objection. Lack of foundation. Vague). FRE 602, FRE 701 | | | |
| 57:8-57:10 | 57:10-57:10 (Same objections). | | | |
| 57:10-57:16 | 57:16-57:16 (Objection. Vague). FRE 602, FRE 701 | | | |
| 57:16-57:22 | 57:22-57:23 (Objection. Calls for expert testimony). FRE 602, FRE 701 | | | |
| 57:24-58:9 | 58:9-58:10 (Objection. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony. Vague).<br><br>FRE 602, FRE 701 | | | |
| 58:11-58:15 | 58:15-58:16<br>(Objection. Lack of foundation. Vague).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 58:16-58:24 | 58:24-58:25<br>(Objection. Lack of foundation. Mischaracterizes the testimony). | | | |
| 58:25-59:21 | FRE 402, FRE 602, FRE 701 | | | |
| 60:4-60:6 | 60:7-60:8<br>(Objection. Calls for speculation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 60:9-60:10 | FRE 602, FRE 701 | | | |
| 61:11-61:12 | 61:13-61:14<br>(Objection. Calls for expert testimony). | | | |
| 61:15-61:22 | 61:23-61:24<br>(Objection. Calls for expert testimony. Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 61:25-62:5 | FRE 602, FRE 701 | | | |
| 62:21-62:23 | 62:24-62:25<br>(Objection. Calls for expert testimony?). | | | |
| 63:1-63:1 | FRE 602, FRE 701 | | | |
| 63:3-63:3 | 63:4-63:5<br>(Objection. Calls for expert testimony). | | | |
| 63:6-63:10 | 63:11-63:13<br>(Objection. Mischaracterizes the testimony. Calls for expert testimony). | | | |
| 63:14-63:14 | FRE 602, FRE 701 | | | |
| 63:16-63:18 | 63:19-63:20<br>(Objection. Calls for expert testimony). | | | |
| 63:21-63:25 | 64:1-64:2<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 64:3-64:6 | 64:7-64:8 (Objection. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 64:9-64:11 | 64:12-64:13 (Objection. Vague. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 64:14-64:18 | 64:19-64:20 (Objection. Vague. Lack of foundation). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 64:21-65:3 | 65:4-65:4 (Objection. Vague). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 65:5-65:14 | FRE 402, FRE 602, FRE 701 | | | |
| 65:17-66:11 | FRE 602, FRE 805 | | | |
| 66:15-66:18 | | | | |
| 67:24-68:6 | 68:7-68:8 (Objection. Calls for expert testimony). | | | |
| 68:9-68:12 | 68:13-68:14 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Calls for expert testimony. Lack of foundation).<br><br>FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 68:15-68:18 | 68:19-68:20<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 68:21-69:5 | FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 69:9-69:23 | 69:24-69:25<br>(Objection. Calls for expert testimony, and vague).<br><br>FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 70:1-70:7 | 70:8-70:8<br>(Objection. Vague).<br><br>FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 70:9-70:12 | 70:13-70:13<br>(Objection. Vague).<br><br>FRE 402, FRE 602, FRE 701, | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 805 | | | |
| 70:14-70:16 | 70:17-70:18 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 70:19-70:22 | 70:23-70:24 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 70:25-71:1 | FRE 402, FRE 602, FRE 701 | | | |
| 71:8-71:9 | | | | |
| 71:11-71:17 | 71:18-71:19 (Object to the form of the question. Vague). FRE 402, FRE 701 | | | |
| 71:20-71:21 | FRE 402, FRE 602, FRE 701 | | | |
| 73:1-73:5 | 73:6-73:8 (Objection to the form of the question. Calls for expert testimony). | | | |
| 73:9-73:11 | 73:12-73:13 (Objection. Lack of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | foundation).<br><br>FRE 602, FRE 701 | | | |
| 73:14-73:18 | 73:19-73:20<br>(Objection. Lack of foundation).<br><br>FRE 602, FRE 701 | | | |
| 73:21-74:1 | 74:2-74:3<br>(Objection. Lack of foundation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 74:4-74:7 | 74:8-74:9<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 74:10-74:14 | 74:15-74:16<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 74:17-74:22 | 74:23-74:24<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 74:25-74:25 | FRE 402, FRE 602, FRE 701 | | | |
| 75:13-75:15 | 75:16-75:17 (Objection. Calls for expert testimony). | | | |
| 75:18-75:21 | 75:22-75:23 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 75:24-76:1 | 76:2-76:3 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 76:4-76:5 | 76:6-76:7 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 76:8-76:16 | FRE 402, FRE 602, FRE 701 | | | |
| 76:24-77:3 | 77:4-77:5 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 77:6-77:10 | 77:11-77:12 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Lack of foundation). FRE 602, FRE 701 | | | |
| 77:13-77:16 | 77:17-77:18 (Objection. Lack of foundation). FRE 402, FRE 602, FRE 701 | | | |
| 77:19-77:21 | 77:22-77:23 (Objection. Lack of foundation. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 77:24-77:24 | FRE 402, FRE 602, FRE 701 | | | |
| 78:15-78:22 | | | | |
| 78:25-79:1 | FRE 402, FRE 602 | | | |
| 79:5-79:12 | 79:13-79:14 (Objection. Lack of foundation). FRE 402, FRE 602 | | | |
| 79:15-79:16 | FRE 402, FRE 602 | | | |
| 80:7-80:8 | 80:9-80:10 (Objection. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | | |
| 80:11-80:13 | 80:14-80:15 (Objection. Lack of foundation). FRE 402, FRE 602 | | | |
| 80:16-80:19 | 80:20-80:21 (Objection. Lack of foundation). FRE 402, FRE 602 | | | |
| 80:22-80:23 | 80:24-80:25 (Objection. Lack of foundation). FRE 402, FRE 602 | | | |
| 81:1-81:6 | FRE 402, FRE 602, FRE 701 | | | |
| 81:10-81:15 | 81:16-81:17 (Objection. Lack of foundation). | | | |
| 81:18-81:20 | 81:21-81:22 (Objection. Lack of foundation). FRE 402, FRE 602, FRE 701 | | | |
| 81:23-81:24 | FRE 402, FRE 602, FRE 701 | | | |
| 82:14-82:18 | 82:19-82:20 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Calls for expert testimony). | | | |
| 82:21-83:9 | 83:10-83:11 (Objection. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 83:12-83:22 | 83:23-83:24 (Objection. Calls for speculation). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 83:25-84:5 | 84:6-84:7 (Objection. Lack of foundation). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 84:8-84:11 | 84:12-84:13 (Objection. Lack of foundation). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 84:14-84:22 | 84:23-84:24 (Objection. Calls for expert testimony. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602, FRE 701 | | | |
| 84:25-85:1 | FRE 402, FRE 602, FRE 701 | | | |
| 85:8-85:10 | 85:11-85:12 (Objection. Calls for expert testimony). | | | |
| 85:13-86:1 | 86:2-86:3 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 86:4-86:4 | FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 86:7-86:13 | FRE 402, FRE 602, FRE 805 | | | |
| 87:12-87:17 | | | | |
| 87:23-87:25 | 88:1-88:2 (Objection. Lack of foundation). | | | |
| 88:3-88:3 | | | | |
| 88:7-88:9 | 88:10-88:10 (Objection. Vague). | | | |
| 88:11-88:18 | FRE 602, FRE 701 | | | |
| 88:24-89:1 | 89:2-89:3 (Objection. Asked and | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | answered). | | | |
| 89:4-89:6 | 89:7-89:8 (Objection. Calls for speculation. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 89:9-89:16 | FRE 402, FRE 602, FRE 701 | | | |
| 89:25-90:4 | 90:5-90:6 (Objection. Lack of foundation). FRE 602, FRE 701 | | | |
| 90:7-90:8 | FRE 602, FRE 701 | | | |
| 90:11-90:16 | FRE 602, FRE 701 | | | |
| 90:25-91:2 | | | | |
| 91:4-91:6 | | | | |
| 91:9-91:11 | FRE 602, FRE 701 | | | |
| 91:21-92:7 | 92:8-92:9 (Objection. Lack of foundation). FRE 602 | | | |
| 92:17-93:9 | 93:10-93:11 (Objection. Calls for expert testimony). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602, FRE 701 | | | |
| 93:12-93:20 | FRE 402, FRE 602, FRE 701 | | | |
| 94:13-94:15 | 94:16-94:17 (Objection. Calls for expert testimony). | | | |
| 94:18-94:25 | 94:25-95:1 (Objection. Calls  for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 95:2-95:11 | 95:11-95:12 (Objection. Calls for expert testimony. Lack of foundation). FRE 402, FRE 602, FRE 701 | | | |
| 95:13-96:1 | 96:1-96:2 (Objection. Lack of foundation. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 96:3-96:18 | 96:18-96:19 (Objection. Calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 402, FRE 602, FRE 701 |  |  |  |
| 96:20-97:21 | 97:21-97:22 (Objection calls for expert testimony). FRE 402, FRE 602, FRE 701 |  |  |  |
| 97:23-97:25 | 97:25-98:1 (Objection. Calls for expert testimony). |  |  |  |
| 98:2-98:5 | 98:5-98:6 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 |  |  |  |
| 98:7-98:12 | 98:12-98:13 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 |  |  |  |
| 98:14-98:24 | 98:24-98:25 (Objection. Lack of foundation). Objection to the designation to the extent it includes the question at 98:22 to 98:23 without inclusion at the |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | deponents answer.  The designation for 98:22 to 98:23 should be withdrawn. | | | |
| 99:5-99:15 | 99:16-99:17 (Objection. Lack of foundation. Vague).<br><br>FRE 602 | | | |
| 99:18-99:24 | FRE 602 | | | |
| 100:1-100:6 | 100:7-100:8 (Objection. Lack of foundation). | | | |
| 100:9-100:11 | FRE 602, FRE 701 | | | |
| 100:13-101:4 | FRE 602, FRE 701 | | | |
| 101:9-101:21 | 101:23-101:23 (Objection. Vague).<br><br>Objection to the designation to the extent it includes the question at 101:17 to 101:21 without inclusion at the deponents answer.  The designation for101:17 to 101:21 should be withdrawn. | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 101:25-102:13 | 102:14-102:15 (Objection. Lack of foundation. Mischaracterizes the testimony).  FRE 402, FRE 602, FRE 701 | | | |
| 102:16-103:3 | 103:4-103:4 (Objection).  FRE 402, FRE 602, FRE 701 | | | |
| 103:5-103:7 | 103:8-103:9 (Objection. Lack of foundation. Mischaracterizes the testimony). | | | |
| 103:10-103:12 | FRE 402, FRE 602, FRE 701 | 103:13-103:25 | FRE 105, FRE 802 | |
| 104:1-104:6 | 104:7-104:8 (Objection. Lack of foundation).  FRE 402, FRE 602 | | | |
| 104:9-104:16 | FRE 402, FRE 602 | | | |
| 104:22-104:23 | 104:24-104:24 (Objection. Vague). | | | |
| 104:25-105:4 | 105:5-105:5 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Vague).<br><br>FRE 602, FRE 701 | | | |
| 105:6-105:8 | FRE 602, FRE 701 | | | |
| 105:12-105:18 | FRE 402, FRE 602, FRE 701 | | | |
| 105:24-106:3 | FRE 602, FRE 701 | | | |
| 106:8-106:17 | 106:18-106:19 (Objection. Lack of foundation).<br><br>FRE 602, FRE 701 | | | |
| 106:20-107:5 | 107:6-107:6 (Objection. Vague).<br><br>FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 107:7-107:10 | 107:11-107:12 (Objection. Calls for speculation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 107:13-107:21 | FRE 402, FRE 602, FRE 701, FRE 805 | | | |
| 108:10-108:21 | FRE 602, FRE 701 | | | |
| 109:9-109:13 | 109:14-109:15 (Objection. Calls for a legal conclusion). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 701 | | | |
| 109:16-109:17 | 109:18-109:19 (Objection calls for a legal conclusion). | | | |
| 109:20-109:20 | FRE 701 | | | |
| 110:3-110:4 | 110:5-110:6 (Objection. Calls for a legal conclusion). | | | |
| 110:7-110:8 | FRE 402, FRE 602, FRE 701 | | | |
| 111:17-111:19 | 111:20-111:22 (Objection. Calls for a legal conclusion. Calls for expert testimony). | | | |
| 111:23-112:2 | 112:3-112:5 (Objection. Calls for a legal conclusion. Calls for expert testimony and vague). FRE 402, FRE 602, FRE 701 | | | |
| 112:6-112:13 | 112:14-112:17 (Objection to the form of the question. Calls for expert testimony. Calls for legal conclusion. Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602, FRE 701 | | | |
| 112:18-112:20 | 112:21-112:23 (Objection. Calls for a legal conclusion. Calls for expert testimony. Vague). FRE 402, FRE 602, FRE 701 | | | |
| 112:24-113:1 | 113:2-113:4 (Objection. Calls for a legal conclusion. Calls for expert testimony. Vague). FRE 402, FRE 602, FRE 701 | | | |
| 113:5-113:6 | 113:7-113:10 (Objection to the form of the question. Calls for a legal conclusion. Calls for expert testimony. Vague). FRE 402, FRE 602, FRE 701 | | | |
| 113:11-113:12 | 113:13-113:16 (Objection to the form of the question. Calls for expert testimony. Calls for legal conclusion. Vague). FRE 402, FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 113:17-113:18 | 113:19-113:22 (Objection to the form of the question. Calls for a legal conclusion. Calls for expert testimony. Vague).  FRE 402, FRE 602, FRE 701 | | | |
| 113:23-113:24 | 113:25-114:3 (Objection to the  form of the question. Calls for a legal conclusion. Calls for expert testimony. Vague).  FRE 402, FRE 602, FRE 701 | | | |
| 114:4-114:18 | 114:19-114:22 (Objection to the form of the question. Calls for legal conclusion. Calls for expert testimony. Vague).  FRE 402, FRE 602, FRE 701 | | | |
| 114:23-115:4 | 115:5-115:6 (Objection. Calls for -- calls for expert testimony).  FRE 402, FRE 602, FRE 701 | | | |
| 115:7-115:12 | 115:13-115:14 (Objection. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 115:15-115:19 | | | | |
| 115:21-116:4 | 116:5-116:7<br>(Objection. Calls for expert testimony. Incomplete hypothetical).<br><br>Objection to the designation to the extent it includes the question at 116:2 to 116:4 without inclusion at the deponents answer. The designation for 116:2 to 116:4 should be withdrawn.<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 116:8-116:8 | FRE 402, FRE 602, FRE 701 | | | |
| 116:16-116:19 | 116:20-116:21<br>(Objection. Vague. Calls for expert testimony). | | | |
| 116:22-116:25 | 117:1-117:2<br>(Objection. Vague. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 117:3-117:5 | 117:6-117:7 (Objection. Calls for speculation. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 117:8-117:8 | FRE 402, FRE 602, FRE 701 | | | |
| 117:16-117:17 | 117:20-117:22 (Objection. Calls for expert testimony. Incomplete hypothetical). | | | |
| 117:23-118:3 | FRE 602, FRE 701 | | | |
| 118:6-118:7 | 118:8-118:9 (Objection. Lack of foundation. Vague). | | | |
| 118:10-118:14 | 118:15-118:16 (Objection. Lack of foundation. Vague). <br><br> FRE 602, FRE 701 | | | |
| 118:17-118:17 | | | | |
| 118:21-118:23 | 118:24-118:24 (Objection. Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 118:25-119:1 | FRE 602, FRE 701 | | | |
| 119:4-119:8 | | | | |
| 119:10-119:14 | 119:15-119:16 (Objection. Calls for speculation).<br><br>FRE 602, FRE 701 | | | |
| 119:20-120:1 | 120:2-120:3 (Objection. Calls for speculation).<br><br>FRE 602, FRE 701 | | | |
| 120:4-120:4 | FRE 402, FRE 602, FRE 701 | | | |
| 121:1-121:6 | 121:7-121:7 (Objection. Vague). | | | |
| 121:8-121:22 | 121:23-121:23 (Objection. Vague).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 121:24-122:1 | 122:2-122:2 (Objection. Vague).<br><br>FRE 402, FRE 602 | | | |
| 122:3-122:6 | 122:7-122:7 (Objection. Vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 122:8-122:9 | FRE 402, FRE 602, FRE 701 | | | |
| 123:8-123:13 | 123:14-123:15 (Objection. Calls for expert testimony). | | | |
| 123:16-123:21 | 123:22-123:23 (Objection. Calls for expert testimony). FRE 602, FRE 701 | | | |
| 123:24-124:3 | 124:4-124:5 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 124:6-124:9 | 124:10-124:10 (Objection. Vague). FRE 602, FRE 701 | | | |
| 124:11-124:11 | FRE 602, FRE 701 | | | |
| 124:16-124:20 | 124:21-124:22 (Objection. Calls for expert testimony. Lack of foundation). | | | |
| 124:23-124:23 | FRE 402, FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 126:11-126:12 | 126:13-126:15 (Objection. Calls for expert testimony. Vague. Incomplete hypothetical). | | | |
| 126:16-126:18 | 126:19-126:21 (Objection. Vague. Incomplete hypothetical. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 126:22-126:24 | 126:25-127:2 (Objection. Vague. Incomplete hypothetical. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 127:3-127:6 | FRE 402, FRE 602, FRE 701 | | | |
| 127:8-127:10 | | | | |
| 127:25-128:9 | FRE 701 | | | |
| 134:13-134:15 | FRE 602, FRE 701 | | | |
| 135:22-136:4 | 136:5-136:6 (Objection. Calls for expert testimony). FRE 402, FRE 602, FRE 701 | | | |
| 136:7-136:17 | 136:18-136:19 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Calls for expert testimony. Lack of foundation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 136:20-136:20 | FRE 402, FRE 602, FRE 701 | | | |
| 142:10-142:11 | | | | |
| 142:15-142:23 | FRE 402, FRE 602, FRE 701 | | | |
| 143:14-143:18 | 143:19-143:20 (Objection. The question calls for expert testimony). | | | |
| 143:24-143:25 | FRE 402, FRE 602, FRE 701 | | | |
| 144:14-144:20 | FRE 402, FRE 602, FRE 701 | | | |
| 145:2-145:5 | 145:6-145:7 (Objection. Calls for expert testimony). | | | |
| 145:10-145:12 | 145:13-145:14 (Objection. Lack of foundation. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 145:15-145:22 | 145:23-145:24 (Objection. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 145:25-146:4 | 146:5-146:6<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 146:7-146:9 | 146:10-146:12<br>(Objection of the lack of foundation. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 146:13-147:2 | FRE 602, FRE 701 | | | |
| 147:8-147:11 | FRE 402, FRE 602 | | | |
| 147:14-148:1 | Objection to the designation to the extent it includes the question at 147:24 to 148:1 without inclusion at the deponents answer.  The designation for147:24 to 148:1 should be withdrawn.<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 148:16-148:16 | 148:17-148:18<br>(Objection. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony). | | | |
| 148:19-148:20 | FRE 402, FRE 602, FRE 701 | | | |
| 149:23-150:1 | 150:2-150:3 (Objection. Lack of foundation. Argumentative).  Objection to the designation to the extent it includes the question at 149:23 to 150:1 without inclusion at the deponents answer.  The designation for 149:23 to 150:1 should be withdrawn. | | | |
| 150:6-150:14 | | | | |
| 150:17-150:19 | 150:20-150:21 (Objection. Calls for expert testimony). | | | |
| 150:22-151:5 | FRE 402, FRE 602, FRE 701 | | | |
| 151:8-151:15 | FRE 402, FRE 602, FRE 701 | | | |
| 152:19-152:21 | 152:22-152:23 (Objection. Calls for expert testimony). | | | |
| 152:24-152:24 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 153:9-153:11 | | | | |
| 153:15-153:22 | 153:23-153:24 (Objection. Asked and answered). FRE 701 | | | |
| 153:25-154:3 | 154:4-154:5 (Objection. Asked and answered). FRE 602, FRE 701 | | | |
| 154:6-154:10 | 154:11-154:12 (Objection. Calls for expert testimony). FRE 602, FRE 701 | | | |
| 154:13-154:18 | FRE 602, FRE 701 | | | |
| 154:22-155:1 | 155:2-155:3 (Objection. Calls for expert testimony). | | | |
| 155:4-155:4 | FRE 602, FRE 701 | | | |
| 157:12-157:13 | 157:14-157:15 (Objection. Calls for expert testimony). | | | |
| 157:16-157:20 | 157:21-157:22 (Objection. Calls for expert | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony).<br><br>FRE 602, FRE 701 | | | |
| 157:23-158:2 | FRE 602, FRE 701 | | | |
| 159:2-159:20 | 159:21-159:22<br>(Objection. Calls for expert testimony).<br><br>FRE 602, FRE 701 | | | |
| 159:23-159:23 | FRE 602, FRE 701 | | | |
| 163:4-163:13 | 163:14-163:15<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 163:16-163:19 | FRE 402, FRE 602, FRE 701 | | | |
| 163:24-164:1 | 164:2-164:3<br>(Objection. Calls for expert testimony). | | | |
| 164:4-164:7 | 164:8-164:9<br>(Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 164:10-164:16 | FRE 602, FRE 701 | | | |
| 165:3-165:4 | 165:5-165:6 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Calls for expert testimony). | | | |
| 165:7-165:8 | FRE 602 | | | |
| 167:2-167:9 | FRE 602 | | | |
| 167:12-167:14 | FRE 602 | | | |
| 167:18-167:21 | 167:22-167:23 (Objection. Lack of foundation). FRE 602 | | | |
| 167:25-168:3 | FRE 602 | | | |
| 169:7-169:12 | 169:13-169:14 (Objection. Lack of foundation). | | | |
| 169:15-169:22 | FRE 402, FRE 602 | | | |
| 170:5-170:7 | FRE 402, FRE 602 | | | |
| 171:19-172:3 | FRE 402, FRE 602, FRE 701 | | | |
| 173:22-174:4 | | | | |
| 175:2-175:10 | | | | |
| 175:13-176:15 | FRE 602, FRE 701 | | | |
| 176:17-176:18 | 176:19-176:20 (Objection. Compound). | | | |
| 176:21-176:25 | FRE 602, FRE 701 | | | |
| 177:9-177:16 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 178:3-178:21 | 178:22-178:23 (Objection. Calls for expert testimony. Lack of foundation). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 178:24-178:25 | FRE 602, FRE 701 | | | |
| 179:4-179:10 | FRE 602, FRE 701 | | | |
| 179:17-180:1 | | | | |
| 182:8-182:19 | 182:20-182:21 (Objection. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 182:22-183:13 | 183:14-183:15 (Objection. Asked and answered). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 183:16-183:18 | 183:19-183:20 (Objection. Calls for expert testimony). <br><br> FRE 402, FRE 602, FRE 701 | | | |
| 183:21-184:1 | Objection to the designation to the extent it includes the question at 183:23 without | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | inclusion at the deponents answer. The designation for 183:23 should be withdrawn.<br><br>FRE 602, FRE 701 | | | |
| 184:19-185:12 | FRE 602, FRE 701 | | | |
| 185:24-186:4 | 186:5-186:6 (Objection. Calls for expert testimony).<br><br>FRE 602, FRE 701 | | | |
| 186:7-186:17 | 186:18-186:19 (Objection. Calls for expert testimony).<br><br>FRE 602, FRE 701 | | | |
| 186:20-187:1 | FRE 402, FRE 602, FRE 701 | | | |
| 188:9-188:10 | | | | |
| 188:13-189:5 | 189:6-189:7 (Objection. Lack of foundation).<br><br>FRE 602, FRE 701 | | | |
| 189:8-189:16 | FRE 602, FRE 701 | | | |
| 189:24-190:14 | FRE 602, FRE 701 | | | |
| 191:11-191:12 | | | | |
| 191:17-191:21 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 191:23-191:25 | FRE 602, FRE 701 | | | |
| 192:16-192:18 | 192:19-192:21 (Objection. Incomplete hypothetical. Calls for expert testimony). | | | |
| 192:22-192:24 | FRE 402, FRE 602, FRE 701 | | | |
| 193:3-193:5 | 193:6-193:8 (Objection. Mischaracterizes the testimony. Calls for speculation). Objection to the designation to the extent it includes the question at 193: 3 to 193:5 without inclusion at the deponents answer.  The designation for 193: 3 to 193:5 should be withdrawn. | | | |
| 193:9-193:13 | FRE 602, FRE 701 | | | |
| 195:7-195:12 | FRE 602 | | | |
| 195:19-195:23 | FRE 602 | | | |
| 196:1-196:8 | FRE 602 | | | |
| 196:12-196:13 | | | | |
| 197:6-197:15 | 197:16-197:17 (Objection. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 197:18-197:18 | FRE 602 | | | |
| 198:22-198:23 | 198:24-198:25 (Objection. Lack of foundation). | | | |
| 199:1-199:2 | FRE 402, FRE602 | | | |
| 199:14-199:16 | 199:17-199:18 (Objection. Mischaracterizes the testimony). | | | |
| 199:19-200:1 | 200:2-200:3 (Objection. Lack of foundation). FRE 402, FRE 602, FRE 701 | | | |
| 200:7-200:8 | FRE 402, FRE 602, FRE 701 | | | |
| 200:13-200:20 | FRE 402, FRE 602, FRE 701 | | | |
| 204:22-205:13 | 205:14-205:14 (Objection. Vague). FRE 602 | | | |
| 205:15-205:16 | FRE 602, FRE 701 | | | |
| 205:25-206:3 | FRE 602, FRE 701 | | | |
| 207:20-208:5 | 208:6-208:7 (Objection. Calls for expert testimony. Calls for | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | speculation). | | | |
| 208:8-208:9 | FRE 602, FRE 701 | | | |
| 208:15-208:18 | FRE 402, FRE 602, FRE 701 | | | |
| 214:1-214:2 | 214:3 to 214:3 (Objection. Vague.)<br><br>FRE 402, FRE 602 | | | |
| 214:4-214:10 | 214:11 to 214:11 (Objection. Vague.)<br><br>FRE 402, FRE 602 | | | |
| 214:12-215:6 | 215:7 to 215:7 (Objection. Vague.)<br><br>FRE 402, FRE 602 | | | |
| 215:8-215:10 | 215:11 to 215:11 (Objection. Vague.)<br><br>FRE 402, FRE 602 | | | |
| 215:12-215:14 | 215:15 to 215:15 (Objection. Vague.)<br><br>FRE 402, FRE 602 | | | |
| 215:16-215:16 | FRE 402, FRE 602 | | | |
| 216:5-216:7 | | | | |
| 216:14-216:22 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 217:16-217:17 | 217:18-217:19 (Objection. Asked and answered). | | | |
| 217:20-217:21 | FRE 402, FRE 602, FRE 701 | | | |
| 217:24-218:2 | FRE 602, FRE 701 | | | |
| 221:2-221:6 | 221:7-221:8 (Objection. Lack of foundation). | | | |
| 221:9-221:10 | | | | |
| 221:15-221:18 | 221:19-221:19 (Objection. Vague). | | | |
| 221:20-221:23 | 221:24-221:25 (Objection. Calls for speculation). FRE 602, FRE 701 | | | |
| 222:1-222:5 | 222:6-222:7 (Objection. Calls for speculation. Lack of foundation). FRE 602, FRE 701 | | | |
| 222:8-222:11 | FRE 602 | | | |
| 223:2-223:12 | FRE 602 | | | |
| 223:21-223:25 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 224:4-224:17 | 224:19-224:20 (Objection. Lack of foundation. Calls for expert testimony). 224:25-225:1 (Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 225:2-225:16 | FRE 402, FRE 602, FRE 701 | | | |
| 225:20-225:25 | FRE 402, FRE 602, FRE 701 | | | |
| 227:11-227:13 | 227:14-227:15 (Objection. Asked and answered). | | | |
| 227:16-227:19 | FRE 402, FRE 602, FRE 701 | | | |
| 228:6-228:8 | 228:9-228:10 (Objection. Asked and answered). | | | |
| 228:11-228:11 | FRE 402, FRE 602, FRE 701 | | | |
| 228:16-228:17 | 228:18-228:19 (Objection. Lack of foundation).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 228:20-229:8 | FRE 402, FRE 602, FRE 701 | | | |
| 231:14-231:15 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 231:19-232:14 | | | | |
| 232:17-232:23 | 232:24-232:25 (Objection. Compound).<br><br>FRE 402, FRE 602 | | | |
| 233:1-233:7 | FRE 402, FRE 602 | | | |
| 233:12-233:13 | | | | |
| 233:16-234:8 | FRE 402, FRE 602 | | | |
| 234:20-234:24 | FRE 402, FRE 602, FRE 701 | | | |
| 235:13-235:13 | | | | |
| 236:12-237:2 | FRE 602, FRE 701 | | | |
| 238:12-238:15 | 238:16-238:17 (Objection. Calls for speculation. Calls for expert testimony). | | | |
| 238:18-238:20 | 238:21-238:22 (Objection. Calls for speculation. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 | | | |
| 239:7-239:11 | FRE 402, FRE 602, FRE 701 | | | |
| 239:23-239:24 | 239:25-240:1 (Objection. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 240:2-240:7 | FRE 602, FRE 701 | | | |
| 241:12-241:13 | | | | |
| 241:17-241:18 | | | | |
| 241:24-242:18 | FRE 602, FRE 701 | | | |
| 243:4-243:6 | 243:7-243:7 (Objection. Vague). | | | |
| 243:8-243:13 | FRE 402, FRE 602, FRE 701 | | | |
| 243:16-243:19 | FRE 402, FRE 602, FRE 701 | | | |
| 243:22-244:5 | 244:6-244:7 (Objection. Calls for a legal conclusion). FRE 602, FRE 701 | | | |
| 244:8-244:10 | FRE 402, FRE 602, FRE 701 | | | |
| 244:15-245:8 | 245:13-245:14 (Objection. Calls for a legal conclusion). FRE 602, FRE 701 | | | |
| 245:16-245:25 | FRE 602, FRE 701 | | | |
| 246:3-246:6 | 246:7-246:8 (Objection. Lack of foundation). FRE 602, FRE 701 | | | |
| 246:12-247:4 | 247:5-247:6 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection. Calls for speculation).<br><br>Objection to the designation to the extent it includes the question at 247:2 to 247:3 without inclusion at the deponents answer.  The designation for 247:2 to 247:3 should be withdrawn.<br><br>FRE 602, FRE 701 | | | |
| 247:8-247:9 | 247:10-247:11 (Objection. Calls for speculation). | | | |
| 247:12-247:12 | FRE 602, FRE 701 | | | |
| 248:12-248:20 | 248:21-248:22 (Objection. Calls for expert testimony).<br><br>FRE 602, FRE 701 | | | |
| 248:23-248:25 | FRE 602, FRE 701 | | | |
| 251:12-251:21 | | | | |
| 251:25-252:7 | 252:8-252:9 (Objection. Calls for expert testimony). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE 701 |  |  |  |
| 252:10-252:13 | FRE 602, FRE 701 |  |  |  |
| 253:19-254:1 |  |  |  |  |
| 255:18-255:23 |  |  |  |  |
| 256:2-256:5 | FRE 602, FRE 701 |  |  |  |
| 257:1-257:2 | 257:3-257:5 (Objection. Calls for expert testimony. Incomplete hypothetical). |  |  |  |
| 257:6-257:8 | 257:9-257:10 (Objection. Calls for expert testimony).<br><br>FRE 402, FRE 602, FRE 701 |  |  |  |
| 257:11-257:12 | FRE 602, FRE 701 |  |  |  |
| 257:15-257:15 | 257:16-257:18 (Objection. Incomplete hypothetical. Calls for expert testimony).<br><br>FRE 602, FRE 701 |  |  |  |
| 257:19-257:22 | FRE 602, FRE 701 |  |  |  |
| 258:10-258:11 | 258:12-258:14 (Objection. Calls for expert |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | testimony. Incomplete hypothetical). | | | |
| 258:15-258:16 | 258:17-258:17 (Same objections). | | | |
| 258:18-258:19 | FRE 602, FRE 701 | | | |
| 258:22-258:23 | 258:24-258:25 (Objection. Calls for expert testimony). | | | |
| 259:1-259:2 | 259:3-259:4 (Objection. Calls for expert testimony). FRE 602, FRE 701 | | | |
| 259:5-259:5 | FRE 602, FRE 701 | | | |
| 259:16-259:19 | | | | |
| 262:3-262:4 | 262:5-262:6 (Objection. Calls for speculation. Lack of foundation). FRE 402, FRE 602, FRE 701 | | | |
| 262:7-262:7 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 263:22-264:2 | | | | |
| 264:6-264:11 | 264:12-264:13 (Objection. Calls for speculation). FRE 602 | | | |
| 264:14-264:15 | FRE 602, FRE 701 | | | |
| 265:10-265:19 | FRE 602, FRE 701 | | | |
| 267:10-267:11 | | | | |
| 267:16-267:17 | | | | |
| 267:21-268:2 | FRE 402 | | | |
| 268:5-268:6 | FRE 402 | | | |
| 268:9-268:13 | FRE 402 | | | |
| 268:16-268:17 | | | | |
| 269:24-270:2 | FRE 602 | | | |
| 270:4-270:5 | | | | |
| 270:22-271:2 | 271:3-271:4 (Objection. Vague. Calls for speculation). FRE 602 | | | |
| 271:5-271:5 | FRE 602, FRE 701 | | | |
| 271:10-271:14 | FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 271:21-271:22 | | | | |
| 272:1-272:10 | FRE 402, FRE 602, FRE 701 | | | |
| 277:8-277:9 | 277:10-277:11 (Objection. Calls for expert testimony). | | | |
| 277:12-277:12 | FRE 602, FRE 701 | | | |
| 278:6-278:10 | FRE 602, FRE 701 | | | |

**TIMOTHY LAVERTY**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 7:22-8:1 | | | | |
| 8:10-9:8 | | | | |
| 11:22-11:24 | | 9:9-10:10 10:13-10:22 10:23-11:15 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 12:5-12:12 | | 12:1-12:4<br>12:5-12:12<br>12:13-12:14 | | |
| 12:15-13:10 | | 12:15-13:10<br>13:16-15:5 | FRE 105, FRE 802 | |
| 15:6-15:14 | | 15:6-15:14 | FRE 105, FRE 802 | |
| 15:22-16:1 | | | | |
| 16:11-16:12 | | 16:11-16:12 | FRE 105, FRE 802 | |
| 16:15-16:24 | | 16:15-16:24<br>17:1-17:13<br>19:4-19:11 | FRE 105, FRE 802 | |
| 19:12-19:14 | | | | |
| 19:21-20:9 | | | | |
| 20:14-20:17 | | | | |
| 21:1-21:3 | Objection to the designation to the extent it includes the question at 21:1-2 without inclusion of the deponents answer. The designation for 21:1-2 should be withdrawn. | | | |
| 21:15-21:24 | | | | |
| 22:6-22:11 | FRE 402 | | | |
| 32:24-33:21 | FRE 402, FRE 602 | 33:22-34:5<br>34:7-34:10 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 34:21-35:4 | FRE 402 | | | |
| 35:7-35:16 | FRE 402 | | | |
| 35:18-35:19 | FRE 402 | | | |
| 36:16-37:9 | FRE 402, FRE 602 | | | |
| 39:4-39:10 | 39:11-39:13 (Objection, mischaracterizes the witness' testimony). FRE402 | | | |
| 39:14-39:21 | FRE 602, FRE 402 | | | |
| 47:16-47:19 | 47:20-47:22 (Objection, vague. Lack of foundation). FRE402, FRE701 | | | |
| 48:8-49:1 | | | | |
| 49:5-49:19 | FRE 402, FRE 602, FRE 701 | | | |
| 51:10-51:13 | Objection to the designation to the extent it includes the question at 51:10-12 without inclusion of the deponents answer.  The designation for 51:10-12 should be withdrawn. FRE402, FRE701 | 51:10-51:17 | FRE 105, FRE 802 | |
| 51:23-51:24 | 52:1-52:2 (Objection, vague). | | | |
| 52:6-52:8 | FRE402, FRE602 | | | |
| 53:21-53:23 | 53:24-54:1 (Objection,  vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 54:2-54:24 | FRE 402, FRE 602 | | | |
| 56:5-57:4 | FRE 401, FRE 602 | | | |
| 57:9-59:20 | FRE 402, FRE 602 | | | |
| 60:10-60:13 | 60:15-60:17 (Objection, calls for speculation. Objection, lack of foundation). Objection to the designation to the extent it includes the question at 60:10-13 without inclusion of the deponents answer. The designation for 60:10-13 should be withdrawn. FRE 402, FRE 602, FRE 701 | 60:10-19 | FRE 105, FRE 802 | |
| 60:22-62:17 | FRE 402, FRE 602, FRE 701 | | | |
| 64:10-64:24 | 65:1-65:4 (Objection, vague. Calls for speculation. Lack of foundation). | | | |
| 65:5-65:22 | FRE 402, FRE 602, FRE 701 | | | |
| 66:1-66:4 | FRE 701 | | | |
| 66:13-66:15 | | | | |
| 67:10-67:14 | 67:15-67:18 (Objection, vague. Calls for speculation. Lack of foundation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 67:19-67:21 | FRE 402, FRE 602, FRE 701 | | | |
| 68:6-68:9 | | | | |
| 70:15-70:17 | 70:19-70:20 (Objection, calls for expert testimony). FRE602, 711 | | | |
| 70:21-70:22 | Objection to the designation to the extent it includes the question at 70:21-22 without inclusion of the deponents answer. The designation for 70:21-22 should be withdrawn. | | | |
| 71:2-71:21 | FRE 402, FRE 602, FRE 701 | | | |
| 75:20-76:6 | FRE 701 | | | |
| 79:1-79:4 | | 79:1-79:10 79:20-80:4 | FRE 105, FRE 802 (79:1-4) Non-Responsive | |
| 80:7-80:10 | | | | |
| 80:12-81:8 | Objection to the designation to the extent that it excludes the clarification of the question included at 79:5-10 and 79:20-80:11. FRE 602, FRE 701 | | | |
| 81:10-81:14 | 81:15-81:16 (Objection, vague). FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 81:18-81:22 | FRE 701 | | | |
| 83:9-84:6 | 84:7-84:8 (Objection, vague). FRE 602, FRE 701 | | | |
| 84:9-84:13 | 84:15-84:16 (Objection, vague). FRE 602, FRE 701 | | | |
| 84:17-85:1 | FRE 701 | | | |
| 90:3-90:4 | | | | |
| 90:7-90:7 | | | | |
| 90:12-90:13 | Objection to the designation to the extent it includes the question at 90:12-13 without inclusion of the deponents answer.  The designation for 90:12-13 should be withdrawn. | | | |
| 90:18-90:20 | FRE 602, FRE 701 | | | |
| 91:19-92:9 | 92:10-92:12 (Objection, calls for speculation. Lack of foundation). FRE 402, FRE 701 | | | |
| 92:13-92:15 | FRE 402, FRE 602, FRE 701 | | | |
| 93:1-93:2 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 93:4-93:11 | 93:12-93:15 (Objection, vague. Calls for speculation. Lack of foundation).<br><br>Objection to the designation to the extent it includes the question at 93:4-11 without inclusion of the deponents answer. The designation for 93:4-11 should be withdrawn. | | | |
| 93:16-93:20 | FRE 402, FRE 602, FRE 701 | | | |
| 93:22-93:24 | FRE 402, FRE 602, FRE 701 | | | |
| 94:19-94:21 | | | | |
| 94:23-95:2 | 95:3-95:5 (Objection, lack of foundation. Calls for speculation). | | | |
| 95:6-95:8 | FRE 602, FRE 701 | | | |
| 98:15-99:2 | 99:3-99:4 (Objection, lack of foundation). 99:6-99:7 (Calls for expert testimony). FRE 602, FRE 701 | | | |
| 99:8-99:9 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 99:12-99:14 | 99:15-99:16 (Objection, calls for expert testimony). FRE 701 | | | |
| 99:17-99:18 | FRE 602, FRE 701 | | | |
| 99:21-100:4 | 100:5-100:8 (Objection, vague. Lack of foundation. Calls for speculation).<br><br>Objection to the designation to the extent it includes the question at 99:21-100:4 without inclusion of the deponents answer. The designation for 99:21-100:4 should be withdrawn.<br><br>FRE 602, FRE 701 | | | |
| 100:11-100:13 | FRE 402, FRE 602, FRE 701 | | | |
| 100:15-100:16 | 100:17-100:21 (Objection, Calls for expert testimony.) | | | |
| 100:22-101:1 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 101:3-101:10 | 101:11-101:13 (Objection. Calls for expert testimony. Calls for speculation). FRE 602, FRE 701 | | | |
| 101:23-102:2 | FRE 602, FRE 701 | | | |
| 102:6-102:7 | 102:9-102:11 (Objection, calls for speculation. Calls for expert testimony). FRE 602, FRE 701 | | | |
| 102:12-102:13 | | | | |
| 102:20-102:23 | 102:24-103:2 (Objection, lack of foundation. Calls for speculation). | | | |
| 103:3-103:14 | 103:15-103:16 (Objection, vague). | | | |
| 104:10-105:3 | FRE 602, FRE 701 | | | |
| 105:10-105:16 | | | | |
| 106:5-106:7 | FRE 402 | | | |
| 106:18-106:19 | 106:20-106:21 (Objection, vague). FRE402 | | | |
| 106:22-106:24 | FRE 402, FRE 602 | | | |
| 107:2-107:4 | 107:5-107:6 (Objection vague). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 107:7-107:8 | FRE 402, FRE 602, FRE 701 | | | |
| 107:10-107:18 | FRE 602, FRE 701 | | | |
| 109:7-109:18 | 109:19-109:21 (Objection, incomplete hypothetical. Calls for speculation). | | | |
| 109:22-110:1 | FRE 602, FRE 701 | | | |
| 110:2-110:6 | 110:7 to 110:10 (Objection, lack of foundation. Calls for expert testimony. Calls for speculation.) | | | |
| 110:11-110:15 | FRE 106, FRE 602, FRE 701 | 110:16 to 110:19 | | |
| 111:1-111:2 | | | | |
| 111:5-111:18 | | | | |
| 111:22-112:12 | FRE 402, FRE 602 | | | |
| 112:19-113:1 | FRE 602, FRE 701 | | | |
| 114:16-114:19 | | | | |
| 115:3-115:13 | FRE 602 | | | |
| 115:20-115:21 | 115:22-115:23 (Objection, lack of foundation). | | | |
| 116:17-117:2 | FRE 402, FRE 602, FRE 701 | | | |
| 122:19-122:22 | 122:23-122:24 (Objection, vague). FRE 602 | | | |
| 123:8-123:10 | FRE 402, FRE 602 | | | |
| 123:18-124:1 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 124:3-124:3 | | | | |
| 124:12-124:13 | 124:14-124:15 (Objection, lack of foundation). | | | |
| 124:16-124:22 | FRE 602 | | | |
| 126:2-126:3 | | | | |
| 126:6-126:17 | | | | |
| 127:2-127:17 | FRE 701 | | | |
| 129:18-129:23 | FRE 602, FRE 701 | | | |
| 134:21-136:2 | FRE 701 | | | |
| 136:13-136:21 | | | | |
| 141:9-141:15 | | | | |
| 141:18-141:22 | | | | |
| 141:24-142:4 | FRE 602, FRE 701 | | | |
| 144:16-144:18 | Objection to the designation to the extent it includes the question at 144:16-18 without inclusion of the deponents answer. The designation for 144:16-18 should be withdrawn. | 144:21-144:24 | | |
| 145:2-145:2 | FRE 602 | 144:16-145:2 | FRE 105, FRE 802 | |
| 148:5-148:7 | 148:8-148:9 (Objection. Calls for speculation). | | | |
| 148:10-148:14 | FRE 602, FRE 701 | | | |
| 148:16-148:23 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 149:1-149:5 | FRE 602, FRE 701 | | | |
| 149:14-150:2 | 150:3-150:4 (Objection, vague. Lack of foundation). | | | |
| 150:8-150:9 | FRE 602, FRE 701 | | | |
| 150:11-150:16 | FRE 602, FRE 701 | | | |
| 153:2-153:6 | | | | |
| 153:14-153:17 | 153:18-153:19 (Objection, vague). | | | |
| 153:20-153:24 | FRE 602, FRE 701 | | | |
| 154:3-154:18 | FRE 602, FRE 701 | | | |
| 160:19-160:22 | | | | |
| 161:11-162:7 | FRE 701 | | | |
| 162:10-162:12 | | | | |
| 162:15-163:8 | 163:9-163:13 (Objection, vague). FRE 701 | | | |
| 163:14-163:16 | FRE 602, FRE 701 | | | |
| 164:17-164:20 | 164:21-164:22 (Objection, vague). | | | |
| 164:23-165:1 | FRE 602, FRE 701 | | | |
| 165:3-165:6 | FRE 602, FRE 701 | | | |
| 165:10-165:12 | 165:14-165:15 (Objection, vague). | 165:17-165:19 | | |
| 165:20-165:24 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 166:2-166:6 | 166:7-166:8 (Objection, vague. Calls for speculation). | | | |
| 166:9-166:10 | FRE 602, FRE 701 | | | |
| 167:2-167:4 | 167:5-167:6 (Objection, vague). | | | |
| 167:7-167:10 | FRE 701 | | | |
| 167:13-167:14 | | | | |
| 168:1-168:2 | 168:3-168:4 (Objection, vague). | | | |
| 168:5-168:7 | FRE 602, FRE 701 | | | |
| 168:9-168:14 | FRE 602, FRE 701 | | | |
| 168:19-169:3 | FRE 602, FRE 701 | | | |
| 170:20-170:24 | FRE 602, FRE 701 | | | |
| 172:2-172:5 | FRE 602, FRE 701 | | | |
| 172:7-172:14 | 172:15-172:17 (Objection, lack of foundation. Calls for speculation). | | | |
| 172:18-172:24 | FRE 602, FRE 701 | | | |
| 174:16-174:17 | | | | |
| 174:19-175:7 | FRE 602 | | | |
| 175:18-176:6 | FRE 602 | | | |
| 181:3-181:10 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 184:12-184:15 | 184:17-184:19 (Objection, calls for speculation. Calls for expert testimony). FRE602, FRE701 | | | |
| 184:23-185:1 | Objection to the designation to the extent it includes the question at 184:23-185:1 without inclusion of the deponents answer. The designation for 184:23-185:1 should be withdrawn. | | | |
| 193:12-193:22 | | | | |
| 194:4-194:6 | 194:7-194:8 (Objection, vague). | | | |
| 194:9-194:11 | FRE 602 | | | |
| 194:13-194:20 | FRE 602, FRE 701 | | | |
| 195:1-195:6 | FRE 602, FRE 701 | | | |
| 199:14-199:15 | 199:16-199:17 (Objection, vague). | 199:14-199:23 | | |
| 199:21-199:23 | | 199:14-199:23 | | |
| 200:1-200:6 | FRE 602, FRE 701 | | | |
| 200:10-200:16 | FRE 602, FRE 701 | | | |
| 200:18-200:19 | 200:20-200:21 (Objection, vague). | | | |
| 200:22-200:24 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 204:22-205:5 | 205:6-205:7 (Objection, calls for speculation). FRE 602 | | | |
| 205:8-205:9 | FRE 602, FRE 701 | | | |
| 205:11-205:17 | FRE 602, FRE 701 | | | |
| 206:8-206:17 | FRE 602, FRE 701 | | | |
| 206:20-206:23 | | | | |
| 207:7-207:10 | FRE 602 | | | |
| 207:12-207:18 | FRE 602 | | | |
| 208:18-208:20 | | | | |
| 208:23-208:24 | FRE 602 | | | |
| 209:3-209:9 | FRE 602 | | | |
| 209:11-209:12 | FRE 602 | | | |
| 210:7-210:10 | FRE 602 | | | |
| 210:12-210:17 | FRE 602 | | | |
| 210:19-210:22 | FRE 602 | | | |
| 210:24-211:12 | FRE 602 | | | |
| 211:15-211:22 | FRE 602 | | | |
| 211:24-212:2 | 212:3-212:4 (Objection, vague). FRE 602 | | | |
| 212:5-212:10 | FRE 602 | | | |
| 212:13-212:19 | FRE 602 | | | |
| 213:21-214:3 | 214:4-214:5 (Objection, calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 214:7-214:9 | FRE 602 | | | |
| 216:15-216:15 | | | | |
| 217:4-217:11 | FRE 602 | | | |
| 217:13-217:15 | Objection to the designation to the extent it includes the question at 217:13-15 without inclusion of the deponents answer.  The designation for 217:13-15 should be withdrawn. | 217:13-217:21 | FRE 105, FRE 802 | |
| 217:17-217:17 | Objection to the designation to the extent it includes the question at 217:17-17 without inclusion of the deponents answer.  The designation for 217:17-17 should be withdrawn. | 217:13-217:21 | FRE 105, FRE 802 | |
| 217:19-217:20 | Objection to the designation to the extent it includes the question at 217:19-20 without inclusion of the deponents answer.  The designation for 217:19-20 should be withdrawn. | 217:13-217:21 | | |
| 217:22-217:24 | 218:1-218:2 (Objection, calls for speculation). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 218:3-218:7 | FRE 602 | | | |
| 218:9-218:10 | 218:11-218:13 (Objection, calls for expert testimony. Calls for speculation). | | | |
| 218:14-218:24 | FRE 602, FRE 701 | 218:9-219:5 | FRE 105, FRE 802 | |
| 219:7-219:10 | | | | |
| 220:22-220:24 | | | | |
| 221:3-221:11 | FRE 602 | | | |
| 221:21-222:8 | FRE 602 | | | |
| 223:20-223:20 | | | | |
| 223:24-224:5 | FRE 602 | | | |
| 225:3-225:4 | | | | |
| 225:6-225:8 | FRE 602 | | | |
| 225:14-225:16 | FRE 602 | | | |
| 227:3-227:6 | 227:7-227:8 (Objection, calls for speculation). FRE 602 | | | |
| 228:9-228:12 | 228:13-228:14 (Objection, calls for speculation). | | | |
| 228:15-228:16 | FRE 602 | | | |
| 228:21-229:2 | 229:3-229:4 (Objection, calls for speculation). FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 229:5-229:6 | FRE 602 | | | |
| 229:10-229:11 | 229:12-229:13 (Objection, calls for speculation). | | | |
| 229:14-229:18 | FRE 602, FRE 701 | 229:5-230:1 | FRE 105, FRE 802 | |
| 230:20-231:2 | 231:3-231:4 (Objection, calls for speculation). FRE602 | | | |
| 231:5-231:10 | 231:11-231:12 (Objection, calls for speculation). FRE 602 | | | |
| 231:13-231:19 | FRE 602 | | | |
| 231:21-231:23 | | | | |
| 232:1-232:4 | FRE 602 | | | |
| 241:3-241:10 | 241:11-241:12 (Objection, compound). FRE 602 | | | |
| 241:13-241:15 | FRE 602 | | | |
| 241:20-241:20 | | | | |
| 242:3-242:10 | FRE 602 | 242:7-242:17 | FRE 105, FRE 802 | |
| 242:15-242:16 | FRE 602 | 242:7-242:17 | FRE 105, FRE 802 | |
| 242:18-242:22 | FRE 602 | | | |
| 243:7-243:10 | FRE 602, FRE 701 | | | |
| 245:10-245:10 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 245:15-245:17 | 245:18-245:19 (Objection, compound. Calls for speculation). | | | |
| 245:20-246:3 | | | | |
| 248:5-248:8 | 248:9-248:10 (Objection, calls for speculation). | | | |
| 248:13-248:16 | FRE 602 | 248:5-248:16 | FRE 105, FRE 802 | |
| 248:18-248:20 | | | | |
| 269:9-269:21 | FRE 402, FRE 602 | | | |
| 270:7-270:7 | | | | |
| 270:11-270:17 | 270:18-270:19 (Objection, vague). FRE 602 | | | |
| 270:20-270:22 | FRE 602 | | | |
| 271:1-271:9 | FRE 602, FRE 701 | | | |
| 274:7-275:3 | FRE 602 | | | |
| 275:18-276:4 | FRE 602 | | | |
| 276:10-276:10 | FRE 602 | | | |
| 287:14-287:18 | FRE 602 | | | |
| 287:20-287:24 | FRE 602 | | | |
| 291:7-291:7 | | | | |
| 291:9-291:14 | FRE 602 | | | |
| 292:23-293:18 | 293:19-293:20 (Objection, vague). FRE 602 | | | |
| 293:21-293:23 | FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 294:1-294:21 | FRE 602 | | | |
| 295:1-295:5 | FRE 602, FRE 701 | | | |
| 295:9-295:14 | 295:15-295:16 (Objection, vague). | | | |
| 295:17-295:23 | FRE 602 | | | |
| 302:15-302:16 | | | | |
| 302:21-302:21 | | | | |
| 303:12-304:4 | FRE 602 | | | |
| 320:1-320:15 | 320:16-320:17 (Objection, vague). FRE 602 | | | |
| 320:18-320:22 | FRE 602 | | | |
| 320:24-321:9 | FRE 602, FRE 701 | | | |
| 321:13-322:3 | FRE 602 | | | |
| 322:9-322:10 | FRE 602 | | | |
| 322:12-322:12 | FRE 602 | | | |
| 322:17-323:13 | FRE 602 | | | |
| 334:14-334:18 | | | | |
| 336:10-336:12 | | | | |
| 336:15-336:17 | 336:18-336:19 (Objection, calls for speculation). | | | |
| 336:20-337:4 | FRE 602 | | | |
| 337:6-337:8 | | | | |
| 337:10-337:14 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 338:10-338:13 | 338:14-338:16 (Objection, vague. Calls for speculation). | | | |
| 338:17-338:18 | FRE 602 | | | |
| 338:20-339:2 | FRE 602 | | | |
| 339:7-339:9 | FRE 602 | | | |
| 341:22-342:1 | 342:2-342:3 (Objection, calls for speculation). | | | |
| 342:4-342:8 | FRE 602 | | | |
| 342:14-342:16 | FRE 602 | | | |
| 343:1-343:6 | FRE 602 | | | |
| 346:6-346:7 | | | | |
| 346:10-346:16 | FRE 602 | | | |
| 348:9-348:12 | 348:13-348:14 (Objection, calls for speculation). | | | |
| 349:1-349:6 | FRE 602 | 349:8-349:9 | | |
| 349:11-349:13 | 349:14-349:15 (Objection, calls for speculation). | | | |
| 349:16-349:17 | FRE 602 | | | |
| 349:19-349:24 | 350:1-350:2 (Objection. Calls for speculation). FRE 602 | | | |
| 350:3-350:5 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 350:8-350:10 | FRE 602 | | | |
| 351:19-351:19 | | | | |
| 351:22-352:12 | FRE 602 | | | |
| 352:14-352:20 | FRE 602 | | | |
| 354:14-354:15 | 354:16-354:17 (Objection, vague. Calls for speculation). | | | |
| 354:18-354:24 | FRE 602 | | | |
| 355:2-355:4 | FRE 602 | | | |
| 355:15-355:15 | | | | |
| 355:18-356:3 | FRE 602 | | | |
| 357:2-357:4 | 357:5-357:6 (Objection, calls for speculation). | 357:2-358:4 | FRE 105, FRE 802 | |
| 357:24-358:3 | | | | |
| 361:17-361:18 | | | | |
| 361:20-361:21 | | | | |
| 362:1-362:2 | FRE 602 | | | |
| 362:4-362:8 | FRE 602 | | | |
| 363:1-363:2 | FRE 602 | 362:16-363:6 | FRE 105, FRE 802 | |
| 363:7-363:10 | FRE 602 | | | |
| 363:17-363:17 | FRE 602 | | | |
| 365:14-365:16 | | | | |
| 365:18-365:21 | 365:22-365:24 (Objection, lack of foundation. Calls for speculation). FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 366:1-366:8 | FRE 602 | | | |
| 366:10-366:14 | FRE 602 | | | |
| 368:6-368:6 | | | | |
| 368:11-368:19 | 368:20-368:21 (Objection, calls for speculation). FRE 602 | | | |
| 368:22-368:23 | FRE 602 | | | |
| 370:23-370:23 | | | | |
| 371:2-371:6 | FRE 602 | | | |
| 372:12-372:14 | | | | |
| 372:16-373:2 | FRE 602 | 372:16-373:3 | FRE 105, FRE 802 | |
| 373:4-373:5 | 373:6-373:8 (Objection, calls for speculation. Calls for expert testimony). | | | |
| 373:12-373:18 | FRE 602, FRE 701 | 373:4-373:18 | FRE 105, FRE 802 (373:12-18) | |
| 373:20-373:22 | FRE 602 | | | |
| 373:24-374:1 | FRE 602 | | | |
| 374:20-375:1 | 375:2-375:3 (Objection, calls for speculation). | | | |
| 375:7-375:18 | FRE 602, FRE 701 | 374:20-375:18 | | |
| 380:5-380:5 | | | | |
| 380:8-380:18 | FRE 602 | | | |
| 380:20-380:23 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 381:11-381:13 | | | | |
| 381:19-382:10 | FRE 602 | | | |
| 382:14-382:17 | | | | |
| 383:19-383:20 | FRE 602 | | | |
| 383:23-384:2 | | | | |
| 384:7-384:8 | | | | |
| 384:13-384:14 | FRE 602 | 384:7-384:16 | FRE 105, FRE 802 | |
| 384:16-385:8 | FRE 402, FRE 602 | | | |
| | | | | |

**ROSS OEHLER**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 7:15 to 7:17 | | | | |
| 12:7 to 12:11 | | | | |
| 14:20 to 16:3 | | | | |
| 16:7 to 16:13 | | | | |
| 21:19 to 21:23 | | | | |
| 24:6 to 24:22 | | | | |
| 25:1 to 25:14 | | | | |
| 28:1 to 28:5 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 28:11 to 29:2 | 29:3 to 29:4 (Objection to the form of the question:  vague; calls for a legal opinion.)<br><br>FRE 701 | | | |
| 29:5 to 29:16 | FRE 701 | | | |
| 30:3 to 30:8 | 30:9 to 30:10 (Objection to the form of the question:  vague; calls for a legal opinion.)<br><br>FRE 701 | | | |
| 30:11 to 30:14 | FRE 701 | | | |
| 41:8 to 41:9 | | | | |
| 41:15 to 41:21 | | | | |
| 41:23 to 42:5 | | | | |
| 42:10 to 42:12 | 42:13 to 42:14 (Objection to the form of the question:  vague; calls for a legal opinion.)<br><br>FRE 701 | | | |
| 42:15 to 42:21 | 42:22 to 42:23 (Objection to the form of the question:  calls for a legal opinion.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 701 | | | |
| 42:24 to 43:6 | FRE 701 | | | |
| 45:18 to 45:21 | 45:22 to 46:4 (Objection to the form of the question:  calls for a legal opinion. Beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 46:5 to 46:19 | 46:20 to 46:20 (Objection to the form of the question:  calls for a legal opinion. Beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 46:21 to 47:9 | 47:10 to 47:16 (Objection to the form of the question:  calls for a legal opinion.  Beyond the scope of the 30(b)(6). You can answer in your individual capacity to the extent that you have any personal knowledge.)<br><br>FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 47:17 to 47:24 | 48:1 to 48:1 (Objection to the form of the question: calls for a legal opinion. Beyond the scope of the 30(b)(6). You can answer in your individual capacity to the extent that you have any personal knowledge.) FRE 602, FRE 701 | | | |
| 48:2 to 48:10 | FRE 602 | | | |
| 48:13 to 48:20 | 48:21 to 48:23 (Objection to the form of the question: calls for a legal opinion. Beyond the scope of the 30(b)(6). FRE 701 | | | |
| 48:24 to 49:5 | | | | |
| 50:15 to 50:16 | | | | |
| 50:21 to 50:23 | FRE 602, FRE 701 | | | |
| 51:1 to 51:3 | 51:18 to 52:2 Objection beyond the scope of the 30(b)(6). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE 701 |  |  |  |
| 51:6 to 51:10 | FRE 602, FRE 701 |  |  |  |
| 54:20 to 54:24 | 51:18 to 52:2<br><br>55:1 to 55:4<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 |  |  |  |
| 55:5 to 55:20 | 55:22 to 56:2<br>(Objection to the form of the question:  calls for a legal opinion.  Beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 |  |  |  |
| 56:4 to 56:10 |  |  |  |  |
| 60:24 to 61:4 |  |  |  |  |
| 61:10 to 61:12 | 61:5 to 61:9<br>(Objection to the designation to the extent that excludes the clarification of the question.)<br><br>FRE 602, FRE 701 |  |  |  |
| 61:16 to 62:3 | FRE 602, FRE 701 |  |  |  |
| 62:21 to 63:3 | 63:4 to 63:4 |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: vague.)<br><br>FRE 602, FRE 701 | | | |
| 63:5 to 63:7 | FRE 602, FRE 701 | | | |
| 76:22 to 77:10 | 77:12 to 77:16<br>(Objection to the form of the question: vague; beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 77:17 to 77:24 | 78:1 to 78:1<br>(Objection to the form of the question: vague; beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 78:2 to 78:2 | FRE 602, FRE 701 | | | |
| 81:16 to 81:17 | FRE 602, FRE 701 | | | |
| 81:21 to 81:22 | | | | |
| 82:2 to 82:3 | 82:4 to 82:8<br>(Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 82:9 to 82:14 | 82:15 to 82:22 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: vague. Beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 82:23 to 83:5 | FRE 602, FRE 701 | | | |
| 83:9 to 83:10 | 83:11 to 83:15<br>(Objection to the form of the question: beyond the scope of 30(b)(6). | | | |
| 83:16 to 83:22 | 83:23 to 84:6<br>(Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 84:7 to 84:12 | 84:13 to 84:13<br>(Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602; FRE 701 | | | |
| 84:14 to 84:17 | FRE 701 | | | |
| 84:21 to 84:21 | | | | |
| 85:3 to 85:4 | 85:5 to 85:8<br>(Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 85:9 to 85:15 | 85:16 to 85:24<br>(Objection to the form of the question:  beyond the scope of 30(b)(6).  Calls for a legal opinion.<br><br>FRE 602, FRE 701 | | | |
| 86:1 to 86:6 | FRE 602 | | | |
| 86:9 to 86:10 | 86:11 to 86:18<br>(Objection to the form of the question:  vague.  Beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 86:19 to 86:23 | FRE 602 FRE 701 | | | |
| 87:3 to 87:4 | 87:5 to 87:9<br>(Objection to the form of the question:  beyond the scope of 30(b)(6).  Calls for a legal opinion. | | | |
| 87:10 to 87:13 | FRE 602, FRE 701 | | | |
| 88:16 to 88:17 | | | | |
| 88:21 to 88:23 | 89:5 to 89:8<br>(Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 89:10 to 89:19 | 89:20 to 90:2<br>(Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602; FRE 701 | | | |
| 90:3 to 90:8 | 90:9 to 90:9<br>(Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 90:14 to 90:18 | FRE 602, FRE 701 | | | |
| 90:22 to 90:23 | 90:24 to 91:3<br>(Objection to the form of the question: beyond the scope of 30(b)(6).  You can answer in your<br>individual capacity.) | | | |
| 91:4 to 91:6 | FRE 602, FRE 701 | | | |
| 92:10 to 92:13 | 92:14 to 92:20<br>(Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 30(b)(6). | | | |
| 92:21 to 93:1 | FRE 602, FRE 701 | | | |
| 93:5 to 93:6 | 93:7 to 93:10 (Objection to the form of the question: beyond the scope of 30(b)(6). FRE 602; FRE 701 | | | |
| 93:12 to 93:18 | 93:19 to 94:1 (Objection to the form of the question: beyond the scope of 30(b)(6). FRE 602, FRE 701 | | | |
| 94:2 to 94:6 | FRE 602, FRE 701 | | | |
| 94:10 to 94:11 | 94:12 to 94:15 (Objection to the form of the question: beyond the scope of 30(b)(6). FRE 602, FRE 701 | | | |
| 94:17 to 94:22 | 94:23 to 95:4 (Objection to the form of the question: beyond the scope of 30(b)(6). FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 95:5 to 95:9 | FRE 602, FRE 701 | | | |
| 95:12 to 95:14 | 95:15 to 95:19 (Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 95:21 to 96:1 | FRE 602, FRE 701 | | | |
| 105:7 to 105:8 | | | | |
| 105:12 to 105:13 | 105:14 to 105:18 (Objection to the form of the question: beyond the scope of 30(b)(6). | | | |
| 105:19 to 105:24 | 106:1 to 106:8 (Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 106:9 to 106:14 | 106:15 to 106:1 (Objection to the form of the question: vague.)<br><br>FRE 602, FRE 701 | | | |
| 106:17 to 106:18 | 106:19 to 106:22 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  beyond the scope of 30(b)(6). | | | |
| 106:23 to 107:5 | 107:6 to 107:12 (Objection to the form of the question:  beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 107:13 to 107:17 | 107:18 to 107:19 (Objection to the form of the question:  beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 107:20 to 107:24 | 108:1 to 108:5 (Objection to the form of the question:  vague.  Beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 108:6 to 108:11 | 108:12 to 108:18 (Objection to the form of the question:  beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 108:19 to 108:23 | 108:24 to 108:24 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 109:1 to 109:6 | 109:7 to 109:14<br>(Objection to the form of the question: beyond the scope of 30(b)(6). Lack of foundation. Beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 109:22 to 110:4 | 110:5 to 110:13<br>(Objection to the form of the question: mischaracterizes his prior<br>testimony. Vague. Beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |
| 111:10 to 111:17 | 111:18 to 111:24<br>(Objection to the form of the question: vague. Beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 112:1 to 112:6 | 112:7 to 112:15<br>(Objection to the form of the question: mischaracterizes his | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | prior testimony; vague.  Beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 112:16 to 112:22 | 112:23 to 112:23<br>(Objection to the form of the question:  mischaracterizes his prior testimony; vague.  Beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 113:4 to 113:6 | FRE 602, FRE 701 | | | |
| 114:8 to 114:10 | 114:11 to 114:12<br>(Objection to the form of the question:  mischaracterizes his prior testimony; vague.  Beyond the scope of 30(b)(6).<br><br>113:12 to 113:20<br>(Objection to the form of the question:  mischaracterizes his prior testimony.  Beyond the scope of 30(b)(6). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 114:13 to 114:18 | 114:19 to 114:2 (Objection to the form of the question:  mischaracterizes his prior testimony.  Asked and answered.  Beyond the scope of 30(b)(6).  FRE 602, FRE 701 | | | |
| 114:22 to 114:23 | FRE 602, FRE 701 | 114:24 to 115:11 | | |
| 115:12 to 115:13 | | | | |
| 115:18 to 115:23 | 115:24 to 116:4 (Objection to the form of the question:  beyond the scope of 30(b)(6). | | | |
| 116:6 to 116:23 | 116:24 to 117:3 (Objection to the form of the question:  beyond the scope of 30(b)(6).  FRE 602, FRE 701 | | | |
| 117:4 to 117:8 | 117:9 to 117:15 (Objection to the form of the question:  vague.  Beyond the scope of 30(b)(6). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 602, FRE 701 |  |  |  |
| 117:17 to 117:19 | FRE 602, FRE 701 |  |  |  |
| 118:9 to 118:10 |  |  |  |  |
| 118:14 to 118:14 |  |  |  |  |
| 118:18 to 118:19 | 118:20 to 118:24 (Objection to the form of the question: beyond the scope of 30(b)(6). |  |  |  |
| 119:1 to 119:3 | FRE 602, FRE 701 |  |  |  |
| 119:17 to 119:18 |  |  |  |  |
| 120:23 to 121:3 | 121:4 to 121:7 (Objection to the form of the question: mischaracterizes his prior testimony. Beyond the scope of 30(b)(6).) 121:8 to 121:21 (objection to the designation to the extent that excludes the clarification of the question. FRE 602, FRE 701 |  |  |  |
| 121:23 to 122:3 |  |  |  |  |
| 122:10 to 122:11 | 122:12 to 122:16 |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  beyond the scope of 30(b)(6). | | | |
| 122:17 to 122:19 | FRE 602, FRE 701 | | | |
| 123:6 to 123:10 | FRE 602, FRE 701 | 122:21 to 122: 22;<br><br>122:23 to 123:5<br><br>123:6 to 123:10 | FRE 105, FRE 802 | |
| 123:14 to 123:15 | | | | |
| 123:19 to 123:20 | 123:21 to 123:24<br>(Objection to the form of the question:  beyond the scope of 30(b)(6). | | | |
| 124:1 to 124:10 | 124:11 to 124:17<br>(Objection to the form of the question:  beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 124:18 to 124:22 | 124:23 to 125:4<br>(Objection to the form of the question:  beyond the scope of 30(b)(6).<br><br>FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 125:5 to 125:9 | FRE 602, FRE 701 | | | |
| 125:12 to 125:13 | 125:14 to 125:18 (Objection to the form of the question: beyond the scope of 30(b)(6). | | | |
| 126:2 to 126:7 | 126:8 to 126:14 (Objection to the form of the question: beyond the scope of 30(b)(6). You can answer in your individual capacity to the extent doing so would not cause you to reveal the substance of an attorney/client communication.)

FRE 602, FRE 701 | | | |
| 126:15 to 126:20 | 126:21 to 126:24 (Objection to the form of the question: beyond the scope of 30(b)(6).

FRE 602, FRE 701 | | | |
| 127:1 to 127:3 | FRE 602, FRE 701 | | | |
| 144:18 to 144:19 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 144:22 to 145:1 | 145:2 to 145:5 (Objection to the form of the question:  beyond the scope of 30(b)(6). | | | |
| 145:6 to 145:8 | FRE 602, FRE 702 | | | |
| 153:16 to 153:16 | | | | |
| 153:21 to 154:1 | 154:2 to 154:6 (Objection to the form of the question:  beyond the scope of 30(b)(6).  FRE 602, FRE 701 | | | |
| 154:8 to 154:14 | 154:15 to 154:20 (Objection to the form of the question:  beyond the scope of 30(b)(6).  Calls for a legal opinion. FRE 602, FRE 701 | | | |
| 154:21 to 155:3 | | | | |
| 155:5 to 155:7 | 155:8 to 155:13 (Objection to the form of the question:  beyond the scope of 30(b)(6).  Calls for a legal opinion. You can answer in your individual capacity based on any personal knowledge.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 155:14 to 155:21 | FRE 602, FRE 701 | | | |
| 156:1 to 156:2 | 156:3 to 156:7 (Objection to the form of the question: vague. Beyond the scope of 30(b)(6). Calls for a legal opinion. | | | |
| 156:8 to 156:21 | 156:22 to 157:2 (Objection to the form of the question: beyond the scope of 30(b)(6). Calls for a legal opinion.<br><br>FRE 602, FRE 701, FRE 402 | | | |
| 157:3 to 157:5 | | | | |
| 158:8 to 158:14 | | | | |
| 158:19 to 158:24 | 159:1 to 159:4 (Objection to the form of the question: beyond the scope of 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 159:5 to 159:9 | 159:10 to 159:10 (Objection to the form of the question: beyond the scope of 30(b)(6). | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701, FRE 402 | | | |
| 159:11 to 160:1 | FRE 602, FRE 701, FRE 402 | | | |
| 160:3 to 160:8 | FRE 602, FRE 701, FRE 402 | | | |
| 169:22 to 170:3 | 170:4 to 170:9 (Objection to the form of the question:  vague.  Beyond the scope of the 30(b)(6).  FRE 602, FRE 701, FRE 402 | 170:1 to 170:3;  170:4 to 170:9;  170:10 to 170:19;  170:20 to 171:2  171:3 to 171:4 | FRE 105, FRE 802 | |
| 170:10 to 170:16 | FRE 602, FRE 701, FRE 402 | | | |
| 171:6 to 171:24 | 172:1 to 172:2 (Objection to the form of the question:  vague.  Beyond the scope of the 30(b)(6). | | | |
| 172:3 to 172:9 | 172:10 to 172:11 (Objection to the form of the question:  vague.  Beyond the scope of the 30(b)(6).  FRE 602, FRE 805, FRE 701 | | | |
| 172:12 to 172:16 | 172:17 to 172:21 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of the 30(b)(6). You can answer in your individual capacity based on personal knowledge.)<br><br>172:23 to 172:24 (Objection to the form of the question: calls for a legal opinion.)<br><br>FRE 602 | | | |
| 172:22 to 172:22 | 172:15 to 172:16 (Objection to the designation to the extent that it includes the question without inclusion of the deponents answer. The designation for 172:22 should be withdrawn. | 173:1 to 173:16 | 173:1-173:9 Nonresponsive | |
| 173:10 to 173:17 | 173:18 to 173:243 (Objection to the form of the question: to the extent the question calls for expert is testimony and/or legal opinion and beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 174:1 to 174:10 | 174:11 to 174:11 (Objection to the form of the question: to the extent the question calls for expert is testimony and/or legal opinion and beyond the scope of the 30(b)(6).<br><br>FRE 602, FRE 701 | | | |
| 174:12 to 174:12 | FRE 602, FRE 701 | | | |
| 176:11 to 176:17 | 176:18 to 177:1 (Objection to the form of the question: vague; objection to the extent the question calls for attorney/client privilege and I will caution the witness that your answer should not reveal the substance of any attorney/client communication.) | | | |
| 177:9 to 177:14 | 177:15 to 177:15 (Objection to the form of the question: vague; objection to the extent the question calls for attorney/client privilege and I will caution the witness that your answer should not reveal the substance of any | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | attorney/client communication.) FRE 602, FRE 701 | | | |
| 177:16 to 177:17 | FRE 602, FRE 701 | | | |

**JUDY PLON**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:10 to 8:12 | | 8:10 to 8:12 | FRE 105, FRE 802 | |
| 9:21 to 10:6 | | | | |
| 10:11 to 10:17 | | | | |
| 10:20 to 11:6 | | | | |
| 12:2 to 12:11 | | | | |
| 13:18 to 14:10 | | 13:18 to 14:10 | FRE 105, FRE 802 | |
| 20:5 to 20:14 | | 20:5 to 20:14 | FRE 105, FRE 802 | |
| 21:1 to 21:4 | | 21:1 to 21:4 | FRE 105, FRE 802 | |
| 21:9 to 21:16 | | 21:9 to 21:16 | FRE 105, FRE 802 | |
| 21:19 to 21:21 | | 26:22 to 27:4 | | |
| 27:18 to 27:23 | | 27:18 to 27:23 | FRE 105, FRE 802 | |
| 28:13 to 28:17 | | | | |
| 28:22 to 29:3 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 29:7 to 29:9 | | | | |
| 31:6 to 31:11 | | 31:6 to 31:11 | FRE 105, FRE 802 | |
| 31:17 to 31:22 | | | | |
| 32:6 to 32:12 | | | | |
| 32:18 to 32:19 | | | | |
| 32:24 to 34:25 | | 32:24 to 32:9 | FRE 105, FRE 802<br><br>Invalid Page/Line Range | |
| 33:1 to 33:12 | | | | |
| 33:23 to 34:24 | | | | |
| 35:7 to 35:14 | FRE 402 | | | |
| 36:8 to 36:21 | 36:22 to 36:23 (Objection to the form of the question:  vague) | | | |
| 37:4 to 37:6 | | | | |
| 37:17 to 37:21 | | | | |
| 38:8 to 38:18 | | 38:8 to 38:18<br>38:19 to 38:24<br>39:2 to 39:6<br>39:7 to 39:13<br>39:21 to 40:22 | FRE 105, FRE 802<br><br>All Except 38:8-38:18 Beyond the Scope of the Designation | |
| 41:16 to 41:19 | FRE 402 | 41:16 to 41:19<br>41:20 to 41:25<br>42:20 to 42:24 | FRE 105, FRE 802<br><br>All Except 41:16-19 Beyond | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 43:5 to 43:12 44:11 to 45:19 | the Scope of the Designation | |
| 52:16 to 52:17 | | 52:16 to 52:17 | FRE 105, FRE 802 | |
| 52:19 to 53:10 | | | | |
| 56:8 to 57:5 | 57:15 to 57:19 MS. BALDWIN: And for the record, this document doesn't appear to be in the same time frame as the scope of topic number 16, so she can answer in an individual capacity.  FRE 402 | 56:8 to 57:5 57:15 to 57:19 | FRE 105, FRE 802 | |
| 58:11 to 58:16 | | | | |
| 58:23 to 59:5 | | | | |
| 59:9 to 59:9 | | | | |
| 60:3 to 60:12 | | | | |
| 61:7 to 61:14 | | | | |
| 61:23 to 62:7 | | | | |
| 62:22 to 63:1 | | | | |
| 63:11 to 63:19 | 63:20 to 63:21 (Objection to the form of the question: mischaracterizes the document.) | | | |
| 63:25 to 64:8 | | | | |
| 64:23 to 65:2 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 65:22 to 65:24 | 65:25 5o 66:1 (Objection to the form of the question: vague) | | | |
| 66:2 to 66:9 | 66:10 to 66:11 (Objection to the form of the question: vague.) FRE 402 | | | |
| 66:23 to 67:2 | FRE 402 | 66:13 to 66:24 | | |
| 71:4 to 72:2 | FRE 602 | 71:4 to 72:7 72:11 to 72:14 74:15 to 74:16 74:22 to 74:23 | FRE 105, FRE 802, All Except 71:4-72:7 Beyond the Scope of the Designation | |
| 76:17 to 76:20 | FRE 602 | | | |
| 77:20 to 77:22 | | | | |
| 83:17 to 83:21 | FRE 802, FRE 805, FRE 602 | 81:20 to 81:23 81:25 to 82:6 82:10 to 82:12 | | |
| 83:24 to 84:3 | FRE 802, FRE 805 | 83:24 to 84:3 | FRE 105, FRE 802 | |
| 84:7 to 84:17 | FRE 802, FRE 805 | | | |
| 85:8 to 85:12 | 85:13 to 85:16 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: beyond the scope; lack of foundation; calls for speculation.)<br><br>FRE 802, FRE 805, FRE 602 | | | |
| 85:17 to 85:23 | 85:24 to 86:1<br>(Objection to the form of the question: beyond the scope. Objection; calls for speculation.)<br><br>FRE 802, FRE 805, FRE 602 | 85:17 to 85:20 | FRE 105, FRE 802 | |
| 86:2 to 86:9 | 86:10 to 86:11<br>(Objection to the form of the question: vague; beyond the scope.)<br><br>FRE 802, FRE 805 | | | |
| 86:12 to 86:18 | FRE 802, FRE 805, FRE 602 | | | |
| 86:21 to 86:21 | 86:22 to 86:25<br>(Objection to the form of the question: beyond the scope; lack of<br>foundation; calls for speculation.) | | | |
| 87:1 to 87:6 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 88:2 to 88:3 | 88:4 to 88:5 (Objection to the form of the question:  beyond the scope.) FRE 602, FRE 402 | | | |
| 88:6 to 88:8 | FRE 602, FRE 402 | | | |
| 89:4 to 89:5 | 89:6 to 89:8 (Objection to the form of the question:  beyond the scope; calls for speculation.) FRE 602, FRE 402 | 88:9 to 88:14 88:18 to 88:21 89:4 to 89:5 | FRE 105, FRE 802 | |
| 89:10 to 89:12 | FRE 602, FRE 402 | 89:10 to 89:12 89:13 to 89:16 89:21 to 90:2 90:5 to 90:10 90:14 to 90:16 92:15 to 92:19 93:6 to 93:11 93:14 to 93:14 | FRE 105, FRE 802 All Except 89:10-12 Beyond the Scope of the Designation | |
| 94:8 to 94:16 | | 94:8 to 94:16 | FRE 105, FRE 802 | |
| 95:12 to 95:21 | 95:5 to 95:7 (Objection to the form of the question:  standing objection to this exhibit for being beyond the scope.) | 95:12 to 95:21 96:25 to 97:20 | FRE 105, FRE 802 (96:25-97:20) Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 98:17 to 98:23 | FRE F 602, FRE 402 | | | |
| 99:4 to 99:5 | 99:6 to 99:7 (Objection to the form of the question: lack of foundation.) FRE 602, FRE 402 | | | |
| 99:8 to 99:11 | | | | |
| 99:24 to 100:5 | | | | |
| 109:12 to 109:17 | 109:18 to 109:22 (Objection to the form of the question: outside the scope for this exhibit.) FRE 802 | | | |
| 109:24 to 110:5 | | | | |
| 112:4 to 112:9 | | | | |
| 112:19 to 113:4 | | | | |
| 116:3 to 116:8 | 116:9 to 116:15 (Objection to the form of the question: object as being outside the scope and she's testifying under her individual capacity) FRE 402, FRE 802 | 116:6 to 116:8 116:17 to 117:8 119:3 to 119:20 | FRE 105, FRE 802 | |
| 116:17 to 118:9 | | | | |
| 118:17 to 118:20 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 119:2 to 119:2 | FRE 602 | | | |
| 119:4 to 120:1 | FRE 805, FRE 602 | 119:24 to 120:1 | FRE 105, FRE 802 | |
| 122:11 to 122:20 | FRE 802 | | | |
| 123:2 to 123:22 | | 123:2 to 123:22 | FRE 105, FRE 802 | |
| 125:6 to 125:14 | FRE 602 | 125:6 to 125:14 | FRE 105, FRE 802 | |
| 125:15 | | | | |
| 130:5 to 130:21 | 130:22 to 130:25 (Objection to the form of the question:  beyond the scope of topic 16.  You can answer in your personal capacity, if you have knowledge.)<br><br>FRE 602, FRE 802, FRE 805 | 130:5 to 130:21 | FRE 105, FRE 802 | |
| 131:1 to 131:3 | FRE 802, FRE 602 | 131:1 to 131:11 | FRE 105, FRE 802 | |
| 132:1 to 132:5 | 132:6 to 132:7 (Objection to the form of the question:  beyond the scope of topic 16.)<br><br>FRE 602 | 131:12 to 131:15 131:19 to 131:25 | | 131:4-11 |
| 132:8 to 132:9 | FRE 602 | | | |
| 133:25 to 134:9 | 134:10 to 134:12 (Objection to the form of the question:  beyond the scope of topic 16.  Objection. Lack of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | foundation. Calls for speculation.) FRE 805, FRE 802, FRE 602 | | | |
| 134:21 to 135:2 | FRE 602 | 135:11 to 135:14 135:20 to 136:13 136:14 to 136:17 | FRE 105, FRE 802 Beyond the Scope of the Designation | |
| 137:11 to 137:20 | | | | |
| 138:4 to 138:15 | | | | |
| 140:11 to 141:22 | FRE 802 | | | |
| 141:25 to 142:18 | FRE 802 | | | |
| 143:21 to 144:3 | 144:4 to 144:6 (Objection to the form of the question: beyond the scope of topic 16. Calls for speculation.) FRE 602, FRE 402 | | | |
| 144:8 to 144:14 | 144:15 to 144:16 (Objection to the form of the question: outside the scope of topic 16.) FRE 602, FRE 402 | | | |
| 144:17 to 145:6 | FRE 602, FRE 802 | | | |
| 145:20 to 145:22 | 145:23 to 145:25 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  outside the scope of topic 16.  Calls for speculation.)  FRE 602 | | | |
| 146:1 to 146:9 | | | | |
| 149:4 to 149:5 | 149:6 to 149:7 (Objection to the form of the question:  beyond the scope of the topic 16) | | | |
| 149:8 to 149:10 | | | | |
| 150:1 to 150:19 | FRE 106 | | | |
| 152:2 to 152:6 | 152:7 to 152:8 (Objection to the form of the question:  beyond the scope of exhibit -- of topic 16.) | | | |
| 152:9 to 152:11 | | | | |
| 152:20 to 152:24 | 152:25 to 153:1 (Objection to the form of the question:  beyond the scope of topic 16.) | | | |
| 153:2 to 153:3 | | | | |
| 155:12 to 155:15 | 155:6 to 155:9 (Objection to the form of the question:  beyond the scope of topic 16; asked and answered; calls for speculation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 155:17 to 155:18 | | | | |
| 155:20 to 156:1 | 156:2 to 156:6 (We'll make a standing objection based upon the date of the document unless the question shows otherwise, this appears to be beyond the scope of topic 16.)  FRE 802 | 155:20 to 156:1 | FRE 105, FRE 802 | |
| 156:7 to 156:14 | FRE 802 | 156:7 to 156:14 | FRE 105, FRE 802 | |
| 156:23 to 157:10 | FRE 805 | 156:23 to 157:10 157:11 to 157:24 | FRE 105, FRE 802 | |
| 159:21 to 159:22 | | | | |

**BRANDON SIMPSON**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:14 to 8:16 | | | | |
| 20:24 to 21:1 | | | | |
| 21:8 to 21:12 | | | | |
| 21:17 to 21:24 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 22:11 to 22:15 | | | | |
| 22:20 to 22:22 | | | | |
| 24:17 to 24:21 | | | | |
| 24:23 to 25:4 | | | | |
| 39:15 to 40:4 | | | | |
| 40:6 to 40:19 | | 36:4 to 38:8<br>39:15 to 40:4<br>40:6 to 40:19 | FRE 105, FRE 802<br><br>36:4-38:8 Beyond the Scope of the Designation | |
| 40:22 to 41:1 | | 40:22 to 41:1 | FRE 105, FRE 802 | |
| 42:17 to 42:18 | | | | |
| 43:8 to 44:6 | FRE 402, FRE 602 | | | |
| 44:10 to 44:22 | 44: 23-24<br>(Objection to the form of the question: vague); Also object to designation to the extent that it includes the question at 44: 20-22 without inclusion of the deponents answer.  The designation for 44: 20-22 should be withdrawn.<br><br>FRE 602, FRE 402 | | | |
| 46:2 to 46:10 | FRE 402 | | | |
| 46:15 to 47:2 | | | | |
| 48:1 to 48:11 | | | | |
| 50:9 to 52:9 | FRE 402, FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 52:12 to 52:22 | FRE E 402 | | | |
| 53:1 to 53:6 | FRE F 402 | | | |
| 53:9 to 53:14 | 53:15 to 53:17 (Objection to the form of the question: mischaracterizes witness' testimony)<br><br>FRE 402 | | | |
| 53:18 to 55:4 | FRE 402, FRE 602 | | | |
| 55:12 to 56:1 | FRE 402, FRE 602 | | | |
| 56:19 to 57:14 | FRE 402 | | | |
| 57:18 to 57:20 | | | | |
| 58:1 to 58:9 | | | | |
| 58:12 to 59:15 | FRE 402 | | | |
| 60:7 to 61:6 | | | | |
| 61:9 to 65:7 | FRE 402 | | | |
| 66:3 to 66:9 | FRE 602, FRE 402 | 66:12 to 66:15 | | |
| 66:16 to 66:20 | FRE 402 | | | |
| 66:23 to 67:5 | 67:5-67:7 (Objection to the form of the question:  vague)<br><br>Objection to the designation to the extent that excludes the clarification of the question included at 67: 8-12. | 67:8-12 | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 67:13 to 67:18 | FRE 402, FRE 602 | | | |
| 67:21 to 68:6 | FRE 402, FRE 602 | 67:21 to 68:6 68:7 to 68:13 69:2 to 69:5 | FRE 105, FRE 802 68:7-68:13, 69:2-5 Beyond the Scope of the Designation | |
| 70:8 to 70:14 | FRE 402, FRE 602 | | | |
| 70:17 to 70:20 | FRE 402, FRE 602 | | | |
| 71:3 to 71:8 | FRE 402 | | | |
| 71:13 to 71:17 | FRE 402 | | | |
| 72:16 to 73:12 | | 72:16 to 73:12 | FRE 105, FRE 802 | |
| 74:2 to 74:4 | | 74:2 to 74:4 | FRE 105, FRE 802 | |
| 74:7 to 74:17 | | 74:7 to 74:17 | FRE 105, FRE 802 | |
| 74:20 to 74:23 | | 74:20 to 74:23 | FRE 105, FRE 802 | |
| 75:1 to 75:23 | | 75:1 to 75:23 | FRE 105, FRE 802 | |
| 76:16 to 77:4 | FRE 602 | 76:16 to 77:4 77:5 to 77:10 | FRE 105, FRE 802 | |
| 78:1 to 78:8 | 77:23-24 Objection to the designation to the extent that it does not include the clarification of the question being answered by the witness, FRE 602 | 77:11 to 77:24 78:1 to 78:8 | FRE 105, FRE 802 | |
| 78:11 to 78:16 | 78:17 to 78:18 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  vague)  FRE 602 | | | |
| 78:19 to 79:7 | FRE 805, FRE 602 | | | |
| 79:10 to 79:17 | FRE 602, FRE 402 | 79:10 to 79:17 79:18 to 79:22 | FRE 105, FRE 802 | |
| 80:9 to 80:14 | 80:15 to 80:16 (Objection to the form of the question: asked and answered)  FRE 402 | | | |
| 80:17 to 80:23 | FRE 402, FRE 602 | | | |
| 81:1 to 82:3 | 82:4 to 82:6 (Objections to form of the question: vague, calls for speculation)  FRE 402, FRE 602 | | | |
| 82:7 to 82:10 | | | | |
| 82:13 to 82:16 | FRE 402 | | | |
| 83:3 to 83:4 | FRE 802 | | | |
| 83:10 to 83:17 | FRE 802 | | | |
| 84:3 to 85:7 | 85:8-85:9 (Objection to the form of the question:  lack of foundation)  FRE 402, FRE 802, FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 85:10 to 85:13 | FRE 402, FRE 602 | | | |
| 85:16 to 85:19 | FRE 402, FRE 602 | | | |
| 86:2 to 87:19 | 87:20-87:23 (Objection to the form of the question: calls for speculation) FRE 402, FRE 805, FRE 602 | | | |
| 87:24 to 88:6 | 88:7 to 88:8 (Objection to the form of the question: vague) FRE 402 | | | |
| 88:9 to 88:13 | 88:14 to 88:15 (Objection to the form of the question: vague) FRE 402 | | | |
| 88:16 to 88:21 | FRE 402 | | | |
| 91:8 to 92:12 | FRE 602 | | | |
| 93:9 to 94:11 | FRE 602 | | | |
| 94:15 to 94:16 | | 94:15 to 94:16 | FRE 105, FRE 802 | |
| 94:22 to 95:13 | | 94:22 to 95:13 | FRE 105, FRE 802 | |
| 96:4 to 96:7 | | | | |
| 96:16 to 97:19 | FRE 602 | 96:16 to 97:19 | FRE 105, FRE 802 | |
| 98:1 to 98:8 | FRE 602 | | | |
| 98:16 to 99:3 | FRE 402 | | | |
| 99:14 to 100:9 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 100:21 to 101:21 | FRE 805, FRE 602 | | | |
| 103:7 to 103:8 | | | | |
| 104:11 to 104:12 | | | | |
| 104:18 to 106:1 | FRE 602 | | | |
| 106:8 to 106:18 | FRE 602 | | | |
| 106:21 to 107:1 | 107:2 to 107:3 (Objection to the form of the question: vague)  FRE 602 | | | |
| 107:4 to 107:11 | | | | |
| 107:14 to 107:21 | FRE 602 | | | |
| 108:19 to 109:13 | FRE 402, FRE 805 | | | |
| 109:16 to 110:6 | | | | |
| 111:9 to 112:11 | FRE 602 | | | |
| 112:14 to 113:13 | | | | |
| 113:17 to 113:19 | | | | |
| 114:1 to 114:11 | | | | |
| 115:2 to 117:15 | | | | |
| 118:13 to 119:15 | 119:16 to 119:17 (Objection to the form of the question: asked and answered)  FRE 602, FRE 402 | | | |
| 119:18 to 119:20 | FRE 602, FRE 402 | | | |
| 119:23 to 120:9 | FRE 602, FRE 402 | 119:23 to 120:20 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 120:21 to 121:1 | | 120:21 to 121:1 | FRE 105, FRE 802 | |
| 121:4 to 121:22 | | 121:4 to 121:22 | FRE 105, FRE 802 | |
| 122:1 to 122:4 | | 122:1 to 122:4<br>122:7 to 122:13 | FRE 105, FRE 802 | |
| 122:14 to 123:8 | FRE 602 | 122:14 to 123:8<br>123:9 to 123:15 | FRE 105, FRE 802 | |
| 123:16 to 126:10 | FRE 602 | | | |
| 127:5 to 128:6 | FRE 402, FRE 602 | 127:5 to 128:6 | FRE 105, FRE 802 | |
| 128:14 to 128:21 | | | | |
| 129:4 to 130:23 | | 129:4 to 130:23 | FRE 105, FRE 802 | |
| 131:1 to 131:4 | | 131:1 to 131:4 | FRE 105, FRE 802 | |
| 131:19 to 133:9 | 133:10 to 133:11<br>(Objection to the form of the question: asked and answered)<br><br>FRE 602 | | | |
| 133:12 to 133:13 | | | | |
| 133:16 to 135:23 | FRE 602 | 133:21 to 135:23 | FRE 105, FRE 802 | |
| 136:13 to 138:3 | FRE 602 | 136:13 to 136:20 | FRE 105, FRE 802 | |
| 138:15 to 140:12 | | | | |
| 141:19 to 148:23 | FRE 602 | 141:19 to 148:23 | FRE 105, FRE 802 | |
| 149:3 to 150:2 | 150:3 to 150:4<br>(Objection to the form of the question: asked and answered) | 149:3 to 150:2 | FRE 105, FRE 802 | |
| 150:12 to 150:20 | | 150:12 to 150:20 | FRE 105, FRE 802 | |
| 150:23 to 151:9 | 151:10 to 151:11<br>(Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague) | | | |
| 151:12 to 151:14 | | | | |
| 151:17 to 152:7 | | | | |
| 152:14 to 152:14 | | | | |
| 152:16 to 153:24 | FRE 402 | | | |
| 155:1 to 155:2 | | | | |
| 155:13 to 160:17 | | | | |
| 161:1 to 161:6 | 161:7 to 161:8 (Objection to the form of the question: compound) | | | |
| 161:9 to 161:20 | 161:21 to 161:23 (Objections to form of the question: lack of foundation and vague) | 161:14 to 161:20 | FRE 105, FRE 802 | |
| 161:24 to 163:15 | FRE 602 | 161:24 to 163:15 | FRE 105, FRE 802 | |
| 163:19 to 164:16 | FRE 602, FRE 805 | | | |
| 165:15 to 168:12 | FRE 602 | 165:15 to 167:13 | FRE 105, FRE 802 | |
| 169:2 to 169:24 | Objection to inclusion of 169:18-24.  The witness said the he would have to review the document in order to answer the question and the questioning attorney told him not to do so and moved on to the next question.  (170: 1-3) Inclusion of 169:18-24 mischaracterizes the transcript | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | and the witness' ability and willingness to answer the question.<br><br>FRE 602 | | | |
| 170:15 to 171:10 | | | | |
| 171:13 to 171:17 | | | | |
| 171:20 to 173:13 | 173:14 to 173:15 (Objection to the form of the question: vague.) | | | |
| 173:16 to 173:17 | | | | |
| 173:20 to 176:5 | FRE 602 | | | |
| 177:24 to 178:7 | | | | |
| 178:10 to 178:24 | | 178:14 to 178:24 | FRE 105, FRE 802 | |
| 179:3 to 179:11 | | | | |
| 179:14 to 180:11 | 180:12 to 180:13 (Objection to the form of the question: mischaracterizes the document)<br><br>FRE 805 | | | |
| 180:14 to 182:3 | 182:4 to 182:5 (Objection to the form of the question: vague) | 180:14 to 181:19 | FRE 105, FRE 802 | |
| 182:6 to 183:24 | 184:1 to 184:2 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: lack of foundation)<br><br>FRE 602 | | | |
| 184:3 to 186:19 | | | | |
| 186:24 to 191:17 | FRE 602 | 186:24 to 191:15 | FRE 105, FRE 802 | |
| 191:23 to 192:23 | FRE 602 | 191:23 to 192:23 | FRE 105, FRE 802 | |
| 193:2 to 193:3 | FRE 602 | | | |
| 193:6 to 193:24 | FRE 602 | | | |
| 194:3 to 194:22 | 194:23 to 194:24<br>(Objection to the form of the question: lack of foundation)<br><br>FRE 402 | | | |
| 195:1 to 195:13 | 195:14 to 195:15<br>(Objection to the form of the question: vague)<br><br>FRE 602 | | | |
| 195:16 to 197:24 | FRE 602 | | | |
| 199:22 to 200:3 | | | | |
| 200:14 to 200:19 | | 200:14 to 200:19<br>202:8 to 203:13<br> 204:6 to 206:8 | FRE 105, FRE 802<br><br>Objections to the following | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | 206:16 to 206:18 | as nonresponsive and beyond the scope of the designation: 202:8 to 203:13 204:6 to 206:8 206:16 to 206:18 | |
| 207:4 to 207:17 | FRE 402 | | | |
| 208:13 to 208:14 | | | | |
| 208:20 to 209:16 | | 208:20 to 209:16 | FRE 105, FRE 802 | |
| 209:18 to 209:19 | | 209:18 to 209:19 | FRE 105, FRE 802 | |
| 210:9 to 213:17 | FRE 602 | 210:9 to 212:17 | FRE 105, FRE 802 | |
| 213:20 to 213:23 | | | | |
| 214:1 to 214:8 | | | | |
| 214:11 to 214:12 | | | | |
| 215:1 to 215:17 | | | | |
| 215:19 to 221:23 | FRE 805 | | | |
| 222:5 to 223:2 | | | | |
| 223:20 to 223:24 | 224:1 to 224:2 (Objection to the form of the question: calls for speculation) | | | |
| 224:3 to 225:18 | FRE 602 | | | |
| 225:24 to 226:17 | FRE 402 | | | |
| 226:21 to 226:24 | | | | |
| 227:3 to 227:4 | | | | |
| 227:7 to 227:18 | 227:19 to 227:21 (Objections to form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: vague and mischaracterizes the witnesses previous testimony) FRE 402 | | | |
| 227:22 to 228:21 | | | | |
| 229:3 to 230:11 | FRE 402, FRE 602 | | | |
| 230:19 to 231:1 | | | | |
| 231:16 to 232:19 | FRE 602 | | | |
| 233:18 to 234:3 | | 232:20 to 232:24 233:3 to 233:16 | FRE 105, FRE 802 | |
| 234:9 to 235:20 | FRE 402 | | | |
| 236:5 to 237:6 | FRE 402, FRE 602 | | | |
| 237:22 to 239:7 | FRE 602 | | | |
| 239:13 to 240:10 | FRE 602 | | | |
| 240:15 to 241:14 | FRE 602 | | | |
| 241:16 to 241:17 | | | | |
| 241:23 to 244:11 | | 241:23 to 244:11 | FRE 105, FRE 802 | |
| 245:4 to 245:10 | | 245:4 to 245:10 245:19 to 246:20 | FRE 105, FRE 802 Beyond the Scope of the Designation. | |
| 246:21 to 248:2 | | | | |
| 248:12 to 249:11 | | | | |
| 250:10 to 251:13 | | | | |
| 252:9 to 252:13 | | 251:14 to 252:19 | FRE 105, FRE 802 | |
| 253:4 to 254:1 | 254:2 to 254:5 | 253:4 to 253:21 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: asked and answered)  Objection to the designation to the extent that it excludes 254:18 to 254:19 which clarifies that the witness is answering as to his personal understanding. | | | |
| 254:20 to 255:19 | | | | |
| 256:16 to 256:17 | | 256:16 to 256:17 | FRE 105, FRE 802 | |
| 256:19 to 257:17 | | 256:19 to 257:17 | FRE 105, FRE 802 | |
| 258:9 to 262:6 | 262:7 to 262:8 (Objection to the form of the question: asked and answered)  FRE 602 | | | |
| 262:9 to 262:15 | | | | |
| 263:2 to 264:21 | 264:22 to 264:23 (Objection to the form of the question: vague) | | | |
| 264:24 to 266:10 | 266:11 to 266:12 (Objection to the form of the question:  asked and answered) | 265:3 to 266:10 | FRE 105, FRE 802 | |
| 266:13 to 266:17 | | 266:13 to 266:17 | FRE 105, FRE 802 | |
| 267:3 to 268:23 | 268:24 to 269:1 (Objection to the form of the | 268:11 to 268:23 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  asked and answered)<br><br>FRE 602 | | | |
| 269:2 to 269:8 | 269:9 to 269:10<br>(Objection to the form of the question: asked and answered) | 269:2 to 269:3 | FRE 105, FRE 802 | |
| 269:11 to 269:18 | 269:19 to 269:20<br>(Objection to the form of the question: asked and answered) | | | |
| 269:21 to 269:23 | | | | |
| 270:5 to 272:22 | FRE 402, FRE 602 | | | |
| 273:13 to 273:18 | 273:19 to 273:20<br>(Objection to the form of the question: vague)<br><br>FRE 402, FRE 602 | | | |
| 273:21 to 274:21 | | | | |
| 275:10 to 275:14 | | 276:11 to 276:14<br>276:17 to 276:18<br>276:20 to 277:1<br>277:5 to 277:6 | FRE 105, FRE 802 | |
| 277:8 to 278:7 | FRE 402, FRE 602 | | | |
| 278:22 to 279:11 | 279:12 to 279:13<br>(Objection to the form of the question: vague)<br><br>FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 279:14 to 279:24 | 280:1 to 280:2 (Objection to the form of the question: calls for speculation) FRE 402, FRE 602 | | | |
| 280:5 to 280:7 | | | | |
| 281:2 to 282:1 | FRE 402, FRE 602 | | | |
| 282:9 to 282:10 | | | | |
| 282:16 to 283:5 | FRE 802, FRE 602 | | | |
| 283:7 to 286:20 | 286:21 to 286:22 (Objection to the form of the question: calls for speculation) FRE 402 | | | |
| 286:23 to 287:9 | 287:10 to 287:11 (Objection to the form of the question: calls for speculation) | | | |
| 287:12 to 293:9 | FRE 402, FRE 602 | | | |
| 293:15 to 293:16 | | | | |
| 293:22 to 296:2 | FRE 402, FRE 602 | | | |
| 300:22 to 302:16 | FRE 402, FRE 602 | | | |

**CHRISTINE ZAK**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 10:3 to 10:8 | | | | |
| 16:22 to 16:25 | | 12:15 to 12:17<br>14:24 to 15:25<br>16:22 to 17:3<br>19:17 to 19:25<br>20:1 to 20:3<br>21:13 to 21:14<br>21:17 to 21:22<br>22:15 to 22:16<br>22:19 to 22:19<br>23:3 to 23:7<br>27:6 to 27:10<br>27:14 to 28:1<br>28:21 to 29:1<br>29:18 to 29:21<br>30:13 to 31:3 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 25:8 to 25:10 | FRE 402 | 25:13 to 25:16 | FRE 105, FRE 802 | |
| 25:13 to 25:16 | 25:17 to 25:18<br>(Objection to the form of the question: compound.)<br><br>FRE 402 | | | |
| 25:19 to 26:1 | 26:2 to 26:3<br>(Objection to the form of the question:  calls for speculation.) | | | |
| 26:4 to 26:9 | 26:14 to 26:14 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  vague.) | | | |
| 26:15 to 26:20 | 26:21 to 26:22 (Objection to the form of the question:  mischaracterizes the testimony.) Form | | | |
| 26:23 to 27:1 | 27:2 to 27:3 (Objection to the form of the question:  mischaracterizes the testimony.) | | | |
| 27:4 to 27:5 | | | | |
| 31:4 to 32:8 | 32:9 to 32:9 (Objection to the form of the question:  vague.) | | | |
| 32:10 to 32:22 | 32:23 to 32:24 (Objection to the form of the question:  calls for expert testimony.) FRE 402 | | | |
| 32:25 to 33:3 | 33:4 to 33:5 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  calls for expert testimony.)<br><br>FRE 402, FRE 701 | | | |
| 33:6 to 33:15 | 33:16 to 33:16<br>(Objection to the form of the question:  vague.) | | | |
| 33:17 to 33:23 | FRE 402, FRE 701 | | | |
| 34:6 to 34:19 | 34:20 to 34:21<br>(Objection to the form of the question:  lack of foundation.) | 34:2 to 34:5 | FRE 105, FRE 802 | |
| 34:22 to 35:7 | | | | |
| 35:10 to 36:6 | 36:7 to 36:8<br>(Objection to the form of the question:  lack of foundation.)<br><br>FRE 402 | | | |
| 36:9 to 36:11 | 36:12 to 36:12<br>(Objection to the form of the question:  vague.)<br><br>FRE 402 | | | |
| 36:13 to 38:15 | 38:16 to 38:17<br>(Objection to the form of the question:  lack of foundation.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402 | | | |
| 38:18 to 38:20 | 38:21 to 38:21 (Objection to the form of the question: vague.) FRE 402 | | | |
| 38:22 to 39:4 | FRE 402 | | | |
| 39:13 to 40:4 | 40:5 to 40:6 (Objection to the form of the question: lack of foundation.) FRE 402 | | | |
| 40:7 to 48:25 | 41:7 to 41:18 45:25 to 46:3 (Objection to knowing misrepresentation of what Ms. Zak is here to testify to.) 46:20 to 46:23 (Same objection and instruction.) 47:8 to 47:9 (Same objection and instruction.) | 40:7 to 48:25 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | 47:16 to 47:17 (Same objection and instruction.)<br><br>47:24 to 47:25 (Same objection and instruction.)<br><br>48:5 to 48:6 (Same objection and instruction.)<br><br>48:10 to 48:11 (Same objection and instruction.)<br><br>48:16 to 48:17 (Same objection and instruction.)<br><br>48:21 to 48:22 (Same objection and instruction.)<br><br>FRE 402, FRE 802 | | | |
| 49:1 to 49:3 | 49:4 to 49:5 (Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 49:8 to 49:11 | 49:12 to 49:13<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 49:16 to 49:20 | 49:21 to 49:22<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 49:25 to 50:2 | 50:3 to 50:4<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 50:7 to 50:9 | FRE 602 | | | |
| 50:17 to 50:18 | 50:19 to 50:20<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 50:23 to 51:3 | FRE 402, FRE 602 | | | |
| 51:24 to 51:25 | 52:1 to 52:1 (Objection to the form of the question: vague.) | | | |
| 52:2 to 52:20 | 52:21 to 52:22 (Objection to the form of the question: mischaracterizes the testimony.)<br><br>FRE 602 | 54:5 to 54:15 | FRE 105, FRE 802 | |
| 52:23 to 52:25 | 53:1 to 53:2 (Objection to the form of the question: mischaracterizes the testimony.) | | | |
| 53:3 to 53:12 | 53:17 to 53:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.) | | | |
| 53:19 to 54:4 | None | | | |
| 54:16 to 54:16 | 54:17 to 54:19 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 701 | | | |
| 54:20 to 54:22 | 54:23 to 54:25 (Objection. Beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.)  FRE 402, FRE 701 | | | |
| 55:1 to 55:6 | 55:7 to 55:9 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.)  FRE 402, FRE 701 | | | |
| 55:10 to 55:12 | FRE 402, FRE 701 | | | |
| 56:3 to 56:6 | 56:7 to 56:8 (Objection to the form of the question: calls for expert testimony.)  FRE 402, FRE 701 | | | |
| 56:9 to 58:5 | FRE 402, FRE 602, FRE 701, FRE 802 | | | |
| 58:14 to 58:16 | 58:8 to 58:9 (Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>58:17 to 58:18<br>(Objection to the form of the question: speculation.)<br><br>FRE 402, FRE 602 | | | |
| 58:19 to 58:21 | FRE 402, FRE 602 | | | |
| 59:1 to 59:2 | 59:3 to 59:3<br>(Objection to the form of the question:  vague. | | | |
| 59:4 to 59:25 | | | | |
| 60:14 to 61:15 | | 60:4 to 60:7 | | |
| 62:1 to 63:14 | | 62:20 to 64:7 | FRE 105, FRE 802 | |
| 64:8 to 64:13 | | 64:8 to 64:13 | FRE 105, FRE 802 | |
| 65:1 to 65:5 | 65:6 to 65:7<br>(Objection to the form of the question:  lack of foundation.)<br><br>FRE 701 | | | |
| 65:8 to 65:15 | FRE 802, FRE 701 | 66:16 to 66:24 | FRE 105, FRE 802 | |
| 66:8 to 66:9 | 66:10 to 66:11<br>(Objection to the form of the question:  beyond the scope of | 65:25 to 66:7 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 66:14 to 66:15 | FRE 602 | | | |
| 66:25 to 67:1 | 67:2 to 67:3<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 67:6 to 67:9 | 67:10 to 67:13<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. You can answer on your personal knowledge, if you know. And also vague.)<br><br>FRE 602 | | | |
| 67:14 to 68:3 | FRE 402, FRE 602 | | | |
| 68:6 to 68:10 | FRE 402 | | | |
| 68:13 to 68:23 | 106, FRE 402 | | | |
| 69:10 to 70:3 | FRE 402 | | | |
| 70:12 to 70:15 | 70:16 to 70:17<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 70:18 to 70:18 | FRE 402, FRE 602 | | | |
| 70:22 to 70:25 | 71:1 to 71:2 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 602 | | | |
| 71:3 to 71:7 | 71:8 to 71:9 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 602, Form | | | |
| 71:10 to 71:15 | FRE 402 | | | |
| 71:22 to 71:25 | 72:1 to 72:2 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 72:3 to 72:10 | 72:11 to 72:12 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 72:13 to 73:6 | 73:7 to 73:7 (Objection to the form of the question: vague.) | | | |
| 73:8 to 73:21 | 73:22 to 73:23 (Objection to the form of the question) | | | |
| 73:24 to 74:7 | 74:8 to 74:8 (Objection to the form of the question: vague.) | | | |
| 74:9 to 75:1 | 75:12 to 75:12 (Objection to the form of the question: vague.) | 81:10 to 81:19 | FRE 105, FRE 802 | |
| 75:13 to 76:14 | 76:15 to 76:16 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | 229:24 to 230:11 230:13 to 235:14 | FRE 105, FRE 802 | |
| 76:17 to 76:23 | 76:24 to 77:1 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.) FRE 701 | | | |
| 77:1 to 77:10 | 77:11 to 77:12 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  beyond the scope of the 30(b)(6) Notice.)  FRE 701 | | | |
| 77:13 to 77:14 | 77:15 to 77:16 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 701 | | | |
| 77:17 to 77:23 | 77:24 to 77:25 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 701 | | | |
| 78:1 to 78:7 | 78:8 to 78:9 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 701 | | | |
| 78:10 to 78:18 | 78:19 to 78:20 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 78:21 to 78:23 | 78:24 to 78:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 701 | | | |
| 79:1 to 79:6 | 79:7 to 79: (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 701 | | | |
| 79:9 to 79:15 | 79:16 to 79:17 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 701 | | | |
| 79:18 to 80:1 | 80:2 to 80:3 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 602, FRE 701 | | | |
| 80:4 to 80:4 | FRE 602, FRE 701 | 80:5 to 80:12 | FRE 105, FRE 802 | |
| 80:13 to 80:16 | 80:17 to 80:1 (Objection to the form of the question: vague.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 701 | | | |
| 80:19 to 80:22 | 80:23 to 80:25 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice. Mischaracterizes the testimony.)  FRE 602, FRE 701 | | | |
| 81:1 to 81:6 | FRE 602 | | | |
| 83:10 to 83:17 | 83:18 to 83:19 (Objection to the form of the question:  calls for expert testimony.)  FRE 106, FRE 701 | 81:24 to 83:9 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 83:20 to 84:10 | 84:11 to 84:12 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | 83:21 to 84:8 | FRE 105, FRE 802 | |
| 84:13 to 84:22 | 84:23 to 84:24 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.) | 84:14 to 84:20 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 84:25 to 85:1 | 85:2 to 85:3 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 85:4 to 85:11 | 85:12 to 85:13 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 85:14 to 85:19 | 85:20 to 85:21 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 85:22 to 86:6 | | | | |
| 86:10 to 86:13 | 86:14 to 86:15 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 86:16 to 86:22 | 86:23 to 86:24 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 86:25 to 87:1 | 87:2 to 87:3 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 87:4 to 87:5 | 87:6 to 87:7 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 87:8 to 87:9 | 87:10 to 87:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 87:12 to 87:18 | 87:19 to 87:20 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 402 |  |  |  |
| 87:21 to 87:23 | 87:24 to 87:25 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402 |  |  |  |
| 88:1 to 88:11 | 88:12 to 88:14 (Objection to the form of the question:  beyond the scope of the 30(b)(6)Notice.)  FRE 402 |  |  |  |
| 88:15 to 88:18 | 88:19 to 88:20 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402 |  |  |  |
| 88:21 to 88:22 | FRE 402 |  |  |  |
| 89:10 to 89:15 | 89:16 to 89:18 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for expert testimony.)  FRE 701, FRE 802 |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 89:19 to 89:20 | 89:21 to 89:23 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.)<br><br>FRE 402, FRE 701 | | | |
| 89:24 to 89:25 | FRE 402, FRE 701 | | | |
| 90:2 to 90:3 | 90:4 to 90:6 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.)<br><br>FRE 402, FRE 701 | | | |
| 90:7 to 90:11 | 90:12 to 90:13 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.)<br><br>FRE 402, FRE 701 | | | |
| 90:14 to 90:22 | 90:23 to 90:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Incomplete hypothetical.) | 167:18 to 169:10 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602, FRE 701 | | | |
| 91:1 to 91:3 | 91:4 to 91: (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice. Incomplete hypothetical.)  FRE 602, FRE 701 | | | |
| 91:5 to 91:8 | 91:9 to 91:10 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice. Incomplete hypothetical.  Asked and answered.)  FRE 602, FRE 701 | | | |
| 91:11 to 91:23 | FRE 602 | | | |
| 92:14 to 92:16 | 92:17 to 92:18 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 701 | 171:24 to 172:8 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 92:19 to 93:6 | 93:7 to 93:8 (Objection to the form of the question:  beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 701, 805 | | | |
| 93:9 to 93:9 | FRE 402, FRE 602 | | | |
| 93:12 to 93:20 | FRE 802 | | | |
| 95:16 to 95:16 | | | | |
| 95:24 to 96:5 | 95:20 to 95:21<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 96:15 to 96:16 | 96:7 to 96:8<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>96:17 to 96:17<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 96:18 to 97:8 | 97:9 to 97:10<br>(Objection to the form of the question:  beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)  FRE 402, FRE 802 | | | |
| 97:11 to 97:12 | FRE 802 | | | |
| 97:17 to 97:17 | 97:18 to 97:20 (Objection to the form of the question: calls for speculation. Beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 97:21 to 97:22 | 97:23 to 97:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for speculation.)  FRE 602 | | | |
| 98:1 to 98:1 | FRE 602 | | | |
| 98:18 to 98:22 | 98:23 to 98:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for speculation.)  FRE 402, FRE 602 | | | |
| 99:1 to 99:1 | FRE 402, FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 99:5 to 99:16 | FRE 802 | | | |
| 99:19 to 99:19 | 99:20 to 99:21 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 99:22 to 99:24 | FRE 402 | | | |
| 100:12 to 101:16 | 101:17 to 101:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | 99:25 to 100:4 100:7 to 100:8 | FRE 802 | |
| 101:19 to 101:19 | 101:17 to 101:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 102:4 to 102:7 | 102:8 to 102:9 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 102:10 to 102:13 | 102:14 to 102:15 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 102:16 to 102:16 | FRE 602 | | | |
| 103:6 to 103:10 | | | | |
| 103:13 to 103:17 | FRE 701 | 103:18 to 103:19<br>104:2 to 104:4 | FRE 105, FRE 802 | |
| 104:13 to 105:6 | 105:7 to 105:8<br>(Objection to the form of the question: the scope of the 30(b)(6) Notice.)<br><br>FRE 802 | 104:13 to 105:6 | FRE 105, FRE 802 | |
| 105:9 to 105:10 | | | | |
| 105:18 to 105:20 | 105:21 to 105:22<br>(Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 105:23 to 105:24 | FRE 602 | 105:25 to 107:13 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 107:14 to 107:18 | 107:19 to 107:19 | 107:14 to 107:18 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question.) | | | |
| 107:20 to 108:8 | 108:9 to 108:10 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 108:11 to 108:14 | 108:15 to 108:17 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for speculation.)  FRE 602 | 109:9 to 109:19 109:24 to 110:3 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 108:18 to 108:18 | FRE 602 | | | |
| 110:12 to 110:15 | 110:16 to 110:1 (Objection to the form of the question:  vague.) | 110:12 to 110:15 | FRE 105, FRE 802 | |
| 110:17 to 110:20 | 110:21 to 110:22 (Objection to the form of the question:   Calls for expert testimony.)  FRE 701 | 110:17 to 110:20 | FRE 105, FRE 802 | |
| 110:23 to 111:4 | FRE 701 | 110:23 to 111:14 | FRE 105, FRE 802 | |
| 111:15 to 111:20 | 111:21 to 111:22 | 111:15 to 111:20 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  mischaracterizes the testimony.)<br><br>Form | | | |
| 111:23 to 112:5 | | 111:23 to 112:5 | FRE 105, FRE 802 | |
| 113:14 to 114:8 | | | | |
| 114:24 to 115:1 | 115:2 to 115:2<br>(Objection to the form of the question:  vague.) | | | |
| 115:3 to 115:7 | 115:8 to 115:9<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 115:10 to 115:18 | FRE 602 | 115:5 to 117:6 | FRE 105, FRE 802 | 117:7-10, 13, 18-21, 24-25 |
| 117:7 to 117:10 | 117:11 to 117:12<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 117:13 to 117:13 | FRE 602 | | | |
| 120:14 to 120:16 | 120:17 to 120:18<br>(Objection to the form of the | 119:16 to 120:1 | FRE 105, FRE 802 | 120:2-3, 6-9 |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 120:19 to 120:22 | 120:23 to 120:24<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 120:25 to 121:2 | 121:3 to 121:4<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.<br><br>FRE 402 | | | |
| 121:5 to 121:6 | 121:7 to 121:8<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 121:9 to 121:9 | FRE 402, FRE 602 | | | |
| 121:18 to 121:23<br>122:2 to 122:4 | 121:24 to 122:1<br>Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  You may answer.) | 123:3 to 124:10 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | FRE 402 |  |  |  |
| 124:18 to 124:23 |  |  |  |  |
| 124:25 to 125:7 | 125:8 to 125:9 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602, FRE 701 |  |  |  |
| 125:10 to 125:16 | FRE 402, FRE 602 |  |  |  |
| 127:6 to 127:6 | FRE 701 | 127:11 to 127:21 | FRE 105, FRE 802 Beyond the Scope of the Designation |  |
| 127:22 to 127:24 | 127:25 to 128: (Objection to the form of the question:  mischaracterizes the document.  Lack of foundation.)<br><br>FRE 802 |  |  |  |
| 128:3 to 128:3 | FRE 802 |  |  |  |
| 128:13 to 128:14 | 128:15 to 128:16 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 128:17 to 128:18 | 128:19 to 128:20 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 128:21 to 128:25 | FRE 402 | | | |
| 131:11 to 131:14 | FRE 402 | | | |
| 132:19 to 132:20 | | | | |
| 132:22 to 133:5 | 133:6 to 133:7 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 701 | | | |
| 133:8 to 133:11 | 133:12 to 133:13 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 133:14 to 133:17 | 133:18 to 133:19 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice, and vague.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 133:20 to 133:21 | 133:22 to 133:23 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.) FRE 602 | | | |
| 133:24 to 134:14 | 134:15 to 134:16 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 134:17 to 134:19 | 134:20 to 134:21 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 134:22 to 134:24 | | | | |
| 135:1 to 135:9 | 135:10 to 135:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402, FRE 701, | | | |
| 135:12 to 135:13 | 135:14 to 135:15 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 135:16 to 135:19 | 135:20 to 135:21 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 135:22 to 136:2 | FRE 602 | | | |
| 136:18 to 136:20 | 136:21 to 136:21 (Objection to the form of the question:  vague.)  FRE 402 | | | |
| 136:23 to 137:1 | 137:2 to 137:2 (Objection to the form of the question:  vague.)  Objection to the designation ot the extent that it excludes the clarification at 136:21 to 136:22.  FRE 402 | | | |
| 137:3 to 137:3 | FRE 402 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 137:7 to 137:7 | 137:8 to 137:9 (Objection to the form of the question: vague. Mischaracterizes the testimony.)<br><br>FRE 402 | | | |
| 137:10 to 137:13 | 137:14 to 137:15 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 137:16 to 137:20 137:23 to 137:23 | 137:21 to 137:22 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>137:24 to 137:24 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 137:25 to 138:4 | 138:5 to 138:6 (Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 138:7 to 138:9 | 138:10 to 138:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 138:12 to 138:13 | FRE 402 | | | |
| 138:19 to 138:20 | 138:21 to 138:22 (Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 138:23 to 139:5 | 139:6 to 139:6 (Objection to the form of the question: vague.) Form | | | |
| 139:7 to 139:8 | 139:9 to 139:10 (Objection to the form of the question: asked and answered. Vague.) | | | |
| 139:11 to 139:14 | 139:15 to 139:16 (Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice. Vague.)<br><br>FRE 402, Form | | | |
| 139:17 to 139:23 | 139:24 to 139:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.) | | | |
| 140:1 to 140:10 | | | | |
| 141:14 to 141:16 | 141:17 to 141:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | 141:4 to 141:13 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 141:19 to 141:21 | 141:22 to 141:22 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 141:23 to 141:23 | 141:24 to 141:24 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 141:25 to 142:6 | 142:7 to 142:9 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for speculation.)<br><br>FRE 402, FRE 602 |  |  |  |
| 142:10 to 142:16 | 142:17 to 142:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 |  |  |  |
| 142:19 to 142:21 | 142:22 to 142:23 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 |  |  |  |
| 142:24 to 143:1 | 143:2 to 143:3 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 |  |  |  |
| 143:4 to 143:4 | FRE 402 |  |  |  |
| 143:12 to 143:13 | 143:14 to 143:14 (Objection to the form of the question:  vague.) |  |  |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 143:15 to 143:19 | 143:20 to 143:20 (Objection to the form of the question: vague.) | | | |
| 143:21 to 143:22 | | | | |
| 144:5 to 144:9 | 144:10 to 144:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) <br><br> FRE 402 | 143:23 to 144:2 | FRE 105, FRE 802 | |
| 144:12 to 144:13 | 144:14 to 144:15 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) <br><br> FRE 402 | | | |
| 144:16 to 144:20 | 144:21 to 144:22 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 144:23 to 145:5 145:7 to 145:7 | 145:8 to 145:9 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 145:10 to 145:12 | | | | |
| 145:14 to 145:24 | FRE 701 | | | |
| 146:19 to 146:25 | 147:1 to 147:2 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 147:3 to 147:5 | | | | |
| 147:7 to 148:4 | | | | |
| 148:9 to 148:9 | 148:10 to 148:11 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>Form | | | |
| 148:12 to 148:15 | None | | | |
| 148:23 to 148:25 | 149:1 to 149:2 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.) | | | |
| 149:4 to 149:5 | 149:6 to 149:7 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.) | | | |
| 149:8 to 149:8 | | | | |
| 149:19 to 149:25 | 150:1 to 150:2 (Objection to the form of the question:  beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.) | | | |
| 150:3 to 150:4 | 150:5 to 150:6 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 150:7 to 150:8 | 150:9 to 150:10 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 150:11 to 150:12 | 150:13 to 150:13 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 150:14 to 150:14 | FRE 602 | | | |
| 153:2 to 153:5 | 152:17 to 152:19 (Objection to the form of the question:  calls for speculation. Beyond the scope of the 30(b)(6) Notice.)  153:6 to 153:6 (Objection to the form of the | 150:21 to 151:17 152:1 to 153:1 | FRE 105, FRE 802  Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: calls for speculation. Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 153:7 to 153:12 | 153:13 to 153:14 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 153:15 to 153:17 | 153:18 to 153:19 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice Form.) | | | |
| 153:20 to 153:23 | 153:24 to 153:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 154:1 to 154:4 | 154:5 to 154:6 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 154:7 to 154:9 | None | | | |
| 154:17 to 155:8 | 155:9 to 155:11 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
|  | question: compound. Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 |  |  |  |
| 155:12 to 156:5 | 156:6 to 156:7 (Objection to the form of the question: lack of foundation.) |  |  |  |
| 156:8 to 156:18 |  | 156:8 to 156:18 | FRE 105, FRE 802 |  |
| 156:21 to 157:5 | 157:6 to 157:7 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) |  |  |  |
| 157:8 to 157:9 | 157:10 to 157:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | 169:11 to 170:1 | FRE 105, FRE 802 |  |
| 157:12 to 157:18 | 157:19 to 157:21 (Objection to the form of the question: compound. Beyond the scope of the 30(b)(6) Notice.)<br><br>Form | 157:13 to 157:15 | FRE 105, FRE 802 |  |
| 157:22 to 157:22 | Form |  |  |  |
| 158:19 to 158:23 | 158:24 to 158:25 (Objection to the form of the | 157:23 to 158:7 | FRE 105, FRE 802 Beyond the Scope of the |  |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | Designation | |
| 159:1 to 159:4 | 159:5 to 159:6<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 159:7 to 159:10 | 159:11 to 159:12<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 159:13 to 159:18 | | | | |
| 159:20 to 159:21 | FRE 701 | 159:22 to 159:24 | FRE 105, FRE 802<br>Beyond the Scope of the Designation | |
| 160:8 to 160:12 | 160:13 to 160:14<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | 161:7 to 163:15 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 160:15 to 160:15 | FRE 602, Form | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 169:5 to 169:6 | 169:7 to 169:8 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 169:9 to 169:10 | FRE 602 | | | |
| 173:5 to 173:9 | 173:10 to 173:11 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 802 | | | |
| 173:12 to 173:17 | 173:18 to 173:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 802 | | | |
| 173:19 to 173:21 | 173:22 to 173:22 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 173:23 to 174:4 | 174:5 to 174:5 (Objection to the form of the question: beyond the scope of | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 174:6 to 174:6 | FRE 602 | | | |
| 175:14 to 176:10 | 176:11 to 176:12<br>Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.)<br><br>FRE 402 | | | |
| 176:13 to 176:19 | 176:20 to 176:22<br> Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Calls for expert testimony.)<br><br>FRE 402, FRE 602 | | | |
| 176:23 to 176:25 | 177:1 to 177:2<br>Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.)<br><br>FRE 402 | | | |
| 177:3 to 177:4 | 177:5 to 177:6<br>Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402 | | | |
| 177:7 to 177:8 | 177:9 to 177:10 Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Vague.)  FRE 402 | | | |
| 177:11 to 177:15 | 177:16 to 177:17 Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  177:19 to 177:20 Objection to the form of the question:  calls for speculation. FRE 402, FRE 602 | | | |
| 177:18 to 177:18 177:21 to 178:12 | 178:13 to 178:15 Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | 181:5 to 181:13 183:21 to 184:2 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 178:16 to 178:17 | FRE 402, FRE 602 | | | |
| 184:21 to 184:25 | None | | | |
| 185:2 to 185:19 | FRE 701 | | | |
| 186:7 to 186:9 | FRE 802 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 186:16 to 186:24 | 186:25 to 187:1 Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602, FRE 802 | | | |
| 187:1 to 187:3 | 187:4 to 187:5 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 187:6 to 187:7 | 187:8 to 187:8 Objection to the form of the question: vague.) | | | |
| 187:9 to 187:11 | 187:12 to 187:13 Objection to the form of the question: the scope of the 30(b)(6) Notice.) FRE 602 | | | |
| 187:14 to 189:1 | FRE 602, FRE 802 | | | |
| 189:15 to 191:2 | FRE 802 | | | |
| 191:10 to 191:14 | 191:15 to 191:16 Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 402, FRE 602 | | | |
| 191:17 to 191:20 | 191:21 to 191:22 Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, FRE 602 | | | |
| 191:23 to 191:23 | FRE 602 | | | |
| 194:9 to 194:14 | 194:15 to 194:16 Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | 191:24 to 193:7 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 194:17 to 194:21 | 194:22 to 194:23 Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 194:24 to 194:25 | FRE 602, Form | | | |
| 195:4 to 195:5 | 195:6 to 195:7 Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 195:8 to 195:10 | 195:11 to 195:11 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.)

FRE 602 | | | |
| 195:12 to 195:18 | 195:19 to 195:19 Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.)

FRE 602, FRE 802 | | | |
| 195:20 to 196:8 | FRE 602, FRE 802 | | | |
| 197:19 to 197:21 | 197:15 to 197:17 (Objection to the form of the question: compound, vague. Beyond the scope of the 30(b)(6) Notice.)

197:22 to 197:22 (Objection to the form of the question: compound, vague. Beyond the scope of the 30(b)(6) Notice.)

FRE 402 | 196:9 to 197:11 | FRE 105, FRE 802

Beyond the Scope of the Designation | |
| 197:23 to 197:25 | FRE 402 | | | |
| 198:18 to 198:20 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 198:23 to 199:7 | 199:8 to 199:9 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 199:10 to 200:16 | 200:17 to 200:18 (Objection to the form of the question: Compound.) FRE 802 | | | |
| 200:19 to 200:25 | 201:1 to 201:2 (Objection to the form of the question: Compound.) | | | |
| 201:3 to 201:6 | 201:7 to 201:8 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 201:9 to 201:10 | | 201:18 to 202:2 | FRE 105, FRE 802 | |
| 204:3 to 204:5 | | | | |
| 204:7 to 204:19 | | | | |
| 204:25 to 205:2 | | 205:3 to 205:18 206:3 to 206:20 Beyond the Scope of the Designation | FRE 105, FRE 802 | |
| 207:3 to 207:7 | | 207:8 to 207:19 207:20 to 208:13 209:18 to 211:7 Beyond the Scope of the | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Designation | |
| 211:8 to 211:14 | | | | |
| 212:4 to 212:5 | 212:6 to 212:7 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Vague.) FRE 402, Form | 211:20 to 212:3 | FRE 105, FRE 802 | |
| 212:8 to 212:10 | 212:11 to 212:12 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 212:13 to 212:23 | 212:24 to 212:25 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 213:1 to 213:4 | 213:5 to 213:6 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) FRE 402 | | | |
| 213:7 to 213:15 | 213:16 to 213:17 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 213:18 to 213:20 | 213:21 to 213:21<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 213:22 to 214:4 | 214:5 to 214:6<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402, Form | | | |
| 214:7 to 214:10 | 214:11 to 214:12<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 402 | | | |
| 214:13 to 214:24 | 214:25 to 215:1<br>(Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.) | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | FRE 602 | | | |
| 215:2 to 215:6 | FRE 602 | | | |
| 216:2 to 216:3 216:6 to 216:6 | 216:4 to 216:5 (Objection to the form of the question:  beyond the scope --)  216:7 to 216:8 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 216:9 to 216:9 | FRE 602 | | | |
| 216:24 to 216:25 | 217:1 to 217:3 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Calls for speculation.)  FRE 602 | | | |
| 217:4 to 217:8 | 217:9 to 217:10 (Objection to the form of the question:  vague.  Beyond the scope of the 30(b)(6) Notice.)  FRE 602 | | | |
| 217:11 to 217:11 | FRE 602 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 217:24 to 218:3 | | | | |
| 218:5 to 218:13 | 218:14 to 218:15 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602 | | | |
| 218:16 to 219:13 | 219:14 to 219:16 (Objection to the form of the question: mischaracterizes the testimony. Beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 219:17 to 220:5 | 220:6 to 220:7 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 802 | | | |
| 220:8 to 220:8 | FRE 602 | | | |
| 221:8 to 221:10 | 221:11 to 221:12 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | 221:4 to 221:7 | FRE 105, FRE 802 | |
| 221:13 to 221:20 | | 221:21 to 222:25 | FRE 105, FRE 602, FRE 701, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Beyond the Scope of the Designation | |
| 223:1 to 223:6 | | 223:7 to 223:12 223:18 to 223:23 224:5 to 224:23 | FRE 105, FRE 802  Beyond the Scope of the Designation | 223:13-15, 17 |
| 227:21 to 227:22 | 227:23 to 227:24 (Objection to the form of the question: vague. Beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 701 | 225:9 to 227:20 | FRE 105, FRE 602, FRE 701, FRE 802  Beyond the Scope of the Designation | |
| 227:25 to 228:2 | 228:3 to 228:4 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 701 | | | |
| 228:5 to 228:9 | 228:10 to 228:12 (Objection to the form of the question: mischaracterizes the testimony. Beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 701 | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 228:13 to 228:16 | 228:17 to 228:18 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)<br><br>FRE 602, FRE 701 | 228:21 to 229:17 | FRE 105, FRE 602, FRE 701, FRE 802<br><br>Beyond the Scope of the Designation | |
| 228:19 to 228:20 | FRE 602, FRE 701 | | | |
| 241:19 to 243:12 | FRE 802, FRE 701 | | | |
| 244:2 to 244:9 | | 244:10 to 246:14 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 246:15 to 246:17 | 246:18 to 246:19 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.) | | | |
| 246:20 to 246:21 | | 246:22 to 248:15 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 253:15 to 253:16 | | | | |
| 253:18 to 253:23 | FRE 701 | 253:24 to 254:1 | FRE 105, FRE 802<br><br>Beyond the Scope of the Designation | |
| 255:19 to 255:21 | 255:22 to 255:23 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question:  beyond the scope of the 30(b)(6) Notice.)  FRE 602, FRE 802 | | | |
| 255:24 to 256:1 | FRE 602, Form | | | |
| 257:22 to 257:25 | 258:1 to 258:2 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 258:3 to 258:3 | FRE 402, FRE 602 | | | |
| 258:20 to 258:24 | 258:25 to 259:2 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402 | | | |
| 259:3 to 259:3 | FRE 402 | | | |
| 259:6 to 259:9 | FRE 701 | 259:10 to 259:11 | FRE 105, FRE 802  Beyond the Scope of the Designation | |
| 259:12 to 259:18 | None | | | |
| 259:22 to 259:23 | 259:24 to 259:25 (Objection to the form of the question:  compound. | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 260:1 to 260:2 | | | | |
| 260:17 to 260:19 | 260:20 to 260:21 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 701 | | | |
| 260:22 to 261:1 | | 261:2 to 262:8 | FRE 105, FRE 802 | |
| 262:13 to 262:15 | 262:16 to 262:17 (Objection to the form of the question:  Beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 262:18 to 262:20 | 262:21 to 262:22 (Objection.  Beyond the scope of the 30(b)(6) Notice.)  FRE 402, FRE 602 | | | |
| 262:23 to 262:23 | FRE 402, FRE 602e | | | |
| 265:10 to 265:14 | 265:15 to 265:17 (Objection to the form of the question:  beyond the scope of the 30(b)(6) Notice.  Vague.  Lack of foundation.) | 251:8 to 253:14 | FRE 105, FRE 802 | |
| 265:18 to 265:19 | | 265:20 to 267:7 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Beyond the Scope of the Designation | |
| 267:19 to 267:21 | | | | |
| 267:23 to 268:7 | | 268:8 to 268:14 | FRE 105, FRE 802 | |
| 268:15 to 268:16 | 268:17 to 268:19 (Objection to the form of the question: beyond the scope of the 30(b)(6) Notice. Asked and answered.)<br><br>FRE 602 | | | |
| 268:20 to 268:24 | | | | |
| 273:3 to 274:18 | FRE 802 | 274:19 to 275:6 | FRE 105, FRE 802 | |
| 275:7 to 275:10 | 275:11 to 275:12 (Objection to the form of the question: asked and answered.)<br><br>FRE 802 | | | |
| 275:13 to 275:22 | 275:23 to 275:24 (Objection to the form of the question: asked and answered.) | | | |
| 275:25 to 276:1 | | 276:2 to 276:8 | FRE 105, FRE 802 | |
| 276:9 to 277:2 | 277:3 to 277:5 (Objection to the form of the | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | question: beyond the scope of the 30(b)(6) Notice. Compound. Calls for expert testimony.) FRE 802 | | | |
| 277:6 to 277:7 | | 277:8 to 280:9 | FRE 105, FRE 802 Beyond the Scope of the Designation | |

**AMIRA ZEEVI**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGANTIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 6:12-14 | | | | |
| 6:19-25 | | | | |
| 15:4-9 | | | | |
| 16:14-17:8 | | | | |
| 17:10-12 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGANTIONS | BARR'S COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 22:12-16 | FRE 402, FRE 403 | | | |
| 23:5-7 | FRE 402, FRE 403 | | | |
| 24:23-25:16 | FRE 402, FRE 403 | | | |
| 25:18-26:7 | FRE 402, FRE 403 | | | |
| 26:9-26:23 | FRE 402, FRE 403 | | | |
| 32:1-23 | FRE 402, FRE 403 | | | |
| 61:15-16 | | | | |
| 61:18-19 | | | | |
| 62:14 | | | | |
| 62:24-63:1 | | 62:19-23 | FRE 105, FRE 802 | |
| 63:3-4 | | | | |
| 63:7-14 | | | | |
| 63:23-25 | | | | |
| 64:3-13 | | | | |
| 64:25-65:8 | | | | |
| 65:11 | | | | |
| 65:13 | | | | |
| 65:25-66:15 | | 66:16-17, 66:20-21, 74:18-21, 74:24<br><br>74:18-21, 74:24 Beyond the Scope of the Designation | FRE 105, FRE 802 | |
| 67:16-23 | | | | |
| 67:25-68:4 | | 68:5, 68:7-11, 68:14 | FRE 105, FRE 802 | |
| 68:24-69:1 | | | | |
| 69:6-69:16 | | | | |
| 69:19-23 | | 69:17-18, 69:24-70:3 | FRE 105, FRE 802 | |
| 71:10-13 | | 71:3-9 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATION | BARR'S OBJECTIONS TO COUNTER DESIGANTIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 71:16-24 | | | | |
| 72:2-13 | | | | |
| 72:16-72:20 | | | | |
| 72:23-24 | | 72:25-73:5, 73:8-74:2, 74:5-6, 74:8-14, 74:17 | FRE 105, FRE 802<br><br>73:24-74:2; 74:5-6; 74:8-14; 74:17 Beyond the Scope of the Designation | |