IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-286-GMS ) |
| BARR LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of April, 2008, **PLAINTIFFS' SIXTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NOS. 2 and 7 OF BARR LABORATORIES, INC.'S INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

George C. Lombardi, Esquire                                                  VIA ELECTRONIC MAIL
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Robert C. Millonig, Esquire                                                      VIA ELECTRONIC MAIL
Sterne Kessler Goldstein & Fox PLLC
1100 New York Avenue, NW
Washington, DC  20005

                                          ASHBY & GEDDES

                                          */s/ Tiffany Geyer Lydon*
                                          _____
                                          Steven J. Balick (I.D. #2114)
                                          John G. Day (I.D. #2403)
                                          Tiffany Geyer Lydon (I.D. #3950)
                                          500 Delaware Avenue, 8th Floor
                                          P.O. Box 1150
                                          Wilmington, DE 19801
                                          302-654-1888
                                          sbalick@ashby-geddes.com
                                          jday@ashby-geddes.com
                                          tlydon@ashby-geddes.com

                                          *Attorneys for Plaintiffs*

*Of Counsel:*

Paul H. Berghoff
Joshua R. Rich
Jeremy E. Noe
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

Dated: April 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |
| Robert C. Millonig, Esquire<br>Sterne Kessler Goldstein & Fox PLLC<br>1100 New York Avenue, NW<br>Washington, DC  20005 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon