# FILED UNDER SEAL

**FILED UNDER SEAL**