IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-286 (GMS)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF NAME OF CERTAIN *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE of the change of name for Julia M. Mano, admitted *pro hac vice* on May 24, 2006 (*see* D.I. 8) to represent the defendant, Barr Laboratories, Inc., in this matter:

>Julia Mano Johnson
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL  60601-9703
>Telephone: 312-558-5600
>E-mail: jmjohnson@winston.com

May 15, 2008

>YOUNG CONAWAY STARGATT & TAYLOR LLP
>
>*/s/ Karen L. Pascale*
>_____
>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>Karen E. Keller (No. 4489) [kkeller@ycst.com]
>The Brandywine Building
>1000 West St., 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone:  (302) 571-6600
>Fax:  (302) 571-1253

*Of Counsel:*

**WINSTON & STRAWN LLP**
James F. Hurst
Taras A. Gracey
Maureen L. Rurka
Julia Mano Johnson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendant, Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on May 15, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> *By E-Mail*
>
> Paul H. Berghoff, Esquire [berghoff@mbhb.com]
> Joshua R. Rich, Esquire [rich@mbhb.com]
> Jeremy E. Noe, Esquire [noe@mbhb.com]
> MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Karen L. Pascale*
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> Email: kpascale@ycst.com
>   *Attorneys for Defendant, Barr Laboratories, Inc.*