# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

David E. Wilks
Direct Phone: 302.778.7560
Email: dwilks@reedsmith.com

May 22, 2008

**By Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 19
Wilmington, DE 19801

Re: *Aventis Pharmaceuticals Inc., et al. v. Barr Laboratories, Inc.*, C.A. No. 06-286 (GMS)

Dear Chief Judge Sleet:

This office represents Schering Corporation and Schering-Plough Corporation ("Schering"). Though Schering is not a party to this litigation, it produced highly confidential documents pursuant to a subpoena served by Barr Laboratories, Inc. The Stipulated Protective Order entered in this matter on August 22, 2006 provides that a party intending to reveal confidential information in an open proceeding must first make an application to the Court *in camera* to permit such use if the designating party does not consent. (¶10; *see also* ¶3). Those protections apply to the confidential materials that Schering produced.

The parties initially advised Schering that they intended to use Schering's confidential information at trial. More recently, the parties indicated that they would not do so. Given the inherently fluid nature of a trial, the parties could again change their views. Accordingly, Schering respectfully requests that the Court require any party that intends to present Schering's documents at trial to provide Schering with 48 hours notice before the documents are used in open court. Schering further respectfully requests that the courtroom be sealed during any such presentation in order that the confidentiality of Schering's valuable information may be preserved.

Thank you for the Court's consideration of this important issue.

Respectfully submitted,

David E. Wilks
(DE #2793)

DEW:me

cc:    All Counsel

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE