IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-286 GMS |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 22nd day of May, 2008, after having discussed with the parties in the above-captioned action a briefing schedule for filing proposed findings of fact and conclusions of law and oral argument on their proposed findings;

IT IS ORDERED that: (1) the parties shall simultaneously file their proposed findings of fact and conclusions of law of not more than fifteen (15) pages, no later than May 30, 2008; (2) the court will hold oral argument on the parties' proposed findings of fact and conclusions of law on **June 9, 2008, at 8:30 a.m.**, in Courtroom 4A.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE