**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-286 (GMS) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER ON FINAL DEPOSITION DESIGNATIONS

WHEREAS, the Final Pretrial Order in this patent infringement action was filed on April 7, 2008 (*see* D.I. 163) and included a list of all depositions, or portions thereof, to be read into evidence on behalf of Plaintiffs (attached to the Final Pretrial Order as Appendix I), and a list of all depositions, or portions thereof, to be read into evidence on behalf of Defendant (attached to the Final Pretrial Order as Appendix J);

WHEREAS Plaintiffs and Defendant subsequently reduced their designated deposition testimony and corresponding counter-designations, and were directed by the Court to provide the Court with this stipulated itemization of the reduced designations and counter-designations which were admitted by the Court on May 22, 2008 (*see* Tr. 832:24 to 834:23);

WHEREAS, Appendix I and Appendix J to the Final Pretrial Order no longer accurately identify the designated deposition testimony that is part of the trial record;

WHEREAS, Plaintiffs have amended Appendix I to identify the final designated deposition testimony that is in the trial record on behalf of Plaintiffs (attached hereto as Amended Appendix I and provided separately in video format);

WHEREAS, Defendant has amended Appendix J to identify the final designated deposition testimony that is in the trial record on behalf of Defendant (attached hereto as Amended Appendix J and provided separately in hard copy);

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Amended Appendix I and the Amended Appendix J, both of which are attached hereto, represent an accurate itemization of the designated deposition testimony that is part of the trial record in this case, and that the Final Pretrial Order (D.I. 163) is amended accordingly.

ASHBY & GEDDES

*/s/ John G. Day*

_____

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box. 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs,*
*Aventis Pharmaceuticals, Inc.*
*and Sanofi-Aventis US LLC*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

_____

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendant,*
*Barr Laboratories, Inc.*

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVENTIS PHARMACEUTICALS INC. and | ) | |
| SANOFI-AVENTIS US LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-286-GMS |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX I**

**DEPOSITIONS TO BE READ INTO THE RECORD
ON BEHALF OF PLAINTIFFS**

**AMIRA ZEEVI – June 20, 2007 Deposition**

| Designation Start | Designation End | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter-Designations | Plaintiffs' Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|
| 6:12 | 7:13 | | | | |
| 12:15 | 13:7 | | | | |
| 13:19 | 14:6 | | | | |
| 14:16 | 14:19 | | | | |
| 15:4 | 15:13 | | | | |
| 16:14 | 17:6 | | | | |
| 30:4 | 30:5 | Vague; Beyond the Scope of the 30(b)(6) | | | |

| Designation Start | Designation End | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter-Designations | Plaintiffs' Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|
| 30:8 | 30:10 | Vague; Beyond the Scope of the 30(b)(6) | | | |
| 30:12 | 30:20 | Vague | 32:1-32:23 | | |
| 61:12 | 61:16 | Asked and Answered | | | |
| 61:18 | 61:21 | Vague; Asked and Answered | | | |
| 61:23 | 61:24 | Vague | | | |
| 62:3 | 62:4 | Asked and Answered | | | |
| 62:6 | 62:7 | Asked and Answered | | | |
| 62:14 | 63:4 | Vague; Calls for a Legal Conclusion | | | |
| 63:7 | 63:19 | Vague; Calls for a Legal Conclusion; Mischaracterizes Previous Testimony | | | |
| 63:22 | 63:25 | Lack of Foundation; Mischaracterizes Previous Testimony | | | |
| 64:3 | 64:22 | Argumentative; Lack of Foundation; Mischaracterizes Previous Testimony; FRE 402/403 | | | |
| 64:25 | 65:8 | Lack of Foundation; Argumentative; FRE 402/403 | | | |
| 65:11 | 65:21 | Argumentative; Calls for Speculation; Vague; FRE 402/403 | | | |
| 65:25 | 66:7 | Beyond the Scope of the 30(b)(6); FRE 402/403 | | | |
| 66:16 | 66:17 | | | | |
| 66:20 | 67:2 | Beyond the Scope of the 30(b)(6); FRE 402/403 | | | |
| 67:5 | 67:13 | Beyond the Scope of the 30(b)(6); FRE 402/403; Asked and Answered | | | |
| 67:15 | 67:23 | Asked and Answered | | | |
| 67:25 | 68:5 | Argumentative | | | |
| 68:7 | 68:8 | Argumentative; Vague; Beyond the Scope of the 30(b)(6); FRE 402/403 | | | |
| 78:25 | 79:24 | Argumentative | | | |

| Designation Start | Designation End | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter-Designations | Plaintiffs' Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|
| 80:1 | 80:6 | Argumentative | | | |
| 80:17 | 80:18 | Asked and Answered | | | |
| 80:20 | 81:5 | Asked and Answered; Vague | | | |
| 81:7 | 81:25 | Vague | | | |
| 100:1 | 100:3 | Lack of Foundation | | | |
| 100:6 | 100:16 | Lack of Foundation | | | |
| 153:5 | 153:22 | | | | |
| 154:4 | 154:22 | | | | |

## NATALIE GRABARNICK – June 15, 2007 Deposition

| Designation Start | Designation End | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter-Designations | Plaintiffs' Objections to Defendants Counter-Designations | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|
| 18:17 | 18:22 | | 12:15-13:7, 13:13-14:6 | | |
| 19:3 | 19:7 | | | | |
| 19:10 | 19:11 | | | | |
| 21:17 | 22:12 | | | | |
| 57:18 | 57:22 | Beyond the Scope of the 30(b)(6); FRE 802 | | | |
| 57:25 | 57:25 | Beyond the Scope of the 30(b)(6); FRE 802 | | | |
| 60:11 | 60:16 | | | | |

## AMENDED APPENDIX J

### Barr Laboratories' Deposition Designations

**GREGORY ALCORN**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:20-8:22 | | | | |
| 11:18-12:2 | | | | |
| 12:18-12:21 | | | | |
| 18:19-19:2 | | | | |
| 19:5-19:18 | | | | |
| 31:19-32:4 | | | | |
| 33:21-34:11 | | | | |
| 52:6-52:13 | | 52:6-52:19 | FRE 105, FRE 802 | |
| 52:20-53:15 | | | | |
| 54:16-55:4 | | 54:16-55:10 | FRE 105, FRE 802 | |
| 55:11-55:14 | | 55:11 – 55:21 | FRE 105, FRE 802, 55:15-19 Nonresponsive | |
| 55:22-56:8 | | 55:22-56:14 | FRE 105, FRE 802, 59:9-14 Beyond the Scope of the Designation | |
| 64:11-65:10 | | | | |
| 77:10-77:18 | | 77:10-78:16 | FRE 105, FRE 802, 78:2-5, 7-13 Nonresponsive, Beyond the Scope of the Designation | |
| 81:3-81:10 | | | | |
| 81:12-82:11 | | | | |
| 83:3-83:19 | | 83:20-84:2 | FRE 105, FRE 802 | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 84:3-84:7 | | | | |
| 84:12-84:17 | | | | |
| 84:23-85:4 | | | | |
| 87:17-87:18 | | | | |
| 87:20-88:8 | | | | |
| 89:3-89:8 | | | | |
| 89:10-89:12 | | 89:13-89:16 | FRE 105, FRE 802 | |
| 89:17-90:19 | | 90:21-91:6 | FRE 105, FRE 802 | |
| 93:2-93:5 | | | | |
| 103:14-103:17 | | | | |
| 104:1-104:4 | | | | |
| 104:9-104:13 | | | | |
| 128:24-129:1 | | | | |
| 129:6-129:8 | | | | |
| 129:10-129:19 | | | | |
| 129:23-130:10 | | | | |
| 132:13-132:21 | | | | |
| 134:15-134:18 | | | | |
| 134:20-134:21 | | | | |
| 134:23-135:3 | | | | |
| 138:3-138:12 | | | | |
| 140:19-141:3 | | | | |
| 141:6-141:8 | | | | |
| 150:6-150:20 | | | | |
| 165:16-166:19 | | | | |
| 167:4-167:23 | | | | |
| 175:2-175:11 | | | | |
| 178:2-179:1 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 180:18-181:4 | | 181:3-181:5 | FRE 105, FRE 802,<br><br>181:5 Beyond the Scope of the Designation | |
| 188:20-189:21 | | | | |
| 205:7-205:11 | | 205:12-205:15 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 211:10-211:11 | | | | |
| 211:18-212:1 | | | | |
| 212:23-213:3 | | | | |
| 213:10-213:15 | | | | |
| 213:18-213:21 | | | | |
| 215:1-215:13 | | | | |
| 217:24-218:8 | | | | |
| 218:10-218:16 | | | | |
| 231:7-232:15 | | | | |
| 233:19-233:24 | | | | |
| 234:3-234:9 | | | | |
| 271:15-272:9 | | | | |
| 280:8-280:11 | | | | |
| 280:13-281:6 | | 281:7-281:22 | FRE 105, FRE 802 | |
| 281:23-282:2 | | | | |
| 301:6-301:7 | | 301:9-301:11 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 301:12-302:22 | | | | |
| 303:11-303:20 | | | | |
| | | 319:20-22 | FRE 105, FRE 802, Beyond the Scope of the | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | Designation | |
| | | 328:13-23 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 340:7-340:17 | | | | |
| | | 349:10-23 | FRE 105, FRE 802, Beyond the Scope of the Designation | |

**DONALD HEALD**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:19-8:21 | | | | |
| 16:2-16:8 | | 15:6-15:11 16:2-16:8 | FRE 105, FRE 802 | |
| 16:9-16:15 | | | | |
| 19:8-20:1 | | 19:8-20:1 | FRE 105, FRE 802 | |
| 26:10-26:13 | | | | |
| 26:14-27:14 | | 26:14-27:14 | FRE 105, FRE 802 | |
| 62:23-63:6 | | | | |
| 108:10-109:13 | | | | |
| 120:16-120:17 | | | | |
| | | 129:11-130:6 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 155:4-155:7 | | | | |
| 162:16-163:1 | | | | |
| 163:4-163:12 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 163:14-163:24 | | | | |
| 164:2-165:22 | | | | |
| 165:24-166:1 | | | | |
| 166:23-167:4 | | | | |
| 243:23-244:3 | | | | |
| 244:6-244:22 | | | | |
| 246:11-246:14 | | | | |
| 246:18-247:1 | | | | |
| 247:3-248:6 | | | | |
| 249:11-249:15 | | | | |
| 249:23-250:10 | | | | |

**SOO IL KIM**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:3-8:5 | | | | |
| 9:19-10:1 | | | | |
| 15:8-15:24 | | | | |
| 20:16-20:18 | | | | |
| 22:23-23:7 | | | | |
| 26:12-26:13 | | | | |
| 26:19-26:21 | | | | |
| 27:3-27:8 | | | | |
| 28:6-28:16 | | | | |
| 31:20-31:25 | | | | |
| 32:1-32:1 | | | | |
| 32:2-32:11 | | | | |
| 32:14-32:21 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 33:15-33:18 | | | | |
| 34:1-34:1 | | | | |
| 37:15-37:23 | | | | |
| 38:2-38:3 | | | | |
| 38:11-38:14 | | | | |
| 38:16-38:19 | | | | |
| 38:21-38:23 | | | | |
| 39:17-39:23 | | | | |
| 39:25-40:3 | | | | |
| 40:5-40:6 | | | | |
| 42:7-42:13 | | | | |
| 42:16-42:19 | | | | |
| 42:24-43:8 | | | | |
| 43:18-43:19 | | | | |
| 49:13-49:15 | | | | |
| 49:19-49:22 | | | | |
| 50:1-50:1 | | | | |
| 51:21-51:25 | | | | |
| 52:10-52:14 | | | | |
| 55:15-55:18 | | | | |
| 55:21-55:23 | | | | |
| 56:4-56:5 | | | | |
| 56:7-56:18 | | 56:12-56:18 | FRE 105, FRE 802 | |
| 56:21-56:25 | | 56:21-56:25 | FRE 105, FRE 802 | |
| 57:12-15 | | | | |
| 57:17-21 | | | | |
| 57:24-58:3 | | | | |
| 58:12-14 | | | | |
| 58:17-58:23 | | | | |
| 59:1-59:21 | | | | |
| 60:4-60:6 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 60:9-60:10 | | | | |
| 63:23-63:25 | | | | |
| 64:3-64:6 | | | | |
| 64:9-64:11 | | | | |
| 64:14-64:18 | | | | |
| 64:21-65:3 | | | | |
| 65:5-65:12 | | | | |
| 70:15-70:16 | | | | |
| 70:19-70:22 | | | | |
| 70:25-71:1 | | | | |
| 78:15-79:7 | | | | |
| 88:7-88:9 | | | | |
| 88:11-88:18 | | | | |
| 90:2-90:4 | | | | |
| 90:7-90:8 | | | | |
| 90:11-90:16 | | | | |
| 91:4-91:6 | | | | |
| 91:9-91:11 | | | | |
| 92:24-93:9 | | | | |
| 93:12-93:20 | | | | |
| 94:19-94:25 | | | | |
| 95:2-95:11 | | | | |
| 95:14-96:1 | | | | |
| 100:13-101:4 | | | | |
| 101:25-102:13 | | | | |
| 102:16-103:3 | | | | |
| | | 103:13-103:25 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 105:24-106:3 | | | | |
| 106:8-106:17 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 106:20-106:25 | | | | |
| 107:8-107:10 | | | | |
| 107:13-107:21 | | | | |
| 108:10-108:14 | | | | |
| 110:3-110:4 | | | | |
| 110:7-110:8 | | | | |
| 111:17-111:19 | | | | |
| 111:23-112:2 | | | | |
| 112:6-112:13 | | | | |
| 112:18-112:20 | | | | |
| 112:24-113:1 | | | | |
| 113:5-113:6 | | | | |
| 113:11-113:12 | | | | |
| 113:17-113:18 | | | | |
| 113:23-113:24 | | | | |
| 114:4-114:18 | | | | |
| 116:23-117:8 | | | | |
| 123:8-123:13 | | | | |
| 123:16-123:21 | | | | |
| 123:24-124:3 | | | | |
| 124:6-124:9 | | | | |
| 124:11-124:11 | | | | |
| 124:16-124:20 | | | | |
| 124:23-124:23 | | | | |
| 126:17-126:18 | | | | |
| 126:22-126:24 | | | | |
| 127:3-127:4 | | | | |
| 136:16-136:17 | | | | |
| 136:20-136:20 | | | | |
| 143:14-143:18 | | | | |
| 143:24-143:25 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 144:14-144:20 | | | | |
| 145:2-145:5 | | | | |
| 145:10-145:12 | | | | |
| 145:15-145:22 | | | | |
| 145:25-146:4 | | | | |
| 146:7-146:9 | | | | |
| 146:13-147:2 | | | | |
| 147:14-148:1 | | | | |
| 148:16-148:16 | | | | |
| 148:19-148:20 | | | | |
| 159:2-159:20 | | | | |
| 159:23-159:23 | | | | |
| 163:4-163:13 | | | | |
| 195:19-195:23 | | | | |
| 196:1-196:5 | | | | |
| 196:12-196:13 | | | | |
| 197:6-197:15 | | | | |
| 197:18-197:18 | | | | |
| 200:13-200:20 | | | | |
| 204:22-205:13 | | | | |
| 205:15-205:16 | | | | |
| 214:1-215:6 | | | | |
| 228:16-228:17 | | | | |
| 228:20-228:24 | | | | |
| 238:12-238:15 | | | | |
| 238:18-238:20 | | | | |
| 239:7-239:10 | | | | |
| 244:16-245:8 | | | | |
| 245:16-245:18 | | | | |
| 255:18-255:23 | | | | |
| 256:2-256:5 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 257:1-257:2 | | | | |
| 257:6-257:8 | | | | |
| 257:11-257:12 | | | | |
| 257:15-257:15 | | | | |
| 257:19-257:22 | | | | |
| 258:10-258:11 | | | | |
| 258:18-258:19 | | | | |
| 258:22-258:23 | | | | |
| 259:1-259:2 | | | | |
| 259:5-259:5 | | | | |
| 277:8-277:9 | | | | |
| 277:12-277:12 | | | | |

**TIMOTHY LAVERTY**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 7:22-8:1 | | | | |
| 12:5-12:9 | | 12:1-4; 12:5-12; 12:13-14 | | |
| 12:22-13:3 | | 12:15-13:10 | FRE 105, FRE 802 | |
| 32:24-33:21 | | 33:22-34:5 34:7-34:10 | FRE 105, FRE 802 | |
| 34:21-35:4 | | | | |
| 35:7-35:16 | | | | |
| 35:18-35:19 | | | | |
| 48:14-49:1 | | | | |
| 49:5-49:19 | | | | |
| | | 51:10-51:17 | FRE 105, FRE 802, Beyond the Scope of the Designation | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 56:5-57:4 | | | | |
| 60:10-60:13 | | 60:10-60:19 | FRE 105, FRE 802 | |
| 60:22-62:16 | | | | |
| 64:10-64:24 | | | | |
| 65:5-65:7 | | | | |
| 70:15-70:17 | | | | |
| 70:21-70:22 | | | | |
| 71:2-71:21 | | | | |
| 75:20-76:6 | | | | |
| 79:1-79:4 | | 79:1-79:10 79:20-80:4 | FER 105, FRE 802 (79:1-4) Non-Responsive | |
| 80:7-80:10 | | | | |
| 80:12-81:8 | | | | |
| 81:10-81:14 | | | | |
| 81:18-81:22 | | | | |
| 83:9-84:6 | | | | |
| 84:9-84:13 | | | | |
| 84:17-85:1 | | | | |
| 90:7-90:7 | | | | |
| 90:12-90:13 | | | | |
| 90:18-90:20 | | | | |
| 100:2-100:4 | | | | |
| 100:11-100:13 | | | | |
| 100:15-100:16 | | | | |
| 100:22-101:1 | | | | |
| 101:3-101:10 | | | | |
| 101:23-102:2 | | | | |
| 102:6-102:7 | | | | |
| 102:12-102:13 | | | | |
| 109:7-109:18 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 109:22-110:1 | | | | |
| 110:2-110:6 | | | | |
| 110:11-110:15 | | 110:16-110:19 | | |
| 126:6-126:13 | | | | |
| 127:2-127:17 | | | | |
| 129:18-129:23 | | | | |
| 134:21-136:2 | | | | |
| 141:13-141:15 | | | | |
| 141:18-141:22 | | | | |
| 141:24-142:4 | | | | |
| 144:16-144:18 | | 144:21-144:24 | | |
| 145:1-145:2 | | | | |
| 292:23-293:18 | | | | |
| 293:21-293:23 | | | | |
| 294:20-294:21 | | | | |
| 295:1-295:5 | | | | |
| 320:5-320:15 | | | | |
| 320:18-320:21 | | | | |
| 355:15-355:15 | | | | |
| 355:18-356:3 | | | | |
| | | 357:2-358:4 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 361:17-361:18 | | | | |
| 361:20-361:21 | | | | |
| 362:1-362:2 | | | | |
| 362:4-362:8 | | | | |
| 363:1-363:2 | | 362:16-363:6 | FRE 105, FRE 802 | |
| 363:7-363:10 | | | | |
| 363:17-363:17 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 380:5-380:5 | | | | |
| 380:8-380:18 | | | | |
| 380:20-380:23 | | | | |
| 381:11-381:13 | | | | |
| 381:19-382:10 | | | | |
| 382:14-382:17 | | | | |

**JUDY PLON**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 13:18 to 14:10 | | | | |
| 27:18 to 27:23 | | | | |
| 119:24 to 120:1 | | | | |
| 122:11 to 122:20 | | | | |
| 123:18 to 123:22 | | | | |
| 125:6 to 125:15 | | | | |
| 130:5 to 130:21 | | | | |
| 131:1 to 131:3 | | | | |
| 132:1 to 132:5 | | 131:12-131:15; 131:19-131:25 | | 131:4-131:11 |
| 132:8 to 132:9 | | | | |
| 144:22 to 145:6 | | | | |

**CHRISTINE ZAK**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 10:3-10:8 | | | | |
| 25:8-25:10 | | | | |
| 31:4-31:6 | | | | |
| 34:6-34:13 | | 34:2-34:5 | FRE 105, FRE 802 | |
| | | 54:5-54:15 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 59:1-59:2 | | | | |
| 59:4-59:25 | | 60:4-60:7 | | |
| | | 66:16-66:24 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 78:22-78:23 | | | | |
| 79:1-79:6 | | | | |
| 79:9-79:10 | | | | |
| 107:14-107:18 | | | | |
| 111:15-111:20 | | 111:23-111:23 | FRE 105, FRE 802 | |
| 111:23-112:5 | | | | |
| 114:24-115:1 | | | | |
| 115:3-115:7 | | | | |
| 115:10-115:18 | | 115:19-117:6 | FRE 105, FRE 802 | 117:7-10, 13, 18-21, 24-25 |
| 117:7-117:10 | | | | |
| 117:13-117:13 | | | | |
| 117:18-117:21 | | | | |
| 117:24-117:25 | | | | |
| 120:14-120:16 | | | | |
| 120:19-120:22 | | | | |
| 120:25-121:2 | | | | |
| 145:11-145:12 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 145:14-145:24 | | | | |
| 147:3-147:5 | | | | |
| 147:7-147:17 | | | | |
| 148:23-148:25 | | | | |
| 153:16-153:17 | | | | |
| 153:20-153:23 | | | | |
| 154:21-155:2 | | | | |
| 155:13-156:5 | | | | |
| 156:8-156:18 | | | | |
| 156:21-156:24 | | | | |
| 157:2-157:5 | | | | |
| 157:8-157:8 | | | | |
| 159:1-159:4 | | | | |
| 159:7-159:10 | | | | |
| 159:13-159:13 | | | | |
| 175:14-176:10 | | | | |
| 176:13-176:19 | | | | |
| 176:23-176:25 | | | | |
| 177:3-177:4 | | | | |
| 177:7-177:8 | | | | |
| 177:11-177:15 | | | | |
| 177:18-177:18 177:21-178:12 | | 181:5-181:13; 183:21-184:2 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 178:16-178:17 | | | | |
| 184:21-184:25 | | | | |
| 185:2-185:19 | | | | |
| 186:7-186:9 | | | | |
| 187:23-189:1 | | | | |
| 189:21-190:6 | | | | |
| 227:21-227:22 | | 225:9-227:20 | FRE 105, FRE 602, FRE | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| | | | 701, FRE 802, Beyond the Scope of the Designation | |
| 227:25-228:1 | | | | |
| | | 253:24-254:1 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 259:6-259:9 | | 259:10-259:11 | FRE 105, FRE 802, Beyond the Scope of the Designation | |
| 259:12-259:18 | | | | |
| 260:17-260:19 | | | | |
| 260:22-261:1 | | 261:2-261:8 | FRE 105, FRE 802 | |
| 262:13-262:15 | | | | |
| 262:18-262:20 | | | | |
| 262:23-262:23 | | | | |
| 267:19-267:21 | | | | |
| 267:23-268:7 | | 268:8-268:14 | FRE 105, FRE 802 | |

**AMIRA ZEEVI**

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 6:12-6:14 | | | | |
| 6:19-6:22 | | | | |
| 15:4-15:9 | | | | |
| 63:3-63:4 | | | | |
| 63:7-63:14 | | | | |
| 63:23-63:25 | | | | |
| 64:3-64:13 | | | | |
| 64:25-65:8 | | | | |

| BARR DESIGNATION | PLAINTIFFS' OBJECTIONS | PLAINTIFFS' COUNTER DESIGNATIONS | BARR'S OBJECTIONS TO COUNTER DESIGNATIONS | BARR'S COUNTER COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 65:11-65:11 | | | | |
| 65:13-65:13 | | | | |
| 65:25-66:15 | | 66:16-66:17; 66:20-66:21 | FRE 105, FRE 802 | |
| 67:16-67:23 | | | | |
| 67:25-68:4 | | 68:5-68:5; 68:7-68:11; 68:14-68:14 | FRE 105, FRE 802 | |
| 68:24-69:1 | | | | |
| 69:6-69:16 | | | | |
| 69:19-69:23 | | 69:17-69:18; 69:24-70:3 | FRE 105, FRE 802 | |
| 71:10-71:13 | | 71:3-9 | FRE 105, FRE 802 | |
| 71:16-71:24 | | | | |
| 72:2-72:13 | | | | |
| 72:16-72:20 | | | | |
| 72:23-72:24 | | | | |

CHI:2098970.1