# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 2, 2008

VIA ELECTRONIC FILING AND HAND DELIVERY

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Aventis Pharmaceuticals Inc., et al. v. Barr Laboratories, Inc.,*
            C. A. No. 06-286-GMS

Dear Chief Judge Sleet:

    In accordance with the parties' May 30, 2008 Stipulated Order (D.I. 201), please find enclosed plaintiffs' videotaped deposition designations for the trial record in the above matter.

                                        Respectfully,

                                        */s/ John G. Day*

                                        John G. Day

JGD: nml
Enclosure

c:    Karen Pascale, Esquire (by hand; w/enclosure)

{00220843;v1}