IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC. and SANOFI-AVENTIS US LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC. )<br>)<br>Defendant. ) | C.A. No. 06-286 (GMS) |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that defendant Barr Laboratories, Inc. hereby lodges with the Court: 1) Defendant Barr Laboratories, Inc.'s Deposition Designations (as listed on Amended Exhibit J to the Stipulated Order on Final Deposition Designations filed with this Court on May 30, 2008 (D.I. 201)); and 2) Barr Laboratories, Inc.'s Designated Deposition Exhibits Not Previously Referenced at Trial (Volumes I and II).

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

Dated: June 2, 2008

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Of Counsel:*

**WINSTON & STRAWN LLP**
James F. Hurst
Taras A. Gracey
Maureen L. Rurka
Julia Mano Johnson
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600

*Attorneys for Defendant, Barr Laboratories, Inc.*

DB02:6855386.1                                                                                                                          063987.1003

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 2, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on June 2, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>Paul H. Berghoff, Esquire [berghoff@mbhb.com]
>Joshua R. Rich, Esquire [rich@mbhb.com]
>Jeremy E. Noe, Esquire [noe@mbhb.com]
>MCDONNELL BOEHNEN HULBERT
>   & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen L. Pascale*
>_____
>Josy W. Ingersoll (#1088)
>Karen L. Pascale (#2903)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>Email: kpascale@ycst.com
>   *Attorneys for Defendant, Barr Laboratories, Inc.*